ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572

Attorneys for Defendant
*TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, L.P.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>                    Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>                    Plaintiff,<br>v.<br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>                    Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE** |

Pursuant to 11 U.S.C. § 1109 and Federal Rule of Bankruptcy Procedure 9010(b), Ariel E. Stern of Akerman LLP hereby files his Notice of Appearance and Request for Service and Notice as counsel Tecumseh – Infinity Medical Receivables Fund, LP.

///

///

///

///

Page **1** of **3**

60531590;3

1  **PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: November 3, 2021

Respectfully submitted,

*/s/ Ariel E. Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Tecumseh – Infinity Medical Receivables Fund, L.P.*

60531590;3

**CERTIFICATE OF SERVICE**

1. On November 3, 2021, I served the following document:

    NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE of Ariel E. Stern on behalf of Tecumseh-Infinity Medical Receivables Fund, L.P.

2. I served the above document by the following means to the persons as listed below:

☒ a. ECF System:

   BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
   BLARSEN@SHEA.LAW

☐ b. I caused to be served via the United States mail, postage fully prepaid to the persons and parties identified on the attached mailing list.

☐ c. Personal Service:
   I personally delivered the document to the persons at these addresses:

   o   For a party represented by an attorney, delivery was made by handing the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document in a conspicuous place in the office.

   o   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:
   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:
   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on: November 3, 2021

| Patricia Larsen | */s/ Patricia Larsen* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |