ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572

Attorneys for Defendant
*TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, L.P.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP CERTIFICATE REQUIRED BY LOCAL RULE 5004 AND CORPORATE OWNERSHIP STATEMENT REQUIRED BY BANKRUPTCY RULE 7007.1 AND LOCAL RULE 7007.1** |

The undersigned, attorney of record for Tecumseh-Infinity Medical Receivables Fund LP, certifies pursuant to Local Rule[1] 5004, that the following entities have an interest in the outcome of this adversary proceeding:

1. Tecumseh-Infinity Medical Receivables Fund LP, a Delaware limited partnership; and

---

[1] All references to a "Local Rule" shall refer to the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada.

Page **1** of **3**

60535044;1

2.	Tecumseh Alternatives LLC, a Delaware limited liability company, and the general partner of Tecumseh-Infinity Medical Receivables Fund LP.

3.	There is no publicly held corporation that owns more than 10% of Tecumseh Alternatives LLC.

These representations are made to enable judges of the court to evaluate possible recusal and satisfy the corporate disclosure requirements of Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1.

Dated: November 3, 2021	Respectfully submitted,

*/s/ Ariel E. Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Tecumseh – Infinity Medical Receivables Fund, L.P.*

60535044;1

# CERTIFICATE OF SERVICE

1. On November 3, 2021, I served the following document:

   DEFENDANT'S CORPORATE OWNERSHIP STATEMENT AND CERTIFICATE REQUIRED BY LR 5004

2. I served the above document by the following means to the persons as listed below:

☒ a. ECF System:

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW

☐ b. I caused to be served via the United States mail, postage fully prepaid to the persons and parties identified on the attached mailing list.

☐ c. Personal Service:
I personally delivered the document to the persons at these addresses:

   o   For a party represented by an attorney, delivery was made by handing the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document in a conspicuous place in the office.

   o   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on: November 3, 2021

| Patricia Larsen | */s/ Patricia Larsen* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |