NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>INFINITY CAPITAL MANAGEMENT, INC. ,<br>                              Debtor(s) | BK−21−14486−abl<br>CHAPTER 7<br><br>Adversary Proceeding: 21−01167−abl |
| HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al,<br>                              Plaintiff(s)<br><br>vs<br><br>TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, et al,<br>                              Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *21* − First Amended Complaint FIRST AMENDED ADVERSARY COMPLAINT Filed by BART K. LARSEN on behalf of HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP against TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP (LARSEN, BART)<br><br>*22* − Answer to Counterclaim REPLY TO TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND LPS COUNTERCLAIM (Related Doc # 12) Filed by BART K. LARSEN on behalf of HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (LARSEN, BART) |
| Filed On: | 12/10/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Adversarial Parties
  * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.
* Tecumseh−Infinity should be Counter−Claimant, not Couter−Plaintiff.

Dated: 12/13/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**