CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>　　　　　Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>　　　　　Plaintiff,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>　　　　　Defendant, | Adv. No. 21-01167-abl<br><br>**NOTICE OF CONSUMMATION OF SALE OF ASSETS** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>　　　　　Counter-Claimant,<br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>　　　　　Counter-Defendants. | |
| ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>　　　　　Counter-Claimant,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>　　　　　Counter-Defendant. | |

-1-

PLEASE TAKE NOTICE that the sale of certain assets, as authorized by Court order [DE #184] [1], has now been consummated. Buyer HASelect-Medical Receivables Litigation Finance Fund International SP has remitted the full purchase price to the bankruptcy estate.

DATED:  February 22, 2022                                **ATKINSON LAW ASSOCIATES LTD.**

By:    /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

---

[1] Citations to the docket of the main bankruptcy case are designated "DE #__". Citations to the docket of the adversary case are designated "Adv. ECF #__".