CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br>Debtor. | Case No.   21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br>Plaintiff,<br>v.<br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br>Defendant. | Adv. No. 21-01167-abl<br>**NOTICE OF HEARING**<br>Hearing Date:   April 6, 2022<br>Hearing Time:   9:30 a.m.<br>Location:   TELEPHONIC HEARING [1] |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br>Counter-Claimant,<br>v.<br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br>Counter-Defendants. | |

---

[1] This hearing will be heard telephonically. The call-in number for the Honorable August B. Landis' calendar is (888) 684-8852 and the access code is 8242009#.

-1-

-2-

ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,

      Counter-Claimant,

v.

TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,

      Counter-Defendant.

  NOTICE IS HEREBY GIVEN that a motion entitled MOTION TO SUBSTITUTE PARTY AND RE-CAPTION CASE [Adv. ECF #45] (the "***Motion***") was filed on February 28, 2022 by Plaintiff in the above-captioned adversary case. For the reasons stated in the Motion, the Motion seeks to substitute HASelect-Medical Receivables Litigation Finance Fund International SP in the place and stead of the bankruptcy estate, and re-caption this adversary case accordingly.

  NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting Plaintiff's counsel Clarisse L. Crisostomo, Esq. at either (702) 614-0600 or by email at clarisse@nv-lawfirm.com.

  NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on Plaintiff's counsel no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

-2-

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

DATED: February 28, 2022

**ATKINSON LAW ASSOCIATES LTD.**

By: _____/s/ Clarisse L. Crisostomo_____
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*