NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–14486–abl |
| INFINITY CAPITAL MANAGEMENT, INC. , <br>          Debtor(s) | CHAPTER 7 |
| | Adversary Proceeding: 21–01167–abl |
| HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, <br>          Plaintiff(s) | NOTICE OF DOCKETING ERROR |
| vs | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et al, <br>          Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **49** – Discovery Plan with Certificate of Service Filed by BART K. LARSEN on behalf of HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (LARSEN, BART) |
| Filed On: | 3/10/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
   * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 3/11/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**