NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> INFINITY CAPITAL MANAGEMENT, INC. , <br> Debtor(s) | BK–21–14486–abl <br> CHAPTER 7 <br><br> Adversary Proceeding: 21–01167–abl |
| HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, <br> Plaintiff(s) <br><br> v. <br><br> TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et al, <br> Defendant(s) | NOTICE OF RESCHEDULED HEARING <br><br> Hearing Date:   4/5/22 <br> Hearing Time:   10:00 AM |

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 4/5/22 |
| Hearing Time: | 10:00 AM |
| Hearing Phone Number: | (888) 684–8852 |
| Hearing Access Code: | 8242009# |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

> **45** – Motion to Substitute Party and Re–Caption Case Filed by CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON (CRISOSTOMO, CLARISSE)

This hearing is scheduled for the following reason:

> Per Courts Instructions.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 3/15/22

*Mary A. Schott*

Mary A. Schott
Clerk of Court