Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
         kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>        Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Defendant. | Adversary Case No. 21-01167-abl |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Counter-Plaintiff,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE<br><br>        Counter-Defendants. | Hearing Date:  May 12, 2022<br>Hearing Time:  9:30 a.m. |

ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,

    Counter-Claimant

v.

TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,

    Counter-Defendant

**APPENDIX OF EXHIBITS SUPPORTING HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") hereby lodges the following exhibits, true and correct copies of which are attached hereto:

| Exhibit # | Description of Exhibit |
|---|---|
| Exhibit 1 | December 18, 2019 Second Amended & Restated Loan and Security Agreement and Promissory Note |
| Exhibit 2 | February 19, 2019 UCC-1 Filing |
| Exhibit 3 | Excerpts from Transcript of November 10, 2021 Rule 2004 Examination of Oliver Hemmers |
| Exhibit 4 | Excerpts from Transcript of November 9, 2021 Rule 2004 Examination of Anne Pantelas |
| Exhibit 5 | Sub-Advisory Agreement |
| Exhibit 6 | 1-A Purchase Order |
| Exhibit 7 | June 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| Exhibit 8 | June 26, 2020 Assignment and Bill of Sale for the 1-A Accounts |
| Exhibit 9 | 1-B Purchase Order |
| Exhibit 10 | July 23, 2020 Assignment and Bill of Sale for the 1-B Accounts |
| Exhibit 11 | July 31, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| Exhibit 12 | 1-C Purchase Order |
| Exhibit 13 | August 12, 2020 Assignment and Bill of Sale for the 1-C Accounts |

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

| Exhibit # | Description of Exhibit |
|---|---|
| Exhibit 14 | August 31, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| Exhibit 15 | 1-D Purchase Order |
| Exhibit 16 | September 10, 2020 Assignment and Bill of Sale for the 1-D Accounts |
| Exhibit 17 | September 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| Exhibit 18 | 1-E Purchase Order |
| Exhibit 19 | September 16, 2020 Assignment and Bill of Sale for the 1-E Accounts |
| Exhibit 20 | 1-F Purchase Order |
| Exhibit 21 | 1-G Purchase Order |
| Exhibit 22 | September 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 6375 |
| Exhibit 23 | September 30, 2020 Assignment and Bill of Sale for the 1-G Accounts |
| Exhibit 24 | 1-H Purchase Order |
| Exhibit 25 | October 4, 2020 Assignment and Bill of Sale for the 1-H Accounts |
| Exhibit 26 | October 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| Exhibit 27 | 1-I Purchase Order |
| Exhibit 28 | 1-J Purchase Order |
| Exhibit 29 | UCC Search Report from the Office of the Secretary of State of the State of Nevada |

Dated this 22nd day of March 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1. On March 22, 2022, I served the following document(s): **APPENDIX OF EXHIBITS SUPPORTING HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. 2.     I served the above document(s) by the following means to the persons as listed below:

   ☒     a.     ECF System:

   CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ggordon@gtg.legal, bknotices@gtg.legal

   GABRIELLE A. HAMM on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ghamm@Gtg.legal, bknotices@gtg.legal

   MICHAEL D. NAPOLI on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   michael.napoli@akerman.com,
   cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

   ARIEL E. STERN on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ariel.stern@akerman.com, akermanlas@akerman.com

   ☐     b.     United States mail, postage fully prepaid:

   ☐     c.     Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐     d.     By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐     e.     By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2022.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432