GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF HEARING ON TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION TO DISMISS ALL CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE<br><br>Counter-Defendants. | Hearing Date: May 12, 2022<br>Hearing Time: 9:30 a.m. |

|   |   |
|---|---|
| 1 | ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 6 | Counter-Defendant. |

**NOTICE IS HEREBY GIVEN** that on **May 12, 2022** at **9:30 a.m.**, a hearing will be held at the United States Bankruptcy Court for the District of Nevada, the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, to consider the *Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss all Claims for Lack of Subject Matter Jurisdiction* ("**Motion**").

Copies of the Motion and supporting declarations are available by contacting Gabrielle A. Hamm at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

| | |
|---|---|
| Dated: March 22, 2022. | Respectfully submitted,<br><br>GARMAN TURNER GORDON LLP<br><br>By: /s/ Gabrielle A. Hamm<br>Gerald M. Gordon, Esq.<br>William M. Noall, Esq.<br>Gabrielle A. Hamm, Esq.<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br><br>and<br><br>MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* |

4868-2860-6232, v. 1