GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE<br><br>Counter-Defendants. | |

| | |
|---|---|
| ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE, | |
| Counter-Claimant, | |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Defendant. | |

## CERTIFICATE OF SERVICE

1. On March 22, 2022, I served the following document(s):

   a. *Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss all Claims for Lack of Subject Matter Jurisdiction* — Dkt. No. 59

   b. *Notice of Hearing on Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss all Claims for Lack of Subject Matter Jurisdiction* — Dkt. No. 60

I served the above-named document(s) by the following means to the persons as listed below:

☒ ECF System: See attached ECF Confirmation Sheets.

2. On March 24, 2022, I served the following document(s):

   a. *Notice of Hearing on Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss all Claims for Lack of Subject Matter Jurisdiction* — Dkt. No. 60

☒ United States Mail, postage fully prepaid: See attached mailing list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of March 2022.

*/s/ Melissa Burkart*
Melissa Burkart, an employee of
Garman Turner Gordon LLP

**File a Motion:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap              Office: 2 (Las Vegas)         Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GABRIELLE A. HAMM entered on 3/22/2022 at 3:33 PM PDT and filed on 3/22/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 59 |

**Docket Text:**
Motion to Dismiss Adversary Proceeding *MOTION TO DISMISS ALL CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION* Filed by GABRIELLE A. HAMM on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (HAMM, GABRIELLE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Mtn to Dism for Lack of SMJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34322531-0
] [9292ac955757656463c6394e4d015af4baa55ff339d12d40f65314b81954856 01f9
25e98a889ae6cfd5733e007522136da6cdfd6ca014d239ebeb90562cd5543]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Counter-Claimant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Defendant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

[21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP](#)

Type: ap                Office: 2 (Las Vegas)           Judge: abl
Lead Case: 2-21-bk-14486

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from GABRIELLE A. HAMM entered on 3/22/2022 at 3:37 PM PDT and filed on 3/22/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | [21-01167-abl](#) |
| **Document Number:** | [60](#) |

**Docket Text:**
Notice of Hearing Hearing Date: 05/12/2022 Hearing Time: 9:30 am Filed by GABRIELLE A. HAMM on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[59] Motion to Dismiss Adversary Proceeding filed by Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP.)(HAMM, GABRIELLE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH Mtn to Dism for Lack of SMJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34322546-0
] [6ce2d2e00959171434742d11a6b621c53458c68b10ebe3705a4df6a66e22952a7f4
01b70ed2d75d3946c3062da6bec72c115966e5ce71aba72185f4b4303a1e1]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Counter-Claimant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Defendant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 21-14486-abl<br>District of Nevada<br>Las Vegas<br>Fri Mar 18 10:59:46 PDT 2022 | INFINITY CAPITAL MANAGEMENT, INC.<br>1700 W HORIZON RIDGE PKWY #206<br>HENDERSON, NV 89012-4840 | THE INJURY SPECIALISTS<br>C/O SAGEBRUSH LAWYERS, LLC<br>112 S WATER ST, STE 104<br>HENDERSON, NV 89015-2312 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134-6375 | Alcovy Neurology, P.C.<br>Attn: Juan C. Lacayo MD<br>3535 Highway 81<br>Loganville, GA 30052-4336 |
| Alliance Healthcare Services<br>Attn: Managing Member<br>1019 East 22nd Ave.<br>Cordele, GA 31015-1913 | Alliance Spinal Therapy &<br>Rehabilitation Group<br>Attn: Managing Member<br>7455 West Washington Ave Suite 140<br>Las Vegas, NV 89128-4349 | AmPro Orthotics & Prothetics Inc.<br>Attn: Luis E. Choto<br>6877 S Eastern Ave<br>Las Vegas, NV 89119-4626 |
| American Express National Bank<br>200 Vesey Street<br>New York, NY 10285-0002<br>, | American Health Imaging<br>Attn: Dan Balentine<br>6590 Powers Ferry Road<br>Atlanta, GA 30339-2933 | AmerisourceBergen Specialty Group<br>Attn: Stefani D. Forsythe<br>3101 Gaylord Parkway<br>Frisco, TX 75034-8655 |
| Anesthesiology Consultants Inc.<br>Attn: Bradford Isaacs MD<br>7220 South Cimarron Rd Suite 230<br>Las Vegas, NV 89113-2173 | Anthony M. Odell DC<br>Attn: Anthony M. Odell DC<br>3227 Perkiomen Ave<br>Reading, PA 19606-2740 | Artiano Shinoff<br>Attn: Bankruptcy Dept/Managing Agent<br>3636 4th Avenue<br>San Diego, CA 92103-4280 |
| Associated Oral Specialties Inc.<br>Attn: Dr. Freddie J. Wakefield Jr.<br>5671 Peachtree Dunwoody Rd. Suite 420<br>Atlanta, GA 30342-5004 | Associated Pathologists Laboratories<br>Attn: Rick Reber<br>2075 E. Flamingo Rd.<br>Las Vegas, NV 89119-5188 | Athens Orthopedics Clinic<br>Attn: Kayo Elliot<br>1765 Old West Broad St. Bldg. 2 # 2<br>Athens, GA 30606-2887 |
| Atlanta Spine Institute<br>Attn: Dr. Plas T. James<br>5667 Peachtree Dunwoody Rd. # 220<br>Atlanta, GA 30342-1725 | Atlas Orthopaedics<br>Attn: Dr. Duncan Wells<br>970 Woodstock Pkwy Ste 310<br>Woodstock, GA 30188-4869 | Bart K. Larsen, Esq.<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134-0517 |
| Bethea Consulting & Psychological<br>Services PC<br>Attn: Angela R. Bethea Ph.D<br>5 Concourse Parkway NE Suite 3000<br>Atlanta, GA 30328-7106 | Borg Law Group<br>Attn: Brooke M. Borg Esq.<br>9555 Hillwood Dr. Suite 150<br>Las Vegas, NV 89134-0579 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155-4502 |
| CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 | CLAUS NISSEN<br>HUGO-DISTLER STRASSE 64<br>D-90411 NUERNBERG, GERMANY | COX INTERNET<br>ATTN: MANAGING MEMBER<br>1700 VEGAS DRIVE<br>LAS VEGAS, NV 89106-2111 |
| Carbajal & McNutt LLP<br>Attn: Dan McNutt<br>625 S. Eight Street<br>Las Vegas, NV 89101-7004 | Care4Life Home Health Agency<br>Attn: Mary Levy<br>8665 W. Flamingo Rd.<br>Las Vegas, NV 89147-8624 | Carl N. Williams MD<br>Attn: Carl N. Williams MD<br>2020 Wellness Way  501<br>Las Vegas, NV 89106-4145 |

Carrollton Orthopedic Clinic
Attn: J. Ben Butler
150 Clinic Ave Ste 101
Carrollton, GA 30117-4402

Center for Spine & Pain Medicine
Attn: Suleman Sohani
1413 Chattanooga Ave
Dalton, GA 30720-2631

Center of Special Procedures at Summerlin
Attn: William S. Muir MD
653 N Town Center Dr
Las Vegas , NV 89144-0514

Cherokee Imaging Center
Attn: Jonna Roopas
2000 Village Professional Dr
Canton, GA 30114-8499

Childrens Orthopaedics of Atlanta
Attn: Mark Klein
1200 Lake Hearn Drive Suite 400
Atlanta, GA 30319-1459

Chimedical Management Group
Attn: Dr. Stephen Cooper
P.O Box 1611
Phenix City, AL 36868-1611

Clear Lake Imaging LLC
Attn: Managing Member
202 N Texas Ave
Webster, TX 77598-4967

ColdCo Therapies LLC
Attn: AdamLurie
1362 Rietveld Row
Nw Atlanta, GA 30318-4109

Collections Consultants Nevada
Attn: Bonnie Barnett
5440 W. Sahara Ave Suite 300
Las Vegas, NV 89146-0361

Comprehensive Spine & Pain
Attn: Dr. V.K. Puppala
403 Permian Way Suite D
Villa Rica, GA 30180-3226

Concordia Anesthesialogy Inc.
Attn: Stephan Gosch
120 Ottly Dr. NE Suite C
Atlanta, GA 30324-3978

Coosa Diagnostic Center
Attn: Eddie Rivers
16 Riverbend Dr SW
Rome, GA 30161-6066

Cornerstone Orthopedics &
Sports Medicine
Attn: Rhett K. Rainey
299 N Broad St
Winder, GA 30680-2155

Coronado Surgery Center
Attn: Dr. Mike Crovetti
2779 W Horizon Ridge Pkwy Ste 140
Henderson, NV 89052-4186

Craniospinal Institute of Georgia
Attn: Dr. Daniel W. Moore
790 Church St NE
Marietta, GA 30060-8957

Creative Funding Services Inc.
Attn: Brett Hansbery
1135 Bay Street Suite 10
San Francisco, CA 94123-2315

DANIEL P. NICHOLAS
3842 N. SOUTHPORT AVE. APT. M
CHICAGO, IL 60613-6226

DEPT. OF EMPL, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0002

DYNAMIC LEGAL RECOVERY
ATTN: MANAGING MEMBER
25600 RYE CANYON ROAD #209
VALENCIA, CA 91355-1172

Damien A. Doute MD
Attn: Damien A. Doute MD
1462 Montreal Rd
Tucker, GA 30084-6929

Daniel Eisenman MD
Attn: Daniel Eisenman MD
3050 Royal Blvd. Suite 100
Alpharetta, GA 30022-4484

David S. Owens MD
4545 Harris Trail
Atlanta, GA 30327-3813

Douglas W. Kindall MD
Attn: Douglas W. Kindall MD
3939 J St
Sacramento, CA 95819-3636

Dr. Abbas Haider DDS
Attn: Dr. Abbas Haider DDS
3521 Memorial Dr Ste A
Decatur, GA 30032-2731

Dr. Asaf Yalif
Attn: Dr. Asaf Yalif
145 Towne Lake Pkwy Ste 101
Woodstock, GA 30188-4849

Dr. Bobby Khan
Attn: Dr. Bobby Khan
5673 Peachtree Dunwoody Rd Ste 440
Atlanta, GA 30342-1797

Dr. Gary Ganahl
Attn: Dr. Gary Ganahl
1770 Century Blvd NE
Atlanta, GA 30345-3395

Dr. Hetesh Ranchod
Attn: Dr. Hetesh Ranchod
2769 Chastain Meadows Parkway Suite 70
Marietta, GA 30066-3368

Dr. Jason Reingold
Attn: Dr. Jason Reingold
5669 Peachtree Dunwoody Rd
Atlanta, GA 30342-1786

Dr. Tapan Daftari
Attn: Dr. Tapan Daftari
270 Chastain Rd
Kennesaw, GA 30144-3012

| | | |
|---|---|---|
| Durango Outpatient Surgery Center<br>Attn: Matt Pate<br>8530 W Sunset Rd<br>Las Vegas, NV 89113-2244 | Elite First Assisting<br>Attn: Tyrone W. Rogers<br>1235Magnolia Park Circle<br>Cumming, GA 30040-8338 | Elite Radiology of Georgia LLC<br>Attn: Kevin Johnson<br>4800 Ashford Dunwoody Rd Ste 140<br>Atlanta, GA 30338-5554 |
| Elizabeth Caughey, DDS<br>Attn: Elizabeth Caughey, DDS<br>25-A Lenox Pointe NE<br>Atlanta, GA 30324-7420 | Erik T. Bendiks MD<br>Attn: Kelly Millard<br>11650 Alpharetta Hwy Ste 100<br>Roswell, GA 30076-3805 | Evans Procedure Center<br>Attn: Hemant Yagnick MD<br>404 Town Park Blvd Suite 101<br>Evans, GA 30809-3491 |
| ExpressCHEX LLC<br>Attn: Nicholas Athanasatos<br>2035 Sunset Lake Rd. Suite B-2<br>Newark, DE 19702-2600 | FIRST SAVINGS BANK<br>ATTN: MANAGING MEMBER<br>5960 S. JONES BLVD.<br>LAS VEGAS, NV 89118-2610 | First Coast Health Solutions<br>Attn: Aron Stefanides<br>211 N Liberty St<br>Jacksonville, FL 32202-2800 |
| FirstScanTM Omaha<br>Attn: Daniel Cinotto<br>9840 S 140th St Ste 5<br>Omaha, NE 68138-3692 | Flamingo Surgery Center<br>Attn: Nick Paciello<br>2565 E Flamingo Rd<br>Las Vegas, NV 89121-5203 | GPmicro, Inc.<br>c/o Borg Law Group, LLC, Reg. Agent<br>8988 W. Cheyenne Ave., Suite 150<br>Las Vegas, NV 89129-8928 |
| GREGORY M CASH<br>TYRINGA ROAD<br>PORT KENNEY, SA 5671, AUSTRALIA | GRIFFIN ASSET MANAGEMENT LLC<br>ATTN: MICHAEL E. GRIFFIN<br>230 PARK AVE.<br>10TH FLOOR, SUITE 61<br>NEW YORK, NY 10169-0005 | Georgia Health Imaging<br>Attn: Maria Budhwani<br>4025 Lawrenceville Hwy NW<br>Lilburn, Georgia 30047-3013 |
| Georgia Neurological Surgery &<br>Comprehensive Spine<br>Attn: Brandt Halbach<br>2142 W Broad St Bldg 100 Suite 200<br>Athens, GA 30606-3509 | Georgia Neuroscience<br>Attn: Alex Bannister<br>335 Roselane St NW #202<br>Marietta, GA 30060-7902 | Georgia Pain & Spine Care<br>Attn: Jay Rice<br>1665 Georgia Hwy 34 East  #100<br>Newnan, GA 30265 |
| Georgia Pain & Wellness Center<br>Attn: Amit Patel<br>455 Phillip Blvd Building 100 Suite 140<br>Lawrenceville, GA 30046-8767 | Georgia Pain Samson<br>120 Stonebridge Pkwy Ste 420<br>Woodstock, GA 30189-3769 | Georgia Pain and Spine Solutions<br>Attn: Marcus Polk<br>76 Highland Pavilion Ct #133<br>Hiram, GA 30141-3170 |
| Georgia Spine & Orthopedics<br>Attn: Winston Jeshuran<br>6501 Peake Rd. Suite 400<br>Macon, GA 31210-8046 | Gerald M. Gordon, Esq.<br>Garman Turner Gordon LLP<br>7251 Amigo Street, Ste. 210<br>Las Vegas, Nevada 89119-4302 | Glendale MRI Institute<br>Attn: James Lilley<br>624 S Central Ave #2009<br>Glendale, CA 91204-2009 |
| Griffin Imaging LLC<br>Attn: Paul Cote<br>220 Rock St<br>Griffin, GA 30224-4235 | Gwinnett Hospital System Inc.<br>Attn: Cathy H.Daugherty<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046-7694 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O HEDGEACT INT'L SPC, LTD.<br>403 SOUTH LA GRANGE RD.<br>LA GRANGE, IL 60525-2449 |
| HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O THOMAS C. CRONIN<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND, SP<br>C/O JOHN N. HOURIHANE, JR.<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 | HASelect-Medical Receivables Litigation Fina<br>c/o Bart K. Larsen, Esq.<br>1731 Village Center Circle, Suite 150<br>Las Vegas, NV 89134-0517 |

| | | |
|---|---|---|
| HEALTHPLUS IMAGING OF TEXAS, LLC<br>ATTN: MANAGING MEMBER<br>9000 SOUTHWEST FREEWAY, SUITE 250<br>HOUSTON, TX 77074-1520 | Healing Hands Physical Therapy Centers<br>Attn: Patricia Burnley<br>1930 A Highland Ave<br>Augusta, GA 30904-7803 | Health n Home<br>Attn: Paul G. Rowan<br>P.O. Box 20 Attn Corp Tax 70428<br>Boise, ID 83726-0020 |
| HealthPlus Imaging<br>Attn: Stephanie Lam<br>9000 Southwest Fwy<br>Houston, TX 77074-1526 | HealthSouth Rehabilitation Hospital<br>of Las Vegas<br>Attn: Mark Tarr<br>1250 South Valley View Blvd<br>Las Vegas, NV 89102-1855 | Henderson Radiology Inc.<br>Attn: Jade Alfasi<br>10561 Jeffreys St Ste 111<br>Las Vegas, NV 89052-4267 |
| Hieu Ball MD<br>Attn: Hieu Ball MD<br>100 Park Pl<br>San Ramon, CA 94583-4460 | Hilltop Radiology LLC<br>Attn: Joel Choe<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 | Howard Golden<br>Attn: Howard Golden<br>1140 Hammond Dr<br>Atlanta, GA 30328-5338 |
| INFINITY CENTERS UNITED<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 | INFINITY DIAGNOSTICS, LLC DBA PRESTIGE M<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Imagelink LLC<br>Attn: Kurt Taylor<br>1350 Scenic Hwy N. Suite 268<br>Snellville, GA 30078-7907 | Imtisal Khuri<br>1148 Broken Hills Dr.<br>Henderson, NV 89011-3073 | JENNIFER DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA |
| JOHN & KAREN LAUB<br>9501 ROYAL WINDSOR AVENUE<br>LAS VEGAS, NV 89149-0167 | JUDY L. TRENT<br>9724 CAMDEN HILLS AVE<br>LAS VEGAS, NV 89145-8611 | James Scheller MD<br>Attn: James Scheller MD<br>2288 Auburn Blvd Ste 201<br>Sacramento, CA 95821-1620 |
| Jeffrey Goldberg MD<br>Attn: Jeffrey Goldberg MD<br>210 E Derenne Ave<br>Savannah, GA 31405-6736 | Joint Active Systems Inc.<br>Attn: Boris Bonutti<br>2600 S Raney St<br>Effingham, IL 62401-4219 | Jordanica Inc.<br>Attn: Mark A. Premselaar<br>780 Coronodo Cneter Dr. Suite 110A<br>Henderson, NV 89052-5056 |
| KABBAGE<br>ATTN: MANAGING MEMBER<br>730 PEACHTREE STREET NE, SUITE 1100<br>ATLANTA, GA 30308-1263 | Katia Cabayan<br>Attn: Katia Cabayan<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 | LUKE DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA |
| Las Vegas Pharmacy Inc.<br>Attn: Douglas L. Copsey<br>2600 W Sahara Ave Ste 120<br>Las Vegas, NV 89102-4366 | Las Vegas Sleep Center PLLC<br>Attn: Mohamed Shimaya<br>2400 S Cimarron Rd<br>Las Vegas, NV 89117-7902 | Ledesma Sports Medicine<br>Attn: Ernest Ledesma<br>7010 Hodgson Memorial Dr<br>Savannah, GA 31406-2529 |
| Legacy Brain & Spine<br>Attn: Dr. Said Elshihabi, Md<br>718 Cherokee St NE<br>Marietta, GA 30060-7253 | MATT VALENTI<br>1651 S. VICTORIA AVE.<br>LOS ANGELES, CA 90019-5929 | MAX ORAM<br>1840 ULAN ROAD<br>MUDGEE, NSM 2850, AUSTRALIA |

MD Pain Care
Attn: Roy L. Talley MD
5109 Highway 278 NE Ste C
Covington, GA 30014-2608

MMR Holdings Inc.
Attn: John Platusic
630 South Rancho Dr. Suite G
Las Vegas, NV 89106-4849

Macon Pain Center PC
Attn: Carlos J. Giron
3356 Vineville Ave.
Macon, GA 31204-2328

Mariposa Medical Associates
Attn: Faye Vargas Morris MD
767 Concord Rd SE
Smyrna, GA 30082-2625

Mark W. Howard MD
Attn: Mark W. Howard MD
576 Hartnell St
Monterey, CA 93940-2834

Matthew Valenti
1651 S. Victoria Av
LA, CA 90019-5929

Medica Stand Up MRI of Atlanta
Attn: Thomas R. Cormier
6590 Powers Ferry Rd
Atlanta, GA 30339-2933

Michael S. Champney MD, F.A.C.S.
Attn: Michael S. Champney MD
2665 N Decatur Rd
Decatur, GA 30033-6149

Monitoring and Neuromonitoring
Associates Payment Letter
Attn: Teresa L. Carter
9811 West Charleston Suite 2-641
Las Vegas, NV 89117-7528

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101-1046

NV ENERGY
ATTN: MANAGING MEMBER
P.O. BOX 98910
LAS VEGAS, NV 89151-0001

Neurological Associates of Nevada
Attn: Managing Member
2831 Business Park Ct Ste B
Las Vegas, NV 89128-9007

Nick DeFillips MD
Attn: Nick DeFillips MD
990 Hammond Dr # 730
Atlanta, GA 30328-5510

Non-Surgical Orthopaedics P.C.
Attn: Arnold J. Well MD
335 Roselane St NW
Marietta, GA 30060-7902

North Atlanta Surgical Associates
Attn: Managing Member
5673 Peachtree Dunwoody Rd Ste 3
Atlanta, GA 30342-1731

North DeKalb Orthopedics PC
Attn: Sylvia Brumelow
505 Irvin Ct Ste 200
Decatur, GA 30030-1780

North Fulton Anesthesia Inc.
Attn: James G. Velimesis
3000 Hospital Blvd
Roswell, GA 30076-4915

North Fulton Medical Center Inc.
Attn: Deborah C. Keel
3000 Hospital Blvd
Roswell, GA 30076-3899

North Houston Injury/Rehabilitation
Attn: Managing Member
523 N Sam Houston Pkwy E
Houston, TX 77060-4048

Northern California Orthopedic Centers
Attn: Paul Susaura MD
6403 Coyle Ave  Ste 170
Carmichael, CA 95608-0363

Northwest Neurology
Attn: Robert Bashuk MD
4460 Austell Rd
Austell, GA 30106-1844

Open MRI Of Savannah
Attn: Toni S. Cowan
4815 Waters Ave
Savannah, GA 31404-6221

Open MRI of Macon
Attn: Lisa Waldrop
1504 Hardeman Ave Ste B
Macon, GA 31201-1464

Ortho Now PLLC
Attn: Bret Sokoloff, MD
4901 Raleigh Common Dr. Suite 200
Memphis, TN 38128-2478

Orthopaedic Solutions
Attn: Dr. Antenor Velazco, MD
670 S. 8th Street
Griffin, GA 30224-4214

Orthopedic Foot and Ankle Institute
Attn: Roman Sibel, MD
3175 Saint Rose Pkwy Ste 320
Henderson, NV 89052-3508

Outpatient Imaging
Attn: John F Howard MD
3280 Howell Mill Rd NW Ste 345
Atlanta, GA 30327-4113

Pain Care Center of Georgia
Attn: Crystal Marcum
1365 Rock Quarry Rd Ste 202
Stockbridge, GA 30281-5023

Pain Consultants of Atlanta
Attn: Ashley Bernal
1800 Peachtree St NW Ste 750
Atlanta, GA 30309-2530

Pain Institute of Georgia
Attn: Carlos J. Giron
3356 Vineville Ave
Macon, GA 31204-2328

| | | |
|---|---|---|
| Pain Management Specialists of Atlanta PC<br>Attn: Randall Berinhout<br>440 Prime Point<br>Peachtree, GA 30269-3309 | Parkaire Consultants<br>Attn: Randall Sheffield<br>4939 Lower Roswell Rd Ste 201C<br>Marietta, GA 30068-4384 | Peachtree Neurosurgery<br>Attn: Joy Taylor<br>1938 Peachtree Rd NW<br>Atlanta, GA 30309-1267 |
| Peachtree Orthopaedic Center P.A.<br>Attn: Managing Member<br>2001 Peachtree Rd NE Suite 700<br>Atlanta, GA 30309-1476 | Perimeter Orthopaedics PC<br>Attn: Katheryn Keller<br>5673 Peachtree Dunwoody Rd Ste 825<br>Atlanta, GA 30342-1771 | Perimeter Outpatient Surgical Associates<br>Attn: Katheryn Keller<br>5667 Peachtree Dunwoody Rd<br>Atlanta, GA 30342-1714 |
| Perimeter Surgical Center<br>Attn: Cindy Smith<br>6105 Peachtree Dunwoody Rd Ste 110<br>Atlanta, GA 30328-5909 | Perseus Limited<br>1651 S. Victoria Av<br>LA, CA 90019-5929 | Phenix City Spine and Topple Diagnostics<br>Attn: Brent Jones<br>10800 Alpharetta Hwy #208-541<br>Roswell, GA 30076-1490 |
| Philip C. Colosimo Ph.D<br>Attn: Philip C. Colosimo Ph.D<br>501 S Rancho Dr. Suite C-14<br>Las Vegas, NV 89106-4831 | Pinnacle Orthopaedics Sports Medicine<br>Speacialists, LLC<br>Attn: Donna L. Fisher<br>720 Transit Ave Ste 202<br>Canton, GA 30114-2544 | Pinnacle Orthopaedics Surgery Center-<br>Woodstock, LLC<br>Attn: Donna L. Fisher<br>1505 Stone Bridge Pkwy Ste 200<br>Woodstock, GA 30189-8282 |
| Plastikos Plastic and Recinstructive<br>Surgery & Millennium Healthcare<br>Attn: Susan Kolb MD<br>4370 Georgetown Sq<br>Atlanta, GA 30338-6205 | Polaris Center for Outpatient Spine Surgery<br>Attn: Joy Taylor<br>1150 Hammond Drive  Suite 400<br>Atlanta, GA 30328-8617 | Polaris Spine & Neurosurgery Center P.C.<br>Attn: Joy Taylor<br>1150 Hammond Drive  Suite 400<br>Atlanta, GA 30328-8617 |
| Preva Advanced Surgicare-<br>The Woodlands LLC<br>Attn: Hugh P. Shannonhouse<br>26710 I-45 N Ste B-100<br>The Woodlands, TX 77386 | (c)PRO PERFORMANCE P.T.<br>ATTN: AMANDA STILLINGS<br>4343 SHALLOWFORD RD STE 630<br>MARIETTA GA   30062-5080 | Process Servers Inc.<br>Attn: Martin Druckman<br>1736 East Charleston Unit 333<br>Las Vegas, NV 89104-7900 |
| Psychological Diagnostic Center LLC<br>Attn: Willa L. Boston PH. D<br>1820 Powers Ferry Rd. SE Building 22<br>Suite 200<br>Atlanta, GA 30339 | Pulse Imaging<br>Attn: Managing Member<br>202 N Texas Ave Ste 500<br>Webster, TX 77598-4968 | RENT-MDL GROUP<br>ATTN: MANAGING MEMBER<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 |
| ROBIN W. SMITH<br>12 ESTUARY COURT<br>TWIN WATERS, QLD 4564, AUSTRALIA | Regenerative Orthopaedics and Spine<br>Institute PC<br>Attn: Phillip G. Ploska MD<br>203 Medical Blvd.<br>Stockbridge, GA 30281-7218 | Rehabilitation That Works<br>Attn: Bob Bedford<br>801 S Rancho Dr Ste F4<br>Las Vegas,NV 89106-3814 |
| Restoration Counseling Services LLC<br>Attn: Faith Abraham<br>1010 Huntcliff<br>Sandy Springs, GA 30350-7532 | Robert and Patty Sandler<br>3655 Decatur Blvd. Suite 14173<br>Las Vegas, NV 89103-6860 | Rock Bridge Institute<br>Attn: Managing Member<br>2500 Hospital Blvd<br>Roswell, GA 30076-4907 |
| Roy M. Rubin MD<br>Attn: Roy M. Rubin MD<br>3455 American River Drive Ste.B<br>Sacramento, CA 95864-5751 | SOCIAL SECURITY ADMINISTRATION<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 33021<br>BALTIMORE, MD 21290-3021 | STATE FARM FIRE & CASUALTY CO.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>3 RAVINIA DRIVE<br>ATLANTA, GA 30346-2118 |

| | | |
|---|---|---|
| (c)SACRAMENTO PAIN CLINIC<br>ATTN: DR. MICHAEL LEVIN, MD<br>333 UNIVERSITY AVE STE 140<br>SACRAMENTO CA  95825-6535 | Safeway Driver Fitness Centers Inc.<br>Attn: Jeff Borchardt<br>16230 W Mayflower Dr<br>New Berlin, Wisconsin 53151-6596 | Safeway Psychological Services<br>Attn: Jeff Borchardt<br>16230 W Mayflower Dr<br>New Berlin, Wisconsin 53151-6596 |
| Saint Francis Memorial Hospital<br>Attn: Alan E. Fox<br>900 Hyde St<br>San Francisco, CA 94109-4806 | San Ramon Surgery Center<br>Attn: Medina Henry<br>100 Park Pl Ste 110<br>San Ramon, CA 94583-4460 | Santa Barbara Cottage Hospital<br>Attn: Gregory Friedrich<br>400 W Pueblo St<br>Santa Barbara, CA 93105-4390 |
| Scott Barbour MD<br>Attn: Scott Barbour MD<br>3240 NE Expy NE Ste 200<br>Atlanta, GA 30341-4003 | Seven Hills Surgery Center<br>Attn: Jeanne Elam<br>876 Seven Hills Dr<br>Henderson, NV 89052-4369 | South Atlanta MUA Center LLC<br>Attn: Stephen B. Cooper<br>541 Forest Parkway Suite 14<br>Forest Park, GA 30297-6110 |
| South Placer Surgery Center<br>Attn: Brian Hunt<br>8723 Sierra College Blvd<br>Roseville, CA 95661-5990 | Southeast Open MRI<br>Attn: Toni S. Cowan<br>1103 Fountain Lake Dr<br>Brunswick, GA 31525-3039 | Southern Cross Surgery Center<br>Attn: R.L. Talley Jr. MD<br>1301 Sigman Rd NE<br>Conyers, GA 30012-3819 |
| Specialty Orthopaedics<br>Attn: Kevin Jarrard<br>1240 Jesse Jewell Pkwy SE # 300.<br>Gainesville, GA 30501-3861 | Specialty Surgery Center of Pecos<br>Attn: Craig N. Foreman<br>1569 E. Flamingo Rd<br>Las Vegas, NV 89119-5321 | Spine Center Medical Group<br>Attn: Jodie Faier<br>455 Hickey Blvd Ste 310<br>Daly City, CA 94015-2630 |
| SpinePlus Healthcare<br>Attn: Raymond Torres<br>2918 San Jacinto St Suite 150<br>Houston, TX 77004-2708 | Sports Concussion Institute<br>Attn: Jay H. Paik<br>3200 Downwood Cir NW<br>Atlanta, GA 30327-1610 | St. George Surgical Center<br>Attn: Terrill Dick<br>676 S Bluff St<br>Saint George, UT 84770-3512 |
| Starpoint Health Inc.<br>Attn: EricD Friedlander<br>20360 SW Birch St Ste 110<br>Newport Beach, CA 92660-1532 | Stat Diagnostics Cuevas Diagnostics LLC<br>Attn: Cesar Cuevas<br>4710 Katy Freeway<br>Houston, TX 77007-2204 | Statesboro Neurosurgery<br>Attn: Dr.Donald Graham<br>1211 Merchant Way Ste 411<br>Statesboro, GA 30458-0865 |
| Stellar Ambulartory Anesthesia<br>Consultants LLC<br>Attn: Timothy Griner<br>1150 Hammond Drive  Suite 600<br>Atlanta, GA 30328-8615 | Stone Creek Surgery Center<br>Attn: Jeanne Elam<br>5915 S Rainbow Blvd<br>Las Vegas, NV 89118-2557 | Stonecreek Capital Advisors<br>Attn: Robert Spertell<br>19710 Skyline Blvd<br>Los Gatos, CA 95033-8262 |
| Streeterville Open MRI LLC<br>Attn: Edwin Sage<br>446 E Ontario St Ste 106<br>Chicago, IL 60611-7110 | Stutz Artiano & Holtz<br>Attn: Ljubisa Kostic<br>1120 N Town Center Dr<br>Las Vegas, NV 89144-6300 | Supriti Baylan DDS<br>Attn: Supriti Baylan DDS<br>2145 Roswell Rd Ste 120<br>Marietta, GA 30062-0819 |
| Surgery Center of Athens LLC<br>Attn: Brandon O'Dell<br>2142 W Broad St Ste 100<br>Athens, GA 30606-3509 | Surgery Center of Southern Nevada<br>Attn: Managing Member<br>4275 Burnham Ave<br>Las Vegas, NV 89119-5400 | Surgery Excellence Management LLC<br>Attn: Lori Ramirez<br>2100 West Loop South Suite 1200<br>Houston, TX 77027-3599 |

| | | |
|---|---|---|
| Surgical Imaging Services Inc.<br>Attn: Josephine Shameria<br>782 Dynasty Dr<br>Fairfield, CA 94534-6612 | Sutton Orthopaedics & Sports Medicine<br>Attn: Michael A. Birke MD<br>145 Medical Blvd<br>Stockbridge, GA 30281-5083 | Swaroop N. Nyshadham MD<br>Attn: Swaroop N. Nyshadham MD<br>1990 Lukken Industrial Dr W<br>Lagrange, GA 30240-1404 |
| TECUMSEH ALTERNATIVES, LLC<br>ATTN: MANAGING MEMBER<br>5668 MORRIS HUNT DRIVE<br>FORT MILL, SC 29708-6571 | THE INJURY SPECIALISTS, LLC<br>ATTN: MANAGING MEMBER<br>270 CARPENTER DRIVE, SUITE 300<br>SANDY SPRINGS, GA 30328-4933 | Tecumseh  Infinity Medical Receivables Fund,<br>5668 Morris Hunt Drive<br>Fort Mill, SC 29708-6571 |
| The Hand & Upper Extremity Center<br>of Georgia PC<br>Attn: Jeffrey Klugman<br>980 Johnson Ferry Rd Ste 1000<br>Atlanta, GA 30342-1639 | The Injury Specialist LLC<br>Attn: Michael Wax<br>5464 Peachtree Blvd<br>Chamblee, GA 30341-2235 | The Pain Clinic<br>Attn: Roper Dollarhide<br>5445 W Sahara Ave<br>Las Vegas, NV 89146-0308 |
| The Pain Relief Center of Georgia<br>Attn: Idi Allen MD<br>101 Yorktown Dr Ste 211<br>Fayetteville, GA 30214-1578 | The Physicians Atlanta Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians Lab Services<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 |
| The Physicians North Atlanta Surgery Cntr<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians Rome Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Woodlands Specialty Hospital<br>Attn: Antonio Canales<br>25440 I-45 N<br>The Woodlands, TX 77386 |
| Tobin Bone and Joint Surgery Inc.<br>Attn: Joseph Tobin<br>12 Lafayette Place  Suite A<br>Hilton Head Island, SC 29926-2203 | Tushar M. Goradia MD PhD<br>Attn: Tushar M. Goradia MD PhD<br>6555 Coyle Ave<br>Carmichael, CA 95608-0302 | Tyrone Synergy Rehabilitation<br>Attn: Branton R. Queen PT<br>100 Millbrook Village Dr<br>Tyrone, GA 30290-3603 |
| U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Ultimate Physical Therapy LLC<br>Attn: Sayeeda Kurlawala<br>10929 Katy Fwy Ste B<br>Houston, Texas 77079-2203 | University Medical Center<br>Attn: Lacy L. Thomas<br>1800 W Charleston Blvd<br>Las Vegas, NV 89102-2386 |
| Valley Anesthesiology<br>Attn: Garland Cowen<br>10120 South Eastern Suite 200<br>Henderson, NV 89052-3926 | Valley Health System<br>Attn: Managing Member<br>2075 E Flamingo Rd<br>Las Vegas, NV 89119-5188 | Viking Pain Management<br>Anthony Rotando<br>1229 Creek Way Dr Ste 104<br>Sugarland , TX 77478-4556 |
| Werner Institute of Balance & Dizziness<br>Attn: Managing Member<br>9080 W Cheyenne Ave<br>Las Vegas, NV 89129-8936 | White Oak Surgery Center<br>Attn: Jay Rice<br>1665 Highway 34 E Ste 200<br>Newnan, GA 30265-2404 | Wilcorp LLC<br>Attn: Robin Wilson<br>11204 S. 75th E. Ave<br>Bixby, OK 74008-2043 |
| William A. Segal MD<br>Attn: William A. Segal MD<br>3800 Pleasant Hill Rd Ste 3<br>Duluth, GA 30096-1428 | XL2XS LLC<br>Attn: Saira McKinley<br>5413 Rose Thicket St<br>Las Vegas, NV 89130-1675 | Yarbro Ltd. dba Lake Mead Radiologists<br>Attn: Donald Den Yarbro Jr. MD<br>2559 Wigwam Pkwy<br>Henderson, NV 89074-6230 |

```
MATTHEW C. ZIRZOW                                  ROBERT E. ATKINSON
LARSON & ZIRZOW, LLC                               376 E WARM SPRINGS RD STE 130
850 E. BONNEVILLE AVE.                             LAS VEGAS, NV 89119-4262
LAS VEGAS, NV 89101-7031
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Pro Performance P.T.                               Sacramento Pain Clinic
Attn: Amanda Stillings                             Attn: Dr. Michael Levin, MD
4343 Shallowford Rd Ste G-3 & 4                    777 Campus Commons Rd
Marietta, GA 30062                                 Sacramento, CA 95825
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HASELECT-MEDICAL RECEIVABLES LITIGATION FI     (u)HEALTHPLUS IMAGINING OF TEXAS, LLC     (u)TECUMSEH - INFINITY MEDICAL RECEIVABLES FU


(u)CENTURY LINK                    (u)COASTAL INVESTMENTS PLC              (u)FTM LTD
ATTN: MANAGING MEMBER              ATTN: MANAGING MEMBER                   ATTN: MANAGING MEMBER
100 CENTURYLINK DRIVE              P.O. BOX 11, ANZ HOUSE                  PO BOX 316, PORT VILA
P.O. BOX 4065, MONROE, LA          AVARUA, RAROTONGA, COOK ISLANDS         FIRST FLOOR, LAW PARTNERS HOUSE-LINI HIG
                                                                           EFATE, VANUATU

(d)First Savings Bank              (u)Gregory Martin Cash                  (u)IMTISAL KHURI
Attn: Managing Member              Private Mail Bag 9 Port Kenny South Aust
5960 S. Jones Blvd.                Private Mail Bag 9 Port Kenny South Aust
Las Vegas, NV 89118-2610


(d)State Farm Fire & Casualty Co.  (d)The Injury Specialists               (d)The Injury Specialists, LLC
Attn: Bankruptcy Dept/Managing Agent c/o Sagebrush Lawyers                  Attn: Managing Member
3 Ravinia Drive                    112 S. Water Street, Suite 104          270 Carpenter Drive, Suite 300
Atlanta, GA 30346-2118             Henderson, NV 89015-2312                Sandy Springs, GA 30328-4933
```

End of Label Matrix
Mailable recipients    241
Bypassed recipients     12
Total                  253