NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14486−abl<br>CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC. ,<br>Debtor(s) | |
| | Adversary Proceeding: 21−01167−abl |
| HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al,<br>Plaintiff(s) | NOTICE OF DOCKETING ERROR |
| vs | |
| TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, et al,<br>Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

Docket Number/Entry:   *57* – Document Appendix of Exhibits to Statement of Undisputed Facts in Support of Plaintiff HASelect−Medical Receivables Litigation Finance Fund International SP's Motion for Partial Summary Judgment as to Certain Disputed Receivables with Certificate of Service Filed by BART K. LARSEN on behalf of HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (Related document(s)55 Document filed by Counter−Defendant HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, Plaintiff HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP.) (Attachments: # 1 Exhibit MLA # 2 Exhibit UCC−1 Filing # 3 Exhibit Excerpts from Transcript of November 10, 2021 Rule 2004 Examination of Oliver Hemmers # 4 Exhibit Excerpts from Transcript of November 9, 2021 Rule 2004 Examination of Anne Pantelas # 5 Exhibit Sub−Advisory Agreement # 6 Exhibit 1−A Purchase Order # 7 Exhibit June 30, 2020 Monthly Account Statement # 8 Exhibit June 26, 2020 Assignment and Bill of Sale # 9 Exhibit 1−B Purchase Order # 10 Exhibit July 23, 2020 Assignment and Bill of Sale # 11 Exhibit July 31, 2020 Monthly Account Statement # 12 Exhibit 1−C Purchase Order # 13 Exhibit August 12, 2020 Assignment and Bill of Sale # 14 Exhibit August 31, 2020 Monthly Account Statement # 15 Exhibit 1−D Purchase Order # 16 Exhibit September 10, 2020 Assignment and Bill of Sale # 17 Exhibit September 30, 2020 Monthly Account Statement # 18 Exhibit 1−E Purchase Order # 19 Exhibit September 16, 2020 Assignment and Bill of Sale # 20 Exhibit 1−F Purchase Order # 21 Exhibit 1−F Purchase Order # 22 Exhibit September 30, 2020 Monthly Account Statement # 23 Exhibit September 30, 2020 Assignment and Bill of Sale #

|  |  |
|---|---|
|  | 24 Exhibit 1–H Purchase Order # 25 Exhibit October 4, 2020 Assignment and Bill of Sale # 26 Exhibit October 30, 2020 Monthly Account Statement # 27 Exhibit 1–I Purchase Order # 28 Exhibit 1–J Purchase Order # 29 Exhibit UCC Search Report) (LARSEN, BART) |
| Filed On: | 3/22/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.
* No Counter–Plaintiff on the court docket.


Dated: 3/24/22

*Mary A Schott*

Mary A. Schott
Clerk of Court


**For additional information, please visit the court's web site at <https://www.nvb.uscourts.gov>**