NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14486−abl |
| | CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC. , | |
| Debtor(s) | |
| | Adversary Proceeding: 21−01167−abl |
| HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, | NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **70** – Stipulation By TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP and Between HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP Filed by GABRIELLE A. HAMM on behalf of TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)53 Motion for Summary Judgment filed by Counter−Defendant HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, Plaintiff HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, 59 Motion to Dismiss Adversary Proceeding filed by Counter−Claimant TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, Counter−Defendant TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP.) (HAMM, GABRIELLE) |
| Filed On: | 4/12/22 |
| With A Hearing Date Of: | 5/12/22 |
| And A Hearing Time Of: | 09:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Adversarial Parties
  * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 4/13/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**