_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
April 14, 2022

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,,<br><br>Defendant/Counterclaim Plaintiff, | Adversary Case No. 21-01167-abl<br><br>Hearing Date:   May 12, 2022,<br>Hearing Time:   9:30 a.m.<br><br>**Continued Hearing:**<br>**Date:**   **May 26, 2022**<br>**Time:**    **9:30 a.m.** |

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, and ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,

        Counterclaim Defendants.

ROBERT E ATKINSON, CHAPTER 7 TRUSTEE,

        Counter Plaintiff,

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter Defendant.

**ORDER APPROVING STIPULATION BETWEEN HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP AND TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP TO: (I) CONTINUE HEARING DATES ON MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES [DE #53] AND MOTION TO DISMISS ALL CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION [DE #59]; AND (II) EXTEND DEADLINES FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES**

The Court has read and considered the stipulation between HASelect-Medical Receivables Litigation Finance Fund International SP ("**HASelect**") and Tecumseh-Infinity Medical Receivable Fund, LP ("**Tecumseh**") to (1) continue the hearings on HASelect's *Motion for Partial Summary Judgment as to Certain Disputed Receivables* [ECF No. 53] and Tecumseh's *Motion to Dismiss All Claims for Lack of Subject Matter Jurisdiction* [ECF No. 59] and (2) extend related opposition and reply deadlines (the "**Stipulation**").[1] Good cause appearing, **IT IS HEREBY ORDERED**:

    1.    The Stipulation is APPROVED in its entirety.

    2.    The hearing on HASelect's Partial Motion for Summary Judgment is continued from May 12, 2022, at 9:30 a.m., to **May 26, 2022**, **at 9:30 a.m.**

---

[1] All capitalized undefined terms used herein shall be defined in the Stipulation.

3. The hearing on Tecumseh's Motion to Dismiss is continued from May 12, 2022, at 9:30 a.m., to **May 26, 2022**, **at 9:30 a.m.**

4. The deadline for Tecumseh to file and serve its memorandum of points and authorities in opposition to the Partial Summary Judgment Motion shall be extended from April 12, 2022 to **April 28, 2022** and the deadline for HASelect to file and serve its reply memorandum of points and authorities shall be extended from April 26, 2022 to **May 12, 2022**.

5. Pursuant to LR 9014(d), the opposition and reply deadlines for the Motion to Dismiss shall be May 12, 2022 and May 19, 2022, respectively.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: /s/ Gabrielle A. Hamm
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
GABRIELLE A. HAMM, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

4855-1660-3675, v. 2