NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> INFINITY CAPITAL MANAGEMENT, INC. , <br>                       Debtor(s) | BK−21−14486−abl <br> CHAPTER 7 <br><br> Adversary Proceeding: 21−01167−abl |
| HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, <br>                       Plaintiff(s) <br><br> vs <br><br> TECUMSEH−INFINITY MEDICAL RECEIVABLES FUND, LP, et al, <br>                       Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **79** − Reply with Certificate of Service Filed by BART K. LARSEN on behalf of HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (Related document(s)53 Motion for Summary Judgment filed by Counter−Defendant HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, Plaintiff HASELECT−MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP.) (Attachments: # 1 Exhibit Exhibit 30 − Part 1 # 2 Exhibit Exhibit 30 − Part 2 # 3 Exhibit Exhibit 30 − Part 3) (LARSEN, BART) |
| Filed On: | 5/12/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 5/13/22

*Mary A Schott*

Mary A. Schott

Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**