_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 23, 2022

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND<br>INTERNATIONAL SP,<br><br>          Plaintiff,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL<br>RECEIVABLES FUND, LP,<br><br>          Defendant. | Adv. No. 21-01167-abl<br><br>**ORDER GRANTING MOTION TO<br>SUBSTITUTE PARTY AND RE-<br>CAPTION CASE**<br><br>Hearing Date:    April 6, 2022<br>Hearing Time:    9:30 a.m.<br><br>Oral Ruling Date:    April 28, 2022<br>Oral Ruling Time:    3:00 p.m. |

-1-

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

                          Counter-Claimant,

v.

HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP; ROBERT E. ATKINSON,
CHAPTER 7 TRUSTEE,

                          Counter-Defendants.

ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,

                          Counter-Claimant,

v.

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

                          Counter-Defendant.

       The Trustee's motion entitled MOTION TO SUBSTITUTE PARTY AND
RECAPTION CASE [Adv. ECF #45] (the "***Motion***"), came on for hearing before the Court on
April 6, 2022.  An oral ruling on this matter was held on April 28, 2022 ("***Oral Ruling***").
Appearances at the hearings were as noted on the record.

       All findings of fact and conclusions of law orally stated by the Court at the Oral Ruling
are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings
via Fed. R. Bankr. P. 9014(c) and 7052.  For the reasons stated by the Court on the record at
the Oral Ruling,

///

///

///

///

///

///

**IT IS HEREBY ORDERED:**

1.  The Motion, and all of the relief sought therein, is granted in full.

2.  The Trustee is hereby removed as a Counter-Defendant for Tecumseh's counterclaim against the Trustee, and HASelect is hereby substituted for the Trustee as the Counter-Claimant to prosecute the counterclaim against Tecumseh.

3.  The Clerk of the Court shall modify the case docket as follows:

    a.  For Tecumseh's counterclaim against the Trustee and HASelect (filed in Adv. ECF #12), the party ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE shall be entirely removed as Counter-Defendant. Only HASelect shall defend this counterclaim.

    b.  For the Trustee's counterclaim (filed in Adv. ECF #28), HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL LP (represented by Bart Larsen, Esq. of the law firm Shea Larsen) shall be substituted in as Counter-Claimant, in the place and stead of ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE.

///

///

///

///

///

///

///

///

///

///

///

///

///

-3-

4.     For all filings made after the entry of any order approving this motion, the caption to this adversary case shall be:

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant, | Adv. No. 21-01167-abl<br><br>**[Pleading Title]** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Claimant,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Defendant. | |

**IT IS SO ORDERED.**

# # #

-4-

Respectfully submitted by:

_____/s/ Clarisse L. Crisostomo_____
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526

## **CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court has waived the requirements set forth in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Bart Larsen, Esq. (*counsel for HASelect*) – APPROVED
Gabrielle Hamm, Esq. (*counsel for Tecumseh*) - APPROVED

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###