_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 21, 2022

1
2
3
4
5
6
7

8  Bart K. Larsen, Esq.
Nevada Bar No. 8538
9  Kyle M. Wyant, Esq.
Nevada Bar No. 14652
10 **SHEA LARSEN**
1731 Village Center Circle, Suite 150
11 Las Vegas, Nevada 89134
Telephone: (702) 471-7432
12 Fax: (702) 926-9683
Email:  blarsen@shea.law
13         kwyant@shea.law

14 *Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

15         **UNITED STATES BANKRUPTCY COURT**

16             **DISTRICT OF NEVADA**

17 In re:

18 INFINITY CAPITAL MANAGEMENT, INC.

19             Debtor.

20

21 HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
22 INTERNATIONAL SP,

23             Plaintiff,

24 v.

25 TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,
26

27             Defendant.

28

Case No. 21-14486-abl

Chapter 7

Adversary Case No. 21-01167-abl

**ORDER APPROVING
STIPULATION REGARDING
SERVICING AND COLLECTION
OF ACCOUNTS RECEIVABLE**

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

- 1 -

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1

2

3

4

5

6

7

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

Counter-Claimant

v.

HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP

Counter-Defendant.

8

9

10

11

12

13

14

HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP,

Counter-Claimant,

v.

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

Counter-Defendant.

15

16

**ORDER APPROVING STIPULATION REGARDING SERVICING AND COLLECTION OF ACCOUNTS RECEIVABLE**

17 The Court, having considered the *Stipulation Regarding Servicing and Collection of*

18 *Accounts Receivable* entered into by and between HASelect-Medical Receivables Litigation

19 Finance Fund International SP ("HASelect") and Tecumseh-Infinity Medical Receivable Fund,

20 LP's ("Tecumseh") and filed in this Adversary Proceeding at ECF No. 85 (the "Stipulation"), and

21 good cause appearing, IT IS HEREBY ORDERED:

22 1. The Stipulation is APPROVED;

23 2. TPL Claims Management, LLC ("TPL") is hereby authorized and empowered to

24 take commercially reasonable actions, subject to and as allowed under its agreements with

25 HASelect and Tecumseh, to effectuate the servicing and collection of the Portfolio[1] and to hold

26 _____

27 [1] The Portfolio is made up of the accounts receivable described as the "Tecumseh Receivables" in the Sale Order [BK ECF No. 184] and in the Amended Declaration of Chad Meyer filed in the Bankruptcy Case at ECF No. 201 and, as such, includes all accounts receivable identified in "Exhibit A" [BK ECF No. 201-1] and, to the extent marked as assigned to Tecumseh, "Exhibit B" [BK ECF No. 201-2] to such declaration.

28

1  the proceeds of the Portfolio in escrow pending the final resolution of all claims and counterclaims

2  asserted in this Adversary Proceeding as contemplated under such agreements;

3         3.      Any person obligated as to payment of any account receivable included in the

4  Portfolio is hereby authorized and directed to remit payment when due directly to TPL at such

5  location as TPL may instruct;

6         4.      TPL is hereby authorized to endorse and negotiate any check remitted in payment

7  of any account receivable included in the Portfolio, including any check made payable to Infinity,

8  Infinity Health Connection, Infinity Health Solutions, LLC, or Buena Vista Rx; and

9         5.      This Court shall retain jurisdiction to interpret and enforce the provisions of this

10  Order and the Stipulation.

11

12         **IT IS SO ORDERED.**

13

14                                                           # # #

15

16

17

18  Respectfully submitted:

19  **SHEA LARSEN**

20  /s/ *Bart K. Larsen, Esq.*
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538

21

22  *Attorney for HASelect-Medical Receivables*
    *Litigation Finance Fund International SP*

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432