_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 01, 2022

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | Adv. Proceeding No.: 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Hearing Date: June 24, 2022<br>Hearing Time: 1:30 p.m. |
| Plaintiff, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al., | |
| Counter-Claimants, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, et al., | |

   Counter-Defendants.   )
                 )

## ORDER DENYING MOTION TO DISMISS

  On June 24, 2022, the Court issued its oral ruling on Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss All Claims for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") (ECF No. 59).[1] The Motion to Dismiss was filed on behalf of Tecumseh-Infinity Medical Receivables Fund, LP ("Defendant").

  At the June 24, 2022 oral ruling, attorney Gabrielle A. Hamm appeared telephonically on behalf of the Defendant. Attorney Kyle Wyant appeared telephonically on behalf of Haselect-Medical Receivables Litigation Finance Fund International, SP ("Plaintiff"). No other telephonic appearances were noted on the record.

  To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on June 24, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

  For the reasons stated on the record:

  **IT IS ORDERED** that the Motion to Dismiss is **DENIED** in all respects.

Copies sent to all parties via CM/ECF Electronic Filing.

                   # # #

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.