_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 25, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | Adv. Proceeding No.: 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Hearing Date: July 8, 2022 <br> Hearing Time: 1:30 p.m. |
| Plaintiff, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al., | |
| Counter-Claimants, | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, et al., | |
| Counter-Defendants. | |

# ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On July 8, 2022, the Court issued its oral ruling regarding a Motion for Partial Summary Judgment as to Certain Disputed Receivables ("Motion for Partial Summary Judgment") (ECF No. 53).[1] The Motion for Partial Summary Judgment was filed on behalf of HASelect-Medical Receivables Litigation Finance Fund International SP ("Plaintiff").

At the July 8, 2022 oral ruling, attorney Kyle M. Wyant appeared telephonically on behalf of the Plaintiff. Attorney Michael D. Napoli appeared telephonically on behalf of Tecumseh-Infinity Medical Receivables Fund, LP ("Defendant").

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on July 8, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 56(a)(1), made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7056.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion for Partial Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion for Partial Summary Judgment, and all relief requested therein, is **GRANTED** as to the 1-A through 1-E Accounts, the 1-G Accounts, and the 1-H Accounts, as those accounts are defined in the Motion for Partial Summary Judgment; and

2. The Motion for Partial Summary Judgment is **DENIED** as to the 1-F Accounts, the 1-I Accounts, and the 1-J Accounts, as those accounts are defined in the Motion for Partial Summary Judgment.

/ / /

/ / /

---

[1] In this Order all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they are appear on the docket maintained by the Clerk of the Court.

Copies sent to all parties via CM/ECF Electronic Filing.

### #