Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:    blarsen@shea.law
            kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>INFINITY CAPITAL MANAGEMENT, INC.<br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br>Plaintiff,<br>v.<br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br>Defendant. | Adversary Proceeding No.: 21-01167-abl<br><br>Hearing Date: July 8, 2022<br>Hearing Time: 1:30 p.m. |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br>Counter-Plaintiff,<br>v.<br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; et al.,<br>Counter-Defendants. | |

**NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL, SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, on July 25, 2022, the above-referenced Court entered an Order granting in part and denying in part HASelect-Medical Receivables Litigation Finance Fund International, SP's Motion for Partial Summary Judgment [ECF N. 53] (the "Motion"). A copy of said Order granting the Motion is attached hereto as **Exhibit 1**.

Dated this 25th day of July 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1. On July 25, 2022, I served the following document(s): **NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL, SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

   CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ggordon@gtg.legal, bknotices@gtg.legal

   GABRIELLE A. HAMM on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ghamm@Gtg.legal, bknotices@gtg.legal

   MICHAEL D. NAPOLI on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   michael.napoli@akerman.com,
   cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

   ARIEL E. STERN on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ariel.stern@akerman.com, akermanlas@akerman.com

   ☐ b. United States mail, postage fully prepaid:

   ☐ c. Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

| | |
|---|---|
| ☐ | e.   By fax transmission: |

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

| | |
|---|---|
| ☐ | f.   By messenger: |

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2022.

By: /s/ *Bart K. Larsen, Esq,*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**<u>EXHIBIT 1</u>**

1  
2  _____  
3  Honorable August B. Landis  
   United States Bankruptcy Judge  
4  Entered on Docket  
   July 25, 2022  
5  



6  
7                    UNITED STATES BANKRUPTCY COURT  
8                         DISTRICT OF NEVADA  
                              * * * * * *  

| | | |
|---|---|---|
| 9 | In re: ) | Case No.: 21-14486-abl |
| 10 | ) | |
| 11 | INFINITY CAPITAL MANAGEMENT, ) INC., ) | Chapter 7 |
| 12 | ) Debtor. ) | Adv. Proceeding No.: 21-01167-abl |
| 13 | _____) | |
| 14 | HASELECT-MEDICAL RECEIVABLES ) LITIGATION FINANCE FUND ) | Hearing Date: July 8, 2022 |
| 15 | INTERNATIONAL SP, ) | Hearing Time: 1:30 p.m. |
| 16 | ) Plaintiff, ) | |
| 17 | ) v. ) | |
| 18 | ) TECUMSEH-INFINITY MEDICAL ) | |
| 19 | RECEIVABLES FUND, LP, ) | |
| 20 | ) Defendant. ) | |
| 21 | _____) | |
| 22 | HASELECT-MEDICAL RECEIVABLES ) LITIGATION FINANCE FUND ) | |
| 23 | INTERNATIONAL SP, et al., ) ) | |
| 24 | Counter-Claimants, ) ) | |
| 25 | ) | |
| 26 | TECUMSEH-INFINITY MEDICAL ) RECEIVABLES FUND, LP, et al., ) | |
| 27 | ) Counter-Defendants. ) | |
| 28 | _____) | |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

On July 8, 2022, the Court issued its oral ruling regarding a Motion for Partial Summary Judgment as to Certain Disputed Receivables ("Motion for Partial Summary Judgment") (ECF No. 53).[1] The Motion for Partial Summary Judgment was filed on behalf of HASelect-Medical Receivables Litigation Finance Fund International SP ("Plaintiff").

At the July 8, 2022 oral ruling, attorney Kyle M. Wyant appeared telephonically on behalf of the Plaintiff. Attorney Michael D. Napoli appeared telephonically on behalf of Tecumseh-Infinity Medical Receivables Fund, LP ("Defendant").

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on July 8, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 56(a)(1), made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7056.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion for Partial Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion for Partial Summary Judgment, and all relief requested therein, is **GRANTED** as to the 1-A through 1-E Accounts, the 1-G Accounts, and the 1-H Accounts, as those accounts are defined in the Motion for Partial Summary Judgment; and

2. The Motion for Partial Summary Judgment is **DENIED** as to the 1-F Accounts, the 1-I Accounts, and the 1-J Accounts, as those accounts are defined in the Motion for Partial Summary Judgment.

/ / /

/ / /

---

[1] In this Order all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they are appear on the docket maintained by the Clerk of the Court.

1  Copies sent to all parties via CM/ECF Electronic Filing.

### #