GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO REMAINING RECEIVABLES** |

|   |
|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>　　　　Counter-Defendant.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>　　　　Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>　　　　Counter-Defendant. |

**APPENDIX OF EXHIBITS IS SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO REMAINING RECEIVABLES**

PLEASE TAKE NOTICE that Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh") by and through counsel, hereby lodges the following exhibits, true and correct copies of which are attached hereto:

| Exhibit | Description of Exhibit |
|---|---|
| A. | Excerpts from the deposition of Oliver Hemmer |
| B. | Sub-Advisory Agreement, Tecumseh-Infinity Medical Receivables Fund, LP |
| C. | Referral from The Injury Specialists |
| D. | Preauthorization Letter |
| E. | Claim Form |
| F. | Reconciliation to Debtor's Bank of America Account Statements |
| G. | Bank of America Account Statements (October 2020 – September 2021) |
| H. | Email Correspondence |

| I. | Debtor's Binders re Tecumseh Receivables. The binders contain PII and HIPPA protected information. To be provided, pending filing of motion to seal. |
|---|---|

Dated this 26th day of August.

Respectfully submitted,

GARMAN TURNER GORDON LLP

By: /s/ William M. Noall
Gerald M. Gordon, Esq.
William M. Noall, Esq.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*