# EXHIBIT D



**Infinity Health Connections ™ a division of Infinity Capital Management ™**

July 20, 2020

American Health Imaging
2485 Jefferson Road, Suite 104
Athens, GA 30607

ATTN: Scheduling

Infinity Health Connections hereby advises that the following patient is pre-authorized by our group to receive the following medical services, as per our formal agreement executed with American Health Imaging.

| | |
|---|---|
| Date of Service: | **Authorization valid for 45 days from date of this letter.** |
| Patient Name: | |
| DOB: | |
| Physician: | TBD |
| Procedure: | MRI Without Contrast |
| Body Part: | Cervical |
| CPT codes: | TBD |
| Medical supplies, Other: | Typical for the procedure described above |
| Procedure location: | American Health Imaging (Athens) |
| | |
| Comments: | Bill Infinity Health Connections pursuant to our contract. Attorney lien will be filed by Infinity rather than by American Health Imaging. **Infinity is not a general insurer.** |

Please feel free to contact us if you have any questions.

*Michelle Newcomb*

Michelle Newcomb, Director of Operations
Infinity Health Connections
Infinity Capital Management