# EXHIBIT E



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

INFINITY HEALTH CONNECTIONS
1700 W HORIZON RIDGE PARKWAY
SUITE 206
HENDERSON NV 89012 4840

| Field | Value |
|---|---|
| 1. Coverage | GROUP HEALTH PLAN [X] |
| 1a. INSURED'S I.D. NUMBER | [redacted] |
| 2. PATIENT'S NAME | [redacted] |
| 3. PATIENT'S BIRTH DATE / SEX | [redacted] / F [X] |
| 4. INSURED'S NAME | [redacted] |
| 5. PATIENT'S ADDRESS | [redacted] |
| 6. PATIENT RELATIONSHIP TO INSURED | Self [X] |
| 7. INSURED'S ADDRESS | [redacted] |
| 9. OTHER INSURED'S NAME | |
| 10a. EMPLOYMENT? | NO [X] |
| 10b. AUTO ACCIDENT? | YES [X] |
| 10c. OTHER ACCIDENT? | NO [X] |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | NONE |
| 11a. INSURED'S DATE OF BIRTH / SEX | [redacted] / F [X] |
| 11d. ANOTHER HEALTH BENEFIT PLAN? | NO [X] |
| 12. PATIENT'S SIGNATURE | SIGNATURE ON FILE   DATE 10 09 2020 |
| 13. INSURED'S SIGNATURE | SIGNATURE ON FILE |
| 14. DATE OF CURRENT ILLNESS | 06 04 2020  QUAL. 431 |
| 17. REFERRING PHYSICIAN | DN VICTORIA SENG PA C |
| 17b. NPI | 1871079301 |
| 20. OUTSIDE LAB? | NO [X] |
| 21. DIAGNOSIS | ICD Ind. 0 |
| A. | M54 5 |
| B. | M54 2 |
| C. | M25 571 |
| D. | R53 1 |
| E. | M79 9 |
| F. | M25 671 |
| G. | M25 60 |
| H. | V43 52XD |
| 23. PRIOR AUTHORIZATION NUMBER | 07031972 |

## 24. Services

| From DOS | To DOS | POS | EMG | CPT/HCPCS | Modifier | Diag Pointer | $ Charges | Units | ID | Rendering Provider NPI |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 09 20 | 10 09 20 | 11 | | 97530 | 59 | ABCD | 165 00 | 2 | NPI | 1265084750 |
| 10 09 20 | 10 09 20 | 11 | | 97140 | | ABCD | 138 00 | 2 | NPI | 1265084750 |
| 10 09 20 | 10 09 20 | 11 | | 97110 | | ABCD | 70 50 | 1 | NPI | 1265084750 |
| 10 09 20 | 10 09 20 | 11 | | 97112 | | ABCD | 69 00 | 1 | NPI | 1265084750 |

| Field | Value |
|---|---|
| 25. FEDERAL TAX I.D. NUMBER | 27 0039366  EIN [X] |
| 26. PATIENT'S ACCOUNT NO. | 1322212 |
| 27. ACCEPT ASSIGNMENT? | YES [X] |
| 28. TOTAL CHARGE | $ 442 50 |
| 29. AMOUNT PAID | $ 0 00 |
| 31. SIGNATURE OF PHYSICIAN | KEVIN M COLLINS PT   SIGNED 10 10 2020 |
| 32. SERVICE FACILITY | BENCHMARK PT MACEDONIA WOODMON<br>8012 CUMMING HWY STE 106<br>CANTON GA 30115 9338<br>a. 1285155879 |
| 33. BILLING PROVIDER | (423) 238 7217<br>BENCHMARK PHYSICAL THERAPY<br>6397 LEE HWY STE 300<br>CHATTANOOGA TN 37421 2564<br>a. 1780636068 |