# EXHIBIT H

| | |
|---|---|
| **From:** | Mike Belotz |
| **To:** | oliver@infinitycapital.com; Anne@infinitycapital.com |
| **Cc:** | bill@ftm-investments.com; endre@ftm-investments.com; Chad Meyer |
| **Subject:** | RE: NAV |
| **Date:** | Tuesday, October 20, 2020 9:20:52 PM |

Oliver,

For each receivable NAV needs to see Bill ID, cost of the receivable, the overhead charge, the total cost, date paid and the type.  They also need to see the totals for all of the receivables, the overhead charge and the total cost. This is only for the receivables bought since the last report was generated.  But the total needs to equal the amount paid out of the BofA account so they can reconcile.

At least once a quarter they need to see a list of every receivable with all that have been collected. Exactly what we provide our LPs now. https://tecumsehalts.com/reports

Best,
MB


**From:** oliver@infinitycapital.com <oliver@infinitycapital.com>
**Sent:** Tuesday, October 20, 2020 9:34 PM
**To:** Mike Belotz <mbelotz@tecumsehalts.com>; Anne@infinitycapital.com
**Cc:** bill@ftm-investments.com; endre@ftm-investments.com; Chad Meyer <cmeyer@tecumsehalts.com>
**Subject:** RE: NAV

Hi Mike,

Can you please find out from NAV, what it is that they want to see so we can make sure that this is available to them? We can filter out the HIPAA related details, so there is no issue regarding that.

Kind Regards, Oliver

**From:** Mike Belotz <mbelotz@tecumsehalts.com>
**Sent:** Tuesday, October 20, 2020 6:23 PM
**To:** oliver@infinitycapital.com; Anne@infinitycapital.com
**Cc:** bill@ftm-investments.com; endre@ftm-investments.com; Chad Meyer <cmeyer@tecumsehalts.com>
**Subject:** RE: NAV

Oliver,

I assume that the data on the individual receivables comes from the database.   If so I think either Bill or you can provide the report from the database as long as all data is completely up to date.  Since I

haven't seen it I'm just not sure what the system provides or what the format would be.  But as long as it is something like Bill provides now we should be fine.  Can either of you just provide me a sample of what information from the database will look like?

And NAV does want access to the system.  I guess we can provide them access to the accounting system with no problem and then give them spreadsheets periodically.  On the database is there a way to give them access without being able to see patient's names?  If not then that is probably a no go.

Best,
MB

**From:** oliver@infinitycapital.com <oliver@infinitycapital.com>
**Sent:** Tuesday, October 20, 2020 9:14 PM
**To:** Mike Belotz <mbelotz@tecumsehalts.com>; Anne@infinitycapital.com
**Cc:** bill@ftm-investments.com; endre@ftm-investments.com; Chad Meyer <cmeyer@tecumsehalts.com>
**Subject:** RE: NAV

Hi Bill,

Following up on the email from Mike below. Wouldn't it be you to provide those reports to NAV? Also, Mike, would this be a report from the accounting program or our database? Thanks.

Kind Regards, Oliver

**From:** Mike Belotz <mbelotz@tecumsehalts.com>
**Sent:** Tuesday, October 20, 2020 11:54 AM
**To:** oliver@infinitycapital.com; 'Anne@infinitycapital.com' <Anne@infinitycapital.com>
**Cc:** bill@ftm-investments.com; endre@ftm-investments.com; Chad Meyer <cmeyer@tecumsehalts.com>
**Subject:** NAV

Everyone,

I just talked to NAV about the new system for receivables and they were fairly constructive.  To transfer money into the BofA account I will only need to send them an email.  Also all documentation on receivables purchased only needs to be in their hands by each quarter end.  They do want access to the accounting system if possible.  They also want to take a look at an example of a report on the receivables that they will be receiving to make sure it meets their requirements.  So Oliver could you run a sample report of some recent receivable purchases that I can send to NAV?  It doesn't have to be elaborate but it should include the Bill ID number and please remove patient's name. lawyer and all other identification.  Thanks.

Best,

MB