| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| WILLIAM M. NOALL | Dallas, Texas 75201 |
| Nevada Bar No. 3549 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: wnoall@gtg.legal | Email: michael.napoli@akerman.com |
| JARED SECHRIST | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 10439 | Nevada Bar No. 8276 |
| E-mail: jsechrist@gtg.legal | AKERMAN LLP |
| 7251 Amigo St., Suite 210 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89134 |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **NOTICE OF REMOTE HEARING REGARDING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES [ECF 90]**<br><br>Date: October 25, 2022<br>Time: 1:30 p.m. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | |

65410923;9

|   |
|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Claimant |
| v. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| Counter-Defendant. |

**NOTICE OF HEARING REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES [ECF 90]**

**NOTICE IS GIVEN** that a *Motion for Partial Summary Judgment as to Direct Purchase Receivables* ("Motion") was filed on August 26, 2022, by Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh") by and through counsel. [ECF 90] The Motion seeks the following relief: an order granting partial summary judgment in Tecumseh's favor, ruling: (i) Tecumseh to be the equitable owner of the Direct Purchase Receivables (defined in the Motion); (ii) the Direct Purchase Receivables are not and were never property of the bankruptcy estate of Infinity Capital Management, Inc. ("Infinity" or "Debtor"); (iii) the perfected security interest of HASelect's-Medical Receivables Litigation Finance Fund International SP ("HASelect") in the Debtor's collateral does not extend to the Direct Purchase Receivables; and (iv) the strong arm rights and powers afforded to the Trustee under 11 U.S.C. § 544 and sold to HASelect should not, and indeed cannot, be utilized to make the Direct Purchase Receivables property of the Debtor's bankruptcy estate.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits

65410923;9

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  or declarations that conform to Local Rule 9014(c). Pursuant to Local Rule 7056, "an opposing party has twenty-one (21) days after service of the moving party's points and authorities to file and serve a memorandum of points and authorities in opposition to the motion."

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on October 25, 2022, at 1:30 p.m.  Parties are permitted to appear telephonically by dialing (888) 684-8852 and entering access code or passcode 8242009#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code.  You may view

…

…

…

…

…

…

…

…

…

…

65410923;9

the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 31st day of August, 2022.

GARMAN TURNER GORDON LLP

By: /s/ William M. Noall
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

4

65410923;9