GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.:  21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant, | **CERTIFICATE OF SERVICE**<br>**[ECF 90, ECF 91, ECF 92, AND ECF 93]**<br><br><br><br>Hearing Date:  October 25, 2022<br>Hearing Time:  1:30 p.m. |

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter-Defendant.

**CERTIFICATE OF SERVICE**
**[ECF 90, ECF 91, ECF 92, AND ECF 93]**

1. **Electronic Service**

On August 26, 2022, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES* | | Dkt. No. 90 |
| b. | *DECLARATION OF MICHAEL BELOTZ IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES* | | Dkt. No. 91 |
| c. | *TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES* | | Dkt. No. 92 |

I served the above-named document(s) by the following means to the persons as listed

below:

☒ ECF System: See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of September, 2022.

*/s/ Caitlin Halm*
Caitlin Halm, an employee of
Garman Turner Gordon LLP

**2. Electronic Service**

On August 31, 2022, I served the following document(s):

a. *NOTICE OF REMOTE HEARING REGARDING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES [ECF 90]*    Dkt. No. 93

☒ ECF System: See attached ECF Confirmation Sheet.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of September, 2022.

*/s/ Theresa D. Luciano*
Theresa D. Luciano, an employee of
Garman Turner Gordon LLP

File a Motion:

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
Type: ap             Office: 2 (Las Vegas)             Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from WILLIAM M. NOALL entered on 8/26/2022 at 6:56 PM PDT and filed on 8/26/2022

| | |
|---|---|
| Case Name: | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| Case Number: | 21-01167-abl |
| Document Number: | 90 |

**Docket Text:**
Motion for Summary Judgment *Tecumseh-Infinity Medical Receivable Fund, LP Motion for Partial Summary Judgment as to Direct Purchase Receivables* Filed by WILLIAM M. NOALL on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (NOALL, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Infinity_ Motion for Summary Judgment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613231-0
] [83a172f4e06664463f0a13b7dc4490d1e7fbacb3a3bada3226e49ba8edc246abd90
7c5fe6a6ad8e92fb39803e2b94ba89e9371a5fa3146e435e07863d244b3db]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

**Adversary Miscellaneous:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap        Office: 2 (Las Vegas)        Judge: abl

Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from WILLIAM M. NOALL entered on 8/26/2022 at 6:58 PM PDT and filed on 8/26/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 91 |

**Docket Text:**
Declaration Of: Michael Belotz *in Support of Motion for Partial Summary Judgment as to Direct Purchase Receivables* Filed by WILLIAM M. NOALL on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[90] Motion for Summary Judgment filed by Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP.) (NOALL, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Belotz Declaration in Support of MPSJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613234-0
] [98bb5d74ebfcc60ea800484fa20a90861741ce367619b8fbed665950acd7b12e816
f68daee549c4907a7f864ebde00ffc36bddaeaf24d342d4bf80ed63f70af8]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from WILLIAM M. NOALL entered on 8/26/2022 at 7:10 PM PDT and filed on 8/26/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 92 |

**Docket Text:**
Document *Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment as to Direct Purchase Receivables* Filed by WILLIAM M. NOALL on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[90] Motion for Summary Judgment filed by Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP.) (Attachments: # (1) Appendix Appendix of Exhibits # (2) Exhibit A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D # (6) Exhibit E # (7) Exhibit F # (8) Exhibit G # (9) Exhibit H) (NOALL, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** SOUF.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-0
] [f89ed64085e7762b00fdb54c9b9d9469bfb82a6ac91d020a538f692bbe262796d0d
b14551a4b9d4fabc1b13cda40e588a234c3d8a0a09ef3888142c52c691d2b]]
**Document description:** Appendix Appendix of Exhibits
**Original filename:** C:\fakepath\Appendix of Exhibits ISO Motion for Partial Summary Judgment (002).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-1
] [72fa2faf8c7b1cda29cdbf4f3d6fe7e647e3dcc77ab798145ae8edd4c9da797254b
78df2e903dff0670e369bf0d6a848b8b269d96f1e85c412630c329fc25613]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exhibit A - Excerpts from the deposition of Oliver Hemmer1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-2
] [92bf9e8d86857c12343ea9d6027476aa028d9449246e20302b8a4915fbcd527b1e4
431d6280996505211ac544bbe4965f16db98ffda86b304c75b908dcc77eb7]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B - Sub-Advisory Agreement.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-3
] [b2b7b41c27747bb30e185fd86be88c8f2a4627545cc00328d6b8e8425a474f77baf
13da5f61fb7f6c869cce3831fec2aa6410c3dc19967cd0b98d4cd830552e1]]
**Document description:**Exhibit C
**Original filename:**C:\fakepath\Exhibit C - Referral from The Injury Specialists.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-4
] [fabe5440ac4972b29afda2175a7a8e97fba70ce63fd751823d9ae71548b2f5e407c
730cb1cb5ef63c9b0c1fa1f233c8d2c6dccba04a803051e957426c233bcb6]]
**Document description:**Exhibit D
**Original filename:**C:\fakepath\Exhibit D - Preauthorization Letter.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-5
] [d084815c6075daf8f4ee52af799a7ca4ccb6d949de4737e99759514e9593ef75eaf
4d30020f0d1e44a6ec60e01819bfa561eff69307f85f95cf4a3fd483bc47d]]
**Document description:**Exhibit E
**Original filename:**C:\fakepath\Exhibit E - Claim Form.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-6
] [9446754f856cbfe82cef48c12e9ebe089c271ec257bcaac331de9d72db72ca23c64
0ca06e01880697d64c0d891cbc6e8f17f8844fc3ec086c07ec1b10eebf7ef]]
**Document description:**Exhibit F
**Original filename:**C:\fakepath\Exhibit F - Reconciliation to Debtors Bank of America Account Statements.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-7
] [382d59d91b34752e685846c780f8d751841db1cfebc0a0195593e913ab1fa08a2b0
42c14de8704ff8b30e14dcef1de69a5a02646127983d93510c491863681c5]]
**Document description:**Exhibit G
**Original filename:**C:\fakepath\Exhibit G - Bank of America Account Statements (October 2020 September 2021).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-8
] [72f8ff9c6b6f436751c44ae6c47327a45ee6cc8958de5435318666988f8bc624188
6d35ff49ae6c5fcec9866a7e70f8927460a8ac0e5c8f1219f773932df8268]]
**Document description:**Exhibit H
**Original filename:**C:\fakepath\Exhibit H - Email Correspondence.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/26/2022] [FileNumber=34613240-9
] [bfedbfea51ad6350346ed998c837378d83effdcb5cde4f31660e86526ee60c44833
9286d61f7afa5486ca2f3835908305aeb6a8a4a8e1da3faa7e133c3f95176]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com, cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com, cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

**File a Notice:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap            Office: 2 (Las Vegas)        Judge: abl
Lead Case: 2-21-bk-14486

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from WILLIAM M. NOALL entered on 8/31/2022 at 3:43 PM PDT and filed on 8/31/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 93 |

**Docket Text:**
Notice of Hearing *NOTICE OF REMOTE HEARING REGARDING TECUMSEHINFINITY MEDICAL RECEIVABLE FUND, LP MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES [ECF 90]* Hearing Date: 10/25/2022 Hearing Time: 1:30 p.m. Filed by WILLIAM M. NOALL on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[90] Motion for Summary Judgment filed by Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP) (NOALL, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH re dkt 0090.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/31/2022] [FileNumber=34620183-0
] [952fc90c89048186166bb9a0766de050df948f2e435780736b14b7935b345d93f50
10f2ab9f8294b312449832117a1410391d8f720cbd799ae57d75d832192bb]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**