| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| WILLIAM M. NOALL | Dallas, Texas 75201 |
| Nevada Bar No. 3549 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: wnoall@gtg.legal | Email: michael.napoli@akerman.com |
| JARED SECHRIST | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 10439 | Nevada Bar No. 8276 |
| E-mail: jsechrist@gtg.legal | AKERMAN LLP |
| 7251 Amigo St., Suite 210 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89134 |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant, | **CERTIFICATE OF SERVICE**<br>**[ECF 95]**<br><br><br>Hearing Date: October 25, 2022<br>Hearing Time: 1:30 p.m. |

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

    Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

    Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

    Counter-Defendant.

## CERTIFICATE OF SERVICE [ECF 95]

1. **Electronic Service**

On September 2, 2022, I served the following document(s):

| | | |
|---|---|---|
| a. | *TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP MOTION TO FILE DOCUMENTS UNDER SEAL* | Dkt. No. 95 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System:  See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

2. **Mail Service**

    N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of September, 2022.

                                             */s/ Theresa D. Luciano*
                                             Theresa D. Luciano, an employee of
                                             Garman Turner Gordon LLP

File a Motion:

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap              Office: 2 (Las Vegas)         Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from M. SECHRIST entered on 9/2/2022 at 4:00 PM PDT and filed on 9/2/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 95 |

**Docket Text:**
Motion to File Under Seal *TECUMSEH INFINITY MEDICAL RECEIVABLE FUND, LP MOTION TO FILE DOCUMENTS UNDER SEAL* with Proposed Order Filed by M. SECHRIST on behalf of HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (SECHRIST)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** [TO FILE] Motion for Leave to File Under Seal ISO MPSJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/2/2022] [FileNumber=34625495-0]
[aa43771db681517f5e7e950d077405da4586c73b6c07425dcf82ddae988df2c9edc5
e2203970e8e531308a5896fdf9b59b8b3d07c3ead42858db235dcc781e28]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, bknotices@gtg.legal

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

M. SECHRIST on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

M. SECHRIST on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

M. SECHRIST on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**