NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–14486–abl |
| | CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC. , | |
| Debtor(s) | Adversary Proceeding: 21–01167–abl |
| HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, | NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **98** – Notice NOTICE OF DEPOSITION OF TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP PURSUANT TO FRCP 30(B)(6) with Certificate of Service Filed by BART K. LARSEN on behalf of HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (LARSEN, BART) |
| Filed On: | 9/9/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Adversarial Parties
  * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 9/12/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <ins>https://www.nvb.uscourts.gov</ins>**