_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 15, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | Adv. Proceeding No.: 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | **Pretrial Conference** Date: March 14, 2023 Time: 10:00 a.m. |
| Plaintiff, | |
| v. | **Trial** Date: April 3, 4, 6, 7, and 10, 2023 Time: 9:30 a.m. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al., | |
| Counter-Claimants, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, et al. | |

Counter-Defendants.                    )
                                       )
_____ )

**ORDER REGARDING PRETRIAL AND TRIAL MATTERS**

This adversary proceeding having come on for scheduling conference on September 13, 2022 at 10:00 a.m.

**IT IS ORDERED** that a **pretrial conference** is scheduled for **March 14, 2023 at 10:00 a.m.** in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**IT IS FURTHER ORDERED** that a **five day trial** is scheduled for **April 3, 4, 6, 7, and 10, 2023 at 9:30 a.m.**, in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**TRIAL STATEMENTS:**  Each party shall file a Trial Statement (or counsel may file a joint Trial Statement).  Trial statements must contain the information as shown on, and be in the form of, Part "A" attached hereto.  Trial statements shall be filed on or before **5:00 p.m. prevailing Pacific Time on February 13, 2023**.  Objections to Trial Statements, brought pursuant to FED. R. CIV. P. 26(a)(3)(B), made applicable to this adversary proceeding through FED. R. BANKR. P. 7026, shall be filed on or before **5:00 p.m. prevailing Pacific Time on February 27, 2013**.

**PRETRIAL MOTIONS:**  Motions in limine shall be filed on or before **5:00 p.m. prevailing Pacific Time on February 13, 2023**.  Oppositions to motions in limine shall be filed on or before **5:00 p.m. prevailing Pacific Time on February 27, 2013**.

**EXHIBITS/WITNESS LISTS:**  Each party shall lodge with Courtroom Deputy Andrea Mendoza, on or before **4:00 p.m. prevailing Pacific Time on March 27, 2023**, the following:

1.    The original and one copy of all exhibits.  Exhibits shall be marked, bound, tabbed, and labeled.  A completed exhibit log form (sample of which is attached to this Order) shall accompany each exhibit binder.  Exhibit log forms may also be obtained from the Courtroom Deputy.

2.    The original and one copy of a list of witnesses, with the correct spelling of all

2

witnesses' full names.

Parties shall contact Courtroom Deputy Andrea Mendoza to coordinate delivery of exhibit binders and witness lists in accord with this Order.

All exhibits to which there are no objections will be admitted by stipulation.  Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an objection on another ground (e.g., relevance).

**DISCOVERY DEADLINE**:  The deadline for discovery is **September 30, 2022**.

**DISPOSITIVE MOTIONS**:  Dispositive motions shall be filed on or before **January 13, 2023**.

**IT IS SO ORDERED.**

Copies sent to all parties via CM/ECF Electronic Filing.

# # #

**PART "A"**

**(Trial Statements)**

The trial statement(s) shall contain the following items:

1.    Disclosures required by Fed. R. Civ. P. 26(a)(3), as applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. 7026 and LR 7026.

2.    A concise statement of the nature of the action and contentions of the parties.

3.    A statement as to the core or non-core jurisdiction of the Court, with legal citations.

4.    Stipulated facts.

5.    Contested issues of law with concise memorandum of authority.

6.    Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the recollection of a witness (See sample exhibit log form, attached).

7.    Any special trial issue which requires the Court's attention.

8.    List of witnesses, with their addresses, expected to be called.

# # #

**Hearing Date:**

| EXHIBITS | | Case Title | | BK_____ Adv_____ | |
|---|---|---|---|---|---|
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers** **Objections** **Rulings** **Exceptions** |
| | | **#** | **Witness** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Leave shaded areas blank for Court personnel usage.

# # #