_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 19, 2022

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
             kwyant@shea.law

*Attorneys for HASelect-Medical Receivables
Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO OPPOSE TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP'S *MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES* [ECF NO. 90]** |

|   |   |
|---|---|
| 1 | TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 6 | |
| 7 | Counter-Defendant. |
| 8 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 9 | |
| 10 | Counter-Claimant, |
| 11 | v. |
| 12 | TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 13 | Counter-Defendant. |

14   The Court having considered the Stipulation to Extend Deadline to Oppose Tecumseh-Infinity Medical Receivables Fund, LP's Motion for Partial Summary Judgment as to Direct Purchase Receivables [ECF No 111] (the "Stipulation") by and between Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") and Defendant Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved;

**IT IS SO ORDERED**.

Prepared and submitted by:
**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**EXHIBIT 1**

|   |   |   |
|---|---|---|
| 1 | Bart K. Larsen, Esq.<br>Nevada Bar No. 8538 | |
| 2 | Kyle M. Wyant, Esq.<br>Nevada Bar No. 14652 | |
| 3 | **SHEA LARSEN**<br>1731 Village Center Circle, Suite 150 | |
| 4 | Las Vegas, Nevada 89134<br>Telephone: (702) 471-7432 | |
| 5 | Fax: (702) 926-9683<br>Email:  blarsen@shea.law | |
| 6 | kwyant@shea.law | |
| 7 | *Attorneys for HASelect-Medical Receivables*<br>*Litigation Finance Fund International SP* | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**STIPULATION TO EXTEND DEADLINE TO OPPOSE TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendant. | Hearing Date: October 25, 2022<br><br>Hearing Time: 1:30 p.m. |

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

66377284;1

|   |
|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant, <br><br> v. <br><br> TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, and Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel (each a "Party" and, collectively, the "Parties"), hereby agree and stipulate as follows:

1. On or about August 26, 2022, Tecumseh filed its *Motion for Partial Summary Judgment as to Direct Purchase Receivables* [ECF No. 90] (the "Motion");

2. The Motion is set for hearing for October 25, 2022 at 1:30 p.m.;

3. In connection with the Motion, Tecumseh also filed a separate motion [ECF No. 95] seeking to file "Exhibit I" to the Motion under seal. Exhibit I consists of approximately 450 pages of records maintained by Debtor Infinity Capital Management, Inc. relating to the accounts receivable that are the subject to the Motion that were not previously disclosed by the Debtor. Exhibit I was served on counsel for HASelect on September 12, 2022;

4. Pursuant to Local Rule 7056, unless the Court orders otherwise, HASelect is to file its Opposition to the Motion within twenty-one (21) days after service of the Motion, making HASelect's Opposition to the Motion due on September 16, 2022 (the "Opposition Deadline");

5. Pursuant to Local Rule 7056, unless the Court orders otherwise, Tecumseh is to file its reply to the Opposition within fourteen (14) days after service of the Opposition (the "Reply Deadline");

6. Based on the foregoing and the extended amount of time that remains prior to the hearing on the Motion, the Parties have agreed to extend the Opposition Deadline and the Reply Deadline.

66377284;1

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**ACCORDINGLY, IT IS HEREBY STIPULATED** that the Opposition Deadline shall be extended from September 16, 2022 to September 28, 2022.

**IT IS FURTHER STIPULATED** that the Reply Deadline will be due twenty-six (26) days after service of the Opposition.

**IT IS SO STIPULATED**.

| | |
|---|---|
| **SHEA LARSEN** | **AKERMAN LLP** |
| /s/ *Bart K. Larsen, Esq.* <br> Bart K. Larsen, Esq. <br> Nevada Bar No. 8538 <br> Kyle M. Wyant, Esq. <br> Nevada Bar No. 14652 <br> 1731 Village Center Circle, Suite 150 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP* | By: /s/ *Michael D. Napoli, Esq.* <br> MICHAEL D. NAPOLI, ESQ. <br> *Pro hac vice* <br> 2001 Ross Avenue, Suite 3600 <br> Dallas, Texas 75201 <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> and <br><br> **GARMAN TURNER GORDON LLP** <br> GERALD M. GORDON, ESQ. <br> WILLIAM M. NOALL, ESQ. <br> 7251 Amigo St., Suite 210 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* |

66377284;1

# CERTIFICATE OF SERVICE

1. On September 15, 2022, I served the following document(s): **STIPULATION TO EXTEND DEADLINE TO OPPOSE TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

   CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ggordon@gtg.legal, bknotices@gtg.legal

   MICHAEL D. NAPOLI on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   michael.napoli@akerman.com,
   cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

   ARIEL E. STERN on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   ariel.stern@akerman.com, akermanlas@akerman.com

   ☐ b. United States mail, postage fully prepaid:

   ☐ c. Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ e. By fax transmission:

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Page 4 of 5

66377284;1

numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2022.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

66377284;1

Page 5 of 5