_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 26, 2022

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v. | **ORDER GRANTING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

|   |   |
|---|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Defendant. | HEARING DATE:<br>HEARING TIME: |

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter-Claimant,

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter-Defendant.

The Court having considered Tecumseh–Infinity Medical Receivable Fund LP's

…

…

…

…

…

…

2

("Tecumseh") Motion to File Documents Under Seal[1] [Adv. ECF 95] (the Motion), and for good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Motion, and all of the relief sought therein, is granted in full.

2. Tecumseh shall file the Binders, which have been identified as Exhibit I to the MPSJ, under seal.

PREPARED AND SUBMITTED:

**GARMAN TURNER GORDON LLP**
By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

**AKERMAN LLP**
/s/ Michael Napoli, Esq.
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.