GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**NOTICE OF ENTRY OF ORDER GRANTING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: N/A<br>Time: N/A |

65410923;9

|   |   |
|---|---|
| 1 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 2 | |
| 3 | Counter-Defendant. |
| 4 | |
| 5 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 6 | |
| 7 | Counter-Claimant |
| 8 | v. |
| 9 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 10 | |
| 11 | Counter-Defendant. |

### NOTICE OF ENTRY OF ORDER GRANTING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION TO FILE DOCUMENTS UNDER SEAL

NOTICE IS HEREBY GIVEN that an *Order Granting Tecumseh–Infinity Medical Receivable Fund, LP's Motion To File Documents Under Seal* [ECF No. 116] ("Order"), was entered in the above-entitled matter on September 26, 2022. A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 28th day of September, 2022.

.

GARMAN TURNER GORDON LLP

By: /s/ Jared Sechrist
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

2

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

3

# EXHIBIT 1

# EXHIBIT 1

_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 26, 2022

_____

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

|  |  |
|---|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Defendant.<br>_____<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>        Counter-Defendant.<br>_____<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>        Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Counter-Defendant. | HEARING DATE:<br>HEARING TIME: |

The Court having considered Tecumseh–Infinity Medical Receivable Fund LP's

…

…

…

…

…

…

2

("Tecumseh") Motion to File Documents Under Seal[1] [Adv. ECF 95] (the Motion), and for good cause appearing:

**IT IS HEREBY ORDERED**:

    1.    The Motion, and all of the relief sought therein, is granted in full.

    2.    Tecumseh shall file the Binders, which have been identified as Exhibit I to the MPSJ, under seal.

PREPARED AND SUBMITTED:

**GARMAN TURNER GORDON LLP**
By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

**AKERMAN LLP**
/s/ Michael Napoli, Esq.
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.