| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>E-mail: wnoall@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>Email: michael.napoli@akerman.com<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>           Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>           Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>           Defendant. | **CERTIFICATE OF SERVICE**<br><br><br>Date: N/A<br>Time: N/A |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>           Counter-Claimant, | |

|   |
|---|
| v. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Claimant |
| v. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| Counter-Defendant. |

**CERTIFICATE OF SERVICE**

1. **Electronic Service**

On September 28, 2022, I served the following document(s):

    a.   *NOTICE OF ENTRY OF ORDER GRANTING*    Dkt. No. 117
          *TECUMSEH–INFINITY MEDICAL*
          *RECEIVABLE FUND, LP'S MOTION TO FILE*
          *DOCUMENTS UNDER SEAL*

I served the above-named document(s) by the following means to the persons as listed below:  ☒  ECF System:  See attached ECF Confirmation Sheets.

2. **Mail Service**

    ☐  United States Mail, postage fully prepaid:  N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of September, 2022.

                                                  /s/ *Theresa D. Luciano*
                                                Theresa D, Luciano, an employee of
                                                Garman Turner Gordon LLP

**File a Notice:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap            Office: 2 (Las Vegas)        Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from M. SECHRIST entered on 9/28/2022 at 2:11 PM PDT and filed on 9/28/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 117 |

**Docket Text:**
Notice *NOTICE OF ENTRY OF ORDER GRANTING TECUMSEHINFINITY MEDICAL RECEIVABLE FUND, LPS MOTION TO FILE DOCUMENTS UNDER SEAL* Filed by M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[116] Order on Motion to File Under Seal.)(SECHRIST)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** [TO FILE] NEO (21-01167) re dkt 0116.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/28/2022] [FileNumber=34666045-0
] [46ed191e4445dc29ab8e3d7dfb58ebee3093e38bc54eba41845a8b2b76c274b6594
7718e84a35ce9d6c54cfc7ae1af1222fbee0735c62dc6b268f87452850afc]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**