Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
          kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Plaintiff,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendants. | Hearing Date:  October 25, 2022<br>Hearing Time: 1:30 p.m. |

Page 1 of 5

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP,

COUNTER-CLAIMANT,

V.

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

COUNTER-DEFENDANT.

PLEASE TAKE NOTICE that Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") hereby lodges the following exhibits, true and correct copies of which are attached hereto:

| Exhibit # | Description of Exhibit |
|---|---|
| Exhibit 1 | December 18, 2019 Second Amended & Restated Loan and Security Agreement and Promissory Note |
| Exhibit 2 | February 19, 2019 UCC-1 Filing |
| Exhibit 3 | Excerpts from Transcript of November 10, 2021 Rule 2004 Examination of Oliver Hemmers |
| Exhibit 4 | Excerpts from Transcript of November 9, 2021 Rule 2004 Examination of Anne Pantelas |
| Exhibit 5 | Chicago State Court Complaint |
| Exhibit 6 | Infinity History |
| Exhibit 7 | February 11, 2019 Email re Coastal Notes |
| Exhibit 8 | February 14, 2019 Email re Infinity Loan Obligations |
| Exhibit 9 | February 6, 2018 LFG Notice of Default |
| Exhibit 10 | February 15, 2019 Email re Undisclosed Loans |
| Exhibit 11 | 8480 Account Statements |
| Exhibit 12 | December 26, 2019 Draw Request |
| Exhibit 13 | October 29, 2019 re HealthPlus Account Collections |
| Exhibit 14 | Chicago Federal Court Complaint |
| Exhibit 15 | Various Emails re Tecumseh Solicitation of Infinity |
| Exhibit 16 | June 3, 2020 Email re HIPAA Compliance |
| Exhibit 17 | May 25, 2020 Email re Hemmers' Complaints |
| Exhibit 18 | May 21, 2020 Email with Excerpt of Attached Pitch Deck |
| Exhibit 19 | June 18, 2020 Email with Excerpt of Attached PPM |

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

| Exhibit # | Description of Exhibit |
|-----------|------------------------|
| Exhibit 20 | July 11, 2020 Email re Three Bell Capital |
| Exhibit 21 | Transcript of October 27, 2021 Meeting of Creditors |
| Exhibit 22 | Operating Account Statements |
| Exhibit 23 | BOA Account Statements |
| Exhibit 24 | August 17, 2021 Email re Open Position Reports with Attached Collections Report |
| Exhibit 25 | Excerpts from Transcript of November 18, 2021 Rule 2004 Examination of Oliver Hemmers |
| Exhibit 26 | Excerpts of Tecumseh's Responses to HASelect's First Set of Requests for Production of Documents |
| Exhibit 27 | Tecumseh's Responses to HASelect's First Set of Interrogatories |
| Exhibit 28 | Stat Diagnostics Contract |
| Exhibit 29 | Stat Diagnostics Payment Example |
| Exhibit 30 | Accounting of Face Value of Stat Diagnostic, Preva, and Viking Receivables |
| Exhibit 31 | Preva Contract |
| Exhibit 32 | Preva Payment Example |
| Exhibit 33 | Viking Contract |
| Exhibit 34 | Viking Payment Example |
| Exhibit 35 | Check Payments to Infinity |
| Exhibit 36 | Check Deposits to BOA Account |
| Exhibit 37 | HealthPlus Contract |
| Exhibit 39 | April 4, 2022 ADV Form |
| Exhibit 40 | January 22, 2021 Email Tecumseh Purchase Order |

Dated this 30th day of September 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivable*
*Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1. On September 30, 2022, I served the following document(s): **APPENDIX OF EXHIBITS TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES**.

2. I served the above document(s) by the following means to the persons as listed below:

☒    a.     ECF System:

CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

MICHAEL D. NAPOLI on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

ARIEL E. STERN on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

☐    b.     United States mail, postage fully prepaid:

☐    c.     Personal Service:

I personally delivered the document(s) to the persons at these addresses:

       ☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

       ☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.     By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2022.

By: /s/ *Bart K. Larsen, Esq,*