_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 03, 2022

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
          kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXCEED PAGE LIMIT PURSUANT TO LR 9014(E) RE: OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES** |
| Plaintiff, | |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |

|   |   |
|---|---|
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| | Counter-Claimant, |
| v. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| | Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| | Counter-Claimant, |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| | Counter-Defendant. |

The Court, having reviewed and considered Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP ("Plaintiff" or "HASelect") *Ex Parte Motion to Exceed Page Limit Pursuant to LR 9014(e) Re: Opposition to Motion for Partial Summary Judgment as to Direct Purchase Receivables* (the "Ex Parte Motion"), and good cause appearing therefore:

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED, and HASelect may file its Opposition in excess of the page limits in LR 9014(e) to include a maximum of up to thirty-five (35) pages of factual and legal analysis and arguments.

IT SO ORDERED.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Prepared and Submitted By:

**SHEA LARSEN**

*/s/ Bart K. Larsen*
Bart K. Larsen, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*