GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES** |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant, | Date: Ex Parte<br>Time: Ex Parte |

|   |   |
|---|---|
| 1 | v. |
| 2 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 3 | |
| 4 | Counter-Defendant. |
| 5 | |
| 6 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 7 | |
| 8 | Counter-Claimant |
| 9 | v. |
| 10 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 11 | |
| 12 | Counter-Defendant. |

Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh"), through counsel of record, GARMAN TURNER GORDON LLP, submits this Ex Parte Motion To Exceed Page Limit for Reply (the "Reply") to HASelect-Medical Receivables Litigation Finance Fund International SP's ("HASelect") Opposition ("Opposition") [ECF No. 122] to Motion for Partial Summary Judgment as to Direct Purchase Receivables [ECF No. 90] (the "MPSJ"). This Motion is made and based upon Local Rule 9014(e) and the pleadings and papers on file in this case.

Good cause exists to extend the page limit for the Reply. The MPSJ involves a dispute regarding 4,190 medical receivables with a collective face amount in excess of $19 million. Tecumseh attached exhibits to the Motion establishing the nature of the receivables and its entitlement to partial summary judgment. In preparing its response to the MPSJ, HASelect sought and obtained leave of Court—based upon representations of the case's complexity—to exceed the page limit for its Opposition, ultimately filing a thirty-five-page brief (excluding exhibits). [ECF No. 127]. Additionally, HASelect proffered the declarations of Bart Larsen and Michael Griffin ("Declarations") in support of the Opposition.

As addressed in the Reply, the scope of the Opposition and Declarations far exceeds the

issues Tecumseh raised in the MPSJ. This includes HASelect's assertion of allegations that are neither supported, genuine, nor material.

Adequately addressing the substantive issues within the contemplation of the MPSJ and the immateriality of the extraneous factual issues HASelect raised in the thirty-five-page Opposition will require Tecumseh to exceed the 15-page limit for the Reply permitted by Local Rule 9014(e)(1). Accordingly, Tecumseh requests leave to file its Reply with no more than 25 pages of legal and factual analysis and argument, excluding the case caption and certification of mailing.

Based on the foregoing, Tecumseh respectfully requests that the Court enter an order in substantially the same form as the proposed order attached hereto as Exhibit 1 granting Tecumseh leave, pursuant to Local Rule 9014(e)(1), to file their Reply with no more than 25 pages of legal and factual analysis and argument.

Dated this 21st day of October, 2022.

Respectfully submitted,

GARMAN TURNER GORDON LLP

By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

3

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>E-mail: wnoall@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>Email: michael.napoli@akerman.com<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff, | **DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL** |

|   |   |
|---|---|
| v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES** |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendant. | Date: ExParte<br>Time: ExParte |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Defendant. |   |

The Court having considered Tecumseh–Infinity Medical Receivable Fund LP's Ex Parte Motion to Exceed Page Limit for Reply to Plaintiff HASelect-Medical Receivables Litigation Fund International SP's Opposition to Motion for Partial Summary Judgment as to Direct Purchase

…

…

…

…

Receivables[1] (the "ExParte Motion"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED, and Tecumseh may file its Reply to Opposition in excess of the page limits in LR 9014(e) to include a maximum of up to twenty-five (25) pages of factual and legal analysis and arguments.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

**GARMAN TURNER GORDON LLP**
By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

**AKERMAN LLP**
/s/ Michael Napoli, Esq.
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.