| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| WILLIAM M. NOALL | Dallas, Texas 75201 |
| Nevada Bar No. 3549 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: wnoall@gtg.legal | Email: michael.napoli@akerman.com |
| JARED SECHRIST | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 10439 | Nevada Bar No. 8276 |
| E-mail: jsechrist@gtg.legal | AKERMAN LLP |
| 7251 Amigo St., Suite 210 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89134 |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>―――――――――――――――――<br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br>―――――――――――――――――<br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Date: N/A<br>Time: N/A |

| | |
|---|---|
| 1<br>2<br>3<br>4 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>     Counter-Defendant. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>     Counter-Claimant<br>v.<br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>     Counter-Defendant. |

## CERTIFICATE OF SERVICE

**1.**   **Electronic Service**

On October 21, 2022, I served the following document(s):

  a.   *DEFENDANT'S EX PARTE MOTION TO EXCEED*   Dkt. No. 128
     *PAGE LIMIT FOR REPLY TO PLAINTIFF*
     *HASELECT-MEDICAL RECEIVABLES LITIGATION*
     *FINANCE FUND INTERNATIONAL SP'S OPPOSITION*
     *TO TECUMSEH-INFINITY MEDICAL RECEIVABLE*
     *FUND, LP'S MOTION FOR PARTIAL SUMMARY*
     *JUDGMENT AS TO CERTAIN DISPUTED*
     *RECEIVABLES*

I served the above-named document(s) by the following means to the persons as listed below:

  ☒   ECF System:  See attached ECF Confirmation Sheets.

**2.**   **Mail Service**

  ☐   United States Mail, postage fully prepaid:  N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of October, 2022.

                  */s/ Theresa D. Luciano*
                  Theresa D, Luciano, an employee of
                  Garman Turner Gordon LLP

**File a Motion:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap          Office: 2 (Las Vegas)          Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 10/21/2022 at 2:03 PM PDT and filed on 10/21/2022

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 128 |

**Docket Text:**
Ex Parte Motion to Exceed Page Limit *DEFENDANTS EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SPS OPPOSITION TO TECUMSEHINFINITY MEDICAL RECEIVABLE FUND, LPS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES* with Proposed Order Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** [TO FILE] Ex Parte Motion to Exceed Page Limit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/21/2022] [FileNumber=34708222-0] [d396a01577bc0ac29eb53b31cbf15a89a9da9983c6dc7384167b4116cad44047dd
13d394817b50f4a9f2f5fb9bafa749dcdcc4bc13be0a51ab65a3afaca61bde]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**