---

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 24, 2022

_____

| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| WILLIAM M. NOALL | Dallas, Texas 75201 |
| Nevada Bar No. 3549 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: wnoall@gtg.legal | Email: michael.napoli@akerman.com |
| JARED SECHRIST | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 10439 | Nevada Bar No. 8276 |
| E-mail: jsechrist@gtg.legal | AKERMAN LLP |
| 7251 Amigo St., Suite 210 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89134 |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | **DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL** |
| Plaintiff, | |

|   |   |
|---|---|
| v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Defendant. | **SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES** |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>        Counter-Defendant. | Date: ExParte<br>Time: ExParte |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>        Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>        Counter-Defendant. |   |

The Court having considered Tecumseh–Infinity Medical Receivable Fund LP's Ex Parte Motion to Exceed Page Limit for Reply to Plaintiff HASelect-Medical Receivables Litigation Fund International SP's Opposition to Motion for Partial Summary Judgment as to Direct Purchase

…

…

…

…

Receivables[1] (the "ExParte Motion"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED, and Tecumseh may file its Reply to Opposition in excess of the page limits in LR 9014(e) to include a maximum of up to twenty-five (25) pages of factual and legal analysis and arguments.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

**GARMAN TURNER GORDON LLP**
By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

**AKERMAN LLP**
/s/ Michael Napoli, Esq.
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000