GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **DECLARATION OF JARED M. SECHRIST IN SUPPORT OF TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES** |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | |

65410923;9

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Claimant | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Defendant. | |

I, Jared M. Sechrist, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Jared M. Sechrist. I am over the age of twenty-one years, of sound mind, and fully competent to testify in this case. I have personal knowledge of the facts stated herein, all of which are true and correct.

2. I am an attorney in the law firm of Garman Turner Gordon LLP, counsel for party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("Tecumseh") in the above-referenced case. I submit this declaration in support of Tecumseh's Reply in Support of Motion for Partial Summary Judgment as to Direct Purchase Receivables (the "Motion") [ECF No. 90]. I have personal knowledge of the matters set forth herein. If called upon to testify as to the matters herein, I could and would do so.

3. Attached as Exhibit J to the Motion is a true and correct copy of the February 17, 2021 Order issued by the Circuit Court of Cook County, Illinois in the Meyer Action, as defined

…

…

…

2

65410923;9

in the Motion, which is a publicly available document my firm obtained.

4. Attached as Exhibit K to the Motion is a true and correct copy of the docket sheet for the Meyer Action, which is a publicly available document my firm obtained.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 24th day of October, 2022.

                                                         */s/Jared M. Sechrist, Esq.*
                                                        JARED M. SECHRIST, ESQ.

65410923;9