GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI (*Pro hac vice*)
Email: michael.napoli@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN
Nevada Bar No. 8276
Email: ariel.stern@akerman.com
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No.: 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendant. | Adversary Case No.: 21-01167-abl<br><br>**TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP APPENDIX OF EXHIBITS IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: October 25, 2022<br><br>Hearing Time: 1:30 p.m. |

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Claimant,

v.

TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter-Defendant.

PLEASE TAKE NOTICE that Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh") by and through counsel, hereby lodges the following exhibits, true and correct copies of which are attached hereto:

| Exhibit | Description of Exhibit |
|---|---|
| J. | Court Order dated February 17, 2021, issued in Circuit Court of Cook County, Illinois, County Department, Chancery Division |
| K. | Docket Sheet from Circuit Court of Cook County, Illinois, County Department, Chancery Division |
| L. | Excerpt from Volume I and Volume II of Oliver Hemmer's Rule 2004 testimony. |
| M. | Bank of America account statements from July 2020 through September 2021 |
| N. | Northbrook Account statements from June 2020 through September 2021 |
| O. | Tracing Analysis |

Dated this 24th day of October 2022.

    Respectfully submitted,

    GARMAN TURNER GORDON LLP

    By: */s/ Jared M. Sechrist*
    GERALD M. GORDON
    Nevada Bar No. 229
    JARED M. SECHRIST
    Nevada Bar No. 10439
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119

    -and-

|   |   |
|---|---|
| 1 | MICHAEL D. NAPOLI *(Pro hac vice)* |
| 2 | AKERMAN LLP |
|   | 2001 Ross Avenue, Suite 3600 |
| 3 | Dallas, Texas 75201 |
| 4 | ARIEL E. STERN |
|   | Nevada Bar No. 8276 |
| 5 | AKERMAN LLP |
|   | 1635 Village Center Circle, Suite 200 |
| 6 | Las Vegas, Nevada 89134 |
| 7 |   |
|   | *Attorneys for Tecumseh–Infinity Medical* |
| 8 | *Receivable Fund, LP* |

GARMAN TURNER GORDON LLP
7251 Amigo Street
Suite 210
Las Vegas, NV 89119
725-777-3000

3