GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116
Email: michael.napoli@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **CERTIFICATE OF SERVICE REGARDING ECF 139, ECF 140, and ECF 141**<br><br><br>Date: October 25, 2022<br>Time: 1:30 p.m. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v. | |

|   |
|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Claimant |
| v. |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| Counter-Defendant. |

**CERTIFICATE OF SERVICE REGARDING**
**ECF 139, ECF 140, and ECF 141**

1. **Electronic Service**

On October 24, 2022, I served the following document(s):

| | | |
|---|---|---|
| a. | *SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF TECUMSEH INFINITY MEDICAL RECEIVABLE FUND, LP MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES (Corrected)* | Dkt. No. 139 |
| b. | *SUPPLEMENTAL DECLARATION OF MICHAEL BELOTZ IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES (Corrected)* | Dkt. No. 140 |
| c. | *TECUMSEH INFINITY MEDICAL RECEIVABLE FUND, LP APPENDIX OF EXHIBITS IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (Corrected)* | Dkt. No. 141 |

I served the above-named document(s) by the following means to the persons as listed …

below: ☒ ECF System: See attached ECF Confirmation Sheets.

**2.   Mail Service**

☐ United States Mail, postage fully prepaid: N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of October, 2022.

/s/ *Theresa D. Luciano*
Theresa D, Luciano, an employee of
Garman Turner Gordon LLP