| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail:  jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>Email: michael.napoli@akerman.com<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.:   21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S OPPOSITION TO TECUMSEH INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES** |
| TECUMSEH-INFINITY    MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant, | Date:  N/A<br>Time:  N/A |

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

        Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

        Counter-Defendant.

**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S OPPOSITION TO TECUMSEH INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO <u>CERTAIN DISPUTED RECEIVABLES</u>**

NOTICE IS HEREBY GIVEN that an *Order Granting Tecumseh–Infinity Medical Receivable Fund LP's Ex Parte Motion to Exceed Page Limit for Reply to Plaintiff HASelect-*

...

...

...

...

*Medical Receivables Litigation Fund International SP's Opposition to Motion for Partial Summary Judgment as to Direct Purchase Receivables* [ECF No. 130] ("Order"), was entered in the above-entitled matter on October 24, 2022. A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 25th day of October, 2022.

.

        GARMAN TURNER GORDON LLP

        By: /s/Jared M. Sechrist
        GERALD M. GORDON, ESQ.
        WILLIAM M. NOALL, ESQ.
        JARED SECHRIST, ESQ,
        7251 Amigo St., Suite 210
        Las Vegas, Nevada 89119

        and

        MICHAEL D. NAPOLI, ESQ.
        *Pro hac vice*
        AKERMAN LLP
        2001 Ross Avenue, Suite 3600
        Dallas, Texas 75201
        Tel: (214) 720-4360 / Fax: (214) 720-8116

        ARIEL E. STERN, ESQ.
        Nevada Bar No. 8276
        AKERMAN LLP
        1635 Village Center Circle, Suite 200
        Las Vegas, Nevada 89134
        Tel: (702) 634-5000 / Fax: (702) 380-8572
        Email: ariel.stern@akerman.com

        *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 24, 2022

_____

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>E-mail: wnoall@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>Email: michael.napoli@akerman.com<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>    Debtor.<br><br>_____<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>    Plaintiff, | Case No.: 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**DEFENDANT'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL** |

|   |   |
|---|---|
| v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | SP'S OPPOSITION TO TECUMSEH-INFINITY MEDICAL RECEIVABLE FUND, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN DISPUTED RECEIVABLES |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Defendant. | Date: ExParte<br>Time: ExParte |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Defendant. |   |

The Court having considered Tecumseh–Infinity Medical Receivable Fund LP's Ex Parte Motion to Exceed Page Limit for Reply to Plaintiff HASelect-Medical Receivables Litigation Fund International SP's Opposition to Motion for Partial Summary Judgment as to Direct Purchase

…

…

…

…

Receivables[1] (the "ExParte Motion"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED, and Tecumseh may file its Reply to Opposition in excess of the page limits in LR 9014(e) to include a maximum of up to twenty-five (25) pages of factual and legal analysis and arguments.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

**GARMAN TURNER GORDON LLP**
By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

**AKERMAN LLP**
/s/ Michael Napoli, Esq.
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.

3