_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 13, 2022

_____

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>   Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>   Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>   Defendant. | Adversary Case No. 21-01167-abl<br><br><br><br><br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

1

| |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)**

The Court having considered the *Stipulation to Extend Discovery Deadlines and Trial Readiness Date (Second Request)* ("**Stipulation",**)[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested.  Accordingly:

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

1   **IT IS ORDERED** that the Stipulation is approved in its entirety.

2   **IT IS FURTHER ORDERED** that the discovery deadlines are extend as follows:

| Event Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | 12/30/2022 | 1/30/2023 |
| Dispositive Motion Deadline | 1/31/2023 | 3/2/2023 |
| Final List of Witnesses and Exhibits | 2/28/2023 | 3/16/2023 |
| Expected trial ready date | 3/31/2023 | 3/31/2023 |

**IT IS FURTHER ORDERED** that the extension of discovery deadlines requested herein will not require any continuance of this trial date, and this matter shall begin trial beginning on April 3, 2023.

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: /s/       Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
    and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*