_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 15, 2022
_____

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
            kwyant@shea.law

*Attorneys for HASelect-Medical Receivables
Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>Hearing Date: October 25, 2022<br>Hearing Time: 1:30 p.m. |

|   |
|---|
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, |
| Counter-Claimant, |
| v. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| Counter-Claimant, |
| v. |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, |
| Counter-Defendant. |

**ORDER DENYING TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP'S MOTION FOR SUMMARY JUDGMENT AS TO DIRECT PURCHASE RECEIVABLES**

Tecumseh-Infinity Medical Receivables Fund, LP's ("Tecumseh") *Motion for Partial Summary Judgment as to Direct Purchase Receivables* [ECF No. 90] (the "Motion") came before the Court for hearing on October 25, 2022 at 1:30 p.m. The Court, having considered the Motion, HASelect-Medical Receivables Litigation Finance Fund International SP's Opposition thereto [ECF No. 122], Tecumseh's Reply in Support of the Motion [ECF No. 131], and the related pleadings and papers filed by the parties and on file in the above-captioned related bankruptcy proceeding, and the arguments and representations of counsel made during the October 25, 2022 hearing, and after considering the same, the Court read its ruling on the Motion into the record on December 9, 2022 at 1:30 p.m. (the "Oral Ruling").

All findings of fact and conclusions of law orally stated by the Court at the Oral Ruling are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed.

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1  R. Bankr. P. 9014(c) and 7052.  For the reasons stated on the record by the Court during the Oral
2  Ruling,
3      **IT IS HEREBY ORDERED** that the Motion is **DENIED**.
4      **IT IS SO ORDERED.**
5  Prepared and respectfully submitted by:

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Name | Approve | Reject | No Response |
|---|---|---|---|
| Michael D. Napoli, Esq.<br>Gerald M. Gordon, Esq.<br>Jared Sechrist, Esq.<br>*Counsel for Tecumseh-Infinity Medical Receivable Fund, LP* | ☒ | ☐ | ☐ |

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.

# # #