GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail:  jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN** |

| | |
|---|---|
| 1 | |
| 2 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | |
| 6 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 7 | |
| 8 | Counter-Defendant. |
| 9 | |
| 10 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 11 | |
| 12 | Counter-Claimant, |
| 13 | v. |
| 14 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 15 | |
| 16 | Counter-Defendant. |

### AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN

PLEASE TAKE NOTICE that on the **23rd day January, 2023, beginning at 9:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Debbie Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted in-person at GARMAN TURNER GORDON, LLP, located at 7251 Amigo St., Suite 210, Las Vegas, Nevada 89119.

…

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 5th day of January, 2023.

GARMAN TURNER GORDON LLP

By: /s/ Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
   and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*