GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br><br><br>**AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)** |

1

| | |
|---|---|
| 1 | |
| 2 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | |
| 6 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 7 | |
| 8 | Counter-Defendant. |
| 9 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 10 | |
| 11 | Counter-Claimant |
| 12 | v. |
| 13 | |
| 14 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 15 | Counter-Defendant. |

**AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**

Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel (each a "Party" and, collectively, the "Parties"), hereby agree and stipulate, pursuant to Local Rule 7026, to extend discovery deadlines and trial as follows:

**A.    Discovery Completed**

The following discovery has been completed:

1.    On or about January 12, 2022, HASelect served a subpoena on nonparty Three Bell Capital.

2.    On or about January 12, 2022, HASelect served a subpoena on nonparty Jonathan

Porter.

3. On or about January 17, 2022, Tecumseh served its Initial Disclosures pursuant to FRCP 26 on HASelect.

4. On or about January 18, 2022, HASelect served its Initial Disclosures pursuant to FRCP 26 on Tecumseh.

5. On or about March 10, 2022, HASelect served its First Set of Interrogatories and Requests for Production on Tecumseh.

6. On or about March 29, 2022, Tecumseh served its First Set of Requests for Production on HASelect.

7. On or about April 18, 2022, Tecumseh served its Responses to HASelect's First Set of Interrogatories and Requests for Production.

8. On or about May 18, 2022, HASelect served its Responses to Tecumseh's First Set of Requests for Production.

9. On or about August 29, 2022, Tecumseh served its First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production on HASelect.

10. On or about September 9, 2022, HASelect served its deposition notice for the deposition of Tecumseh.

11. On or about September 9, 2022, HASelect served deposition subpoenas on various nonparties.

12. On or about September 28, 2022, HASelect served its Responses to Tecumseh's First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production on HASelect.

13. On or about November 28, 2022, Tecumseh served its Third Set of Requests for Production on HASelect.

14. On or about December 2, 2022, Tecumseh served its Subpoena to Produce Documents to GPMicro, Inc.

15. On or about December 28, 2022, HASelect served deposition subpoenas on various nonparties.

16. On or about January 5, 2023, Tecumseh served deposition subpoenas for HASelect and other various nonparties.

**B.    Discovery Remaining**

Discovery in this case has been ongoing and additional discovery remains to be completed, including, but not limited to:

1. Depositions of each party or the party's representative(s);
2. Depositions of various third parties;
3. Responses to outstanding written discovery;
4. Supplementation of prior written discovery;
5. Meet and confer regarding allegedly deficient discovery responses; and
6. Possible motion practice regarding allegedly deficient discovery responses.

The Parties reserve their right to take additional depositions based on information disclosed in produced documents or obtained in the depositions the Parties have identified.

**C.    Reasons Why Discovery Will Not Be Completed Within the Time Limit of the Existing Deadlines**

This case is complex and involves thousands of accounts receivable purchased from more than 100 different medical providers. While this Court has already ruled on some of the issues regarding a subset of the accounts receivable at issue, other accounts receivable remain that require further discovery and analysis. The Parties have worked diligently by engaging in discovery from the outset of this case, but the extent of the documents produced in this matter are voluminous and require additional time for review. Further, although depositions have been noticed, they will likely need to be pushed back to accommodate the Parties as well as non-party deponents' schedules and receipt of further discovery from third party subpoenas and party disclosures. There are also outstanding issues regarding allegedly deficient discovery responses that will require that the Parties meet and confer, which may also require motion practice.

The Parties believe that, given the situation as it presently exists, discovery cannot be accomplished by the represented deadlines in the Order Granting the Parties' Stipulation to Extend

Discovery Deadlines (Second Request) on file herein [ECF No. 155]. This third stipulation to extend the existing discovery deadlines is brought in good faith and not for the purpose of delay. Based on the information presented in this Stipulation, the Parties believe that good cause exists to extend discovery as proposed in order to permit the Parties to ensure that discovery is conducted in a thorough manner and to continue trial.

**D.  Proposed Agreement and Amended Discovery Schedule**

Based on the foregoing, the Parties stipulate and agree as follows, subject only to entry of the proposed order by this court approving this Stipulation, substantially in the form attached hereto as **Exhibit A**:

1. The Parties agree to extend the discovery deadlines as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 1/30/2023 | 3/30/2023 |
| Dispositive Motion Deadline | 3/2/2023 | 5/1/2023 |

…

…

…

…

…

…

…

| Final List of Witnesses and Exhibits | 3/16/2023 | 5/15/2023 |
|---|---|---|
| Expected trial ready date | 3/31/2023 | 6/1/2023 |

2. This matter is presently scheduled to go to trial beginning on April 3, 2023. The extension of discovery deadlines requested herein will require a continuance of the **five day trail** to **June 1, 2, 5, 6, and 8, 2023 at 9:30 a.m.**

**IT IS SO STIPULATED.**

| | |
|---|---|
| GARMAN TURNER GORDON LLP | SHEA LARSEN |
| By: /s/ Jared Sechrist | /s/ Bart K. Larsen |
| GERALD M. GORDON, ESQ. | Bart K. Larsen, Esq. |
| JARED SECHRIST, ESQ, | Nevada Bar No. 8538 |
| 7251 Amigo St., Suite 210 | Kyle M. Wyant, Esq. |
| Las Vegas, Nevada 89119 | Nevada Bar No. 14652 |
|   and | 1731 Village Center Circle, Suite 150 |
| MICHAEL D. NAPOLI, ESQ. | Las Vegas, Nevada 89134 |
| *Pro hac vice* | |
| AKERMAN LLP | *Attorneys for HASelect-Medical Receivables* |
| 2001 Ross Avenue, Suite 3600 | *Litigation Finance Fund International SP* |
| Dallas, Texas 75201 | |
| Tel: (214) 720-4360 / Fax: (214) 720-8116 | |
| | |
| ARIEL E. STERN, ESQ. | |
| Nevada Bar No. 8276 | |
| AKERMAN LLP | |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | |
| Tel: (702) 634-5000 / Fax: (702) 380-8572 | |
| Email: ariel.stern@akerman.com | |
| *Attorneys for Tecumseh–Infinity Medical* | |
| *Receivable Fund, LP* | |

# EXHIBIT A

# EXHIBIT A

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)** |

|  |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

**ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**

The Court having considered the *Amended Stipulation to Extend Discovery Deadlines and Trial Readiness Date (Third Request)* ("**Stipulation**,")[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

1   **IT IS FURTHER ORDERED** that the discovery deadlines are extend as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 1/30/2023 | 3/30/2023 |
| Dispositive Motion Deadline | 3/2/2023 | 5/1/2023 |
| Final List of Witnesses and Exhibits | 3/16/2023 | 5/15/2023 |
| Expected trial ready date | 3/31/2023 | 6/1/2023 |

**IT IS FURTHER ORDERED** that the extension of discovery deadlines requested herein will require a continuance of the trial dates, and, therefore, the **five day trail** is scheduled for **June 1, 2, 5, 6, and 8, 2023 at 9:30 a.m.** in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: /s/     Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
    and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*