GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail:  jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **NOTICE OF ENTRY OF ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**<br><br><u>Pretrial Conference</u><br>Date: May 16, 2023<br>Time: 10:00 a.m.<br><br><u>Trial</u><br>Date: June 1, 2, 5, 6, and 8, 2023<br>Time: 9:30 a.m. |

1
2  TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,
3
           Counter-Claimant,
4
   v.
5
   HASELECT-MEDICAL RECEIVABLES
6  LITIGATION FINANCE FUND INTERNATIONAL SP,
7
           Counter-Defendant.
8

9  HASELECT-MEDICAL RECEIVABLES
   LITIGATION FINANCE FUND
10 INTERNATIONAL SP,
11
           Counter-Claimant
12
   v.
13
   TECUMSEH-INFINITY MEDICAL
14 RECEIVABLES FUND, LP,
15
           Counter-Defendant.
16

17 **NOTICE OF ENTRY OF ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**
18

19       NOTICE IS HEREBY GIVEN that an Order Granting the *Amended Stipulation to Extend*

20 …

21

22 …

23

24 …

25

26 …

27

28 …

2

*Discovery Deadlines and Continue Trial Date (Third Request)* [ECF No. 177] ("Order"), was entered in the above-entitled matter on January 25, 2023. A copy of the Order is attached hereto as **Exhibit 1**.

       Dated this 26th day of January, 2023.

                                  GARMAN TURNER GORDON LLP

                                  By: /s/      Jared Sechrist
                                  GERALD M. GORDON, ESQ.
                                  JARED SECHRIST, ESQ,
                                  7251 Amigo St., Suite 210
                                  Las Vegas, Nevada 89119
                                      and
                                  MICHAEL D. NAPOLI, ESQ.
                                  *Pro hac vice*
                                  AKERMAN LLP
                                  2001 Ross Avenue, Suite 3600
                                  Dallas, Texas 75201
                                  Tel: (214) 720-4360 / Fax: (214) 720-8116

                                  ARIEL E. STERN, ESQ.
                                  Nevada Bar No. 8276
                                  AKERMAN LLP
                                  1635 Village Center Circle, Suite 200
                                  Las Vegas, Nevada 89134
                                  Tel: (702) 634-5000 / Fax: (702) 380-8572
                                  Email: ariel.stern@akerman.com
                                  *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 25, 2023

---

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>_____<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**<br><br>**Pretrial Conference**<br>Date: May 16, 2023<br>Time: 10:00 a.m.<br><br>**Trial**<br>Date: June 1, 2, 5, 6, and 8, 2023<br>Time: 9:30 a.m. |

1

|   |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>          Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>          Counter-Defendant.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>          Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>          Counter-Defendant. |

**ORDER GRANTING AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (THIRD REQUEST)**

The Court having considered the *Amended Stipulation to Extend Discovery Deadlines and Trial Readiness Date (Third Request)* ("**Stipulation**,")[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

1     **IT IS FURTHER ORDERED** that the discovery deadlines are extend as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 1/30/2023 | 3/30/2023 |
| Dispositive Motion Deadline | 3/2/2023 | 5/1/2023 |
| Final List of Witnesses and Exhibits | 3/16/2023 | 5/15/2023 |
| Expected trial ready date | 3/31/2023 | 6/1/2023 |

    **IT IS FURTHER ORDERED** that the extension of discovery deadlines requested herein will require a continuance of the trial dates, and, therefore, the **pretrial conference is set for May 16, 2023, at 10:00 a.m.**, and the **five day trial** is scheduled for **June 1, 2, 5, 6, and 8, 2023 at 9:30 a.m.** in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

    **IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP
By: /s/    Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
   and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*