| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**SECOND AMENDED NOTICE OF TAKING DEPOSITION OF MICHAEL GRIFFIN** |

| | |
|---|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Claimant, | |
| v. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Claimant, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Defendant. | |

**SECOND AMENDED NOTICE OF TAKING**
**DEPOSITION OF MICHAEL GRIFFIN**

PLEASE TAKE NOTICE that on the **21st day of February, 2023, beginning at 9:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Michael Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted in-person at GARMAN TURNER GORDON, LLP, located at 7251 Amigo St., Suite 210, Las Vegas, Nevada 89119.

…

2

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 30th day of January, 2023.

                                      GARMAN TURNER GORDON LLP

                                      By: */s/ Jared Sechrist*
                                            GERALD M. GORDON, ESQ.
                                            JARED SECHRIST, ESQ,
                                            7251 Amigo St., Suite 210
                                            Las Vegas, Nevada 89119
                                               and
                                            MICHAEL D. NAPOLI, ESQ.
                                            *Pro hac vice*
                                            AKERMAN LLP
                                            2001 Ross Avenue, Suite 3600
                                            Dallas, Texas 75201
                                            Tel: (214) 720-4360 / Fax: (214) 720-8116

                                            ARIEL E. STERN, ESQ.
                                            Nevada Bar No. 8276
                                            AKERMAN LLP
                                            1635 Village Center Circle, Suite 200
                                            Las Vegas, Nevada 89134
                                            Tel: (702) 634-5000 / Fax: (702) 380-8572
                                            Email: ariel.stern@akerman.com

                                            *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*