GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail:  jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]** |

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

    Counter-Claimant,

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

    Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

    Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

    Counter-Defendant.

**STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**

Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel (each a "Party" and, collectively, the "Parties"), hereby agree and stipulate as follows:

**RECITALS**

1. WHEREAS, Plaintiff/Counter-Defendant HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") filed its *Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts* (the "Motion") [ECF 170] on January 13, 2023.

2. WHEREAS, the deadline to respond to the Motion is currently February 3, 2023 (the "Response Deadline").

3. WHEREAS, the Parties have conferred and agreed to continue the Response Deadline to February 23, 2023, and the deadline for HASelect to reply to any opposition filed shall be March 16, 2023.

4. WHEREAS, the Court has scheduled the hearing on the Motion for March 2, 2023, at 9:30 a.m. (the "Hearing").

5. WHEREAS, the Parties have met and conferred and agree to continue the Hearing on the Motion from March 2, 2023, to March 30, 2023, at 9:30 a.m.

6. Based on the foregoing, the Parties stipulate and agree as follows, subject only to

…

…

…

…

…

…

…

entry of the proposed order by this Court approving this Stipulation, substantially in the form attached hereto as **Exhibit A**:

1. The Parties agree to extend the deadlines and continue the hearing date as follows:

| Event Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Response/Opposition to Motion | 2/3/2023 | 2/23/2023 |
| Reply to Opposition to Motion | 2/17/2023 | 03/16/2023 |
| Hearing Date | 3/2/2023 | 3/30/2023 |

**IT IS SO STIPULATED.**

GARMAN TURNER GORDON LLP

By: /s/   *Jared Sechrist*
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
    and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

SHEA LARSEN

/s/   *Bart Larsen*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# EXHIBIT A

# EXHIBIT A

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

1

|   |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br>        Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br>        Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br>        Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br>        Counter-Defendant. |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**

The Court having considered the *Stipulation to Extend Deadlines and Continue Hearing Date with Respect to Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP's Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts [ECF 170]* ("**Stipulation**",)[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund

…

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that the extended dates are as follows:

| Event Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Response/Opposition to Motion | 2/3/2023 | 2/23/2023 |
| Reply to Opposition to Motion | 2/17/2023 | 03/16/2023 |
| Hearing Date | 3/2/2023 | 3/30/2023 |

**IT IS FURTHER ORDERED** the extensions requested herein will require a continuance of this hearing date, and therefore the hearing shall be held on **March 30, 2023, at 9:30 a.m.**

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: /s/      Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
   and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*