_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 03, 2023

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

|   |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**

The Court having considered the *Stipulation to Extend Deadlines and Continue Hearing Date with Respect to Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP's Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts [ECF 170]* ("**Stipulation**",)[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund

…

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that the extended dates are as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Response/Opposition to Motion | 2/3/2023 | 2/23/2023 |
| Reply to Opposition to Motion | 2/17/2023 | 03/16/2023 |
| Hearing Date | 3/2/2023 | 3/30/2023 |

**IT IS FURTHER ORDERED** the extensions requested herein will require a continuance of this hearing date, and therefore the hearing shall be held on **March 30, 2023, at 9:30 a.m.**

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: /s/      Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
    and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*