GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

| | |
|---|---|
| 1 | |
| 2 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | |
| 6 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 7 | |
| 8 | Counter-Defendant. |
| 9 | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, |
| 10 | |
| 11 | Counter-Claimant |
| 12 | v. |
| 13 | |
| 14 | TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, |
| 15 | Counter-Defendant. |

**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**

NOTICE IS HEREBY GIVEN that an *Order Granting Stipulation to Extend Deadlines and Continue Hearing Date with Respect to Plaintiff HASelect-Medical Receivables Litigation Finance*

…

…

…

…

2

*Fund International SP's Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts* [ECF 192] ("Order",)[1] was entered in the above-entitled matter on February 3, 2023. A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 3rd day of February, 2023.

GARMAN TURNER GORDON LLP

By: /s/    Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
   and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

3

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 03, 2023

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>    Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>    Plaintiff,<br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Defendant. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

1

|   |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Defendant. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]**

The Court having considered the *Stipulation to Extend Deadlines and Continue Hearing Date with Respect to Plaintiff HASelect-Medical Receivables Litigation Finance Fund International SP's Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts [ECF 170]* ("**Stipulation**",)[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund

…

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that the extended dates are as follows:

| Event Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Response/Opposition to Motion | 2/3/2023 | 2/23/2023 |
| Reply to Opposition to Motion | 2/17/2023 | 03/16/2023 |
| Hearing Date | 3/2/2023 | 3/30/2023 |

**IT IS FURTHER ORDERED** the extensions requested herein will require a continuance of this hearing date, and therefore the hearing shall be held on **March 30, 2023, at 9:30 a.m.**

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: /s/        Jared Sechrist
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
     and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*