GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | **CERTIFICATE OF SERVICE**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

1

|  |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Claimant, <br><br> v. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Defendant. <br><br> HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br> Counter-Claimant <br><br> v. <br><br> TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br> Counter-Defendant. |

### CERTIFICATE OF SERVICE

**1.    Electronic Service**

On February 3, 2023, I served the following document(s):

    a.    *NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]*    Dkt. No. 194

I served the above-named document(s) by the following means to the persons as listed below:    ☒    ECF System:  See attached ECF Confirmation Sheets.

**2.    Mail Service**

☐    United States Mail, postage fully prepaid:  N/A

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 3rd day of February, 2023.

                                                                         */s/ Theresa D. Luciano*
                                                                          Theresa D, Luciano, an employee of
                                                                          Garman Turner Gordon LLP

**File a Notice:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap             Office: 2 (Las Vegas)        Judge: abl
Lead Case: 2-21-bk-14486

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 2/3/2023 at 10:46 AM PST and filed on 2/3/2023

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 194 |

**Docket Text:**
Notice of Entry of Order/Judgment *NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND CONTINUE HEARING DATE WITH RESPECT TO PLAINTIFF HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SPS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF 170]* Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[192] Stipulated/Agreed Order.)(SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** [TO FILE] NEO re dkt 192.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/3/2023] [FileNumber=34872755-0]
[a8bbd8be7ad1afd1e3b0f5da31abc806f7b94987a4bbbd122274e6280eae976c5b5b
6b6e35701b4bf42f83efd22a0224f339f0d186c8d649e3817a34b821c243]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**