# EXHIBIT A

# EXHIBIT A

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake F (Batch 6, 7 & 8)

| Intake | Provider | BillId | Payment Issued | Receivables Purchase Price | Cost | GFB Amount | Funding Type | Check/Wire Number | Cleared in Bank | Bates Label |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1/F | Kevin Hicks DO | 25081 | 7/21/2020 | $ 240.00 | $ 288.00 | $ 240.00 | PI | | | |
| S-1/F | South Atlanta MUA Center | 24515 | 7/30/2020 | $ 6,380.50 | $ 7,656.60 | $ 25,522.00 | PM | | | |
| S-1/F | Las Vegas Sleep Center | 24448 | 7/23/2020 | $ 105.00 | $ 126.00 | $ 300.00 | PI | | | |
| S-1/F | Las Vegas Sleep Center | 24449 | 7/23/2020 | $ 280.00 | $ 336.00 | $ 800.00 | PI | | | |
| S-1/F | Las Vegas Sleep Center | 24498 | 7/23/2020 | $ 105.00 | $ 126.00 | $ 300.00 | PI | | | |
| S-1/F | Las Vegas Sleep Center | 24499 | 7/23/2020 | $ 322.00 | $ 386.40 | $ 920.00 | PI | | | |
| S-1/F | Las Vegas Sleep Center | 24500 | 7/23/2020 | $ 280.00 | $ 336.00 | $ 800.00 | PI | | | |
| S-1/F | Athens Orthopedic Clinic | 24447 | 7/23/2020 | $ 158.80 | $ 190.56 | $ 397.00 | PI | | | |
| S-1/F | Northside Hospital | 24564 | 7/30/2020 | $ 37,809.80 | $ 45,371.76 | $ 94,524.50 | PI | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 23989 | 7/23/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 23990 | 7/23/2020 | $ 320.00 | $ 384.00 | $ 800.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 23991 | 7/23/2020 | $ 2,634.80 | $ 3,161.76 | $ 6,587.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 24057 | 7/23/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | | | |
| S-1/F | The Center for Spine Procedur | 23992 | 7/23/2020 | $ 8,048.00 | $ 9,657.60 | $ 20,120.00 | PM | | | |
| S-1/F | Stat Diagnostics | 24614 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24615 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24616 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24617 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 5,900.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24618 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24619 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24620 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24621 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24622 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24623 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24624 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24625 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24626 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24627 | 8/5/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24628 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24629 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24630 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24631 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 24632 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Arizona Pain Treatment Cente | 24492 | 7/23/2020 | $ 150.90 | $ 181.08 | $ 377.23 | PM | | | |
| S-1/F | Arizona Pain Treatment Cente | 24493 | 7/23/2020 | $ 103.90 | $ 124.68 | $ 259.74 | PM | | | |
| S-1/F | Arizona Pain Treatment Cente | 24494 | 7/23/2020 | $ 150.89 | $ 181.07 | $ 377.23 | PM | | | |
| S-1/F | Arizona Pain Treatment Cente | 24495 | 7/23/2020 | $ 232.85 | $ 279.42 | $ 582.12 | PM | | | |
| S-1/F | On Call Anesthesia Surgical | 24497 | 7/23/2020 | $ 600.00 | $ 720.00 | $ 1,500.00 | PI | | | |
| S-1/F | Polaris Spine & Neurosurgery | 24319 | 7/23/2020 | $ 170.00 | $ 204.00 | $ 425.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 23977 | 7/23/2020 | $ 844.00 | $ 1,012.80 | $ 2,110.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 23978 | 7/23/2020 | $ 436.00 | $ 523.20 | $ 1,090.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 24379 | 7/23/2020 | $ 328.00 | $ 393.60 | $ 820.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 24443 | 7/23/2020 | $ 328.00 | $ 393.60 | $ 820.00 | PI | | | |
| S-1/F | South Atlanta MUA Center | 24613 | 8/10/2020 | $ 10,230.00 | $ 12,276.00 | $ 40,920.00 | PM | | | |
| S-1/F | McDowell Ambulatory Surgery | 24496 | 7/23/2020 | $ 857.40 | $ 1,028.88 | $ 2,143.50 | PM | | | |
| S-1/F | Resurgens Orthopaedics | 24380 | 7/23/2020 | $ 73.85 | $ 88.62 | $ 164.12 | PI | | | |
| S-1/F | Resurgens Orthopaedics | 24429 | 7/23/2020 | $ 240.75 | $ 288.90 | $ 535.00 | PI | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24743 | 8/14/2020 | $ 1,401.39 | $ 1,681.67 | $ 6,369.95 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24744 | 8/14/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24745 | 8/14/2020 | $ 432.23 | $ 518.68 | $ 1,964.70 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24746 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24754 | 8/14/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24760 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24761 | 8/14/2020 | $ 1,548.79 | $ 1,858.55 | $ 7,039.96 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24762 | 8/14/2020 | $ 221.94 | $ 266.33 | $ 1,008.81 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24764 | 8/14/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24793 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24794 | 8/14/2020 | $ 827.48 | $ 992.98 | $ 3,761.28 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24795 | 8/14/2020 | $ 6,371.38 | $ 7,645.66 | $ 28,960.80 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24797 | 8/14/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24798 | 8/14/2020 | $ 6,371.38 | $ 7,645.66 | $ 28,960.80 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24799 | 8/14/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24800 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24801 | 8/14/2020 | $ 221.94 | $ 266.33 | $ 1,008.81 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24802 | 8/14/2020 | $ 1,548.79 | $ 1,858.55 | $ 7,039.96 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24833 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24837 | 8/14/2020 | $ 221.94 | $ 266.33 | $ 1,008.81 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24838 | 8/14/2020 | $ 1,548.79 | $ 1,858.55 | $ 7,039.96 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24839 | 8/14/2020 | $ 285.33 | $ 342.40 | $ 1,296.95 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24840 | 8/14/2020 | $ 1,427.64 | $ 1,713.17 | $ 6,489.28 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24843 | 8/14/2020 | $ 2,097.35 | $ 2,516.82 | $ 9,533.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24845 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24846 | 8/14/2020 | $ 432.23 | $ 518.68 | $ 1,964.70 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24847 | 8/14/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM | | | |

| Code | Vendor | Inv# | Date | Amount | Amount2 | Total | Type | Check | Check Date | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1/F | Preva Advanced Surgicare - Th | 24849 | 8/14/2020 | $ 154.00 | $ 184.80 | $ 700.00 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24850 | 8/14/2020 | $ 221.94 | $ 266.33 | $ 1,008.81 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24851 | 8/14/2020 | $ 1,416.89 | $ 1,700.27 | $ 6,440.41 | PM | | | |
| S-1/F | Preva Advanced Surgicare - Th | 24763 | 8/14/2020 | $ 2,131.89 | $ 2,558.27 | $ 9,690.41 | PM | | | |
| S-1/F | Legacy Brain & Spine | 24381 | 7/23/2020 | $ 330.00 | $ 396.00 | $ 825.00 | PM | | | |
| S-1/F | South Atlanta MUA Center | 24858 | 8/24/2020 | $ 29,640.00 | $ 35,568.00 | $ 118,560.00 | PM | | | |
| S-1/F | South Atlanta MUA Center | 24979 | 8/31/2020 | $ 10,750.00 | $ 12,900.00 | $ 43,000.00 | PM | | | |
| S-1/F | South Atlanta MUA Center | 24980 | 8/31/2020 | $ 4,729.75 | $ 5,675.70 | $ 18,919.00 | PM | | | |
| S-1/F | Stat Diagnostics | 25123 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25124 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25130 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25131 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25132 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,325.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25133 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 5,900.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25134 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25135 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25136 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25137 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25138 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25139 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25140 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25141 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25142 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25143 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25144 | 9/9/2020 | $ 3,000.00 | $ 3,600.00 | $ 19,400.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25145 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25146 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25147 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25155 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25156 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25157 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25158 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25159 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25160 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25161 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25162 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25163 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25164 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25165 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,550.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25166 | 9/9/2020 | $ 2,400.00 | $ 2,880.00 | $ 11,800.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25167 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25168 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25169 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25170 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,875.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25171 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25172 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25173 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25174 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25175 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25176 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25177 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25178 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25179 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25180 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25181 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25182 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25183 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25184 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25185 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25186 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25187 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25188 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25189 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25190 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25191 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25192 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25193 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25194 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25195 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25196 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25197 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 3,100.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25198 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25199 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25200 | 9/9/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25201 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25202 | 9/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25203 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | | | |
| S-1/F | Stat Diagnostics | 25204 | 9/9/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | | | |
| S-1/F | South Atlanta MUA Center | 25103 | 9/11/2020 | $ 7,755.00 | $ 9,306.00 | $ 31,020.00 | PM | | | |
| S-1/F | South Atlanta MUA Center | 25210 | 9/14/2020 | $ 5,560.00 | $ 6,672.00 | $ 22,240.00 | PM | | | |
| S-1/F | Perimeter Orthopaedics PC | 24566 | 8/13/2020 | $ 1,240.35 | $ 1,488.42 | $ 3,100.87 | MRI | ck 7652 | 9/25/2020 | 015 |
| S-1/F | Perimeter Orthopaedics PC | 24567 | 8/13/2020 | $ 738.30 | $ 885.96 | $ 1,847.00 | PI | ck 7652 | 9/25/2020 | 015 |
| S-1/F | Perimeter Orthopaedics PC | 24571 | 8/13/2020 | $ 40.36 | $ 48.43 | $ 100.90 | Rx | ck 7652 | 9/25/2020 | 015 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1/F | Legacy Brain & Spine | 24565 | 8/13/2020 | $ | 220.00 | $ | 264.00 | $ | 550.00 | PM | ck 7644 | 9/28/2020 | 015 |
| S-1/F | Legacy Brain & Spine | 24569 | 8/13/2020 | $ | 274.00 | $ | 328.80 | $ | 685.00 | PM | ck 7644 | 9/28/2020 | 015 |
| S-1/F | Legacy Brain & Spine | 24611 | 8/13/2020 | $ | 276.00 | $ | 331.20 | $ | 690.00 | PM | ck 7644 | 9/28/2020 | 015 |
| S-1/F | Peachtree Orthopaedic Clinic | 24504 | 8/13/2020 | $ | 90.00 | $ | 108.00 | $ | 180.00 | Rx | ck 7651 | 9/28/2020 | 015 |
| S-1/F | Polaris Spine & Neurosurgery | 24572 | 8/13/2020 | $ | 354.00 | $ | 424.80 | $ | 885.00 | PI | ck 7640 | 9/28/2020 | 015 |
| S-1/F | Safeway Psychological Service | 24509 | 8/13/2020 | $ | 110.00 | $ | 132.00 | $ | 275.00 | PI | ck 7648 | 9/28/2020 | 015 |
| S-1/F | Safeway Psychological Service | 24581 | 8/13/2020 | $ | 110.00 | $ | 132.00 | $ | 275.00 | PI | ck 7648 | 9/28/2020 | 015 |
| S-1/F | (AHI) American Health Imaging | 24560 | 8/13/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,595.00 | MRI | ck 7641 | 9/29/2020 | 015 |
| S-1/F | Athens Orthopedic Clinic | 24857 | 9/17/2020 | $ | 139.30 | $ | 167.16 | $ | 348.25 | PI | ck 7664 | 9/29/2020 | 015 |
| S-1/F | Athens Orthopedic Clinic | 24859 | 9/17/2020 | $ | 104.80 | $ | 125.76 | $ | 262.00 | PI | ck 7664 | 9/29/2020 | 015 |
| S-1/F | Athens Orthopedic Clinic | 25026 | 9/17/2020 | $ | 70.80 | $ | 84.96 | $ | 177.00 | PI | ck 7664 | 9/29/2020 | 015 |
| S-1/F | Mariposa Medical Associates | 25019 | 9/17/2020 | $ | 115.15 | $ | 138.18 | $ | 329.00 | PI | ck 7674 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 24791 | 9/17/2020 | $ | 284.00 | $ | 340.80 | $ | 710.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 24792 | 9/17/2020 | $ | 284.00 | $ | 340.80 | $ | 710.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 24949 | 9/17/2020 | $ | 476.00 | $ | 571.20 | $ | 1,190.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 24951 | 9/17/2020 | $ | 284.00 | $ | 340.80 | $ | 710.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 25027 | 9/17/2020 | $ | 812.00 | $ | 974.40 | $ | 2,030.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Non-Surgical Orthopaedics PC | 25028 | 9/17/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | PM | ck 7682 | 9/29/2020 | 015 |
| S-1/F | Pain Management Specialists | 24860 | 9/17/2020 | $ | 87.75 | $ | 105.30 | $ | 195.00 | PM | ck 7683 | 9/29/2020 | 015 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24568 | 8/13/2020 | $ | 137.38 | $ | 164.86 | $ | 392.50 | PI | ck 7642 | 9/30/2020 | 015 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24610 | 8/13/2020 | $ | 165.72 | $ | 198.86 | $ | 473.50 | PI | ck 7642 | 9/30/2020 | 015 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24709 | 8/13/2020 | $ | 154.88 | $ | 185.86 | $ | 442.50 | PI | ck 7642 | 9/30/2020 | 015 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24710 | 8/13/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | ck 7642 | 9/30/2020 | 015 |
| S-1/F | Bethea CPS P.C. | 24557 | 8/13/2020 | $ | 116.00 | $ | 139.20 | $ | 290.00 | PI | ck 7643 | 9/30/2020 | 015 |
| S-1/F | Pain Care LLC | 24738 | 8/13/2020 | $ | 480.00 | $ | 576.00 | $ | 1,200.00 | PM | ck 7639 | 9/30/2020 | 015 |
| S-1/F | Pain Consultants of Atlanta | 24706 | 8/13/2020 | $ | 116.67 | $ | 140.00 | $ | 307.03 | PM | ck 7647 | 9/30/2020 | 015 |
| S-1/F | Atlas Orthopaedics;Duncan W | 24950 | 9/17/2020 | $ | 320.69 | $ | 384.83 | $ | 801.72 | PI | ck 7670 | 10/1/2020 | 019 |
| S-1/F | North Atlanta Surgical Associa | 24753 | 9/17/2020 | $ | 6,300.00 | $ | 7,560.00 | $ | 15,000.00 | PI | ck 7666 | 10/2/2020 | 019 |
| S-1/F | Outpatient Imaging | 24452 | 8/13/2020 | $ | 161.60 | $ | 193.92 | $ | 404.00 | MRI | ck 7638 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24956 | 9/17/2020 | $ | 201.08 | $ | 241.30 | $ | 574.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24957 | 9/17/2020 | $ | 140.52 | $ | 168.62 | $ | 401.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24958 | 9/17/2020 | $ | 115.85 | $ | 139.02 | $ | 331.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24959 | 9/17/2020 | $ | 150.68 | $ | 180.82 | $ | 430.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24960 | 9/17/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24961 | 9/17/2020 | $ | 121.80 | $ | 146.16 | $ | 348.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24962 | 9/17/2020 | $ | 111.65 | $ | 133.98 | $ | 319.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24964 | 9/17/2020 | $ | 236.25 | $ | 283.50 | $ | 675.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24965 | 9/17/2020 | $ | 194.78 | $ | 233.74 | $ | 556.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24966 | 9/17/2020 | $ | 24.15 | $ | 28.98 | $ | 69.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24967 | 9/17/2020 | $ | 194.78 | $ | 233.74 | $ | 556.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24968 | 9/17/2020 | $ | 24.15 | $ | 28.98 | $ | 69.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24969 | 9/17/2020 | $ | 194.78 | $ | 233.74 | $ | 556.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24970 | 9/17/2020 | $ | 24.15 | $ | 28.98 | $ | 69.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24971 | 9/17/2020 | $ | 135.98 | $ | 163.18 | $ | 388.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24972 | 9/17/2020 | $ | 213.15 | $ | 255.78 | $ | 609.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24973 | 9/17/2020 | $ | 150.50 | $ | 180.60 | $ | 430.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24975 | 9/17/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24976 | 9/17/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24977 | 9/17/2020 | $ | 140.52 | $ | 168.62 | $ | 401.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 24978 | 9/17/2020 | $ | 140.52 | $ | 168.62 | $ | 401.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 25023 | 9/17/2020 | $ | 24.15 | $ | 28.98 | $ | 69.00 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 25030 | 9/17/2020 | $ | 150.68 | $ | 180.82 | $ | 430.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | BENCHMARK PHYSICAL THERA | 25031 | 9/17/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | ck 7663 | 10/5/2020 | 019 |
| S-1/F | Georgia Pain Management;Dr | 24790 | 9/17/2020 | $ | 120.00 | $ | 144.00 | $ | 300.00 | PM | ck 7680 | 10/5/2020 | 019 |
| S-1/F | Georgia Pain Management;Dr | 24848 | 9/17/2020 | $ | 500.00 | $ | 600.00 | $ | 1,250.00 | PM | ck 7680 | 10/5/2020 | 019 |
| S-1/F | Safeway Psychological Service | 24796 | 9/17/2020 | $ | 110.00 | $ | 132.00 | $ | 275.00 | PI | ck 7675 | 10/5/2020 | 019 |
| S-1/F | Samson Pain Center;Dr. James | 24844 | 9/17/2020 | $ | 1,400.00 | $ | 1,680.00 | $ | 3,500.00 | PM | ck 7676 | 10/5/2020 | 019 |
| S-1/F | ENT of Georgia LLC | 24856 | 9/17/2020 | $ | 117.31 | $ | 140.77 | $ | 293.28 | PI | ck 7671 | 10/13/2020 | 019 |
| S-1/F | ENT of Georgia LLC | 24952 | 9/17/2020 | $ | 353.02 | $ | 423.62 | $ | 882.56 | PI | ck 7671 | 10/13/2020 | 019 |
| S-1/F | (AHI) American Health Imaging | 24741 | 9/17/2020 | $ | 402.00 | $ | 482.40 | $ | 1,005.00 | MRI | ck 7665 | 10/15/2020 | 019 |
| S-1/F | (AHI) American Health Imaging | 24855 | 9/17/2020 | $ | 650.00 | $ | 780.00 | $ | 2,225.00 | MRI | ck 7665 | 10/15/2020 | 019 |
| S-1/F | (AHI) American Health Imaging | 24953 | 9/17/2020 | $ | 650.00 | $ | 780.00 | $ | 2,370.00 | MRI | ck 7665 | 10/15/2020 | 019 |
| S-1/F | (AHI) American Health Imaging | 24954 | 9/17/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,310.00 | MRI | ck 7665 | 10/15/2020 | 019 |
| S-1/F | (AHI) American Health Imaging | 24955 | 9/17/2020 | $ | 650.00 | $ | 780.00 | $ | 2,225.00 | MRI | ck 7665 | 10/15/2020 | 019 |
| S-1/F | Peachtree Orthopaedic Surger | 25025 | 9/17/2020 | $ | 4,095.00 | $ | 4,914.00 | $ | 9,100.00 | PM | ck 7685 | 10/15/2020 | 019 |
| S-1/F | Georgia Pain and Spine Solutio | 24963 | 9/17/2020 | $ | 333.72 | $ | 400.46 | $ | 834.30 | PM | ck 7679 | 10/16/2020 | 019 |
| S-1/F | Family Dental Solutions | 24732 | 8/13/2020 | $ | 140.00 | $ | 168.00 | $ | 350.00 | PI | ck 7635 | 10/20/2020 | 019 |
| S-1/F | Family Dental Solutions | 24863 | 9/17/2020 | $ | 771.60 | $ | 925.92 | $ | 1,929.00 | PI | ck 7672 | 10/20/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 24740 | 9/25/2020 | $ | 456.96 | $ | 548.35 | $ | 1,142.40 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 24758 | 9/25/2020 | $ | 89.40 | $ | 107.28 | $ | 223.50 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 24852 | 9/25/2020 | $ | 2,025.62 | $ | 2,430.74 | $ | 5,064.05 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 24854 | 9/25/2020 | $ | 2,753.22 | $ | 3,303.86 | $ | 6,883.05 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 24872 | 9/25/2020 | $ | 392.86 | $ | 471.43 | $ | 982.15 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Perimeter Orthopaedics PC | 25272 | 9/25/2020 | $ | 216.38 | $ | 259.66 | $ | 540.95 | PI | ck 7689 | 10/23/2020 | 019 |
| S-1/F | Durango Outpatient Surgery C | 25149 | 10/6/2020 | $ | 4,052.65 | $ | 4,863.18 | $ | 11,579.00 | PI | | | |
| S-1/F | Durango Outpatient Surgery C | 25150 | 10/6/2020 | $ | 5,834.85 | $ | 7,001.82 | $ | 16,671.00 | PI | | | |
| S-1/F | Durango Outpatient Surgery C | 25151 | 10/6/2020 | $ | 5,834.85 | $ | 7,001.82 | $ | 16,671.00 | PI | | | |
| S-1/F | Durango Outpatient Surgery C | 25264 | 10/6/2020 | $ | 5,834.85 | $ | 7,001.82 | $ | 16,671.00 | PI | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25090 | 10/6/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25091 | 10/6/2020 | $ | 168.00 | $ | 201.60 | $ | 420.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25098 | 10/6/2020 | $ | 548.00 | $ | 657.60 | $ | 1,370.00 | MRI | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25099 | 10/6/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | MRI | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25112 | 10/6/2020 | $ | 740.00 | $ | 888.00 | $ | 1,850.00 | MRI | | | |

| Code | Provider | Ref # | Date | | Amount 1 | | Amount 2 | | Amount 3 | Type | Check | Check Date | Code 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1/F | Non-Surgical Orthopaedics PC | 25125 | 10/6/2020 | $ | 588.00 | $ | 705.60 | $ | 1,470.00 | PM | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25205 | 10/6/2020 | $ | 720.00 | $ | 864.00 | $ | 1,800.00 | MRI | | | |
| S-1/F | Non-Surgical Orthopaedics PC | 25257 | 10/6/2020 | $ | 284.00 | $ | 340.80 | $ | 710.00 | PM | | | |
| S-1/F | Legacy Brain & Spine | 25034 | 9/25/2020 | $ | 157.50 | $ | 189.00 | $ | 450.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25035 | 9/25/2020 | $ | 220.00 | $ | 264.00 | $ | 550.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25037 | 9/25/2020 | $ | 180.00 | $ | 216.00 | $ | 450.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25084 | 9/25/2020 | $ | 310.00 | $ | 372.00 | $ | 775.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25278 | 9/25/2020 | $ | 1,580.00 | $ | 1,896.00 | $ | 3,950.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25279 | 9/25/2020 | $ | 220.00 | $ | 264.00 | $ | 550.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | Legacy Brain & Spine | 25280 | 9/25/2020 | $ | 180.00 | $ | 216.00 | $ | 450.00 | PI | ck 7690 | 10/26/2020 | 019 |
| S-1/F | GA Pain Management Center | 25260 | 10/6/2020 | $ | 6,525.90 | $ | 7,831.08 | $ | 14,502.00 | PM | | | |
| S-1/F | GA Pain Management Center | 25261 | 10/6/2020 | $ | 6,525.90 | $ | 7,831.08 | $ | 14,502.00 | PM | | | |
| S-1/F | Pain Management Specialists | 25262 | 10/6/2020 | $ | 1,575.00 | $ | 1,890.00 | $ | 3,500.00 | PM | | | |
| S-1/F | Pain Management Specialists | 25263 | 10/6/2020 | $ | 1,589.40 | $ | 1,907.28 | $ | 3,532.00 | PM | | | |
| S-1/F | Pain Management Specialists | 25271 | 10/6/2020 | $ | 58.50 | $ | 70.20 | $ | 130.00 | PM | | | |
| S-1/F | Perimeter Outpatient Surgical | 24853 | 10/6/2020 | $ | 3,906.20 | $ | 4,687.44 | $ | 20,332.90 | PI | | | |
| S-1/F | (AHI) American Health Imaging | 25029 | 10/6/2020 | $ | 318.00 | $ | 381.60 | $ | 795.00 | MRI | | | |
| S-1/F | (AHI) American Health Imaging | 25100 | 10/6/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,450.00 | PM | | | |
| S-1/F | (AHI) American Health Imaging | 25101 | 10/6/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,450.00 | PM | | | |
| S-1/F | (AHI) American Health Imaging | 25114 | 10/6/2020 | $ | 402.00 | $ | 482.40 | $ | 1,005.00 | MRI | | | |
| S-1/F | (AHI) American Health Imaging | 25116 | 10/6/2020 | $ | 402.00 | $ | 482.40 | $ | 1,005.00 | MRI | | | |
| S-1/F | (AHI) American Health Imaging | 25119 | 10/6/2020 | $ | 381.60 | $ | 457.92 | $ | 954.00 | PM | | | |
| S-1/F | (AHI) American Health Imaging | 25206 | 10/6/2020 | $ | 1,950.00 | $ | 2,340.00 | $ | 6,820.00 | PM | | | |
| S-1/F | (AHI) American Health Imaging | 25216 | 10/6/2020 | $ | 650.00 | $ | 780.00 | $ | 2,225.00 | MRI | | | |
| S-1/F | (AHI) American Health Imaging | 25217 | 10/6/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,595.00 | MRI | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24834 | 10/6/2020 | $ | 179.10 | $ | 214.92 | $ | 398.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24835 | 10/6/2020 | $ | 322.50 | $ | 387.00 | $ | 645.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24836 | 10/6/2020 | $ | 525.70 | $ | 630.84 | $ | 1,166.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24841 | 10/6/2020 | $ | 1,164.00 | $ | 1,396.80 | $ | 2,580.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24842 | 10/6/2020 | $ | 60.00 | $ | 72.00 | $ | 120.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24861 | 10/6/2020 | $ | 120.00 | $ | 144.00 | $ | 240.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24862 | 10/6/2020 | $ | 108.00 | $ | 129.60 | $ | 240.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24864 | 10/6/2020 | $ | 31.05 | $ | 37.26 | $ | 69.00 | PI | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24865 | 10/6/2020 | $ | 520.65 | $ | 624.78 | $ | 1,141.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24866 | 10/6/2020 | $ | 1,106.10 | $ | 1,327.32 | $ | 2,458.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24867 | 10/6/2020 | $ | 699.60 | $ | 839.52 | $ | 3,948.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24868 | 10/6/2020 | $ | 1,574.10 | $ | 1,888.92 | $ | 3,948.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24869 | 10/6/2020 | $ | 1,077.30 | $ | 1,292.76 | $ | 2,394.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24870 | 10/6/2020 | $ | 346.50 | $ | 415.80 | $ | 770.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24871 | 10/6/2020 | $ | 42.00 | $ | 50.40 | $ | 84.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 25082 | 10/6/2020 | $ | 753.75 | $ | 904.50 | $ | 1,675.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 25154 | 10/6/2020 | $ | 3,733.20 | $ | 4,479.84 | $ | 8,296.00 | PI | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 25276 | 10/6/2020 | $ | 36.00 | $ | 43.20 | $ | 72.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 25277 | 10/6/2020 | $ | 657.05 | $ | 788.46 | $ | 1,447.00 | PM | | | |
| S-1/F | Polaris Spine & Neurosurgery | 25281 | 10/6/2020 | $ | 396.00 | $ | 475.20 | $ | 990.00 | PI | | | |
| S-1/F | Family Dental Solutions | 25122 | 10/6/2020 | $ | 140.00 | $ | 168.00 | $ | 350.00 | PI | | | |
| S-1/F | Family Dental Solutions | 25148 | 10/6/2020 | $ | 434.80 | $ | 521.76 | $ | 1,087.00 | PI | | | |
| S-1/F | Family Dental Solutions | 25275 | 10/6/2020 | $ | 140.00 | $ | 168.00 | $ | 350.00 | PI | | | |
| S-1/F | Georgia Eye Physicians & Surg | 25083 | 10/6/2020 | $ | 262.80 | $ | 315.36 | $ | 657.00 | PM | | | |
| S-1/F | Georgia Eye Physicians & Surg | 25265 | 10/6/2020 | $ | 397.20 | $ | 476.64 | $ | 993.00 | PI | | | |
| S-1/F | Georgia Pain and Spine Solutic | 25270 | 10/6/2020 | $ | 333.72 | $ | 400.46 | $ | 834.30 | PM | | | |
| S-1/F | Northside Hospital | 25268 | 10/6/2020 | $ | 652.40 | $ | 782.88 | $ | 1,631.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 25152 | 10/6/2020 | $ | 220.00 | $ | 264.00 | $ | 550.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 25153 | 10/6/2020 | $ | 292.00 | $ | 350.40 | $ | 730.00 | PI | | | |
| S-1/F | Safeway Psychological Service | 25267 | 10/6/2020 | $ | 220.00 | $ | 264.00 | $ | 550.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25085 | 10/6/2020 | $ | 154.88 | $ | 185.86 | $ | 442.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25086 | 10/6/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25087 | 10/6/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25088 | 10/6/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25089 | 10/6/2020 | $ | 154.88 | $ | 185.86 | $ | 442.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25092 | 10/6/2020 | $ | 126.52 | $ | 151.82 | $ | 361.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25093 | 10/6/2020 | $ | 150.68 | $ | 180.82 | $ | 430.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25094 | 10/6/2020 | $ | 150.68 | $ | 180.82 | $ | 430.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25095 | 10/6/2020 | $ | 150.68 | $ | 180.82 | $ | 430.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25096 | 10/6/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25097 | 10/6/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25126 | 10/6/2020 | $ | 225.75 | $ | 270.90 | $ | 645.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25127 | 10/6/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25128 | 10/6/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25129 | 10/6/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25212 | 10/6/2020 | $ | 176.40 | $ | 211.68 | $ | 504.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25213 | 10/6/2020 | $ | 78.75 | $ | 94.50 | $ | 225.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25214 | 10/6/2020 | $ | 122.85 | $ | 147.42 | $ | 351.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25215 | 10/6/2020 | $ | 122.85 | $ | 147.42 | $ | 351.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25266 | 10/6/2020 | $ | 98.18 | $ | 117.82 | $ | 280.50 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25273 | 10/6/2020 | $ | 98.70 | $ | 118.44 | $ | 282.00 | PI | | | |
| S-1/F | BENCHMARK PHYSICAL THERA | 25274 | 10/6/2020 | $ | 102.38 | $ | 122.86 | $ | 292.50 | PI | | | |
| S-1/F | MD Pain Care PC | 25020 | 10/6/2020 | $ | 80.00 | $ | 96.00 | $ | 200.00 | PM | | | |
| S-1/F | MD Pain Care PC | 25021 | 10/6/2020 | $ | 140.00 | $ | 168.00 | $ | 350.00 | PM | | | |
| S-1/F | MD Pain Care PC | 25022 | 10/6/2020 | $ | 80.00 | $ | 96.00 | $ | 200.00 | PM | | | |
| S-1/F | MD Pain Care PC | 25079 | 10/6/2020 | $ | 80.00 | $ | 96.00 | $ | 200.00 | PM | | | |
| S-1/F | MD Pain Care PC | 25080 | 10/6/2020 | $ | 100.00 | $ | 120.00 | $ | 250.00 | PM | | | |
| S-1/F | Peachtree Orthopaedic Clinic | 24503 | 10/21/2020 | $ | 398.70 | $ | 478.44 | $ | 886.00 | PI | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1/F | Specialty Orthopaedics PC | 25211 | 10/6/2020 | $ | 452.80 | $ | 543.36 | $ | 1,181.00 | PI | |
| S-1/F | Preva Advanced Surgicare - Th | 24936 | | $ | 154.00 | $ | 184.80 | $ | 700.00 | PM | Canceled receivable |
| S-1/F | Preva Advanced Surgicare - Th | 24937 | | $ | 1,548.79 | $ | 1,858.55 | $ | 7,039.96 | PM | Canceled receivable |
| S-1/F | Preva Advanced Surgicare - Th | 24938 | | $ | 221.94 | $ | 266.33 | $ | 1,008.81 | PM | Canceled receivable |
| S-1/F | Preva Advanced Surgicare - Th | 24941 | | $ | 2,812.35 | $ | 3,374.82 | $ | 12,783.41 | PM | Canceled receivable |
| S-1/F | Preva Advanced Surgicare - Th | 24942 | | $ | 2,131.89 | $ | 2,558.27 | $ | 9,690.41 | PM | Canceled receivable |
| S-1/F | South Atlanta MUA Center | 25208 | | $ | 1,001.01 | $ | 1,201.21 | $ | 2,860.02 | PM | *Can't find receivable in TIFDump |
| S-1/F | South Atlanta MUA Center | 25209 | | $ | 1,004.00 | $ | 1,204.80 | $ | 2,868.57 | PM | *Can't find receivable in TIFDump |
| S-1/F | Stat Diagnostics | 24928 | | $ | 2,812.35 | $ | 3,374.82 | $ | 12,783.41 | MRI | Canceled receivable |
| | | | | **$** | **400,852.58** | **$** | **481,023.10** | **$ 1,671,274.81** | | | |
| | Canceled Receivable | 24928 | | $ | 2,812.35 | $ | 3,374.82 | $ | 12,783.41 | | |
| | Canceled Receivable | 24936 | | $ | 154.00 | $ | 184.80 | $ | 700.00 | | |
| | Canceled Receivable | 24938 | | $ | 221.94 | $ | 266.33 | $ | 1,008.81 | | |
| | Canceled Receivable | 24937 | | $ | 1,548.79 | $ | 1,858.55 | $ | 7,039.96 | | |
| | Canceled Receivable | 24941 | | $ | 2,812.35 | $ | 3,374.82 | $ | 12,783.41 | | |
| | Canceled Receivable | 24942 | | $ | 2,131.89 | $ | 2,558.27 | $ | 9,690.41 | | |
| | | | | $ | 9,681.32 | $ | 11,617.59 | $ | 44,006.00 | | |
| | | | | **$** | **391,171.26** | **$** | **469,405.51** | **$ 1,627,268.81** | | | |