# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake J (Batch 14-A)

| Fund | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | GFB | Funding Type |
|---|---|---|---|---|---|---|---|
| TIF-01 | Preva | 20360 | 10/26/2020 | $ 3,234.00 | $ 3,880.80 | $ 14,700.00 | PM |
| TIF-01 | Preva | 20362 | 10/26/2020 | $ 6,371.38 | $ 7,645.65 | $ 28,960.80 | PM |
| TIF-01 | Preva | 19441 | 10/26/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | Preva | 20364 | 10/26/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | Preva | 16327 | 10/26/2020 | $ 2,109.80 | $ 2,531.76 | $ 9,590.00 | PM |
| TIF-01 | Preva | 19738 | 10/26/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | Preva | 20366 | 10/26/2020 | $ 3,234.00 | $ 3,880.80 | $ 14,700.00 | PM |
| TIF-01 | Preva | 20368 | 10/26/2020 | $ 4,899.40 | $ 5,879.28 | $ 22,270.00 | PM |
|  |  |  |  | $ 28,285.63 | $ 33,942.75 | $ 128,571.03 |  |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-B)

| Fund | Provider | BillId | Payment Issued | Receivables Purchase Price | Cost | GFB | Funding Type | Check/Wire Number | Cleared in Bank | Bates Label | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Phenix City Spine & Joint Center LLC | 26875 | 10/13/2020 | $ 451.80 | $ 542.16 | $ 1,290.86 | MRI | | | | |
| TIF-01 | Topple Diagnostics | 26876 | 10/13/2020 | $ 552.20 | $ 662.64 | $ 1,577.71 | MRI | | | | |
| TIF-01 | Phenix City Spine & Joint Center LLC | 26881 | 10/13/2020 | $ 450.45 | $ 540.54 | $ 1,287.01 | MRI | | | | |
| TIF-01 | Topple Diagnostics | 26882 | 10/13/2020 | $ 550.56 | $ 660.67 | $ 1,573.01 | MRI | | | | |
| TIF-01 | Phenix City Spine & Joint Center LLC | 26889 | 10/13/2020 | $ 450.45 | $ 540.54 | $ 1,287.01 | MRI | | | | |
| TIF-01 | Topple Diagnostics | 26890 | 10/13/2020 | $ 550.56 | $ 660.67 | $ 1,573.01 | MRI | | | | |
| TIF-01 | Phenix City Spine & Joint Center LLC | 26902 | 10/13/2020 | $ 451.80 | $ 542.16 | $ 1,290.86 | MRI | | | | |
| TIF-01 | Topple Diagnostics | 26903 | 10/13/2020 | $ 552.20 | $ 662.64 | $ 1,577.71 | MRI | | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25112 | 10/6/2020 | $ 740.00 | $ 888.00 | $ 1,850.00 | PM | | | | *Cancelled receivable |
| TIF-01 | Non-Surgical Orthopaedics PC | 25205 | 10/6/2020 | $ 720.00 | $ 864.00 | $ 1,800.00 | PM | | | | *Cancelled receivable |
| TIF-01 | (AHI) American Health Imaging | 25119 | 10/6/2020 | $ 381.60 | $ 457.92 | $ 954.00 | MRI | | | | *Cancelled receivable |
| TIF-01 | (AHI) American Health Imaging | 25206 | 10/6/2020 | $ 1,950.00 | $ 2,340.00 | $ 6,820.00 | MRI | | | | *Cancelled receivable |
| TIF-01 | Peachtree Orthopaedic Clinic | 25276 | 10/6/2020 | $ 36.00 | $ 43.20 | $ 72.00 | PI | | | | *Cancelled receivable |
| TIF-01 | Peachtree Orthopaedic Clinic | 25277 | 10/6/2020 | $ 657.05 | $ 788.46 | $ 1,447.00 | PI | | | | *Cancelled receivable |
| TIF-01 | Polaris Spine & Neurosurgery Center | 25385 | 10/6/2020 | $ 396.00 | $ 475.20 | $ 990.00 | PM | ck 6701 | 10/27/2020 | 019 | |
| TIF-01 | Family Dental Solutions | 25275 | 10/6/2020 | $ 140.00 | $ 168.00 | $ 350.00 | PI | | | | *Cancelled receivable |
| TIF-01 | Perimeter Orthopaedics PC | 26661 | 10/21/2020 | $ 306.42 | $ 367.70 | $ 766.05 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Perimeter Orthopaedics PC | 26662 | 10/21/2020 | $ 400.00 | $ 480.00 | $ 1,000.00 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Perimeter Orthopaedics PC | 26663 | 10/21/2020 | $ 116.40 | $ 139.68 | $ 291.00 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Athens Orthopedic Clinic | 26679 | 10/21/2020 | $ 70.80 | $ 84.96 | $ 177.00 | PI | ck 6742 | 11/9/2020 | 023 | |
| TIF-01 | Athens Orthopedic Clinic | 26680 | 10/21/2020 | $ 68.50 | $ 82.20 | $ 171.25 | PI | ck 6742 | 11/9/2020 | 023 | |
| TIF-01 | Perimeter Orthopaedics PC | 26687 | 10/21/2020 | $ 102.96 | $ 123.55 | $ 257.40 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Perimeter Orthopaedics PC | 26688 | 10/21/2020 | $ 289.66 | $ 347.59 | $ 724.15 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Perimeter Orthopaedics PC | 26694 | 10/21/2020 | $ 283.29 | $ 339.95 | $ 708.22 | PI | ck 6738 | 11/9/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25444 | 10/21/2020 | $ 1,059.75 | $ 1,271.70 | $ 2,355.00 | MRI | | | | *Cancelled receivable |
| TIF-01 | Non-Surgical Orthopaedics PC | 25480 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25484 | 10/21/2020 | $ 143.10 | $ 171.72 | $ 318.00 | PI | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25485 | 10/21/2020 | $ 136.80 | $ 164.16 | $ 304.00 | PI | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25486 | 10/21/2020 | $ 215.10 | $ 258.12 | $ 478.00 | PI | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25487 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25488 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25489 | 10/21/2020 | $ 135.90 | $ 163.08 | $ 302.00 | PM | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25490 | 10/21/2020 | $ 284.00 | $ 340.80 | $ 710.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25491 | 10/21/2020 | $ 152.00 | $ 182.40 | $ 380.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25492 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 25493 | 10/21/2020 | $ 236.20 | $ 283.44 | $ 508.00 | PM | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 25500 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26655 | 10/21/2020 | $ 628.00 | $ 753.60 | $ 1,570.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Peachtree Orthopaedic Clinic | 26656 | 10/21/2020 | $ 201.60 | $ 241.92 | $ 448.00 | PI | ck 6728 | 11/10/2020 | 023 | |
| TIF-01 | Family Dental Solutions | 26675 | 10/21/2020 | $ 250.00 | $ 300.00 | $ 625.00 | PI | ck 6735 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26678 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26685 | 10/21/2020 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | The Center for Spine Procedures | 26686 | 10/21/2020 | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | ck 6741 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26690 | 10/21/2020 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26691 | 10/21/2020 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | ck 6730 | 11/10/2020 | 023 | |
| TIF-01 | The Center for Spine Procedures | 26692 | 10/21/2020 | $ 1,570.00 | $ 1,884.00 | $ 3,925.00 | PM | ck 6741 | 11/10/2020 | 023 | |
| TIF-01 | The Center for Spine Procedures | 26693 | 10/21/2020 | $ 1,570.00 | $ 1,884.00 | $ 3,925.00 | PM | ck 6741 | 11/10/2020 | 023 | |
| TIF-01 | Pain Management Specialists of Atlanta PC | 26726 | 10/21/2020 | $ 87.75 | $ 105.30 | $ 195.00 | PM | ck 6729 | 11/10/2020 | 023 | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26728 | 10/21/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM | ck 6730 | 11/10/2020 | 023 | |

| Code | Provider | Ref | Date | | Amt1 | | Amt2 | | Amt3 | Type | Check | Date2 | Code2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Non-Surgical Orthopaedics PC | 26848 | 10/21/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | PM | ck 6730 | 11/10/2020 | 023 |
| TIF-01 | Non-Surgical Orthopaedics PC | 26851 | 10/21/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | PM | ck 6730 | 11/10/2020 | 023 |
| TIF-01 | Georgia Spine & Orthopedics | 26835 | 10/21/2020 | $ | 208.00 | $ | 249.60 | $ | 520.00 | PI | ck 6736 | 11/12/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25442 | 10/21/2020 | $ | 97.12 | $ | 116.54 | $ | 277.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25477 | 10/21/2020 | $ | 98.18 | $ | 117.82 | $ | 280.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25478 | 10/21/2020 | $ | 98.18 | $ | 117.82 | $ | 280.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25479 | 10/21/2020 | $ | 98.18 | $ | 117.82 | $ | 280.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25481 | 10/21/2020 | $ | 118.12 | $ | 141.74 | $ | 337.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25482 | 10/21/2020 | $ | 118.12 | $ | 141.74 | $ | 337.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25494 | 10/21/2020 | $ | 201.08 | $ | 241.30 | $ | 574.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25495 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25496 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25497 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25498 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 25499 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26657 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26658 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26659 | 10/21/2020 | $ | 131.25 | $ | 157.50 | $ | 375.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26660 | 10/21/2020 | $ | 102.38 | $ | 122.86 | $ | 292.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26664 | 10/21/2020 | $ | 123.38 | $ | 148.06 | $ | 352.50 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26665 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26669 | 10/21/2020 | $ | 196.35 | $ | 235.62 | $ | 561.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26670 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26671 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26672 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26673 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26674 | 10/21/2020 | $ | 155.40 | $ | 186.48 | $ | 444.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | Polaris Spine & Neurosurgery Center | 26676 | 10/21/2020 | $ | 354.00 | $ | 424.80 | $ | 885.00 | PM | ck 6746 | 11/13/2020 | 023 |
| TIF-01 | Pain Care LLC | 26733 | 10/21/2020 | $ | 400.00 | $ | 480.00 | $ | 1,000.00 | PM | ck 6731 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26734 | 10/21/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26735 | 10/21/2020 | $ | 140.00 | $ | 168.00 | $ | 400.00 | PI | ck 6744 | 11/13/2020 | 023 |
| TIF-01 | Pain Care LLC | 26838 | 10/21/2020 | $ | 480.00 | $ | 576.00 | $ | 1,200.01 | PM | ck 6731 | 11/13/2020 | 023 |
| TIF-01 | Atlas Orthopaedics;Duncan Wells MD | 25446 | 10/21/2020 | $ | 343.06 | $ | 411.67 | $ | 857.64 | PI | ck 6743 | 11/16/2020 | 023 |
| TIF-01 | Orthopaedic Solutions | 25483 | 10/21/2020 | $ | 227.50 | $ | 273.00 | $ | 650.00 | PI | ck 6737 | 11/16/2020 | 023 |
| TIF-01 | (AHI) American Health Imaging | 25501 | 10/21/2020 | $ | 650.00 | $ | 780.00 | $ | 2,225.00 | MRI | ck 6734 | 11/16/2020 | 023 |
| TIF-01 | Safeway Psychological Services | 25916 | 10/21/2020 | $ | 844.00 | $ | 1,012.80 | $ | 2,110.00 | PI | ck 6739 | 11/16/2020 | 023 |
| TIF-01 | (AHI) American Health Imaging | 26681 | 10/21/2020 | $ | 1,300.00 | $ | 1,560.00 | $ | 4,595.00 | MRI | ck 6734 | 11/16/2020 | 023 |
| TIF-01 | Surgery Center of Roswell | 26682 | 10/21/2020 | $ | 19,858.30 | $ | 23,829.96 | $ | 49,645.75 | PI | ck 6740 | 11/17/2020 | 023 |
| TIF-01 | Non-Surgical Orthopaedics PC | 26940 | 11/10/2020 | $ | 168.00 | $ | 201.60 | $ | 420.00 | PM | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26959 | 11/10/2020 | $ | 1,012.00 | $ | 1,214.40 | $ | 2,530.00 | PM | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26960 | 11/10/2020 | $ | 1,012.00 | $ | 1,214.40 | $ | 2,530.00 | PM | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26964 | 11/10/2020 | $ | 1,012.00 | $ | 1,214.40 | $ | 2,530.00 | PM | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26966 | 11/10/2020 | $ | 1,012.00 | $ | 1,214.40 | $ | 2,530.00 | PM | | | |
| TIF-01 | Non-Surgical Orthopaedics PC | 26968 | 11/10/2020 | $ | 1,012.00 | $ | 1,214.40 | $ | 2,530.00 | PM | | | |
| TIF-01 | The Center for Spine Procedures | 26961 | 11/10/2020 | $ | 1,512.00 | $ | 1,814.40 | $ | 3,780.00 | PM | | | |
| TIF-01 | The Center for Spine Procedures | 26962 | 11/10/2020 | $ | 1,512.00 | $ | 1,814.40 | $ | 3,780.00 | PM | | | |
| TIF-01 | The Center for Spine Procedures | 26963 | 11/10/2020 | $ | 1,512.00 | $ | 1,814.40 | $ | 3,780.00 | PM | | | |
| TIF-01 | The Center for Spine Procedures | 26965 | 11/10/2020 | $ | 1,512.00 | $ | 1,814.40 | $ | 3,780.00 | PM | | | |
| TIF-01 | The Center for Spine Procedures | 26967 | 11/10/2020 | $ | 1,512.00 | $ | 1,814.40 | $ | 3,780.00 | PM | | | |
| TIF-01 | Center for Spine and Pain Medicine | 26946 | 11/10/2020 | $ | 150.80 | $ | 180.96 | $ | 377.00 | PM | | | |
| TIF-01 | Center for Spine and Pain Medicine | 26953 | 11/10/2020 | $ | 130.00 | $ | 156.00 | $ | 325.00 | PM | | | |
| TIF-01 | Polaris Spine & Neurosurgery Center | 26944 | 11/10/2020 | $ | 354.00 | $ | 424.80 | $ | 885.00 | PM | | | |
| TIF-01 | Polaris Spine & Neurosurgery Center | 26950 | 11/10/2020 | $ | 396.00 | $ | 475.20 | $ | 990.00 | PM | | | |
| TIF-01 | Family Dental Solutions | 26955 | 11/10/2020 | $ | 1,248.40 | $ | 1,498.08 | $ | 3,121.00 | PI | | | |
| TIF-01 | Family Dental Solutions | 26956 | 11/10/2020 | $ | 237.60 | $ | 285.12 | $ | 594.00 | PI | | | |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26947 | 11/10/2020 | $ | 98.18 | $ | 117.82 | $ | 280.50 | PI | | | |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26951 | 11/10/2020 | $ | 116.38 | $ | 139.66 | $ | 332.50 | PI | | | |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26957 | 11/10/2020 | $ | 126.00 | $ | 151.20 | $ | 360.00 | PI | | | |
| TIF-01 | BENCHMARK PHYSICAL THERAPY | 26958 | 11/10/2020 | $ | 154.88 | $ | 185.86 | $ | 442.50 | PI | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIF-01 | BENCHMARK PHYSICAL THERAPY | 26970 | 11/10/2020 | $ 97.12 | $ 116.54 | $ 277.50 | PI | | | |
| | TIF-01 | BENCHMARK PHYSICAL THERAPY | 26971 | 11/10/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI | | | |
| | TIF-01 | BENCHMARK PHYSICAL THERAPY | 26972 | 11/10/2020 | $ 130.72 | $ 156.86 | $ 373.50 | PI | | | |
| | TIF-01 | Legacy Brain & Spine | 26948 | 11/10/2020 | $ 306.00 | $ 367.20 | $ 765.00 | PI | | | |
| | TIF-01 | Legacy Brain & Spine | 26949 | 11/10/2020 | $ 790.00 | $ 948.00 | $ 1,975.00 | MRI | | | |
| | TIF-01 | Legacy Brain & Spine | 26954 | 11/10/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI | | | |
| | TIF-01 | Safeway Psychological Services | 26941 | 11/10/2020 | $ 436.00 | $ 523.20 | $ 1,090.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26927 | 11/10/2020 | $ 77.40 | $ 92.88 | $ 180.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26928 | 11/10/2020 | $ 77.40 | $ 92.88 | $ 180.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26929 | 11/10/2020 | $ 77.40 | $ 92.88 | $ 180.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26930 | 11/10/2020 | $ 94.60 | $ 113.52 | $ 220.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26931 | 11/10/2020 | $ 77.40 | $ 92.88 | $ 180.00 | PI | | | |
| | TIF-01 | Colorado Injury Treatment Center PC | 26932 | 11/10/2020 | $ 77.40 | $ 92.88 | $ 180.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26842 | 11/10/2020 | $ 215.10 | $ 258.12 | $ 470.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26934 | 11/10/2020 | $ 132.30 | $ 158.76 | $ 294.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26935 | 11/10/2020 | $ 226.80 | $ 272.16 | $ 504.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26936 | 11/10/2020 | $ 132.30 | $ 158.76 | $ 294.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26937 | 11/10/2020 | $ 154.80 | $ 185.76 | $ 344.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26938 | 11/10/2020 | $ 165.00 | $ 198.00 | $ 330.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26939 | 11/10/2020 | $ 471.50 | $ 565.80 | $ 1,016.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26945 | 11/10/2020 | $ 226.80 | $ 272.16 | $ 504.00 | PI | | | |
| | TIF-01 | Peachtree Orthopaedic Clinic | 26952 | 11/10/2020 | $ 136.80 | $ 164.16 | $ 304.00 | PI | | | |
| 🟥 | TIF-01 | Specialty Orthopaedics PC | 26666 | 10/21/2020 | $ 375.60 | $ 450.72 | $ 1,003.00 | PI | ck 6733 | 12/3/2020 | 027 |
| 🟥 | TIF-01 | Specialty Orthopaedics PC | 26667 | 10/21/2020 | $ 500.00 | $ 600.00 | $ 1,946.00 | PI | ck 6733 | 12/3/2020 | 027 |
| 🟥 | TIF-01 | Specialty Orthopaedics PC | 26668 | 10/21/2020 | $ 70.00 | $ 84.00 | $ 175.00 | PI | ck 6733 | 12/3/2020 | 027 |
| | TIF-01 | Peak Orthopedics & Spine PLLC | 26933 | 11/10/2020 | $ 86.86 | $ 104.23 | $ 202.00 | PI | | | |
| | TIF-01 | Peak Orthopedics & Spine PLLC | 26969 | 11/10/2020 | $ 86.86 | $ 104.23 | $ 202.00 | PI | | | |
| 🟥 | TIF-01 | Georgia Neuroscience | 26854 | 10/21/2020 | $ 560.00 | $ 672.00 | $ 1,400.00 | PI | ck 6745 | 12/4/2020 | 027 |
| 🟥 | TIF-01 | Polaris Spine & Neurosurgery Center | 26677 | 10/21/2020 | $ 354.00 | $ 424.80 | $ 885.00 | PM | ck 6746 | 11/13/2021 | 023 |
| 🟥 | TIF-01 | Polaris Spine & Neurosurgery Center | 26836 | 10/21/2020 | $ 326.56 | $ 391.87 | $ 816.41 | PM | ck 6746 | 11/13/2022 | 023 |
| | | | | | $ 74,552.21 | $ 89,462.65 | $ 192,543.06 | | | | |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-C)

| Fund | Provider | BillId | Date Payment Issued | Receivables Purchase Price | Receivables Cost | GFB | Funding Type | Check/Wire Number | Cleared in Bank | Bates Label |
|---|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Stat Diagnostics | 25118 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 10,400.00 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25864 | 10/5/2020 | $ 33.52 | $ 40.22 | $ 111.75 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25865 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25867 | 10/5/2020 | $ 436.95 | $ 524.34 | $ 1,456.49 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25868 | 10/5/2020 | $ 659.24 | $ 791.09 | $ 2,197.46 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25869 | 10/5/2020 | $ 40.13 | $ 48.16 | $ 133.77 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25871 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25873 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25874 | 10/5/2020 | $ 33.52 | $ 40.22 | $ 111.75 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25876 | 10/5/2020 | $ 161.09 | $ 193.31 | $ 536.98 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25878 | 10/5/2020 | $ 32.37 | $ 38.84 | $ 107.91 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25879 | 10/5/2020 | $ 37.69 | $ 45.23 | $ 125.62 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25880 | 10/5/2020 | $ 39.89 | $ 47.87 | $ 132.95 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 25882 | 10/5/2020 | $ 36.48 | $ 43.78 | $ 121.59 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26262 | 10/5/2020 | $ 71.93 | $ 86.32 | $ 239.76 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26263 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26265 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26267 | 10/5/2020 | $ 51.98 | $ 62.38 | $ 173.28 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26268 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26270 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26560 | 10/5/2020 | $ 50.86 | $ 61.03 | $ 169.52 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26600 | 11/10/2020 | $ 204.58 | $ 245.50 | $ 681.95 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26601 | 11/10/2020 | $ 35.18 | $ 42.22 | $ 117.27 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26602 | 11/10/2020 | $ 65.20 | $ 78.24 | $ 217.33 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26603 | 11/10/2020 | $ 67.13 | $ 80.56 | $ 223.78 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26604 | 11/10/2020 | $ 39.28 | $ 47.14 | $ 130.94 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26605 | 11/10/2020 | $ 25.16 | $ 30.19 | $ 83.87 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26606 | 11/10/2020 | $ 25.16 | $ 30.19 | $ 83.87 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26607 | 11/10/2020 | $ 48.85 | $ 58.62 | $ 162.84 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26608 | 11/10/2020 | $ 38.39 | $ 46.07 | $ 127.98 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26609 | 11/10/2020 | $ 34.26 | $ 41.11 | $ 114.19 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26610 | 11/10/2020 | $ 55.34 | $ 66.41 | $ 184.46 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26611 | 11/10/2020 | $ 246.27 | $ 295.52 | $ 820.91 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26612 | 11/10/2020 | $ 25.19 | $ 30.23 | $ 83.98 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26613 | 11/10/2020 | $ 28.99 | $ 34.79 | $ 96.63 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26614 | 11/10/2020 | $ 25.19 | $ 30.23 | $ 83.98 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26615 | 11/10/2020 | $ 57.39 | $ 68.87 | $ 191.29 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26616 | 11/10/2020 | $ 55.91 | $ 67.09 | $ 186.37 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26617 | 11/10/2020 | $ 118.59 | $ 142.31 | $ 395.31 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26618 | 11/10/2020 | $ 21.50 | $ 25.80 | $ 71.67 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26619 | 11/10/2020 | $ 23.62 | $ 28.34 | $ 78.74 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26620 | 11/10/2020 | $ 23.36 | $ 28.03 | $ 77.86 | RX | | | |
| TIF-01 | Buena Vista Medical Services | 26621 | 11/10/2020 | $ 37.53 | $ 45.04 | $ 125.10 | RX | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Buena Vista Medical Services | 26622 | 11/10/2020 | $ | 23.63 | $ | 28.36 | $ | 78.77 | RX |
| TIF-01 | Buena Vista Medical Services | 26623 | 11/10/2020 | $ | 50.41 | $ | 60.49 | $ | 168.04 | RX |
| TIF-01 | Buena Vista Medical Services | 26624 | 11/10/2020 | $ | 36.11 | $ | 43.33 | $ | 120.38 | RX |
| TIF-01 | Buena Vista Medical Services | 26625 | 11/10/2020 | $ | 21.86 | $ | 26.23 | $ | 72.88 | RX |
| TIF-01 | Buena Vista Medical Services | 26626 | 11/10/2020 | $ | 26.35 | $ | 31.62 | $ | 87.82 | RX |
| TIF-01 | Buena Vista Medical Services | 26627 | 11/10/2020 | $ | 21.29 | $ | 25.55 | $ | 70.98 | RX |
| TIF-01 | Buena Vista Medical Services | 26628 | 11/10/2020 | $ | 38.86 | $ | 46.63 | $ | 129.54 | MRI |
| TIF-01 | Buena Vista Medical Services | 26629 | 11/10/2020 | $ | 35.32 | $ | 42.38 | $ | 117.72 | RX |
| TIF-01 | Buena Vista Medical Services | 26630 | 11/10/2020 | $ | 44.50 | $ | 53.40 | $ | 148.35 | RX |
| TIF-01 | Buena Vista Medical Services | 26634 | 10/5/2020 | $ | 17.36 | $ | 20.83 | $ | 57.87 | RX |
| TIF-01 | Buena Vista Medical Services | 26635 | 10/5/2020 | $ | 29.16 | $ | 34.99 | $ | 97.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26636 | 10/5/2020 | $ | 142.29 | $ | 170.75 | $ | 474.30 | RX |
| TIF-01 | Buena Vista Medical Services | 26637 | 10/5/2020 | $ | 12.74 | $ | 15.29 | $ | 42.45 | RX |
| TIF-01 | Buena Vista Medical Services | 26638 | 10/5/2020 | $ | 48.74 | $ | 58.49 | $ | 162.45 | RX |
| TIF-01 | Buena Vista Medical Services | 26639 | 10/5/2020 | $ | 161.09 | $ | 193.31 | $ | 536.98 | RX |
| TIF-01 | Buena Vista Medical Services | 26640 | 10/5/2020 | $ | 60.56 | $ | 72.67 | $ | 201.87 | RX |
| TIF-01 | Buena Vista Medical Services | 26641 | 10/5/2020 | $ | 138.48 | $ | 166.18 | $ | 461.61 | RX |
| TIF-01 | Buena Vista Medical Services | 26642 | 10/5/2020 | $ | 10.31 | $ | 12.37 | $ | 34.38 | RX |
| TIF-01 | Buena Vista Medical Services | 26643 | 10/5/2020 | $ | 178.58 | $ | 214.30 | $ | 595.28 | RX |
| TIF-01 | Buena Vista Medical Services | 26644 | 10/5/2020 | $ | 167.16 | $ | 200.59 | $ | 557.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26645 | 10/5/2020 | $ | 165.10 | $ | 198.12 | $ | 550.33 | RX |
| TIF-01 | Buena Vista Medical Services | 26646 | 10/5/2020 | $ | 178.58 | $ | 214.30 | $ | 595.28 | RX |
| TIF-01 | Buena Vista Medical Services | 26647 | 10/5/2020 | $ | 138.48 | $ | 166.18 | $ | 461.61 | RX |
| TIF-01 | Buena Vista Medical Services | 26648 | 10/5/2020 | $ | 165.10 | $ | 198.12 | $ | 550.33 | RX |
| TIF-01 | Buena Vista Medical Services | 26649 | 10/5/2020 | $ | 167.16 | $ | 200.59 | $ | 557.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26650 | 10/5/2020 | $ | 96.35 | $ | 115.62 | $ | 321.18 | RX |
| TIF-01 | Buena Vista Medical Services | 26651 | 10/5/2020 | $ | 165.10 | $ | 198.12 | $ | 550.33 | RX |
| TIF-01 | Buena Vista Medical Services | 26652 | 10/5/2020 | $ | 39.12 | $ | 46.94 | $ | 130.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26653 | 10/5/2020 | $ | 101.37 | $ | 121.64 | $ | 337.91 | RX |
| TIF-01 | Buena Vista Medical Services | 26654 | 10/5/2020 | $ | 161.09 | $ | 193.31 | $ | 536.98 | RX |
| TIF-01 | Buena Vista Medical Services | 26771 | 11/10/2020 | $ | 23.94 | $ | 28.73 | $ | 79.80 | RX |
| TIF-01 | Buena Vista Medical Services | 26772 | 11/10/2020 | $ | 28.30 | $ | 33.96 | $ | 94.32 | RX |
| TIF-01 | Buena Vista Medical Services | 26773 | 11/10/2020 | $ | 25.16 | $ | 30.19 | $ | 83.87 | RX |
| TIF-01 | Buena Vista Medical Services | 26774 | 11/10/2020 | $ | 25.63 | $ | 30.76 | $ | 85.42 | RX |
| TIF-01 | Buena Vista Medical Services | 26775 | 11/10/2020 | $ | 31.86 | $ | 38.23 | $ | 106.21 | RX |
| TIF-01 | Buena Vista Medical Services | 26776 | 11/10/2020 | $ | 160.74 | $ | 192.89 | $ | 535.80 | RX |
| TIF-01 | Buena Vista Medical Services | 26777 | 11/10/2020 | $ | 119.22 | $ | 143.06 | $ | 397.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26778 | 11/10/2020 | $ | 31.92 | $ | 38.30 | $ | 106.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26779 | 11/10/2020 | $ | 243.96 | $ | 292.75 | $ | 813.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26780 | 11/10/2020 | $ | 49.33 | $ | 59.20 | $ | 164.43 | RX |
| TIF-01 | Buena Vista Medical Services | 26781 | 11/10/2020 | $ | 335.12 | $ | 402.14 | $ | 1,117.05 | RX |
| TIF-01 | Buena Vista Medical Services | 26782 | 11/10/2020 | $ | 106.02 | $ | 127.22 | $ | 353.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26783 | 11/10/2020 | $ | 194.28 | $ | 233.14 | $ | 647.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26784 | 11/10/2020 | $ | 95.23 | $ | 114.28 | $ | 317.43 | RX |
| TIF-01 | Buena Vista Medical Services | 26785 | 11/10/2020 | $ | 25.08 | $ | 30.10 | $ | 83.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26786 | 11/10/2020 | $ | 65.20 | $ | 78.24 | $ | 217.33 | RX |
| TIF-01 | Buena Vista Medical Services | 26787 | 11/10/2020 | $ | 67.13 | $ | 80.56 | $ | 223.78 | RX |
| TIF-01 | Buena Vista Medical Services | 26788 | 11/10/2020 | $ | 82.28 | $ | 98.74 | $ | 274.26 | RX |
| TIF-01 | Buena Vista Medical Services | 26789 | 11/10/2020 | $ | 38.30 | $ | 45.96 | $ | 127.68 | RX |
| TIF-01 | Buena Vista Medical Services | 26790 | 11/10/2020 | $ | 29.41 | $ | 35.29 | $ | 98.04 | RX |
| TIF-01 | Buena Vista Medical Services | 26791 | 11/10/2020 | $ | 24.66 | $ | 29.59 | $ | 82.19 | RX |
| TIF-01 | Buena Vista Medical Services | 26792 | 11/10/2020 | $ | 36.48 | $ | 43.78 | $ | 121.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26793 | 11/10/2020 | $ | 34.20 | $ | 41.04 | $ | 114.00 | RX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Buena Vista Medical Services | 26794 | 11/10/2020 | $ | 27.46 | $ | 32.95 | $ | 91.54 | RX |
| TIF-01 | Buena Vista Medical Services | 26795 | 11/10/2020 | $ | 30.78 | $ | 36.94 | $ | 102.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26796 | 11/10/2020 | $ | 25.08 | $ | 30.10 | $ | 83.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26797 | 11/10/2020 | $ | 52.44 | $ | 62.93 | $ | 174.80 | RX |
| TIF-01 | Buena Vista Medical Services | 26798 | 11/10/2020 | $ | 119.70 | $ | 143.64 | $ | 399.00 | RX |
| TIF-01 | Buena Vista Medical Services | 26799 | 11/10/2020 | $ | 53.82 | $ | 64.58 | $ | 179.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26800 | 11/10/2020 | $ | 14.28 | $ | 17.14 | $ | 47.60 | RX |
| TIF-01 | Buena Vista Medical Services | 26801 | 11/10/2020 | $ | 63.24 | $ | 75.89 | $ | 210.79 | RX |
| TIF-01 | Buena Vista Medical Services | 26802 | 11/10/2020 | $ | 20.37 | $ | 24.44 | $ | 67.91 | RX |
| TIF-01 | Buena Vista Medical Services | 26803 | 11/10/2020 | $ | 44.66 | $ | 53.59 | $ | 148.86 | RX |
| TIF-01 | Buena Vista Medical Services | 26804 | 11/10/2020 | $ | 27.05 | $ | 32.46 | $ | 90.17 | RX |
| TIF-01 | Buena Vista Medical Services | 26805 | 11/10/2020 | $ | 23.96 | $ | 28.75 | $ | 79.88 | RX |
| TIF-01 | Buena Vista Medical Services | 26808 | 11/10/2020 | $ | 20.52 | $ | 24.62 | $ | 68.40 | RX |
| TIF-01 | Buena Vista Medical Services | 26809 | 11/10/2020 | $ | 33.06 | $ | 39.67 | $ | 110.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26811 | 11/10/2020 | $ | 21.66 | $ | 25.99 | $ | 72.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26812 | 11/10/2020 | $ | 22.80 | $ | 27.36 | $ | 76.00 | RX |
| TIF-01 | Buena Vista Medical Services | 26817 | 11/10/2020 | $ | 11.40 | $ | 13.68 | $ | 38.00 | RX |
| TIF-01 | Buena Vista Medical Services | 26819 | 11/10/2020 | $ | 33.06 | $ | 39.67 | $ | 110.20 | RX |
| TIF-01 | Buena Vista Medical Services | 26821 | 11/10/2020 | $ | 30.78 | $ | 36.94 | $ | 102.60 | RX |
| | | | | $ | 10,548.22 | $ | 12,657.86 | $ | 41,560.89 | |

****