GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: March 30, 2023<br>Time: 9:30 a.m. |

| | |
|---|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Claimant, | |
| v. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | |
| Counter-Claimant | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Counter-Defendant. | |

**CERTIFICATE OF SERVICE**

1. **Electronic Service**

On February 23, 2023, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS* | | Dkt. No. 197 |
| b. | *DECLARATION OF CHAD MEYER IN SUPPORT OF TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS* | | Dkt. No. 198 |

I served the above-named document(s) by the following means to the persons

…

as listed below:

☒    ECF System:  See attached ECF Confirmation Sheet(s).

**2. Mail Service**

☐    United States Mail, postage fully prepaid addressed as follows: N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of February, 2023.

*/s/ Theresa D. Luciano*
Theresa D. Luciano, an employee of
Garman Turner Gordon LLP

**File an answer to a motion:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap     Office: 2 (Las Vegas)     Judge: abl
Lead Case: 2-21-bk-14486

# U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 2/23/2023 at 2:38 PM PST and filed on 2/23/2023

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 197 |

**Docket Text:**
Opposition *OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS* Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[170] Motion for Summary Judgment filed by Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP.) (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D) (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Opposition to Motion for Partial Summary Judgment as to Certain 1-F1-I and 1-J Accounts.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906909-0
] [ba3cbfa085e656e3ff98ab0e3d66f2ce69aaa64e5e67f66280468c7f7a933236231
c4d79192cda40cd3111a5cd07573560e059f55a95e70819e722830e3d2c21]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\[TO FILE] Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906909-1
] [7cfc7d4dcfb4d19723538eaad617ab9b9e1e18862cfbc62bc143ebdf2ee2c9d3d5b
39100d6e008276fe15e881581779d5a747a1f568cc8c2ce9f8ec6ff099f5b]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906909-2
] [f7195e84178827d85cbcede246cdcf3f10c840038e6390a4ffa2157b2e885377e65
412676a08c1ac44cd238c7b866ded317e1c87bc4c436ac5baf83209546a2b]]
**Document description:** Exhibit C
**Original filename:** C:\fakepath\Exhibit C.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906909-3
] [ee5f9240a97961c14b37d1f7138d763e0a8085840970ed97a7147aa63c91ea7351e
e511095298f5c5fe7c8b3583ec8e109a22b149f6ea6ed3dce1163ab497e55]]
**Document description:** Exhibit D
**Original filename:** C:\fakepath\[TO FILE] Exhibit D.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906909-4
] [b69966701168f3d7f3512462a9c501de5f30974c78062e81ba11c8a503a09eafa75
6369b01dd05490aca7da28914876faa05347ab8889b5068be1d0f1ed7e06f]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

**Adversary Miscellaneous:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap     Office: 2 (Las Vegas)     Judge: abl

Lead Case: 2-21-bk-14486

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 2/23/2023 at 2:41 PM PST and filed on 2/23/2023

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 198 |

**Docket Text:**
Declaration Of: CHAD MEYER *DECLARATION OF CHAD MEYER IN SUPPORT OF TECUMSEHINFINITY MEDICAL RECEIVABLE FUND, LPS OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS* Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[197] Opposition filed by Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP.) (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Declaration of C. Meyer in Support of Opposition to Motion for Partial Summary Judgment as to Certain 1-F1-I and 1-J Accounts - Executed (002).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/23/2023] [FileNumber=34906918-0
] [56f0458c53285395cadd01afc96eb7a102ada492fdb6ceac38d9b6224219d6d3780
7f2ffb7d961de1cb02993468a1d9dffef96058e28a744e4e22059e385194c]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**