GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail:  jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>    Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>    Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Defendant. | Adversary Case No. 21-01167-abl<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: N/A<br>Time: N/A |

1

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

     Counter-Claimant,

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

     Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

     Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

     Counter-Defendant.

## CERTIFICATE OF SERVICE

**1. Electronic Service**

On March 8, 2023, I served the following document(s):

| | | |
|---|---|---|
| a. | *NOTICE OF TAKING DEPOSITION OF OLIVER HEMMER* | Dkt. No. 202 |
| b. | *NOTICE OF TAKING DEPOSITION OF ANNE PANTELAS* | Dkt. No. 203 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System:  See attached ECF Confirmation Sheet(s).

☒    Via email at the email address(es) indicated below:

       Ogonna M. Brown – obrown@lewisroca.com
       Eckley M. Keach III – ekeach@lewisroca.com

2

**2. Mail Service**

On March 8, 2023, I served the following document(s):

| | | |
|---|---|---|
| a. | *NOTICE OF TAKING DEPOSITION OF OLIVER HEMMER* | Dkt. No. 202 |
| b. | *NOTICE OF TAKING DEPOSITION OF ANNE PANTELAS* | Dkt. No. 203 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    United States Mail, postage fully prepaid, as follows:

Ogonna M. Brown
LEWIS ❏ ROCA
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169

Eckley M. Keach III
LEWIS ❏ ROCA
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of March, 2023.

*/s/ Theresa D. Luciano*
Theresa D. Luciano, an employee of
Garman Turner Gordon LLP

3

**File a Notice:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

 Type: ap                    Office: 2 (Las Vegas)              Judge: abl

 Lead Case: 2-21-bk-14486

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 3/8/2023 at 9:33 AM PST and filed on 3/8/2023

**Case Name:**     HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

**Case Number:**   21-01167-abl

**Document Number:**   202

**Docket Text:**
Notice *NOTICE OF TAKING DEPOSITION OF OLIVER HEMMER* Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Ntc of Taking Depo of O Hemmer.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/8/2023] [FileNumber=34931630-0]
[a2d32bef784a5c7fd2014425fc55661540b1cf10b760386441cebd3a9af05f25afeb
b2d79dd4bd96cce7490d261a06e47bbb34ca84c383c95e82fe10400a35b5]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**

**File a Notice:**

21-01167-abl HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

Type: ap                    Office: 2 (Las Vegas)              Judge: abl

Lead Case: 2-21-bk-14486

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 3/8/2023 at 9:35 AM PST and filed on 3/8/2023

| | |
|---|---|
| **Case Name:** | HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FU v. TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP |
| **Case Number:** | 21-01167-abl |
| **Document Number:** | 203 |

**Docket Text:**
Notice *NOTICE OF TAKING DEPOSITION OF ANNE PANTELAS* Filed by JARED M. SECHRIST on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Ntc of Taking Depo of A Pantelas.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/8/2023] [FileNumber=34931642-0]
[680ac1e59026f4673811e915a77346dd30490350478daf7935156ff103480c673298
a8ab4e6b9fa47a74bfd16a6e306b5d9196e1376c1004fe31782612837659]]

**21-01167-abl Notice will be electronically mailed to:**

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

**21-01167-abl Notice will not be electronically mailed to:**