GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>    Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL (FOURTH REQUEST)** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>    Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Defendant. | Pretrial Conference<br>New Date: August 8, 2023<br>New Time: 10:30 a.m.<br><br>Trial<br>New Dates: August 24, 25, 28, 29, and 31, 2023<br>New Time: 9:30 a.m. |

1

TECUMSEH-INFINITY                 MEDICAL
RECEIVABLES FUND, LP,

                    Counter-Claimant,

v.

HASELECT-MEDICAL       RECEIVABLES
LITIGATION        FINANCE         FUND
INTERNATIONAL SP,

             Counter-Defendant.

---

HASELECT-MEDICAL       RECEIVABLES
LITIGATION        FINANCE         FUND
INTERNATIONAL SP,

                    Counter-Claimant

v.

TECUMSEH-INFINITY                 MEDICAL
RECEIVABLES FUND, LP,

             Counter-Defendant.

## STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE (FOURTH REQUEST)

Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel (each a "Party" and, collectively, the "Parties"), hereby agree and stipulate, pursuant to Local Rule 7026, to extend discovery deadlines as follows:

**A.    Discovery Completed**

The following discovery has been completed:

1.      On or about January 12, 2022, HASelect served a subpoena on nonparty Three Bell Capital.

2.      On or about January 12, 2022, HASelect served a subpoena on nonparty Jonathan

Porter.

3.      On or about January 17, 2022, Tecumseh served its Initial Disclosures pursuant to FRCP 26 on HASelect.

4.      On or about January 18, 2022, HASelect served its Initial Disclosures pursuant to FRCP 26 on Tecumseh.

5.      On or about March 10, 2022, HASelect served its First Set of Interrogatories and Requests for Production on Tecumseh.

6.      On or about March 29, 2022, Tecumseh served its First Set of Requests for Production on HASelect.

7.      On or about April 18, 2022, Tecumseh served its Responses to HASelect's First Set of Interrogatories and Requests for Production.

8.      On or about May 18, 2022, HASelect served its Responses to Tecumseh's First Set of Requests for Production.

9.      On or about August 29, 2022, Tecumseh served its First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production on HASelect.

10.      On or about September 9, 2022, HASelect served its deposition notice for the deposition of Tecumseh.

11.      On or about September 9, 2022, HASelect served deposition subpoenas on various nonparties.

12.      On or about September 28, 2022, HASelect served its Responses to Tecumseh's First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production.

13.      On or about November 28, 2022, Tecumseh served its Third Set of Requests for Production on HASelect.

14.      On or about December 2, 2022, Tecumseh served its Subpoena to Produce Documents to GPMicro, Inc.

15.      On or about December 28, 2022, HASelect served deposition subpoenas on various nonparties.

16.     On or about December 28, 2022, HASelect served its Responses to Tecumseh's Third Set of Request for Production.

17.     On or about January 5, 2023, Tecumseh served deposition subpoenas on HASelect and other various nonparties.

18.     On or about February 16, 2023, HASelect served its First Supplemental Response to Tecumseh's Third Set of Requests for Production and First Supplemental Disclosures.

19.     On or about February 17, 2023, Tecumseh served its First Supplemental Disclosures.

20.     On or about March 14, 2023, Tecumseh served its Second Supplemental Disclosures.

21.     The depositions of Anne Pantelas and Oliver Hemmers, principals for the debtors, are scheduled for March 27, and 28, 2023, respectively.

**B.     Discovery Remaining**

Discovery in this case has been ongoing and additional discovery remains to be completed, including, but not limited to:

1.     Depositions of each party or the party's representative(s);

2.     Depositions of various third parties;

3.     Responses to outstanding written discovery;

4.     Supplementation of prior written discovery;

5.     Meet and confer regarding allegedly deficient discovery responses; and

6.     Possible motion practice regarding allegedly deficient discovery responses.

The Parties reserve their right to take additional depositions based on information disclosed in produced documents or obtained in the depositions the Parties have identified.

**C.     Reasons Why Discovery Will Not Be Completed Within the Time Limit of the Existing Deadlines**

This case is complex and involves thousands of accounts receivable purchased from more than 100 different medical providers.  While this Court has already ruled on some of the issues regarding a subset of the accounts receivable at issue, other accounts receivable remain that require further discovery and analysis. The Parties have worked diligently by engaging in discovery from

4

the outset of this case, but the extent of the documents produced in this matter are voluminous and require additional time for review.  In fact, the parties have only recently exchanged tens of thousands of additional documents requiring review and analysis. Further, the parties have worked extensively to schedule third party depositions that are critical to the claims and defenses of this case; however, scheduling those depositions has been difficult. Those depositions are now scheduled to proceed at the end of March 2023. As a result, the party depositions, which have been noticed, will need to be pushed back.

The Parties believe that, given the situation as it presently exists, discovery cannot be accomplished by the represented deadlines in the Order Granting the Parties' Stipulation to Extend Discovery Deadlines (Third Request) on file herein [ECF No. 175].  This fourth stipulation to extend the existing discovery deadlines is brought in good faith and not for the purpose of delay.  Based on the information presented in this Stipulation, the Parties believe that good cause exists to extend discovery as proposed in order to permit the Parties to ensure that discovery is conducted in a thorough manner.

**D.**     **Proposed Agreement and Amended Discovery Schedule**

Based on the foregoing, and other good valuable consideration, the receipt and sufficiency of which are acknowledged, the Parties stipulate and agree as follows, subject only to entry of the

…

…

…

…

…

…

proposed order by this court approving this Stipulation, substantially in the form attached hereto

as **Exhibit A**:

    1.   The Parties agree to extend the discovery deadlines as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 3/30/2023 | 6/30/2023 |
| Dispositive Motion Deadline | 5/1/2023 | 8/1/2023 |
| Final List of Witnesses and Exhibits | 5/15/2023 | 8/15/2023 |
| Expected trial ready date | 5/30/2023 | 8/24/2023 |

    2.   This matter is presently scheduled to go to trial beginning on May 30, 2023.  The

extension of discovery deadlines requested herein will require a continuance of this trial date.

    **IT IS SO STIPULATED.**

GARMAN TURNER GORDON LLP      SHEA LARSEN

By: */s/   Jared Sechrist*              */s/ Bart K. Larsen*
GERALD M. GORDON, ESQ.          Bart K. Larsen, Esq.
JARED SECHRIST, ESQ,             Nevada Bar No. 8538
7251 Amigo St., Suite 210          Kyle M. Wyant, Esq.
Las Vegas, Nevada 89119           Nevada Bar No. 14652
  and                              1731 Village Center Circle, Suite 150
MICHAEL D. NAPOLI, ESQ.        Las Vegas, Nevada 89134
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600       *Attorneys for HASelect-Medical Receivables*
Dallas, Texas 75201              *Litigation Finance Fund International SP*
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical*
*Receivable Fund, LP*