GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>            Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>            Plaintiff,<br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>            Defendant. | Adversary Case No. 21-01167-abl<br><br>***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF NO. 205]** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>            Counter-Claimant,<br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>            Counter-Defendants. | Hearing Date:  Ex Parte<br>Time:     Ex Parte |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>                Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>                Counter-Defendant. |

### *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]

Party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), by and through its counsel, the law firms of Garman Turner Gordon LLP and Akerman LLP, hereby respectfully submits its *ex parte* application ("**Application**"), requesting entry of an order shortening time, substantially in the form attached hereto as **Exhibit A**, to hear the *Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts* ("**Motion**").[1]

Tecumseh respectfully requests that the Motion be heard on shortened time when the Court's at the time of the hearing on Plaintiff's Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts ("**MPSJ**") (March 30, 2023 at 9:30am). Tecumseh anticipates that the argument on the Motion will be ancillary to the argument on the MPSJ and will take approximately twenty (20) additional minutes.

This Application for order shortening time is made and based upon Bankruptcy Rule 9006, the declaration of Jared M. Sechrist, Esq. ("**Sechrist Decl.**") and the points and authorities set forth below, the Attorney Information Sheet filed herewith, and the papers and pleadings on file herein, judicial notice of which is respectfully requested.

---

[1] All capitalized undefined terms used herein shall be ascribed the definitions of the Motion unless otherwise noted.

# I.
# DECLARATION OF JARED M. SECHRIST, ESQ.

I, Jared M. Sechrist, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1. I am over the age of 18 and am mentally competent.

2. I am an attorney at Garman Turner Gordon LLP, counsel for Tecumseh in the above-captioned case. As such, I have personal knowledge of the facts stated in this Declaration, except where stated upon information and belief, and as to facts stated upon information and belief, I am informed of those facts and believe them to be true. If called upon to testify as to the matters herein, I could and would do so.

3. As set forth in the Motion, Tecumseh's counsel discovered upon review of Plaintiff's reply in support of the MPSJ that Plaintiff had raised additional arguments for the first time that were not addressed in the MPSJ or in Tecumseh's opposition thereto.

4. As addressed in the Motion, Tecumseh seeks to strike those arguments.

5. As the Motion pertains to issued directly related to the Court's consideration of the MPSJ, Tecumseh respectfully requests the Motion be set on shortened time such that it is heard at the same time as the MPSJ.

6. On March 23, 2023, I sent an email to Plaintiff's counsel, Bart Larsen, asking whether he would consent to having the Motion heard on shortened time, specifically, at the time of the hearing on the MPSJ. Mr. Larsen responded that same day, advising that he consented. A true and correct copy of my email communication with Mr. Larsen in this regard is attached hereto as **Exhibit B.**

7. I estimate hearing the Motion will require an additional twenty (20) minutes of argument at the hearing on the MPSJ.

8. This request is made in good faith and not for purpose of delay or any other dilatory purpose.

…

…

…

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 23rd day of March 2023.

By: /s/ Jared M. Sechrist

## II.
## LEGAL ARGUMENT

Section 105 of the Bankruptcy Code allows this Court to issue such orders as are necessary to carry out the provisions of this title. *See* 11 U.S.C. § 105. Bankruptcy Rule 9006(c)(1) generally permits a bankruptcy court, for cause shown and, in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. In particular, Bankruptcy Rule 9006(c)(1) provides:

> [e]xcept as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

FED. R. BANKR. P. 9006(c)(1).

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by an affidavit stating the reasons for an expedited hearing. As set forth in the Sechrist Declaration, good cause exists to hear the Motion on shortened time and particularly to hear the Motion at the hearing on the MPSJ.

Local Rule 9006 also requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice, and how notice was provided or attempted to be provided. The Attorney Information Sheet filed contemporaneously with this Application reflects that HASelect has consented to a hearing on shortened time.

…

…

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

## III.
## CONCLUSION

WHEREFORE, Tecumseh respectfully requests that the Court grant this Application and issue an order shortening time in substantially the form attached hereto as **Exhibit A** to hear the Motion on March 30, 2023 at 9:30 a.m. Tecumseh requests such other and further relief as the Court deems just and proper.

DATED this 23rd day of March 2023.

        GARMAN TURNER GORDON LLP

By: */s/ Jared M. Sechrist*
    GERALD M. GORDON, ESQ.
    JARED M. SECHRIST, ESQ.
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*