# EXHIBIT A

# EXHIBIT A

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]** |

| | |
|---|---|
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>    Counter-Defendants.<br><br>ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>    Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Counter-Defendant. | Hearing Date: March 30, 2023<br>Time:  9:30am |

## NOTICE OF HEARING AND ORDER SHORTENING TIME ON MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]

On March 23, 2023, party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), by and through its counsel, Garman Turner Gordon LLP and Akerman LLP, filed the *Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts [ECF NO. 205]* ("**Motion**").[1]

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts [ECF NO. 205]* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on the **30th** day of **March, 2023**, at **9:30a.m.** Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of

---

[1] All capitalized terms used herein shall have the meaning set forth in the Motion unless otherwise stated.

the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or may be obtained by emailing Jared M. Sechrist, Esq. at the email address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be done within one (1) day of entry; that any oppositions to the Motion must be filed and served by March 27, 2023; that any replies to any oppositions must be filed and served by March 29, 2023; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

Respectfully Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*