# EXHIBIT B

# EXHIBIT B

**Tonya Binns**

| | |
|---|---|
| **From:** | Jared Sechrist |
| **Sent:** | Thursday, March 23, 2023 3:30 PM |
| **To:** | Tonya Binns |
| **Subject:** | FW: Partial Motion to Strike Reply |

**From:** Bart Larsen <blarsen@shea.law>
**Sent:** Thursday, March 23, 2023 3:10 PM
**To:** Jared Sechrist <jsechrist@Gtg.legal>
**Cc:** Gerald Gordon <ggordon@Gtg.legal>
**Subject:** RE: Partial Motion to Strike Reply

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We're fine with having the motion to strike heard next week on an OST. Thanks.

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432
Direct: (702) 255-0098
Mobile: (702) 321-6528
Email: blarsen@shea.law

This message was sent from Shea Larsen PC and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

**From:** Jared Sechrist <jsechrist@Gtg.legal>
**Sent:** Thursday, March 23, 2023 2:32 PM
**To:** Bart Larsen <blarsen@shea.law>
**Cc:** Gerald Gordon <ggordon@Gtg.legal>
**Subject:** Partial Motion to Strike Reply

Bart:

We intend to file the attached Partial Motion to Strike regarding two arguments raised in your reply in support of your partial motion for summary judgment. We're going to request the matter be heard on shortened time so that it's set for the same time as the hearing on the MPSJ (3/30, 9:30am). Will you agree to the matter being heard on shortened time? We intend to file today or tomorrow morning. Please let me know if you can agree to the OST.

Thanks,

1

**Jared M. Sechrist**

Attorney

P 725 777 3000 | D 725 244 4383

GARMAN | TURNER | GORDON

7251 Amigo Street, Suite 210
LAS VEGAS, NV 89119

2