GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**ATTORNEY INFORMATION SHEET IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1-I, AND 1-J ACCOUNTS [ECF NO. 205]** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>Counter-Defendants. | Hearing Date: Ex Parte<br>Time:  Ex Parte |

| | |
|---|---|
| ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE, | |
| | Counter-Claimant, |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| | Counter-Defendant. |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]**

As required by Local Rule 9006, Jared M. Sechrist, Esq. of Garman Turner Gordon, LLP, counsel for party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), has contacted the parties listed below regarding the proposed order shortening time to hear the *Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts [ECF NO. 205]* (the "**Motion**").

The parties listed below agree or disagree to the time being shortened, as indicated below:

| **Name** | **Date Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| Bart K. Larsen, Esq. *Counsel for HASelect-Medical Receivables Litigation Finance Fund International SP* | (March 23, 2023 email) | X | |

DATED this 23rd day of March 2023.

GARMAN TURNER GORDON LLP

By: */s/ Jared M. Sechrist*
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*

AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*