_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 28, 2023

| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| --- | --- |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| JARED SECHRIST | Dallas, Texas 75201 |
| Nevada Bar No. 10439 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: jsechrist@gtg.legal | ARIEL E. STERN, ESQ. |
| 7251 Amigo St., Suite 210 | Nevada Bar No. 8276 |
| Las Vegas, Nevada 89119 | AKERMAN LLP |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | 1635 Village Center Circle, Suite 200 |
| | Las Vegas, Nevada 89134 |
| *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
| --- | --- |
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Adversary Case No. 21-01167-abl |
| Plaintiff, | **NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]** |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |

|  |  |
|---|---|
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>  Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>  Counter-Defendants.. | Hearing Date: March 30, 2023<br>Time:     9:30am |

### NOTICE OF HEARING AND ORDER SHORTENING TIME ON MOTION TO PARTIALLY STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN 1-F, 1- I, AND 1-J ACCOUNTS [ECF NO. 205]

On March 23, 2023, party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), by and through its counsel, Garman Turner Gordon LLP and Akerman LLP, filed the *Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts [ECF NO. 205]* ("**Motion**").[1]

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion to Partially Strike Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment as to Certain 1-F, 1- I, and 1-J Accounts [ECF NO. 205]* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on the **30th** day of **March, 2023**, at **9:30a.m.** Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or may be obtained by emailing Jared M. Sechrist, Esq. at the email address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be done within one (1) day of entry; that any oppositions to the Motion must be filed and served by March 27, 2023; that any replies to any oppositions must be filed and served by March 29,

---

[1] All capitalized terms used herein shall have the meaning set forth in the Motion unless otherwise stated.

2023; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

Respectfully Submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Jared M. Sechrist*
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*