1  Bart K. Larsen, Esq.
   Nevada Bar No. 8538
2  Kyle M. Wyant, Esq.
   Nevada Bar No. 14652
3  **SHEA LARSEN**
   1731 Village Center Circle, Suite 150
4  Las Vegas, Nevada 89134
   Telephone: (702) 471-7432
5  Fax: (702) 926-9683
   Email:  blarsen@shea.law
6          kwyant@shea.law

7  *Attorneys for HASelect-Medical Receivables*
   *Litigation Finance Fund International SP*
8

9              **UNITED STATES BANKRUPTCY COURT**

10                    **DISTRICT OF NEVADA**

11  In re:
                                              Case No. 21-14486-abl
12  INFINITY CAPITAL MANAGEMENT, INC.         Chapter 7

13              Debtor.

14
    HASELECT-MEDICAL RECEIVABLES              Adversary Case No. 21-01167-abl
15  LITIGATION FINANCE FUND
    INTERNATIONAL SP,
16
                   Plaintiff,
17
    v.
18
    TECUMSEH–INFINITY MEDICAL
19  RECEIVABLES FUND, LP,

20              Defendant.

21
    TECUMSEH–INFINITY MEDICAL
22  RECEIVABLES FUND, LP,
                                              **NOTICE OF TAKING**
23              Counter-Claimant,             **DEPOSITION OF OLIVER**
                                              **HEMMERS**
24  v.

25  HASELECT-MEDICAL RECEIVABLES
    LITIGATION FINANCE FUND
26  INTERNATIONAL SP;

27              Counter-Defendant.

28

*SHEA LARSEN*
*1731 Village Center Circle, Suite 150*
*Las Vegas, Nevada 89134*
*(702) 471-7432*

HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP;

                    Counter-Claimant.

v.

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP,

                    Counter-Defendant,

PLEASE TAKE NOTICE that on the 3rd day of May, 2023, beginning at 9:00 a.m. PST, Plaintiff/Counter-Defendant HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), through its undersigned counsel, will take the deposition of Oliver Hemmers, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will take place in person at SHEA LARSEN PC, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134.

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via stenographic means.

DATED this 20th day of April, 2023.

**SHEA LARSEN**
/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1.       On April 20, 2023, I served the following document(s): **NOTICE OF TAKING DEPOSITION OF OLIVER HEMMERS**

2.       I served the above document(s) by the following means to the persons as listed below:

☒        a.    ECF System:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com, cindy.ferguson@akerman.com;
catherine.kretzschmar@akerman.com; masterdocketlit@akerman.com

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
zirzow.matthewc.r99681@notify.bestcase.com

☐        b.    United States mail, postage fully prepaid:

☐        c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐        For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐        For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐        d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2023.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432