_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 18, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | Adv. Proceeding No.: 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Hearing Date: May 15, 2023<br>Hearing Time: 1:30 p.m. |
| Plaintiff, | |
| v. | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al., | |
| Counter-Claimants, | |
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, et al., | |
| Counter-Defendants. | |

**ORDER DENYING MOTION TO STRIKE**

On May 15, 2023, the Court issued its oral ruling regarding the Motion to Partially Strike Plaintiff's Reply in Support of its Motion for Partial Summary Judgment as to Certain 1-F, 1-I, and 1-J Accounts ("Moton to Strike") (ECF No. 223).[1] The Motion to Strike was filed on behalf of Tecumseh-Infinity Medical Receivables Fund, LP ("Defendant" and "Counter-Plaintiff").

At the May 15, 2023 oral ruling, attorney Kyle M. Wyant appeared telephonically on behalf of HASelect-Medical Receivables Litigation Finance Fund International SP ("Plaintiff"). Attorney Jared Sechrist appeared telephonically on behalf of Tecumseh-Infinity Medical Receivables Fund, LP. Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 15, 2023, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 56(a)(1), made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7056.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion to Strike is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #

---

[1] In this Order all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they are appear on the docket maintained by the Clerk of the Court.