GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN** |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Counter-Claimant,<br><br>v.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP; ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE<br><br>Counter-Defendants. | |

**THIRD AMENDED NOTICE OF TAKING**
**DEPOSITION OF DEBBIE GRIFFIN**

PLEASE TAKE NOTICE that on the **29th day June 2023, beginning at 10:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Debbie Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted in-person at GARMAN TURNER GORDON, LLP, located at 7251 Amigo St., Suite 210, Las Vegas, Nevada 89119.

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 13th day of June 2023.

                                          GARMAN TURNER GORDON LLP

                                          By: */s/ Jared Sechrist*
                                              GERALD M. GORDON, ESQ.
                                              JARED SECHRIST, ESQ,
                                              7251 Amigo St., Suite 210
                                              Las Vegas, Nevada 89119
                                                and
                                              MICHAEL D. NAPOLI, ESQ.
                                              *Pro hac vice*
                                              AKERMAN LLP
                                              2001 Ross Avenue, Suite 3600
                                              Dallas, Texas 75201
                                              Tel: (214) 720-4360 / Fax: (214) 720-8116

                                              ARIEL E. STERN, ESQ.
                                              Nevada Bar No. 8276
                                              AKERMAN LLP
                                              1635 Village Center Circle, Suite 200
                                              Las Vegas, Nevada 89134
                                              Tel: (702) 634-5000 / Fax: (702) 380-8572

                                              *Attorneys for Tecumseh–Infinity Medical*
                                              *Receivable Fund, LP*

## CERTIFICATE OF SERVICE

1. On June 13, 2023, I served the following document(s): **THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ☒  ECF System:

   CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com; bknotices@nv-lawfirm.com

   BART K. LARSEN on behalf of HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
   blarsen@shea.law; kwyant@shea.law;

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED this 13th day of June 2023.

   /s/ Tonya Binns
   an employee of
   GARMAN TURNER GORDON LLP