| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| JARED SECHRIST | Dallas, Texas 75201 |
| Nevada Bar No. 10439 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: jsechrist@gtg.legal | ARIEL E. STERN, ESQ. |
| 7251 Amigo St., Suite 210 | Nevada Bar No. 8276 |
| Las Vegas, Nevada 89119 | AKERMAN LLP |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | 1635 Village Center Circle, Suite 200 |
| | Las Vegas, Nevada 89134 |
| | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | Email: ariel.stern@akerman.com |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Adversary Case No. 21-01167-abl |
| Plaintiff, | **THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN** |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, | |
| Defendant. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al., | |
| Counter-Claimant, | |
| v. | |
| TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al., | |
| Counter-Defendants. | |

## THIRD AMENDED NOTICE OF TAKING
## DEPOSITION OF DEBBIE GRIFFIN

PLEASE TAKE NOTICE that on the **29th day June 2023, beginning at 10:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Debbie Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted in-person at GARMAN TURNER GORDON, LLP, located at 7251 Amigo St., Suite 210, Las Vegas, Nevada 89119.

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 13th day of June 2023.

GARMAN TURNER GORDON LLP

By: */s/ Jared Sechrist*
    GERALD M. GORDON, ESQ.
    JARED SECHRIST, ESQ,
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119
      and
    MICHAEL D. NAPOLI, ESQ.
    *Pro hac vice*
    AKERMAN LLP
    2001 Ross Avenue, Suite 3600
    Dallas, Texas 75201
    Tel: (214) 720-4360 / Fax: (214) 720-8116

    ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
    AKERMAN LLP
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134
    Tel: (702) 634-5000 / Fax: (702) 380-8572

    *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**CERTIFICATE OF SERVICE**

1. On June 13, 2023, I served the following document(s): **THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN**

2. I served the above-named document(s) by the following means to the persons as listed below:

    ☒    ECF System:

    CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
    clarisse@nv-lawfirm.com; bknotices@nv-lawfirm.com

    BART K. LARSEN on behalf of HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
    blarsen@shea.law; kwyant@shea.law;

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED this 13th day of June 2023.

                                              /s/ Tonya Binns
                                              an employee of
                                              GARMAN TURNER GORDON LLP