| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**FOURTH AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>Counter-Defendants. | |

**FOURTH AMENDED NOTICE OF TAKING
DEPOSITION OF DEBBIE GRIFFIN**

PLEASE TAKE NOTICE that on the **31st day July 2023, beginning at 10:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Debbie Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted via zoom.

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 5th day of July 2023.

GARMAN TURNER GORDON LLP

By: /s/ Jared Sechrist
  GERALD M. GORDON, ESQ.
  JARED SECHRIST, ESQ,
  7251 Amigo St., Suite 210
  Las Vegas, Nevada 89119
    and
  MICHAEL D. NAPOLI, ESQ.
  *Pro hac vice*
  AKERMAN LLP
  2001 Ross Avenue, Suite 3600
  Dallas, Texas 75201
  Tel: (214) 720-4360 / Fax: (214) 720-8116

  ARIEL E. STERN, ESQ.
  Nevada Bar No. 8276
  AKERMAN LLP
  1635 Village Center Circle, Suite 200
  Las Vegas, Nevada 89134
  Tel: (702) 634-5000 / Fax: (702) 380-8572

  *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**CERTIFICATE OF SERVICE**

1. On July 5, 2023, I served the following document(s): **FOURTH AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN**

2. I served the above-named document(s) by the following means to the persons as listed below:

    ☒    ECF System:

CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
clarisse@nv-lawfirm.com; bknotices@nv-lawfirm.com

BART K. LARSEN on behalf of HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
blarsen@shea.law; kwyant@shea.law;

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of July 2023.

/s/ Max Erwin
an employee of
GARMAN TURNER GORDON LLP