GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor.<br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (FIFTH REQUEST)**<br><br>Pretrial Conference<br>Date: August 8, 2023<br>Time: 10:30 a.m.<br><br>Trial<br>Dates: August 24, 25, 28, 29, and 31, 2023<br>Time: 9:30 a.m. |

| |
|---|
| TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br>        Counter-Claimant, <br><br>v. <br><br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br>        Counter-Defendant. |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, <br><br>        Counter-Claimant <br><br>v. <br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, <br><br>        Counter-Defendant. |

**STIPULATION TO EXTEND DISCOVERY DEADLINES (FIFTH REQUEST)**

Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel (each a "Party" and, collectively, the "Parties"), hereby agree and stipulate, pursuant to Local Rule 7026, to extend discovery deadlines as follows:

**A.  Discovery Completed**

The following discovery has been completed:

1. On or about January 12, 2022, HASelect served a subpoena on nonparty Three Bell Capital.

2. On or about January 12, 2022, HASelect served a subpoena on nonparty Jonathan Porter.

2

3. On or about January 17, 2022, Tecumseh served its Initial Disclosures pursuant to FRCP 26 on HASelect.

4. On or about January 18, 2022, HASelect served its Initial Disclosures pursuant to FRCP 26 on Tecumseh.

5. On or about March 10, 2022, HASelect served its First Set of Interrogatories and Requests for Production on Tecumseh.

6. On or about March 29, 2022, Tecumseh served its First Set of Requests for Production on HASelect.

7. On or about April 18, 2022, Tecumseh served its Responses to HASelect's First Set of Interrogatories and Requests for Production.

8. On or about May 18, 2022, HASelect served its Responses to Tecumseh's First Set of Requests for Production.

9. On or about August 29, 2022, Tecumseh served its First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production on HASelect.

10. On or about September 9, 2022, HASelect served its deposition notice for the deposition of Tecumseh.

11. On or about September 9, 2022, HASelect served deposition subpoenas on various nonparties.

12. On or about September 28, 2022, HASelect served its Responses to Tecumseh's First Set of Interrogatories and Requests for Admission as well as its Second Set of Requests for Production.

13. On or about November 28, 2022, Tecumseh served its Third Set of Requests for Production on HASelect.

14. On or about December 2, 2022, Tecumseh served its Subpoena to Produce Documents to GPMicro, Inc.

15. On or about December 28, 2022, HASelect served deposition subpoenas on various nonparties.

16. On or about December 28, 2022, HASelect served its Responses to Tecumseh's Third

Set of Request for Production.

17. On or about January 5, 2023, Tecumseh served deposition subpoenas on HASelect and other various nonparties.

18. On or about February 16, 2023, HASelect served its First Supplemental Response to Tecumseh's Third Set of Requests for Production and First Supplemental Disclosures.

19. On or about February 17, 2023, Tecumseh served its First Supplemental Disclosures.

20. On or about March 14, 2023, Tecumseh served its Second Supplemental Disclosures.

21. On or about April 12, 2023, Tecumseh served its Third Supplemental Disclosures.

22. The depositions of Oliver Hemmers and Anne Pantelas, principals for the debtors, were held on May 5, 2023, and May 10, 2023.

23. On or about June 15, 2023, Tecumseh served its Fourth Supplemental Disclosures.

24. On or about June 30, 2023, HASelect served its Second Supplemental Disclosures.

**B.    Discovery Remaining**

Discovery in this case has been ongoing and additional discovery remains to be completed, including, but not limited to:

1. Depositions of each party or the party's representative(s);

2. Depositions of various third parties; and

3. Supplementation of prior written discovery;

The Parties reserve their right to take additional depositions based on information disclosed in produced documents or obtained in the depositions the Parties have identified.

**C.    Reasons Why Discovery Will Not Be Completed Within the Time Limit of the Existing Deadlines**

This case is complex and involves thousands of accounts receivable purchased from more than 100 different medical providers. While this Court has already ruled on some of the issues regarding a subset of the accounts receivable at issue, other accounts receivable remain that require further discovery and analysis. The Parties have worked diligently by engaging in discovery from the outset of this case, but the extent of the documents produced in this matter are voluminous and require additional time for review. In fact, the parties have only recently exchanged tens of

thousands of additional documents requiring review and analysis. Further, the parties have worked extensively to schedule third party depositions that are critical to the claims and defenses of this case; however, scheduling those depositions has been difficult. Those depositions are now scheduled to proceed at the end of July 2023. As a result, the party depositions, which have been noticed, will need to be pushed back.

The Parties believe that, given the situation as it presently exists, discovery cannot be accomplished by the represented deadlines in the Order Granting the Parties' Stipulation to Extend Discovery Deadlines (Third Request) on file herein [ECF No. 175]. This fourth stipulation to extend the existing discovery deadlines is brought in good faith and not for the purpose of delay. Based on the information presented in this Stipulation, the Parties believe that good cause exists to extend discovery as proposed in order to permit the Parties to ensure that discovery is conducted in a thorough manner.

**D.    Proposed Agreement and Amended Discovery Schedule**

Based on the foregoing, and other good valuable consideration, the receipt and sufficiency of which are acknowledged, the Parties stipulate and agree as follows, subject only to entry of the proposed order by this court approving this Stipulation, substantially in the form attached hereto as **Exhibit A**:

1. The Parties agree to extend the discovery deadlines as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 6/30/2023 | 7/31/2023 |
| Dispositive Motion Deadline | 8/1/2023 | 8/1/2023 |
| Trial Statement | 7/7/2023 | 8/15/2023 |
| Final List of Witnesses and Exhibits | 8/15/2023 | 8/15/2023 |
| Expected trial ready date | 8/24/2023 | 8/24/2023 |

2. The extension of discovery deadlines requested herein will not require a continuance of this trial date, therefore, the pretrial conference is set for August 8, 2023, at 10:30 a.m., and the five-day trial is scheduled for August 24, 25, 28, 29, and 31, 2023, at 9:30 a.m. in the Foley Federal

Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**IT IS SO STIPULATED.**

| GARMAN TURNER GORDON LLP | SHEA LARSEN |
|---|---|
| By: /s/ Jared Sechrist<br>GERALD M. GORDON, ESQ.<br>JARED SECHRIST, ESQ,<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>    and<br>MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com<br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | /s/ Bart K. Larsen<br>Bart K. Larsen, Esq.<br>Nevada Bar No. 8538<br>Kyle M. Wyant, Esq.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br><br>*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP* |