_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 11, 2023

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>      Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL   RECEIVABLES<br>LITIGATION   FINANCE   FUND<br>INTERNATIONAL SP,<br><br>      Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY     MEDICAL<br>RECEIVABLES FUND, LP,<br><br>      Defendant. | **ORDER GRANTING STIPULATION<br>TO EXTEND DISCOVERY<br>DEADLINES (FIFTH REQUEST)**<br><br><u>Pretrial Conference</u><br>Date: August 8, 2023<br>Time: 10:30 a.m.<br><br><u>Trial</u><br>Date: August 24, 25, 28, 29, and 31, 2023<br>Time: 9:30 a.m. |

1

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

Counter-Claimant,

v.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

Counter-Defendant.

HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,

Counter-Claimant

v.

TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,

Counter-Defendant.

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES (FIFTH REQUEST)**

The Court having considered the *Stipulation to Extend Discovery Deadlines and Trial Readiness Date (Fifth Request)* ("Stipulation"**,**)[1] by and between Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh"), by and through its undersigned counsel, and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, and finds that good cause exists to grant the relief requested.  Accordingly:

**IT IS ORDERED** that the Stipulation is approved in its entirety.

…

…

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS FURTHER ORDERED** that the discovery deadlines are extend as follows:

| Event Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | 6/30/2023 | 7/31/2023 |
| Dispositive Motion Deadline | 8/1/2023 | 8/1/2023 |
| Trial Statement | 7/7/2023 | 8/15/2023 |
| Final List of Witnesses and Exhibits | 8/15/2023 | 8/15/2023 |
| Expected trial ready date | 8/24/2023 | 8/24/2023 |

**IT IS FURTHER ORDERED** that the extension of discovery deadlines requested herein will not require a continuance of this trial date, therefore, the pretrial conference is set for August 8, 2023, at 10:30 a.m., and the five-day trial is scheduled for August 24, 25, 28, 29, and 31, 2023, at 9:30 a.m. in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**IT IS SO ORDERED.**

Prepared by:

GARMAN TURNER GORDON LLP

By: _/s/_    _Jared Sechrist_
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
    and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*