1

2

3

4

5

6

7

8

9

GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

10

**IN THE UNITED STATES BANKRUPTCY COURT**

11

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 12  In re:  13  INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,  14  Debtor. | Case No. 21-14486-abl  Chapter 7 |
| 15  16  HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,  17  Plaintiff,  18  v.  19  20  TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,  21  Defendant. | Adversary Case No. 21-01167-abl  **FIFTH AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN** |
| 22  HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,  23  24  Counter-Claimant,  25  v.  26  TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,  27  Counter-Defendants. | |

28

## FIFTH AMENDED NOTICE OF TAKING
## DEPOSITION OF DEBBIE GRIFFIN

PLEASE TAKE NOTICE that on the **1ˢᵗ day August 2023, beginning at 10:00 a.m. (Pacific)**, Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("**Tecumseh**"), by and through their counsel, Garman Turner Gordon, LLP, will take the deposition of Debbie Griffin, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030, before a Notary Public, or before some other officer authorized by the law to administer oaths. The deposition will be conducted via zoom.

Oral examination, if not completed on the specified date, will continue from day to day excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via video and stenographic means.

DATED this 20ᵗʰ day of July 2023.

GARMAN TURNER GORDON LLP

By: */s/ Jared Sechrist*
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

## CERTIFICATE OF SERVICE

1. On July 20, 2023, I served the following document(s): **FIFTH AMENDED NOTICE OF TAKING DEPOSITION OF DEBBIE GRIFFIN**

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System:

CLARISSE L. CRISOSTOMO on behalf of ROBERT E. ATKINSON
clarisse@nv-lawfirm.com; bknotices@nv-lawfirm.com

BART K. LARSEN on behalf of HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
blarsen@shea.law; kwyant@shea.law;

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of July 2023.

/s/ Tonya Binns
an employee of
GARMAN TURNER GORDON LLP

**Garman Turner Gordon**
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000