GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail:  jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical
Receivable Fund, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND<br>INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL<br>RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl |
| HASELECT-MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND<br>INTERNATIONAL SP, *et al.*,<br><br>Counter-Claimant<br><br>v.<br><br>TECUMSEH-INFINITY MEDICAL<br>RECEIVABLES FUND, LP, *et al.*,<br><br>Counter-Defendants. | |

## JOINT PRE-TRIAL STATEMENT

The parties to this action, Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh") and HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") (collectively, the "Parties") have conferred and submit the following proposed Pre-Trial Order and through counsel, and in support respectfully state:

### I.    NATURE OF THE CASE

**HASelect's Position:**

Beginning in February 2019 and continuing through April 2020, HASelect made a series of loan advances to Infinity Capital Management, Inc. ("Infinity") totaling over $15 million (as further defined herein, the "HASelect Loan") that were secured by a perfected lien against all of Infinity's then-existing and after-acquired personal property, including all accounts receivable. Infinity was required to use the proceeds of the HASelect Loan to purchase accounts receivable arising from medical treatment provided to individuals that were involved in accidents and had asserted personal injury claims (as further defined herein, "Receivables"). Following the filing of Infinity's chapter 7 bankruptcy case on September 14, 2021, HASelect discovered that Infinity had used a substantial portion of the proceeds of the HASelect loan for purposes other than the purchase of Receivables, including, among other things, loans and bonuses paid to Infinity's principals and unauthorized repayment of unsecured debts owed to other creditors. HASelect further discovered that Infinity had sold and assigned a considerable portion of the Receivables that served as collateral for the HASelect Loan to Tecumseh in 2020. As a result, far less collateral than expected was available to satisfy the outstanding indebtedness owed by Infinity under the HASelect Loan. Additionally, HASelect discovered that Infinity had misrepresented the nature of the business relationship Infinity entered into with Tecumseh in June 2020. Specifically, Infinity represented to HASelect that it was merely servicing Receivables that Tecumseh had purchased directly from medical providers. In truth, however, Infinity continued to purchase, hold, and collect Receivables in its own name after June 2020 pursuant to preexisting contracts between Infinity and various medical providers and using a combination of Infinity's own funds as well as new funds received from Tecumseh. As such, HASelect seeks a judgment determining that it holds a perfected security

interest in all Receivables Infinity sold and assigned to Tecumseh in 2020 as well as all Receivables acquired in Infinity's name after June 2020 (collectively and as further defined herein, the "Disputed Receivables") that is superior to any interest Tecumseh might claim in such Receivables as well as other relief as set forth in HASelect's *First Amended Complaint* [ECF No. 24]. Additionally, in February 2022, HASelect purchased all of the Infinity bankruptcy estate's rights and interests in the Disputed Receivables for $100,000 and thereafter was substituted to the chapter 7 trustee's position with respect to claims asserted against Tecumseh seeking to avoid any unperfected interest claimed by Tecumseh in the Disputed Receivables pursuant to 11 U.S.C. § 544.

**Tecumseh's Position:**

Tecumseh disputes HASelect's contentions and  seeks a judgment finding that (i) Tecumseh is the equitable owner of certain receivables purchased with Infinity's assistance, generally referenced through this matter as the Disputed Receivables;[1] (ii) the Disputed Receivables are not and were never property of Infinity Capital Management, Inc. ("Infinity") or its estate; (iii) the security interest of HASelect in Infinity's collateral does not extend to the Disputed Receivables; and (iv) the strong arm rights and powers afforded to the Trustee under 11 U.S.C. § 544 and sold to HASelect should not, and indeed cannot, be utilized to undo Tecumseh's purchase of the Disputed Receivables.

The Court has previously entered a partial summary judgment in favor of HASelect on the 1-A through 1-E Accounts, the 1-G Accounts, and the 1-H Accounts. [ECF 88]. The Court denied summary judgment with respect to the remaining Disputed Receivables.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] A list of the Disputed Receivables is Tecumseh Trial Exhibit A.

1

## II.   BASIS FOR JURISDICTION, WHETHER THE CASE IS CORE OR NON-CORE, AND WHETHER THE BANKRUPTCY JUDGE MAY ENTER FINAL ORDERS OR JUDGMENT

2

3       HASelect maintains that the Court has subject matter jurisdiction over this adversary

4    proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and (b).  HASelect further maintains that

5    Venue is proper before the Court under 28 U.S.C. §§ 1408-09.

6       Tecumseh disputes that this Court has subject matter jurisdiction over this adversary

7    proceeding pursuant to 28 U.S.C. § 1334(b), 28 U.S.C. § 157.   On July 1, 2022, this Court denied

8    Tecumseh's motion to dismiss for lack of subject-matter jurisdiction. (ECF 87).

9       ## III.   CONTENTIONS OF THE PARTIES

10          ### A. HASelect's Contentions

11       1.       As of the filing of Infinity's chapter 7 petition on September 14, 2021 (the "Petition

12    Date"), Infinity owed principal, accrued interest, and fees due under the Loan Agreement

13    (exclusive of attorney's fees and other costs incurred by HASelect in other litigation relating to

14    enforcement of the Loan Agreement) in the total amount of $15,132,862.51.

15       2.       As this Court previously found in granting HASelect's Motion for Partial Summary

16    Judgment with respect to the 1-A Receivables, 1-B Receivables, 1-C Receivables, 1-D

17    Receivables, 1-E Receivables, 1-G Receivables, and 1-H Receivables, as of the Petition Date

18    HASelect held (and continues to hold) a perfected security interest in all of Infinity personal

19    property and proceeds thereof as collateral for the HASelect Loan.

20       3.       Infinity was required to use the proceeds of the HASelect Loan to purchase

21    Receivables.  To ensure loan proceeds were used appropriately, HASelect engaged FTM Limited

22    ("FTM") under a sub-advisory agreement dated February 7, 2019 to provide sub-advisory and

23    fiduciary services to HASelect that included the investigation and verification of accounts

24    receivable to be purchased by Infinity and the approval of draw requests submitted by Infinity on

25    which HASelect relied in advancing funds to Infinity under the Loan.

26       4.       The principals of FTM are Endre Debozy and William Dalzell.  Debozy and Dalzell

27    introduced HASelect to Infinity in late 2018 and strongly encouraged HASelect to enter into a

28    lending relationship with Infinity.  In doing so, Debozy and Dalzell did not disclose to HASelect

that they had a nearly 20-year history of soliciting investment capital and financing for Infinity – very little of which was ever repaid.

5.      In communicating with FTM and Infinity and in negotiating and entering into the HASelect Loan, HASelect was represented by Simon Clark, who was then employed by and later became an owner of Griffin Asset Management, LLC ("GAM"), which serves as HASelect's investment manager, and was responsible for GAM's offshore division, which included HASelect. Following the execution of the HASelect Loan documents, Clark remained responsible for the administration of the Loan and for protecting HASelect's rights and interests under the MLA. Instead of fulfilling these obligations, however, Clark ignored Infinity's misappropriation of Loan proceeds, which was facilitated by FTM, and later assisted Tecumseh and FTM in soliciting Infinity to terminate its relationship with HASelect before becoming an owner and principal of Tecumseh.

6.      HASelect began advancing Loan funds to Infinity on March 5, 2019.  All advances made under the HASelect Loan were wired to an Infinity deposit account at Nevada State Bank ending in 8480 (the "8480 Account").  From March 2019 through April 2020, HASelect wired over $15 million in Loan proceeds to the 8480 Account, which were the only material deposits to or funds held in the 8480 Account during that period.  In making such advances, HASelect relied on Debozy and Dalzell's representations that FTM had investigated and verified Infinity's use of funds to be advanced for the purchase of accounts receivable.

7.      In seeking advances under the HASelect Loan, Infinity routinely misrepresented both the cost and value of the Receivables it identified as collateral for such advances in order to obtain excess proceeds that Infinity used, among other things, to pay preexisting debts owed to FTM.

8.      Simon Clark resigned his position with GAM on February 22, 2020 and almost immediately began communicating with Endre Debozy of FTM and with Chad Meyer and Michael Belotz, who had formed Tecumseh Alternatives, LLC in August 2019 as an investment advisory firm modeled after and designed to compete with GAM.  In late February 2020, Meyer and Belotz began formulating a plan with FTM to convince Infinity to terminate its relationship with HASelect and to enter into a new funding relationship with Tecumseh.

9.      From March through June 2020, Meyer, Clark, and Beltoz, along with the principals of FTM, used confidential and proprietary information belonging to HASelect regarding its relationship with Infinity and the HASelect Loan to successfully solicit Infinity's principals to terminate their relationship with HASelect in favor of a new funding relationship with Tecumseh and to also solicit certain of HASelect's investors and other parties to invest in this new funding relationship. While these solicitations were ongoing, Infinity continued to seek and receive roughly $1.45 million in new advances under the HASelect Loan.

10.     As of June 2020, over $744,000 in HASelect Loan proceeds remained on deposit in the 8480 Account. Infinity later transferred the majority of such funds to its operating account to pay Infinity's operating expenses during the initial months of its new funding relationship with Tecumseh and to purchase additional Receivables that Infinity would later sell and assign to Tecumseh.

11.     After entering into the Sub-Advisory Agreement on June 18, 2020, Infinity, FTM, and Tecumseh began preparing to transfer Receivable in which HASelect held a perfected first-priority security interest to Tecumseh by, among other things, removing the electronic stamps that identified such Receivables as HASelect's collateral. Infinity then sold a substantial portion of its Receivables in which HASelect held a perfected, first-priority security interest to Tecumseh without HASelect's knowledge or consent and in violation of Infinity's contractual obligations under the MLA.

12.     Tecumseh also hired Li Su, who was then employed as GAM's manager of technology and information security, to assist in the technical aspects of transferring HASelect's collateral from Infinity to Tecumseh. Li Su continued to work simultaneously for GAM and for Tecumseh until GAM terminated his employment in August 2021. Li Su continues to work for Tecumseh.

13.     In an attempt to eliminate HASelect's involvement in Infinity's business operations and to compel HASelect to settle other litigation pending in Illinois, Tecumseh, FTM, and Infinity concocted a plan in July 2020 to attempt to persuade Three Bell Capital, which is a registered investment advisor whose clients invested in HASelect to whom Clark and Meyer were introduced

through their employment with GAM, to demand a redemption of its investment in HASelect, which they believed would force the liquidation of HASelect and create an opportunity for Tecumseh to acquire all remaining Infinity Receivables in which HASelect held a perfected, first-priority security interest.

14.     Tecumseh also conspired with Infinity to exploit the bankruptcy process through the filing of Infinity's chapter 7 bankruptcy case.  Tecumseh, FTM, and Infinity planned to continue to profit from their business relationship while leaving Infinity's debts to HASelect unpaid by transferring Infinity's business records and intangible assets to Infinity Health Solutions, LLC through which Infinity's principals, after misappropriating more than $100,000 in proceeds collected from Receivable included in HASelect's Collateral to finance their new company in the weeks prior to Infinity's chapter 7 filing, continued to service and collect the Disputed Receivables and to acquire new accounts for Tecumseh after Infinity's bankruptcy filing just as Infinity had done previously.

15.     Prior to the Petition Date, Infinity collected over $400,000 in traceable proceeds from Receivables in which HASelect held a perfected, first-priority security interest and transferred such proceeds to Tecumseh by depositing the same in the BOA Account where they were used to acquire additional Disputed Receivables.

16.     All Disputed Receivables acquired after the June 18, 2020 execution of the Sub-Advisory Agreement between Infinity and Tecumseh were purchased by Infinity in its own name pursuant to contracts between Infinity and medical providers (as further defined below, a "Medical Provider Contract"), which in most cases existed long before the execution of the Sub-Advisory Agreement and in all cases govern Infinity's rights in the Disputed Receivables.  With the exception of the 1-A Receivables, 1-B Receivables, 1-C Receivables, 1-D Receivables, 1-E Receivables, 1-G Receivables, and 1-H Receivables that were expressly assigned to Tecumseh by Infinity, all Disputed Receivables and all medical liens securing the Disputed Receivables were held at all times by Infinity in its own name.  Similarly, all collections on Disputed Receivables prior to the Petition Date were made by Infinity under its own or its trade name, Infinity Health Collections.

7

17.     Except for the 1-A Receivables, 1-B Receivables, 1-C Receivables, 1-D Receivables, 1-E Receivables, 1-G Receivables, and 1-H Receivables that were expressly assigned to Tecumseh by Infinity, not a single document exists that evidences the purchase of any Disputed Receivable by Tecumseh or the assignment or sale of any Disputed Receivable to Tecumseh by any medical provider.

18.     Tecumseh represented to potential investors that Infinity purchased and owned Receivables acquired pursuant to the Sub-Advisory Agreement on behalf of Tecumseh.

19.     Certain of the Medical Provider Contracts, including Infinity's September 20, 2019 contract with Cueva Diagnostics, LLC d/b/a Stat Diagnostics ("Stat Diagnostics"), its June 2, 2020 contract with Preva Advanced Surgicare – The Woodlands, LLC ("Preva"), its June 19, 2020 contract with South Atlanta MUA Center ("South Atlanta"), and its January 6, 2021 contract with Viking Pain Management, LLC ("Viking"), evidence a lending relationship between Infinity and such providers rather than agreements for the purchase of Receivables.  As such, Tecumseh's resulting trust arguments cannot apply to Receivables arising under such contracts.

20.     There was no intent on the part of Infinity or Tecumseh in entering into the Sub-Advisory Agreement to form a resulting trust or constructive trust.  The structure of the parties' relationship and their respective intent in creating that relationship is set forth in the Sub-Advisory Agreement.  Infinity and Tecumseh simply failed to adhere to that structure.  As such there can be no resulting trust or constructive trust.

21.     HASelect did not consent to or knowingly allow Infinity to transfer proceeds of its collateral to Tecumseh through the release of proceeds deposited to the FSB Account.  Rather, Infinity represented to HASelect that it was merely servicing Receivables that Tecumseh had purchased directly from medical providers.  In truth, however, Infinity continued to purchase, hold, and collect Receivables in its own name after June 2020 pursuant to preexisting contracts between Infinity and various medical providers and using a combination of Infinity's own funds as well as new funds received from Tecumseh.  HASelect did not discovery the true nature of Infinity's relationship with Tecumseh until after the Petition Date.

///

22.     On December 11, 2020, Tecumseh wired payment in the amount of $73,644.86 to Infinity's Operating Account as partial payment for another batch of 180 separate accounts receivable (the "1-P Receivables") that Tecumseh sought to acquire for a total purchase price of $77,211.91. Tecumseh applied certain credits due from Infinity as payment of the balance of such purchase price.

23.     All of the 1-P Receivables were paid for from Infinity's Operating Account prior to December 11, 2020. The 1-P Receivables are identified in HASelect's Trial Exhibit 157, which identifies the dates on which payment for such 1-P Receivables cleared Infinity's Operating Account.

24.     On or around December 31, 2020, Tecumseh and Infinity determined that Infinity was indebted to Tecumseh as a result of the inclusion of duplicate Receivables in the 1-H Receivables, the 1-I Receivables, and the 1-J Receivables in an amount in excess of $120,000.00.

25.     As partial payment of this indebtedness, Infinity assigned to Tecumseh 27 separate preexisting accounts receivable (the "J-2 Receivables") for a total purchase price of $116,380.89.

26.     All of the J-2 Receivables were purchased by Infinity during 2019 and were paid for from Infinity's Operating Account prior to the execution of the Sub-Advisory Agreement.

27.     Through November 12, 2020, all amounts collected by Infinity relating to any Disputed Receivable were deposited to either Infinity's Operating Account or Infinity's FSB Account and later transferred from such accounts to the BOA Account, including the following deposits to the BOA Account, totaling $85,523.50:

      a.   $2,815.08 deposited to the BOA Account on August 13, 2020;

      b.   $5,430.16 deposited to the BOA Account on September 22, 2020;

      c.   $36,042.51 deposited to the BOA Account on September 28, 2020;

      d.   $11,617.57 deposited to the BOA Account on September 29, 2020;

      e.   $10,545.42 deposited to the BOA Account on October 9, 2020; and

      f.   $19,072.74 deposited to the BOA Account on November 12, 2020.

28.     Through June 30, 2021, Infinity collected proceeds of the 1-A Receivables, 1-B Receivables, 1-C Receivables, 1-D Receivables, 1-E Receivables, 1-F Receivables, 1-H

Receivables, 1-I Receivables, 1-J Receivables, 1-P Receivables, and J-2 Receivables in the following amounts:

| 1-A Receivables | $49,170.56 |
|---|---|
| 1-B Receivables | $31,190.46 |
| 1-C Receivables | $21,483.36 |
| 1-D Receivables | $68,635.83 |
| 1-E Receivables | $14,045.63 |
| 1-F Receivables | $51,248.45 |
| 1-H Receivables | $29,159.24 |
| 1-I Receivables | $12,946.78 |
| 1-J Receivables | $20,407.33 |
| 1-P Receivables | $1,867.40 |
| J-2 Receivables | $3,446.52 |
| | **$303,601.56** |

29.    All amounts collected by Infinity relating to any Disputed Receivable prior to the Petition Date were deposited to the BOA Account either directly or by way of transfers from Infinity's Operating Account or Infinity's FSB Account and were subsequently applied towards the purchase of additional Disputed Receivables.

**B. Tecumseh's Contentions**

1.    Tecumseh retained Infinity to act as a sub-advisor, assisting it to identify, purchase and service medical receivables. Due to the partial summary judgment entered by the Court, only the Series 1-F, Series 1-I through Series 1-K receivables, Series J-2 and 1-P,  and the Direct Purchase Receivables (defined below) remain in dispute.

2.    With respect to the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables, Infinity acted as an agent acting on behalf of Tecumseh. Tecumseh purchased these Receivables directly from the medical providers. Infinity did not buy and resell receivables to Tecumseh. It never acquired an interest in the receivables. Infinity never held an economic or beneficial interest in these Receivables; therefore, HASelect's lien and the Section 544 strong-arm powers do not apply.

/ / /

3.      Alternatively, Infinity holds the Series 1, F and the Series 1, I through K, and Series J-2 and 1-P Receivables in a purchase money resulting trust for Tecumseh's benefit. Where a transfer of property is made to one person and the purchase price is paid by another, a resulting trust arises in favor of the person by whom the purchase price is paid. Under the theory of a purchase money resulting trust, it is presumed that Tecumseh, as the party who paid for the personal property, intended a benefit for itself and its investors. As a result, neither HASelect's lien nor the Section 544 strong-arm powers apply.

4.      The Direct Purchase Receivables are receivables purchased by Tecumseh from medical providers from and after October 29, 2020—4,190 receivables at a face amount of approximately $19,846,621.37. Each of these receivables was paid for with transfers of purchase money directly from Tecumseh's account at Bank of America (the "BofA Account") to the respective medical providers.

5.      All funds in the BofA Account belong to Tecumseh. The account is in Tecumseh's name. The funds deposited in it come from Tecumseh's investors and from the proceeds of receivables owned by Tecumseh. Neither Infinity nor HASelect has an interest in the BofA Account. HASelect cannot specifically identify funds it owns or has a lien upon within the BofA Account.

6.      A tracing analysis shows that all funds used to purchase the Direct Purchase Receivables came from Tecumseh's investors and that any funds from the proceeds of receivables in which HASelect may claim an interest went back to Infinity in the form of fees.

7.      With respect to the Direct Purchase Receivables, Infinity acted as an agent acting on behalf of Tecumseh. Infinity did not buy and resell receivables to Tecumseh. It never acquired an interest in the receivables. Tecumseh purchased these Receivables directly from the medical providers.  Infinity never held an economic or beneficial interest in these Receivables; therefore, HASelect's lien and the Section 544 strong-arm powers do not apply.

8.      Alternatively, Infinity holds the Direct Purchase Receivables in a purchase money resulting trust for Tecumseh's benefit. Where a transfer of property is made to one person and the purchase price is paid by another, a resulting trust arises in favor of the person by whom the

purchase price is paid. Under the theory of a purchase money resulting trust, it is presumed that Tecumseh, as the party who paid for the personal property, intended a benefit for itself and its investors. As a result, neither HASelect's lien nor the Section 544 strong-arm powers apply.

9.      HASelect cannot show that Tecumseh acted in bad faith or had unclean hands sufficient to undo the purchase money resulting trust with respect to either the Series 1, F and the Series 1, I through K Receivables or the Direct Purchase Receivables.

10.     HASelect did not perfect a security interest in the *proceeds* of the receivables it claims a lien on. To perfect a security interest in proceeds, HASelect must have perfected a security interest in Infinity's deposit accounts, which requires HASelect's assertion of control over the deposit accounts, which it generally did not do. While HASelect did have control over one Infinity account (the "FSB account"), it allowed Infinity to withdraw funds from that account and send them to Tecumseh or to uncontrolled Infinity accounts. Because HASelect allowed Infinity to mingle the proceeds of its alleged collateral with funds in which it had not perfected a security interest, HASelect lost its security interest on those proceeds.

11.     Equity favors Tecumseh. Neither the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables nor the Direct Purchase Receivables would exist but for the funds supplied by Tecumseh. At the time these Receivables were acquired, Infinity was out of money and could not have purchased the Receivables; therefore, HASelect is inequitably demanding collateral that was created by Tecumseh's investors.

12.     HASelect's unjust enrichment claim fails as a matter of law because it conferred no benefit on Tecumseh. Even if, as HASelect alleges, Tecumseh purchased receivables from Infinity instead of from medical providers, HASelect conferred no benefit. Any benefit came from Infinity.

13.     HASelect is estopped from claiming an interest in the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables and the Direct Purchase Receivables because it knowingly allowed Infinity to distribute funds paid into the FSB Account on certain of the receivables at issue to be paid to Tecumseh. Tecumseh reasonably relied on HASelect's actions to its prejudice. Had HASelect claimed an interest in the proceeds of receivables that Tecumseh owned, Tecumseh would have stopped doing business with Infinity until a resolution could be

reached.

14.    HASelect is further estopped from claiming an interest in the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables and the Direct Purchase Receivables because it failed to claim a lien earlier. Almost as soon as the Sub-Advisory Agreement was signed, HASelect sued Tecumseh over the Sub-Advisory Agreement seeking to enjoin it and damages. Although HASelect had full knowledge of the business relationship between Infinity and Tecumseh and of Tecumseh's purchase of receivables, it failed to assert its lien. Tecumseh reasonably relied on HASelect's actions to its prejudice. Had HASelect claimed a lien on the receivables that Tecumseh owned, Tecumseh would have stopped doing business with Infinity until a resolution could be reached.

15.    HASelect has waived an interest in the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables and the Direct Purchase Receivables because it knowingly allowed Infinity to distribute funds paid into the FSB account on certain of the receivables at issue to be paid to Tecumseh. Tecumseh reasonably relied on HASelect's actions to its prejudice. Had HASelect claimed an interest in the proceeds of receivables that Tecumseh owned, Tecumseh would have stopped doing business with Infinity until a resolution could be reached.

16.    HASelect further waived any interest in the Series 1-F, the Series 1, I through K, and Series J-2 and 1-P Receivables and the Direct Purchase Receivables because it failed to claim a lien earlier. Almost as soon as the Sub-Advisory Agreement was signed, HASelect sued Tecumseh over the Sub-Advisory Agreement seeking to enjoin it and damages. Although HASelect had full knowledge of the business relationship between Infinity and Tecumseh and of Tecumseh's purchase of receivables, it failed to assert its lien. Tecumseh reasonably relied on HASelect's actions to its prejudice. Had HASelect claimed a lien on the receivables that Tecumseh owned, Tecumseh would have stopped doing business with Infinity until a resolution could be reached.

## IV.    STIPULATED FACTS

1.    On or about February 26, 2019, HASelect, which was then doing business under the name HASelect-FTM Medical Receivables Litigation Finance Fund SP, and Infinity Capital

Management, Inc. ("Infinity") entered into a Loan and Security Agreement and Promissory Note (the "Loan Agreement") pursuant to which HASelect agreed to loan up to $5 million to Infinity (the "HASelect Loan") to be used by Infinity for the purchase of accounts receivables from medical providers ("Receivables").

2.    In the Loan Agreement, Infinity granted HASelect a security interest in all of Infinity's existing and after acquired personal property (as defined in § 4.1 of the Loan Agreement, the "Collateral") to secure payment of all indebtedness owed in collection with the HASelect Loan. HASelect perfected this security interest through the filing of a UCC-1 with the Nevada Secretary of State on February 19, 2019.

3.    HASelect required that Infinity use a portion of the proceeds of the HASelect Loan to repay and retire a prior secured debt owed to Law Finance Group, LLC, which had similarly advanced funds to Infinity for the purchase of Receivables.  HASelect did not obtain control of Infinity's deposit accounts held at Nevada State Bank in connection with the HASelect Loan.

4.    Prior to the execution of the Loan Agreement, HASelect entered into a Sub-Advisory Agreement dated February 7, 2019 with FTM Investments, LLC ("FTM") pursuant to which FTM agreed to perform certain duties related to the administration of the HASelect Loan as set forth therein.  The principals of FTM were Endre Debozy and William Dalzell.

5.    On or about June 23, 2019, HASelect and Infinity entered into an Amendment 1 to Loan and Security Agreement and Promissory Note by which they agreed to increase the amount of the HASelect Loan by $1 million.

6.    On or about August 30, 2019, HASelect and Infinity entered into a First Amended & Restated Loan Agreement and Promissory Note, which superseded all prior written loan agreements and promissory notes entered into between HASelect and Infinity, by which they agreed, among other things, to increase the amount of the HASelect Loan to $15 million.

7.     On or about December 18, 2019, HASelect and Infinity entered into a Second Amended & Restated Loan Agreement and Promissory Note (together, with all prior and related loan documents, the "Loan Agreement"), which again superseded all prior written loan agreements and promissory notes entered into between HASelect and Infinity, by which they agreed, among

1  other things, to increase the amount of the HASelect Loan to $30 million.

2      8.    Beginning on March 4, 2019 and continuing through April 30, 2020, HASelect

3  disbursed proceeds of the HASelect Loan to Infinity through periodic draws requested by Infinity

4  that were subject to verification and approval by FTM.  HASelect funded twenty-one (21) such draw

5  requests on the dates and in the amounts set forth below.

| Draw Request | Date Funded | Funded Amount |
|---|---|---|
| HAS-01 | 3/4/2019 | $250,000.00 |
| HAS-02 | 4/2/2019 | $500,000.00 |
| HAS-02 | 4/3/2019 | $250,000.00 |
| HAS-03 | 5/1/2019 | $485,500.00 |
| HAS-04 | 5/20/2019 | $547,000.00 |
| HAS-05 | 6/19/2019 | $662,500.00 |
| HAS-06 | 7/24/2019 | $421,000.00 |
| HAS-07 | 6/28/2019 | $750,000.00 |
| HAS-08 | 7/15/2019 | $1,621,500.00 |
| HAS-09 | 8/26/2019 | $901,500.00 |
| HAS-10 | 9/30/2019 | $676,500.00 |
| HAS-11 | 10/31/2019 | $178,500.00 |
| HAS-12 | 10/22/2019 | $704,000.00 |
| HAS-13 | 11/15/2019 | $50,000.00 |
| HAS-14 | 12/13/2019 | $510,000.00 |
| HAS-15 | 11/12/2019 | $159,000.00 |
| HAS-16 | 11/29/2019 | $249,000.00 |
| HAS-18 | 12/6/2019 | $400,000.00 |
| HAS-18 | 12/30/2019 | $2,800,000.00 |
| HAS-19 | 1/30/2020 | $1,223,000.00 |
| HAS-20 | 2/28/2020 | $303,000.00 |
| HAS-21 | 3/30/2020 | $989,000.00 |
| HAS-22 | 4/30/2020 | $465,000.00 |

$15,096,000.00

9.    All of the HASelect Loan proceeds disbursed to Infinity were wired to an Infinity

deposit account at Nevada State Bank ending in 8480 (the "8480 Account").

/ / /

15

10.    Infinity filed its voluntary chapter 7 bankruptcy petition on September 14, 2021 (the "Petition Date").

11.    HASelect asserts that as of the Petition Date, Infinity owed principal, accrued interest, and fees due under the Loan Agreement (exclusive of attorney's fees and other costs incurred by HASelect in other litigation relating to enforcement of the Loan Agreement) in the total amount of $15,132,862.51.

12.    Prior to the Petition Date, Infinity's business operations generally involved the purchasing of Receivables from medical providers.  Such Receivables generally arose from medical treatment or prescription medication provided to individuals who were injured in accidents and had asserted personal injury claims arising from such accidents.

13.    All such Receivables were purchased or otherwise funded pursuant to written contracts (a "Medical Provider Contract") entered into between Infinity and such medical providers. With few exceptions, such Medical Provider Contracts generally assigned and conveyed to Infinity all rights to collect payment of the subject Receivables upon payment of the purchase price.

14.    Upon the purchase of a Receivables, Infinity typically required that both the personal injury plaintiff and their attorney execute an Assignment of Benefits/Medical Lien and Security Agreement (a "Medical Lien").  Such Medical Lien consisted of a standard form created by Infinity, which granted Infinity a lien against any recovery on the plaintiff's personal injury claim to secure payment of the Receivable.

15.    Infinity typically received payment on purchased Receivables directly from the personal injury plaintiffs' attorneys following settlement of the plaintiffs' claims.

16.    Certain Medical Provider Contracts, however, did not adhere to this typical structure. For example, on September 20, 2019, Infinity entered into a contract with Cueva Diagnostics, LLC d/b/a Stat Diagnostics ("Stat Diagnostics") under which Infinity agreed to pay a fixed amount for Receivables arising from magnetic resonance imaging scans ("MRI") performed by Stat Diagnostics but did not obtain the right to collect such Receivables directly or receive any direct assignment of any Medical Lien from any personal injury plaintiff.  Rather, Stat Diagnostics retained all rights to collect such Receivables.  Upon collection, Stat Diagnostics was obligated to pay a fixed amount to

Infinity that varied depending on the amount of time that passed between funding and collection.

17.    Infinity entered into similar, atypical Medical Provider Contracts with Preva Advanced Surgicare – The Woodlands, LLC ("Preva") on June 2, 2020, with South Atlanta MUA Center ("South Atlanta") on June 19, 2020, and with Viking Pain Management, LLC ("Viking") on January 6, 2021 under which all collection and medical lien rights remained with the medical provider subject to certain fixed payment obligations to Infinity.

18.    Prior to the Petition Date, Infinity generally deposited the proceeds of the Receivables it acknowledged to be included within the Collateral for the HASelect Loan in an account at First Savings Bank ending in 2420 (the "FSB Account"). Withdrawals and transfers from the FSB Account were generally subject to approval by HASelect.

19.    Following the Petition Date, a dispute arose between HASelect and Tecumseh as to their respective rights and interests, if any, in certain Receivables Tecumseh claims to have purchased through Infinity (the "Disputed Receivables").

20.    The Disputed Receivables at issue in this adversary proceeding are identified in Excel file named "TIFDumpWithIncome-Final.xlsx" produced by Infinity in connection with its chapter 7 bankruptcy case. Infinity also produced a second Excel file named "ESD Verified HASOverlapDumpWith Income-Final.xlsx" which contains a subset of the Disputed Receivables listed in "TIFDumpWithIncome-Final.xlsx".

21.    In August 2019, Chad Meyer ("Meyer") and Michael Belotz ("Belotz") formed Tecumseh Alternatives, LLC, which is an investment advisor to and affiliate of Tecumseh. Meyer and Belotz have each been owners and principals of Tecumseh Alternatives, LLC since August 2019. Simon Clark ("Clark") became and owner and principal of Tecumseh Alternatives, LLC in January 2021.

22.    Prior to his termination in May 2019, Meyer worked as an independent contractor to Griffin Asset Management, LLC ("GAM"), which is an investment advisor to and affiliate of HASelect. Meyer participated on behalf of GAM in an initial meeting and communications with Infinity and FTM relating to the HASelect Loan during late 2018 and early 2019.

/ / /

23. Belotz similarly worked as an independent contractor to GAM during 2014 and 2015.

24. Prior to his resignation in February 2020, Clark also worked as an independent contractor to GAM and was responsible for GAM's offshore division, which included HASelect. Clark participated on behalf of GAM in meetings and communications with Infinity and FTM relating to the HASelect Loan during late 2018, 2019, and early 2020 and was responsible on behalf of GAM for the negotiation and preparation of the loan documents associated with HASelect Loan.

25. On or about May 25, 2020, Tecumseh Alternatives formed Tecumseh for the purpose of entering into a business relationship with Infinity.

26. On or about June 18, 2020, Tecumseh entered into a Sub-Advisory Agreement (the "Sub-Advisory Agreement") with Infinity.

27. On or about June 24, 2020, Tecumseh entered into a Co-Investment Manager Agreement with Forget The Market, Ltd. relating to Tecumseh's business relationship with Infinity. The principals of Forget The Market, Ltd. were Debozy and Dalzell.

28. Infinity did not assign any interest in any Medical Provider Contract to Tecumseh in connection with the acquisition of any Disputed Receivable.

29. Following the execution of the Sub-Advisory Agreement, Infinity continued to enter into new Medical Provider Contracts in its own name, including new Medical Provider Contracts with South Atlanta and Viking.

30. Tecumseh did not enter into any Medical Provider Contracts with any medical provider in connection with the acquisition of any Disputed Receivable.

31. Tecumseh did not communicate directly with any medical provider in connection with the acquisition of any Disputed Receivable.

32. Following the execution of the Sub-Advisory Agreement, Infinity continued to require that personal injury plaintiffs and their attorneys execute Medical Liens in Infinity's name using the same forms used by Infinity prior to the execution of the Sub-Advisory Agreement.

33. Tecumseh did not receive any assignment of any Medical Lien from any personal injury plaintiff in connection with the acquisition of any Disputed Receivable.

///

34.     Tecumseh did not communicate directly with any personal injury plaintiff or plaintiff's attorney in connection with the acquisition of any Disputed Receivable.

35.     On or about June 19, 2020, Tecumseh issued a Receivables Purchase Order to Infinity identifying approximately 258 separate accounts receivable (the "1-A Receivables") it sought to acquire for a total price of $294,465.70.

36.     On July 13, 2020, Tecumseh issued a second Receivables Purchase Order to Infinity identifying approximately 59 separate accounts receivable (the "1-B Receivables") it sought to acquire for a total price of $90,008.34.

37.     On August 11, 2020, Tecumseh issued a third Receivables Purchase Order to Infinity identifying approximately 120 separate accounts receivable (the "1-C Receivables") it sought to acquire for a total price of $178,056.19.

38.     On August 28, 2020, Tecumseh issued a fourth Receivables Purchase Order to Infinity identifying approximately 1,465 separate accounts receivable (the "1-D Receivables") it sought to acquire from Infinity for a total price of $114,323.03.

39.     On September 15, 2020, Tecumseh issued a fifth Receivables Purchase Order to Infinity identifying approximately 196 separate accounts receivable (the "1-E Receivables") it sought to acquire for a total price of $203,469.67.

40.     On September 22, 2020, Tecumseh issued a sixth Receivables Purchase Order to Infinity identifying approximately 332 separate accounts receivable (the "1-F Receivables") it sought to acquire for a total price of $481,023.10.  On September 25, 2020, Tecumseh wired the $481,023.10 purchase price for the 1- F Receivables to Infinity's 8480 Account.

41.     On September 30, 2020, Tecumseh issued a seventh Receivables Purchase Order to Infinity identifying 13 separate accounts receivable (the "1-G Receivables") it sought to acquire for a total price of $55,459.80.

42.     On October 4, 2020, Tecumseh issued an eighth Receivables Purchase Order to Infinity identifying approximately 310 separate accounts receivable (the "1-H Receivables") it sought to acquire for a total price of $149,802.81.

/ / /

43.     On October 12, 2020, Tecumseh issued a ninth Receivables Purchase Order to Infinity identifying approximately 718 separate accounts receivable (the "1-I Receivables") it sought to acquire for a total price of $209,320.99.  On October 14, 2020, Tecumseh wired the $209,320.99 purchase price for the 1- I Receivables to Infinity's 8480 Account.

44.     On October 23, 2020, Tecumseh issued a Receivables Purchase Order to Infinity identifying approximately 125 separate accounts receivable (the "1-J Receivables") it sought to acquire for a total price of $136,063.26.  On October 26, 2020, Tecumseh wired the $136,063.26 purchase price for the 1-J Receivables to Infinity's 8480 Account.

45.     On July 25, 2022, the Court entered an order granting summary judgment in HASelect's favor as to the 1-A Receivables, 1-B Receivables, 1-C Receivables, 1-D Receivables, 1-E Receivables, 1-G Receivables, and 1-H Receivables.

46.     The 1-F Receivables, 1-I Receivables, 1-J Receivables, 1-K Receivables, J-2 Receivables, 1-P Receivables, and the Direct Purchase Receivables remain in dispute.

47.     On or about July 6, 2020, Tecumseh opened a checking account (ending in 8995) at Bank of America (the "BOA Account").  The BOA Account is owned by Tecumseh.  Infinity was not an owner of the BOA Account.  Infinity's principals, Anne Pantelas and Oliver Hemmers, were authorized signers on the BOA Account prior to their removal from the BOA Account in 2021. However, their signatures had to countersigned by Belotz, Meyer or later Bill Dalzell.

48.     On or about October 12, 2020, Tecumseh filed a Registration of Trade, Business & Fictitious Name Certificate to do business in Delaware under the name "Infinity Health Connections."  Infinity had previously filed a registration to do business in Clark County, Nevada under the name "Infinity Health Connections" on or about February 17, 2016 and had regularly used such name in its business operations since that time.

49.     On or about October 29, 2020, Infinity and Tecumseh caused the fictitious firm name "Infinity Health Connections" to be added to the BOA Account for the purpose of allowing Infinity to deposit checks received in payment of Disputed Receivables and made payable to Infinity Health Connections to the BOA Account.

/ / /

50.     With the exception of certain of the 1-J Receivables and 1-P Receivables, payment for Disputed Receivables acquired after October 29, 2020 was sent directly from the BOA Account to the relevant medical providers.

51.     After October 29, 2020, Tecumseh typically paid fees due to Infinity under the Sub-Advisory Agreement out of the BOA Account.

52.     After November 12, 2020, amounts collected by Infinity relating to any Disputed Receivable were typically deposited directly to the BOA Account.  In some cases, however, Infinity continued to deposit such collections to FSB Account before transferring funds to the BOA Account.

53.     All amounts collected by Infinity relating to any Disputed Receivable prior to the Petition Date were deposited to the BOA Account either directly or by way of transfers from Infinity's Operating Account or Infinity's FSB Account.

V.     CONTESTED ISSUES OF LAW

A. HASelect's Issues

1.     HASelect's perfected security interest extends to all of the Disputed Receivables, including, but not limited to, the Direct Purchase Receivables, and all proceeds thereof.

2.     HASelect has priority and a superior interest compared to that of Tecumseh over the Disputed Receivables, including, but not limited to, the Direct Purchase Receivables, and all proceeds thereof. Put differently, any interest claimed by Tecumseh in the Disputed Receivables is subordinate to and subject to HASelect's prior and perfected security interest in the same.

3.     Any interest held by Tecumseh in the Disputed Receivables is unperfected and avoidable pursuant to 11 U.S.C. § 544.

4.     HASelect is entitled to immediate possession of the Disputed Receivables, including all proceeds thereof.

5.     Infinity never intended to enter into a resulting trust relationship, and to date has never identified Tecumseh as an entity for which it holds anything in trust.

6.     Tecumseh is not entitled to the equitable remedy of a resulting trust because of the doctrine of unclean hands and its inequitable conduct towards HASelect.

/ / /

21

7.      Traceable proceeds of HASelect's Collateral were deposited to the BOA Account and used to fund the purchase of additional Disputed Receivables.

8.      Tecumseh converted HASelect's Collateral in an amount to be proven at trial through its knowing receipt and use of the proceeds of HASelect Collateral for the purchase of Disputed Receivables.

9.      HASelect held a perfected security interest in Infinity's general intangibles, which includes Infinity's rights and interests under the Medical Provider Contracts through which the Disputed Receivables were purchased.

10.     Infinity held a beneficial interest in the Disputed Receivables by virtue of Infinity's rights to share in any net profits realized on the Disputed Receivables as set forth in the Sub-Advisory Agreement.

**B. Tecumseh's Issues**

1.      **Subject Matter Jurisdiction:**

Tecumseh's position is that this Court lacks subject-matter jurisdiction to hear this adversary proceeding. By order dated July 1, 2022 (ECF 87), the Court denied Tecumseh's motion to dismiss for lack of subject-matter jurisdiction. In this regard, in *HASelect-Medical Receivables Litigation Finance Fund International SP's Opposition to Tecumseh-Infinity Medical Receivable Fund, LP's Motion to Dismiss All Claims for Lack of Subject Matter Jurisdiction* [ECF No. 78 at 14], HASelect admits that this Court's jurisdiction to enter a final judgment for its claims for declaratory relief, equitable injunctive relief, conversion, and unjust enrichment are subject to this Court's "related to" jurisdiction (28 U.S.C. 157(c)(1)).

2.      **Choice of Law:**

South Carolina law applies with regard to the relationship between Tecumseh and Infinity because that was the law they contractually agreed would control their relationship and a bankruptcy court applies federal law choice of law rules to determine enforceability. *See* Restatement of Conflicts § 187(1); *see CMR Mortg. Fund, LLC v. Canpartners Realty Holding Co. IV LLC (In re CMR Mortg. Fund, LLC)*, 416 B.R. 720, 727-730; *see also* Restatement of Conflicts § 187(2).

3.     **Whether Infinity Ever Held a Legal Or Beneficial Interest In The Disputed Receivables:**

Infinity never held any ownership over Tecumseh's receivables because the accounts receivable are in no way affected by the fact that Infinity may have acted as the agent of the plaintiff for the purpose of collecting these accounts. *Comprehensive Toxicology Billing v. Nord*, 2017 U.S. Dist. LEXIS 236184, 14-07806 citing *Hirsch v. Phily*, 4 N.J. 408 (1950).

4.     **If Infinity Held a Legal Interest In The Disputed Receivables, Whether It Did So Pursuant To A Purchase Money Resulting Trust:**

a.   Controlling South Carolina establishes that where "a transfer of property is made to one person and the purchase price is paid by another, a resulting trust arises in favor of the person by whom the purchase price is paid." Restatement (Third) of Trusts § 9 (2003), which provides that Restatement (Third) of Trusts § 9 (2003); *see also Hayne Fed. Credit Union v. Bailey*, 489 S.E. 2d 472, 475 (S.C. 1997) citing *Caulk v. Caulk*, S.E. 2d 600 (S.C. 1947); *see also In re Prince*, CA 11-01041-DD, 2011 WL 2747797, at *3 (Bankr. D.S.C. July 12, 2011).

b.   Receivables are purchased when the seller receives the purchase price. *See CapCall, LLC v. Foster (In re Shoot the Moon, LLC)*, 635 B.R. 797, 813-814 (Bankr. D. Mont. 2021).

c.   HASelect cannot establish a security interest in any receivables whose proceeds were deposited into the BofA Account because HASelect has no interest in any funds in the BofA Account. *See* NRS 104.9314.

d.    HASelect cannot trace funds in which it can establish a security interest into the purchase of any of the Direct Purchase Receivables because Nevada's UCC provides that if the funds HASelect held an interest in were deposited in the BofA account and commingled with other property, HASelect's funds are identifiable only (i) if the proceeds are "goods," or (ii) "to the extent that the secured party identifies the proceeds by a method of tracing, including application of equitable principles, that is permitted under law other than this chapter with respect to commingled property of the type involved." NRS 104.9315(2); *see also In re Skagit Pac. Corp.*, 316 B.R. 330, 338 (9th Cir. BAP 2004) citing *Stoumbos v. Kilimnik*, 988 F.2d 949, 957 (9th Cir.

1   1993)); *In re Burke,* Case No. 305–31572, p. 7, 2005 Bankr.LEXIS 1886 (Bankr. D. Or. August

2   2, 2005) (quoting *United States v. Henshaw,* 388 F.3d 738, 741 (10th Cir. 2004) (internal citations

3   omitted)); *In re Drescher*, No. BR 12-64729-TMR7, 2013 WL 4525232, at *5 (Bankr.. Or. Aug.

4   27, 2013).

5          e.      The resulting trust cannot be voided because Tecumseh, the beneficiary, did not

6   seek to hide assets from or prevent execution by its creditors or otherwise act with unclean hands.

7   *See In Hayne Fed. Credit Union v. Bailey*, 489 S.E.2d 472 (S.C. 1997); *see also In re Torrez*, 63

8   B.R. 751, 754 (B.A.P. 9th Cir. 1986), *aff'd on other grounds*, 827 F.2d 1299 (9th Cir. 1987);

9   *Republic Molding Corp. v. B. W. Photo Utilities*, 319 F.2d 347, 349 (9th Cir. 1963).

10         **5.      Whether HASelect's lien attached to the Disputed Receivables:**

11         HASelect's lien does not attach to the Disputed Receivables because the Debtor never had

12  rights in the Direct Purchase Receivables or, if it did, such rights were limited to its role as the

13  resulting trustee. NRS 104.9203(2)(b); Restatement (Third) of Trusts § 42 (2003); *see also S & H*

14  *Packing & Sales Co., Inc. v. Tanimura Distributing., Inc.,* 883 F.3d 797, 803 (9th Cir. 2018); *Hinds*

15  *v. McNair*, 129 N.E.2d 553 (Ind. 1955).

16         **6.      Whether HASelect's security interest extends to the proceeds of the Disputed**

17                 **Receivables in Tecumseh's hands:**

18         HASelect's security interest in the cash proceeds of the Disputed Receivables in

19  Tecumseh's hands became unperfected on the twenty-first day after attachment because the

20  proceeds were comingled and, thus, not "identifiable." NRS 104.9315(4)(b).

21         **7.      Whether the Disputed Receivables transferred from Infinity to Tecumseh**

22                 **were subject to the Trustee's § 544 strong arm powers:**

23         The avoidance powers of Section 544 cannot apply to the Disputed Receivables because

24  Infinity never held an interest in the Disputed Receivables such that there was no transfer (*In re*

25  *Seibold*, 351 B.R. 741, 746 (Idaho Bankr. 2006; *In re Andrews*, 2008 Bankr. LEXIS 4492, 07-

26  07578-LT7 (S.D. Cal. Feb. 20 2008), and because a trustee cannot avoid a valid resulting trust. *In*

27  *re Torrez, 63* B.R. 751, 754 (B.A.P. 9th Cir. 1986), *aff'd on other grounds*, 827 F.2d 1299 (9th

28  Cir. 1987); *see also In re Michigan Lithographing Co*., 997 F.2d 1158 (6th Cir. 1993); *See In re*

1    *Anchorage Nautical Tours, Inc.,* 102 B.R. 741 (B.A.P. 9th Cir. 1989).

2    **8.    Whether HASelect is entitled to injunctive relief assuming that it prevails on**

3    **its declaratory judgment claim:**

4    Tecumseh asserts that this point is moot because the parties have engaged TPL to hold and

5    service these receivables.

6    **9.    Whether Tecumseh converted any property belonging to HASelect:**

7    Even if HASelect were to prevail on its declaratory judgment, there can be no conversion

8    here based on the undisputed facts and controlling Nevada law. *See Edwards v. Emperor's Garden*

9    *Rest.,* 122 Nev. 317, 328, 130 P.3d 1280, 1287 (2006); *see* NRS 104.9315.

10    **10.    Whether Tecumseh has been unjustly enriched:**

11    Even if HASelect were to prevail on its declaratory judgment, Tecumseh has not been

12    unjustly enriched because HASelect cannot establish the elements necessary for a claim of unjust

13    enrichment under Nevada law. *Nevada Industrial Dev. V. Benedetti,* 103 Nev. 360, 363 n. 2, 741

14    P.2d 802, 804 n. 2 (1987); *Unionamerica Mtg. v. McDonald,* 97 Nev. 210, 212, 626 P.2d 1272,

15    1273 (1981); *Hillcrest Invs., Ltd. v. Am. Borate Co.*, No. 215CV01613RFBGWF, 2016 WL

16    5796853, at *6 (D. Nev. Sept. 30, 2016).

17    **11.    Whether HASelect is estopped from claiming a lien on interest in the Disputed**

18    **Receivables:**

19    HASelect is estopped from claiming an lien in the Disputed Receivables because HASelect

20    repeatedly and knowingly  released funds from the Infinity account that it controlled to Tecumseh,

21    failed to raise its claimed lien when litigating the relationship between Tecumseh and Infinity in

22    the suit it filed in Illinois state court, and Tecumseh relied to its detriment on HASelect's failure

23    to raise its lien earlier. *Boyd v. Bellsouth Tel. Tel. Co., Inc.*, 369 S.C. 410, 422, 633 S.E.2d 136,

24    142 (2006); *Strickland v. Strickland*, 375 S.C. 76, 84–85, 650 S.E.2d 465, 470 (2007); *Pro-Max*

25    *Corporation v. Feenstra*, 117 Nev. 90, 95, 16 P.3d 1074, 1078 (2001).

26    / / /

27    / / /

28    / / /

**12.      Whether HASelect is barred by waiver or laches from claiming a lien on the Disputed Receivables:**

HASelect is barred by the equitable doctrines of waiver and laches from claiming an lien in the Disputed Receivables because HASelect voluntarily and intentionally relinquished its right, if any, to claim such a lien on the Disputed Receivables by releasing funds from the Infinity account that it controlled to Tecumseh, failing to raise its claimed lien when litigating the relationship between Tecumseh and Infinity in the suit it filed in Illinois state court, causing Tecumseh to rely to its detriment on HASelect's failure to raise its lien earlier. *Parker v. Parker*, 313 S.C. 482, 487, 443 S.E.2d 388, 391 (1994); *Building & Constr. Trades v. Public Works*, 108 Nev. 605, 611(1992).

**13.      Whether Infinity was a fiduciary of Tecumseh:**

Infinity, as a sub-advisor to Tecumseh, owes fiduciary duties to Tecumseh pursuant to the Investment Company Act of 1940, which ascribes to a sub-advisor the same duties to a fund as the investment advisor. *SEC v. Criterion Wealth Mgmt. Servs., Inc.*, 599 F. Supp. 3d 932, 948 (C.D. Cal. 2022)(citing *SEC v. Capital Gains Rsch. Bureau, Inc.*, 375 U.S. 180, 194 (1963).

Most of these issues have been extensively briefed by Tecumseh in connection with the three motions for summary judgment that the Court has decided. *See* ECF No. 74, 90, 131, 197. Thus, Tecumseh directs the Court's attention to its summary judgment briefing.

## VI.      EXHIBIT LOG

### A. HASelect's Exhibit Log is attached.

See below list of Exhibits. HASelect's more detailed Exhibit Log is attached hereto for the Court's use as **Exhibit A.**

| Identification | | Description of Exhibit |
|---|---|---|
| # | Witness | |
| 1 | | Loan and Security Agreement 2-26-2019 |

| 2 | | Infinity Capital Management UCC-1 Filed |
|---|---|---|
| 3 | | HAS-FTM Sub-Advisory Agreement |
| 4 | | Amendment 1 to Loan and Securities Agreement between HAS and Infinity - July 23 2019 |
| 5 | | First Amended Loan and Security Agreement 8-30-2019 |
| 6 | | HAS-FTM.Infinity.Second Amended Restated. Loan and Security Agmt.w. Promissory Note. exc.12.18.2019 |
| 7 | | HAS-2 Draw Request |
| 8 | | HAS-5 Draw Request |
| 9 | | HAS-22 Draw Request |
| 10 | | 20181121 Email Re_ Follow ups |
| 11 | | 20181210 Email RE Blanket lien draft |

27

| | | |
|---|---|---|
| 12 | | 20181212 Email RE_ Blanket lien draft |
| 13 | | 20190131 Email RE_ Sample Cash Draw Transaction & Support |
| 14 | | 20190201 Email RE Sample Cash Draw Transaction & Support |
| 15 | | 20190214 Email re loan FTM amounts |
| 16 | | 20190214 Email Re_ Comments on Loan Agreement and Note |
| 17 | | 20190226 Email RE_ Urgent Hedgeact update |
| 18 | | 20190304 Email FW_ My Thoughts on Infinity - Simon |
| 19 | | 20200217 Email RE_ Upcoming visit |
| 20 | | 20200220 Email Re_ Infinity's 5 Focus Areas |
| 21 | | 20200221 Email Re_ Infinity 2019 audit |

| 22 | | 20200222 Email Movin' On |
|---|---|---|
| 23 | | 20200301 Email re FTM HA Agreement |
| 24 | | 20200301 Email Re FTM HA Agreement |
| 25 | | 20200309 Email Re Touching Base |
| 26 | | 20200324 Email Re Write-up for Infinity |
| 27 | | 20200325 Email re sociopath |
| 28 | | 20200326 Email Re Additional receivables information |
| 29 | | 20200328 Email RE_ Notes from the call |
| 30 | | 20200409 Email RE_ NDA and signature page |
| 31 | | 20200413 Email RE_ NDA and signature page |

| | | |
|---|---|---|
| 32 | | 20200416 Email RE_ Infinity Agree |
| 33 | | 20200416 Email RE_ NDA and signature page |
| 34 | | 20200418 Email RE_ Updated proposal for Infinity |
| 35 | | 20200424 Email RE_ Potential deal for Infinity |
| 36 | | 20200507 Email RE_ Quick question |
| 37 | | 20200521 Email Re_ The Deck |
| 38 | | 20200530 Email re Notice of Default |
| 39 | | 20200522 Email FW The Deck |
| 40 | | 20200522 Email RE_ The Deck |
| 41 | | 20200525 Email RE_ Agreement |

| 42 | | 20200526 Email Further Information |
|---|---|---|
| 43 | | 20200526 Email RE_ Further Information |
| 44 | | 20200529 RE_ DD report |
| 45 | | 20200529 Email RE_ entity_personally |
| 46 | | 20200529 Email RE_ Proposed role of Infinity |
| 47 | | 20200531 Email FW_ Tecumseh-Infinity Medical Receivables Fund, LP - PPM |
| 48 | | 20200601 Email re Types of receivables |
| 49 | | 20200601 Email Re_ entity |
| 50 | | 20200602 Email re Monthly Report with Spread |
| 51 | | 20200602 RE_ introductory remarks |

| 52 | | 20200603 My script for the webinar |
|----|---|---|
| 53 | | 20200606 Email to Furkan Baran |
| 54 | | - 20200608 HAselect-FTM Fund Update |
| 55 | | 20200612 Email re Griffin's Request Denied |
| 56 | | 20200617 Email re Analysis of HA receivable performance |
| 57 | | 20200617 Email RE_ short agenda - How to |
| 58 | | 20200618 Email RE_ TI fund and the fee |
| 59 | | 20200618 Re_ TI fund and the fee (signed SAA) |
| 60 | | 20200618 Email Re_ TI fund and the fee |
| 61 | | 20200618 Sub-Advisory Agreement |

| 62 | | 20200623 Email re Stamp Removal |
|---|---|---|
| 63 | | 20200626 Email re Brief summary of batch 1 |
| 64 | | 20200626 Email RE_ Purchase Order update |
| 65 | | 20200709 Email re GPMicro License Agreement |
| 66 | | 20200709 Email RE_ Bill of Sale |
| 67 | | 20200711 Email Re_ Thinking outside the box |
| 68 | | 20200712 Final re decision |
| 69 | | 20200713 Email re Second PO for the Tecumseh-Infinity Fund |
| 70 | | 20200730 Email to Elliot Orsillo re Infinity DD Report |
| 71 | | 20200810 Email RE_ Some potential good news and update on housekeeping items for the BOA account |

| 72 | | 20200810 RE_ Revised July Report |
|---|---|---|
| 73 | | 20200811 Email re Purchase Order number 3 |
| 74 | | 20200812 Email RE_ Investor portfolio data |
| 75 | | 20200826 Email re Due Diligence Questions |
| 76 | | 20200908 Email RE_ Open Balance for Batch 4 |
| 77 | | 20200919 Email RE_ UCC |
| 78 | | 20200925 Email RE_ Purchase Order 1-F-9-15 |
| 79 | | 20200925 Email Re_ Wire |
| 80 | | 20200928 Email re Conversation with Infinity |
| 81 | | 20201001 Email Re BV Sales Receipt #1091 |

| 82 | | 20201004 Email Re BV Sales Receipt 1095 |
|---|---|---|
| 83 | | 20201007 Email RE_ Do you have a few minutes |
| 84 | | 20201020 Email re NAV |
| 85 | | 20201021 Email RE_ NAV |
| 86 | | 20201022 Email Re_ Great news! |
| 87 | | 20201029 Email RE_ Bank Transfer |
| 88 | | 20201029 Email FW_ DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund |
| 89 | | 20201103 Email re Documents needed for DBA for Bank |
| 90 | | 20201105 Email re Call with Anne and Oliver |
| 91 | | 20201109 Email re 1st draft Infinity negotiation letter |

| 92 | | 20201121 Email RE_ Proposed Deferred Compensation |
|---|---|---|
| 93 | | 20201123 Email re Infinity Call Update |
| 94 | | 20210122 Email re December Purchase Orders |
| 95 | | 20210124 Email RE_ Infinity's FTM collateral |
| 96 | | 20210205 Email RE_ Do you have time for a call |
| 97 | | 20210225 Email RE_ 4th Q reconciliation |
| 98 | | 20210305 Email RE_ Tecumseh - Finance Report October 2020 |
| 99 | | 20210306 Email re A simple solution. - Simon |
| 100 | | 20210511 Email Fwd_ In Kind Transfer of Three Bell Client Assets |
| 101 | | 20210617 Email re Analysis of HA receivable performance |

| 102 | | 20210621 Email RE_ Receivable review |
|---|---|---|
| 103 | | 20210706 Email RE_ Loan Amount |
| 104 | | 20210716 Email RE_ Any updates on the HAS negotiations |
| 105 | | 20210910 Email re RX Portal on Solutions is working |
| 106 | | 20210803 Email re Flyer preview |
| 107 | | 20210804 Email RE_ Call today |
| 108 | | 20210817 Email RE_ Open position report |
| 109 | | 20211025 Email re Portal Copyright Changed |
| 110 | | 20210825 Email re Amount outstanding from Infinity to Tecumseh |
| 111 | | 20210826 Email RE_ Amount outstanding from Infinity to Tecumseh |

| 112 | | 20210901 Email RE_ Call |
|---|---|---|
| 113 | | 20210903 Email Funding Request - September #1 |
| 114 | | 20210913 Email Re Name Replacements |
| 115 | | 20210914 Email re Move Status |
| 116 | | 20210916 Email RE_ Client Info Edition 29 |
| 117 | | 20210923 Email Re Infinity Capital_ Tecumseh Sole Receivables |
| 118 | | 20210923 Email re Updated Company Roster |
| 119 | | 20210926 Email re Rx Portal |
| 120 | | 20210927 Email FW_ Stacey Cole DOB 3_4_1972 |
| 121 | | 20211006 Email re Corrections to Statements |

| 122 | | 20211006 Email RE_ Amber Perez |
| --- | --- | --- |
| 123 | | 20211009 Email re Modified Template Files |
| 124 | | 20211011 Email RE_ Lien Reduction_ Keith Smith |
| 125 | | 20211012 Email re Tecumseh Termination |
| 126 | | 20211014 Email Re_ Shayvon Chambliss |
| 127 | | 20211203 Email re infinity health flyer |
| 128 | | GoDaddy.com Emails re Forwarding |
| 129 | | Tecumseh - Infinity Sub Advisory Agreement executed 6-18-20 |
| 130 | | TI-FTM Co-Management Agreement |
| 131 | | Tecumseh SEC Filing |

| | | |
|---|---|---|
| 132 | | 20220404 Tecumseh ADV Form |
| 133 | | GAM et al. v. Meyer et al. - Case No. 2020-CH-04427 - Complaint |
| 134 | | Combined Tecumseh Purchase Orders (A-K) |
| 135 | | June 26, 2020 Assignment and Bill of Sale |
| 136 | | July 23, 2020 Assignment and Bill of Sale |
| 137 | | August 12, 2020 Assignment and Bill of Sale |
| 138 | | September 10, 2020 Assignment and Bill of Sale |
| 139 | | September 16, 2020 Assignment and Bill of Sale |
| 140 | | September 30, 2020 Assignment and Bill of Sale |
| 141 | | October 4, 2020 Assignment and Bill of Sale |

| 142 | | NSB 8480 Statements (Mar 2019 - Dec 2020) |
| 143 | | NSB 6375 Statements (Apr-Dec 2020) |
| 144 | | NSB IHS Statement (Oct 2021) |
| 145 | | BOA Account Statements |
| 146 | | BOA Account Check Deposits |
| 147 | | Full_MRLFI_Redemption |
| 148 | | 20200530 HAS Default Notice |
| 149 | | HSA Demand Letter |
| 150 | | Patient Lien Example |
| 151 | | Copy of TIFDumpWithIncome-Final - Landscape |

| 152 | | 1-F Accounts with Payment Cleared Dates |
|-----|---|---|
| 153 | | 1-I Accounts with Payment Cleared Dates |
| 154 | | 1-J Accounts with Payment Cleared Dates |
| 155 | | J-2 Accounts with Payment Cleared Dates |
| 156 | | 1-P Accounts with Payment Cleared Dates |
| 157 | | 20210128 Email FW Tecumseh-Infinity 4th Qtr |
| 158 | | S-1A Collections through 20210630 |
| 159 | | S-1B Collections through 20210630 |
| 160 | | S-1C Collections through 20210630 |
| 161 | | S-1D Collections through 20210630 |

| 162 | | S-1E Collections through 20210630 |
|---|---|---|
| 163 | | S-1F Collections through 20210630 |
| 164 | | S-1I Collections through 20210630 |
| 165 | | S-1J Collections through 20210630 |
| 166 | | S-1H Collections through 20210630 |
| 167 | | J-2 Collections through 20210630 |
| 168 | | S-1P Collections through 20210630 |
| 169 | | Stat Diagnostic Contract |
| 170 | | Stat Diagnostics Payment Example |
| 171 | | Stat Diagnostics LOP Example (55236_690 - Thompson, Michael - Attorney Lien) |

| | | |
|---|---|---|
| 172 | | Preva Contract |
| 173 | | Preva Payment Example |
| 174 | | Preva LOP Example (140548_1511 - Pfeifer, Briana - Attorney Lien) |
| 175 | | Viking Contract |
| 176 | | Viking Payment Example |
| 177 | | Viking LOP Example (149533_2189 - Reyes, Marcelino - Attorney Lien) |
| 178 | | South Atlanta MUA Center Contract |
| 179 | | South Atlanta MUA LOP Example (143457_632- Welburn, James - Providers Patient Lien) |
| 180 | | 20191114 HealthPlus Imaging Contract |
| 181 | | 20191029 Oliver Email re HealthPlus |

| | | |
|---|---|---|
| 182 | | HAS-FTM Infinity Draw Request HAS-18 |
| 183 | | 20210706 Mediation Agreement Signed by HPI and ICM |
| 184 | | 20200529 Email re 506 Group Member Interest - Eric Branfman |
| 185 | | 20200529 Email re 506 Group Member Interest |
| 186 | | 20200529 Email re Tecumseh Medical Receivables Fund |
| 187 | | 20200601 Email re 506 Group Investors (Medical Receivables Fund) |
| 188 | | 20200601 Email re 506 Group Investors |
| 189 | | 20200601 Email Re Tecumseh-Infinity Medical Receivables Fund |
| 190 | | 20200621 Email Re Medical Receivables |
| 191 | | 20210311 Em RE Financial Statements 2020 |

| 192 | | Peachtree Ortho Contract |
|---|---|---|
| 193 | | Independent Physical Therapy of Georgia dba Benchmark Contract |
| 194 | | MD Pain Care Contract |
| 195 | | NonSurgical Ortho Contract |
| 196 | | Resurgens PC Contract |
| 197 | | Contract Outpatient Imaging Contract |
| 198 | | Peachtree Orthopedic at Perimeter Contract |
| 199 | | Peachtree at Piedmont Contract |
| 200 | | Surgery Center of Athens Contract |
| 201 | | Special Procedures at Summerlin Contract |

| 202 | | Durango Outpatient Surgery Center Contract |
|---|---|---|
| 203 | | North Fulton Medical Contract |
| 204 | | Pain Management Contract |
| 205 | | Pain Care Center of GA Contract |
| 206 | | Safeway Driver Fitness Contract |
| 207 | | Woodlands Specialty Hospital Contract |
| 208 | | Peak Ortho Contract |
| 209 | | Arizona Pain Treatment Contract |
| 210 | | Resurgens Ortho Contract |
| 211 | | Georgia Spine & Ortho Contract |

| | | |
|---|---|---|
| 212 | | Hatesh Ranchod Contract |
| 213 | | North Fulton Contract |
| 214 | | Health Images South Denver Contract |
| 215 | | Anesthesiology Consultants Contract |
| 216 | | Infinity Diagnostics LLC Contract |
| 217 | | Buena Vista Contract |
| 218 | | Georgia Eye Physicians Contract |
| 219 | | Polaris Center Contract |
| 220 | | Arizona Pain Treatment Centers Contract |
| 221 | | Perimeter Outpatient Contract |

| 222 | | Perimeter Ortho Contract |
|---|---|---|
| 223 | | North Atlanta Surgical Contract |
| 224 | | Northside Hospital Contract |
| 225 | | Assignment and Bill of sale - Buena Vista |
| 226 | | The Physicians Spine & Rehab Contract |
| 227 | | North Atlanta Surgery Center Contract |
| 228 | | Georgia Pain & Wellness Contract |
| 229 | | Georgia Pain & Spine Solutions Contract |
| 230 | | Peachtree Neurosurgery Contract |
| 231 | | Northside Hospital Contract |

| 232 | | The Physician's Atlanta Surgery Center Contract |
|---|---|---|
| 233 | | Pain Consultants of Altanta Contract |
| 234 | | Atlas Orth Contract |
| 235 | | The Injury Specialists Contract |
| 236 | | Regenerative Ortho & Spine Contract |
| 237 | | Jeffrey Goldberg Contract |
| 238 | | AHI Contract |
| 239 | | Pharmacy Benefit Management Contract |
| 240 | | American Health Imaging Contract |
| 241 | | Athens Orthopedics Clinic Contract |

| 242 | | Atlanta Dermatology and Laser Surgery Contract |
|---|---|---|
| 243 | | Center for Spine & Pain Medicine Contract |
| 244 | | ColdCo Therapies Contract |
| 245 | | Ensign Legal Support Services Contract |
| 246 | | Joint Active Systems Contract |
| 247 | | Legacy Brain Contract |
| 248 | | Parkaire Consultants Contract |
| 249 | | Peachtree Ortho Contract |
| 250 | | Polaris Spine & Neurosurgery Center Service Contract |
| 251 | | Psychological Diagnostic Center Contract |

| 252 | | Topple Diagnostics Contract |
|-----|---|------------------------------|
| 253 | | Tobin Contract |
| 254 | | Evans Procedure Center Contract |
| 255 | | Resurgens Contract |
| 256 | | Northwest Georgia Orthopaedic Surgery Center Contract |
| 257 | | Orthopaedic Solutions Contract |
| 258 | | Orthopedic South Surgical Partners Contract |
| 259 | | Resurgens East Surgery Center Contract |
| 260 | | Resurgens Fayette Surgery Center Contract |
| 261 | | Resurgens Surgery Center Contract |

| 262 | | Roswell Surgical Center Contract |
|-----|--|------------------------------------|
| 263 | | Georgia Pain and Wellness Contract |
| 264 | | Georgia Spine Contract |
| 265 | | Advanced Pain Contract |
| 266 | | Eisenman Contract |
| 267 | | Bethea Contract |
| 268 | | Perimeter Contract |
| 269 | | Carrolton Orthopedics Contract |
| 270 | | Polaris Outpatient Contract |
| 271 | | The Hand & Upper Extremity Center of GA Contract |

| 272 | | XL2XS Contract |
| --- | --- | --- |

**B. Tecumseh's Exhibit Log is attached.**

See below list of Exhibits. Tecumseh's more detailed Exhibit Log is attached hereto for the Court's use as **Exhibit B**.

| Identification | | Description |
| --- | --- | --- |
| # | Witness | |
| A-1 | | List of Disputed Receivables |
| A-2 | | List of Disputed Receivables -- Overlap |
| A-3 | | Sub-Advisory Agreement Tecumseh-Infinity Medical receivables Fund LP dated 6/18/2020 (TEC002976 - 002984) |
| A-4 | | Tecumseh-Infinity MR Fund  List of Receivables for Series-1/Intake B (TEC002985 - 002987) |
| A-5 | | Tecumseh-Infinity MR Fund - Analed List of Receivables for Series 1/Intake F (Batch 6, 7 & 8) (TEC007067 - 007071) |
| A-6 | | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake I (Batch 12 A&B) (TEC007072 - 007087) |
| A-7 | | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake J (Batch 14-A) (TEC007088 - 007094) |
| A-8 | | Excerpts from Nevada State Bank Acct. 6375 -- Infinity Capital Management -- re 1-F, 1-I & 1-J Receivables |
| A-9 | | Tecumseh-Infinity MR Fund   List of Receivables for Series-1/Intake K (Batch DP-1 (TEC003110 - 003113)) |
| A-10 | | 9/22/2020 Tecumseh Receivables Purchase Order PO#1-F-9-15 (TEC007271) |
| A-11 | | 10/12/2020 Tecumseh Receivables Purchase Order PO# 1-I-10-18 (TEC007281) |
| A-12 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 13) PO# 1-I-10-18 (TEC007282 - 007301) |
| A-13 | | 10/23/2020 Tecumseh Receivables Purchase Order PO# 1-J-10-19 (TEC007307) |

| | | |
|---|---|---|
| A-14 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-B) PO# 1-J-10-19 (TEC007309 - 007312) |
| A-15 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-C) PO# 1-J-10-19 (TEC007313 - 007320) |
| A-16 | | 10/30/2020 Tecumseh Receivables Purchase Order PO# 1-K-10-20 (TEC007321) |
| A-17 | | Reconciliation to Tecumseh's BofA Account Statements (TEC0003191 - 003287) |
| A-18 | | 10/31/2020 - 9/30/2021 Tecumseh-Infinity Medical Receivables Fund LP Bank of America Statements |
| A-19 | | 6/30/2020 - 9/30/2022 Tecumseh-Infinity Medical Receivables Fund, LP Northbrook Bank & Trust Co. Statements account ending 1991 (TEC003581 - 003657) |
| A-20 | | BofA Account Tracing Analysis (TEC003658 - 003659) |
| A-21 | | Email re FW: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund |
| A-22 | | Email re [ENCRYPT] RE: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund |
| A-23 | | 6/25/2020 Email from Oliver Hemmers to C. Meyer & M. Belotz re Purchase Order Update (TEC003122 - 003123) |
| A-24 | | 7/20/2020 Letter from Infinity to American Health Imaging re pre-authorization for patient MRI without Contrast (TEC0003187 - 003188) |
| A-25 | | 10/10/2020 Health Insurance Claim Form Benchmark Physical Therapy (TEC0003189 - 003190) |
| B-26 | | 10/20/2020 Email chain between Oliver Hemmers and Mike Belotz re NAV (TEC0003443 - 003446) |
| B-27 | | 2/17/2021 Order issued in Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003450 - 003454) |
| B-28 | | Case Information Summary for Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003455 - 003474) |
| B-29 | | 6/30/2020 - 10/29/2021 Infinity Capital Management Nevada State Bank statements Account No. ending 6375 (TEC007095 - 007160) |
| B-30 | | Investor Reports - Native Spreadsheets TEC003661B |
| B-31 | | Investor Reports - Native Spreadsheets (TEC003660 - 003661) |
| B-32 | | 2020 Tax Filing |

| | | |
|---|---|---|
| B-33 | | 2021 Tax Filings (TEC003662 - 007066 (both 2020 and 2021) |
| B-34 | | 2/26/2019 HASelect Original Loan and Security Agreement (TEC007167 - 007184) |
| B-35 | | 12/18/2019 HASelect Second Amd & Rest Loan and Security Agreement (TEC007185 - 007199) |
| B-36 | | 9/6/2019 Email re wires (REV_00508184) (TEC007200) |
| B-37 | | 7/15/2021 Email re July reporting (REV_00002039) (TEC007201 - 007203) |
| B-38 | | 6/25/2021 Email re June collection wires released (REV_00003245) *TEC007204 - 007207) |
| B-39 | | 10/29/2020 Email re Business Authorization & Cert (REV_00499718 – 00499719) (TEC007208 - 007210) |
| B-40 | | 9/29/2021 Dkt. 47 Case No. 21-14486 Schedules (REV_00532605) (TEC007211 - 007225) |
| B-41 | | 3/23/2021 Email re wire into account (REV_00504656) *TEC007226 - 007229) |
| B-42 | | 12/23/2020 Patient Assignment (REV_00019347) (TEC007230 - 007233) |
| B-43 | | 1/17/2020 Business Associate Agreement (REV_00058230) (TEC007234 - 007240) |
| B-44 | | 2/4/2021 Email re Funding Request (REV_00015212) (TEC007241 - 007243) |
| B-45 | | 2/4/2021 Infinity Authorization (REV_0015213) (TEC007244) |
| B-46 | | 2/26/2021 Health Insurance Claim Form – Shannon Galbreath (TEC007245 - 007249) |
| B-47 | | 3/22/2021 Payment to Provider (REV_00135414) (TEC007250 - 007251) |
| B-48 | | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007252) |
| B-49 | | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007253) |
| B-50 | | 1/7/2015 Service Agreement/Contract (REV_00058232) (TEC007254 - 007258) |
| C51 | | 4/16/2021 Invoice (REV_00502523) (TEC007259) |
| C-52 | | 1/13/2021 Email re Infinity Report (REV_00512749) (TEC007260 - 007262) |
| C-53 | | 2/19/2021 Email re 4th Quarter Reconciliation (REV_00013191) (TEC007263 - 007265) |
| C-54 | | 7/15/2021 Email re July Funding Request #1 (REV_00134227 – 00134228) (TEC007266 - 007268) |
| C-55 | | 7/13/2021 Email re Funds Needed for Bank (REV_00513523 – 00513524) (TEC007269 - 007270) |
| C-56 | | 7/16/2021 Email from Jon Porter to Ann Pantelas re update on HAS negotiations (REV_00002032) (TEC007325 - 007326) |
| C-57 | | 6/15/2021 Email from Oliver Hemmers to Will Martin re reach out to Three Bell Capital (REV_00003975) *TEC007327) |

| | | |
|---|---|---|
| C-58 | | 11/4/2020 Email re Tecumseh's dba & Supporting Docs (REV_00499839 – 00499840) (TEC007328 - 007335) |
| C-59 | | 10/29/2020 Email re seeking funds (REV_00499724) (TEC007336 - 007338) |
| C-60 | | 9/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-17) (TEC007339 - 007343) |
| C-61 | | 10/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-26) (TEC007344 - 007349) |
| C-62 | | 7/15/2021 Email from Oliver Hemmers to Anne Pantelas, and Igor Shleypak re July Reports (REV_00002052) (TEC007354 - 007356) |
| C-63 | | 4/8/2021 Infinity Health Insurance Form (REV_00008378) (TEC007357 - 007362) |
| C-64 | | 2/15/2021 Email from Renee Infinity Health to dMorley@swanklawgroup.com re payment to provider (REV_00013975) (TEC007363 - 007370) |
| C-65 | | 1/9/2021 Health Insurance Claim Form Sandra Harris (REV_00016608) (TEC007371 - 007376) |
| C-66 | | 1/6/2021 Health Insurance Claims Form (REV_00017218) (TEC007377 - 007379) |
| C-67 | | 11/5/2020 Contract with Provider (REV_00017220) (TEC007380 - 007382) |
| C-68 | | 12/14/2020 Email from Renee Infinity Health to Priscilla Espinosa re Request for Payment (REV_00020789) (TEC007383 - 007384) |
| C-69 | | 11/30/2020 Infinity Authorization (REV_00022388) (TEC007385) |
| C-70 | | 11/6/2020 Patient Assignment (REV_00022507) (TEC007386 - 007388) |
| C-71 | | 11/11/2020 Email from Miranda Pope to Felecia Infinity Health re Funding Request (REV_00024373) (TEC007389 - 007394) |
| C-72 | | 11/11/2020 Infinity's Authorization (REV_00024411) (TEC007395) |
| C-73 | | 11/2/2020 Email from Intake Infinity Health to Referral@theinjuryspecialists.com & support@theinjuryspecialists.com re Funding Request (REV_00025630) (TEC007396 - 007397) |
| C-74 | | 9/21/2020 Email from Felecia Infinity Health to Katie Serzynsk, Kevin Collins & Amber Daniel re Funding Request (REV_00030917) (TEC007398 - 007399) |
| C-75 | | 9/21/2020 Infinity Authorization (REV_00030918) (TEC007400) |
| D-76 | | 6/21/2020 Patient Assignment (REV_00039157) (TEC007401 - 007403) |
| D-77 | | 6/2/2020 Purchase & Sale Agreement – Preva (REV_00041139) (TEC007404 - 007410) |

| | | |
|---|---|---|
| D-78 | | 3/17/2020 Infinity Service Agreement/Contract (REV_00046940) (TEC007411 - 007415) |
| D-79 | | 9/20/2019 Purchase & Sale Agreement Cuevas (REV_00070068) (TEC007430 - 007435) |
| D-80 | | 1/19/2021 Copy of Check #1627 (REV_00135227) (TEC007436 - 007439) |
| D-81 | | 1/19/2021 Payment to Provider (REV_00135228) (TEC007440 - 007441) |
| D-82 | | 12/22/2020 Copy of Check #1593 (REV_00136367) (TEC007442) |
| D-83 | | 12/22/2020 Payment to Provider (REV_00136368) (TEC007443 - 007444) |
| D-84 | | 3/17/2020 Infinity Service Agreement/Contract (REV_00365990) (TEC007445 - 007449) |
| D-85 | | 3/22/2021 Email from Anne Infinity Health to Mike Belotz, Oliver Hemmers & Chad Meyer re Checking in (REV_00504660) (TEC007450 - 007451) |
| D-86 | | 10/28/2021 Dkt. Case No. 21-14486 Amended Schedules (REV_00532606) (TEC007453 - 007459) |
| D-87 | | [DKT 35] Simon Henry Clark's Counterclaim and Third-Party Complaint(United States District Court for the Northern District of Illinois Easter Division – Case No. 22-cv-04269) (TEC007460 - 007504) |
| D-88 | | September 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 6375 |
| D-89 | | September 30, 2020 Assignment and Bill of Sale for the 1-G Accounts |
| D-90 | | October 4, 2020 Assignment and Bill of Sale for the 1-H Accounts |
| D-91 | | October 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 |
| D-92 | | July 11, 2020 Email from Mike Belotz to Endre, et al. re Three Bell Capital |
| D-93 | | August 17, 2021 Email from Bill@ftm-Investments to Mike Belotz and Ann Pantelas re Open Position Reports with Attached Collections Report |
| D-94 | | Chadwick Meyer's Complaint for Declaratory, Monetary and Other Relief (In the Circuit Court of Cook County, Illlinois, County Department, Cancery Division - Case No. 2019CHI4290) |
| D-95 | | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC |
| D-96 | | Form ADV - Other-Than-Annual Amendment / Griffin Asset Management LLC |
| D-97 | | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC |
| D-98 | | 10/17/2019 Email from Oliver Hemmers to Debbie Griffin & Endre Dobozy re Draw Request |

| | | |
|---|---|---|
| D-99 | | 3/1/2020 email from Mike Belotz to Chad Meyer re FTM HA Agreement |
| D-100 | | 3/9/2020 Email from Endre@ftm-investments.com to Chad Meyer re Touching Base |
| E-101 | | 3/28/2020 Email from Bill@ftm-investmenets.com re Notes from the callcall |
| E-102 | | 5/7/2020 Email from Endre@ftm-investments.com to Chad Meyer RE_ Quick question |
| E-103 | | 6/17/2020 Email from Anne Pantelas to Chad Meyer, Mike Belotz, Endre@ftm-investments.com, Bill@ftm-investments.com, Oliver Hemmers & Simon Clark re short agenda - How to |
| E-104 | | 8/10/2020 Email from Bill@ftm-investments.com to Chad Meyer and Mike Belotz RE_ Revised July Report |
| E-105 | | 8/12/220 Email from Bill@ftm-investments.com to Mike Belotz, Chad Meyer and Li-Chiun Su RE_ Investor portfolio data |
| E-106 | | 6/29/2020 Email from Anne Pantelas to ImanIqbai-LAS VEGAS NV, Oliver Hemmers, Chad Meyer FW_ DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund |
| E-107 | | 11/23/2020 Email from Endre@ftm-investments.com to Chad Meyer, Mike Belotz, Bill@ftm-investments.com and Brenda Dalzell re Infinity Call Update |
| E-108 | | 3/5/2021 Email from maristela@infinitycapital.com to Mike Belotz, bill@ftm-investments.com RE_ Tecumseh - Finance Report October 2020 |
| E-109 | | 10/12/2021 Email from Oliver Hemmers to Mike Belotz and Anne Pantelas re Tecumseh Termination |
| E-110 | | Signed TI-FTM Agreement dated 6/24/2020 |
| E-111 | | HASelect's Financial Statements and Independent Auditors' Report dated December 31, 2020 |
| E-112 | | 6/11/2020 Demand Letter from Attorney Michael L. Gesas to Anne Pantelas [INFINITY 001436-001455] |
| E-113 | | Saul Ewing Anstein July 10, 2020, Letter w/o attachment, July 10, 2020 [Infinity 000967-000971] |
| E-114 | | Infinity Capital Management, Inc. Financial Statements – December 31, 2019 Infinity audit 12/31/2019 (2) (TEC000357) |
| E-115 | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, FEBRUARY 26, 2019 TO DECEMBER 31, 2019, AUDIT REPORT |
| E-116 | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2021, AUDIT REPORT |

| | | | |
|---|---|---|---|
| E-117 | | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2022, AUDIT REPORT |
| E-118 | | | Proof of Claim No. 8 dated 12/22/2021 (Case No. 21-14486) – Creditor HASelect-Medical Receivables Litigation Finance Fund International SP [ECF 65] |
| E-119 | | | Griffin-ADV-2022-March-11 [E-mail dated 7/24/2023 from John Seem to MN re: |
| E-120 | | | Griffin-ADV-2022-June-28 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] |
| E-121 | | | Griffin-ADV-2023-March-27 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] |
| E-122 | | | 5/30/2020 Email from Mike Griffin to Oliver Hemmers and Ann Pantelas with attached Notice of Default to Infinity [Production of |
| E-123 | | | Notice of Default to Infinity dated 5/30/2020 |
| E-124 | | | Griffin Asset Management LLC and HASELECT-FTM Medical Receivables Litigation Finance Fund SP, Complaint [Filed as Exhibit 5 to ECF NO. 126, 21-01167] |
| E-125 | | | Resignation Letter, Alternative Investment Specialist Ltd and FTM Ltd, Dated: June 7, 2020 |
| F-126 | | | 2/22/2020 Email from Simon Clark to Mark Young, et al. re Movin' On |
| F-127 | | | 11/21/2018 Email from Chad Meyer to Endre Meyer re Follow ups |
| F-128 | | | 3/24/2020 Email from Endre to Chad Meyer and Mike Belotz re Write-up for Infinity |
| F-129 | | | 4/9/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page |
| F-130 | | | 4/14/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page |
| F-131 | | | 4/18/2020 Email from Endre to Mike Belotz re Updated proposal for Infinity |
| F-132 | | | 6/8/2020 Email from Endre to Chad Meyer and Mike Belotz re HAselect-FTM Fund Update |
| F-133 | | | 8/10/2020 Email from bill@ftm-investments to Chad Meyer and Mike Belotz re Revised July Report |
| F-134 | | | 8/12/2020 Email from bill@ftm-investments to MIke Belotz, Chad Meyer and Li-Chiun Su re Investor portfolio data |
| F-135 | | | 9/19/2020 Email from bill@ftm-investments to Chad Meyer and Oliver Hemmers re UCC? |
| F-136 | | | 9/28/2020 Email from Endre to Chad Meyer, Mike Belotz, bill@ftm-investments and Brenda Dalzell re Conversation with Infinity |

60

| | | |
|---|---|---|
| F-137 | | 2/25/2021 Email from Endre to Mike Belotz re 4th Q reconciliation |
| F-138 | | 7/6/2021 Email from Oliver Hemmers to Jon Porter and Will Martin re Loan Amount |
| F-139 | | 7/16/201 Email from Anne Pantelas to Jon Porter re Any updates on the HAS negotiations? |
| F-140 | | Infinity Capital Management Inc. Balance Sheet |
| F-141 | | 7/7/2021 Email from Oliver Hememrs to Hedgact re June 2021 Cash Application Reporting Inquiry |
| F-142 | | 7/15/2021 Email from Oliver Hemmers to Info@HedgAct re Follow Up on 6/24 email || Re: 2021 Updated Master Loan Agreement (MLA) Schedule of FTM Note Balances |
| F-143 | | 6/25/2021 Email from Oliver Hemmers to Info@HedgeAct re Wires Released || Re: Please set up June collection wires today (6/25) || Fwd: ShareFile Activity Notification || $125,909.70 |
| F-144 | | 3/23/2021 Email from Anne Infinity Health to Mike Belotz and Chad Meyer re Checking in |
| F-145 | | Assignment of Benefits/Medical Lien and Security Agreement dated 12/23/2020 |
| F-146 | | 2/4/2021 Email from Felicia Infinity Health to Miranda Pope re Physician Followup Treatment Request – Shannon Galbreath |
| F-147 | | 2/4/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopedics, PC re Scheduling (Shannon Galbreath) |
| F-148 | | Health Insurance Clam Form dated 2/26/2021 – Shannon v. Galbreath |
| F-149 | | 3/22/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopaedics PC re Carolina Arciniegas, Caprice Banks, Shannon Galbreath, Shirley McCarthy and Janell Washington |
| F-150 | | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath |
| G-151 | | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath |
| G-152 | | 1/7/2015 Service Agreement/Contract between Non-Surgical Orthopaedics PC and The Center for Spine Procedures |
| G-153 | | Invoice to Tecumseh-Infinity MRF for Acquisition Fee for AR purchases up to 04.16.21 |
| G-154 | | June 2021 Deposit Summary Report - Tecumseh-Infinity Medical Receivables |
| G-155 | | Deposit Summary Report - Tecumseh-Infinity Medical Receivables |
| G-156 | | Benchmark Physical Therapy Statement |
| G-157 | | The Physicians Spine & Rehabilitaton Specialists of Georgia Statement |

| | | |
|---|---|---|
| G-158 | | 1/13/2021 Email from Oliver Hemmers to Info@HedgeAct re HedgeACT Fund || December 2020 Payments || Unresolved items |
| G-159 | | BofA Transaction Screenshot |
| G-160 | | 2/19/2021 Email from Oliver Hemmers to Mike Belotz re 4th Quarter Reconciliation |
| G-161 | | 7/15/2021 Email from bill@ftm-investments to Mike Belotz re July Funding Request #1 |
| G-162 | | 7/13/2021 Email from Oliver Hemmers to bill@ftm-investments re Funds needed for Bank |
| G-163 | | 6/15/2021 Email from Oliver Hemmers to Will Martin re Update |
| G-164 | | 10/29/2020 Email from Anne Pantelas to Chad Meyer re Bank Transfer |
| G-165 | | 6/27/2019 Service Agreement/Contract between Center for Spine & Pain Medicine PC and Infinity Capital Management/Infinity Health Connections. |
| G-166 | | List of Receivables for Funding Draw HAS-22 |
| G-167 | | 1/1/2018 - 12/31/2018 Income Statement - Infinity Capital Management, Inc. |
| G-168 | | 12/12/2018 Email from Oliver Hemmers to Chad Meyer re Blanket lien draft |
| G-169 | | 6/15/2021 Email from Mike Belotz to Oliver Hemmers re Receivable data |
| G-170 | | Minutes of Conference call held on 4/28/2021 |
| G-171 | | Minutes of Conference call held on 5/26/2021 |
| G-172 | | Minutes of Conference call held on 6/9/2021 |
| G-173 | | Balance Sheet - Tecumseh-Infinity- Accrual Basis as of 12/31/2021 |
| G-174 | | 6/12/2020 Email from Simon Clark to Oliver Hemmers and Anne Pantelas re Final decision |
| G-175 | | 8/10/2020 Email from Anne Pantelas to Mike Belotz and Oliver Hemmers re Some potential good news and update on housekeeping items for the BOA account |
| H-176 | | 5/15/2019 E-mail from Oliver Hemmers to Info@HedgeAct re Draw Request HAS-4 |
| H-177 | | Draw HAS-4 (REV_00489523) |
| H-178 | | 6/19/2019 E-mail from Oliver Hemmers to Info@HedgeAct, bill@ftm-investments & endre@ftm-investments re Draw Request HAS-5 |
| H-179 | | Draw HAS-5 (REV_00490066) |
| H-180 | | 7/17/2019 E-mail from Oliver Hemmers to Info@HedgeAct, endre@ftm-investments.com & Compliance re Draw Request HAS-6 |
| H-181 | | Draw HAS-6 (REV_00490706) |
| H-182 | | 8/20/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-9 |
| H-183 | | Draw HAS-9 (REV_00491512) |

| | | |
|---|---|---|
| H-184 | | 11/12/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-13 |
| H-185 | | Draw HAS-13 (REV_00492726) |
| H-186 | | 12/9/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-14 |
| H-187 | | Draw HAS-14 (REV_00493339) |
| H-188 | | 11/5/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-15 |
| H-189 | | Draw HAS-15 (REV_00487540) |
| H-190 | | 4/27/2020 E-mail from Oliver Hemmers to Info@HedgeAct & Mike Griffin re Draw Request HAS-22 |
| H-191 | | Draw HAS-22 (REV_00495922) |
| H-192 | | TIFDumpWithIncome-Final -- BOA Sort |
| H-193 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake F (Batch 6, 7 & 8) PO#1-F-9-15 (TEC007272 - 007280) |
| H-194 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 12 A & B) PO# 1-I-10-18 (TEC007302 - 007306) |
| H-195 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-A) PO# 1-J-10-19 (TEC007308) |

## VII.  List of Witnesses

### A.  HASelect's Planned Trial Witnesses

    1.    Michael Griffin        Expects to Call
c/o Bart Larsen
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 255-0098

    2.    Debbie Griffin        May Call
c/o Bart Larsen
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 255-0098

    3.    Michael Belotz        Expects to Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

63

4.     Chad Meyer            Expects to Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

5.     Anne Pantelas         Expects to Call
c/o Ogonna Brown
Lewis Roca
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169
(702) 424-2622

6.     Oliver Hemmers        Expects to Call
c/o Ogonna Brown
Lewis Roca
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169
(702) 424-2622

7.     Simon Clark            May Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

8.     HASelect reserves the right to cross-examine any witness called by
Tecumseh.

**B. Tecumseh's Planned Trial Witnesses**

1.     Michael Belotz         Expects to Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

2.     Chad Meyer            Expects to Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

3.     Anne Pantelas         Expects to Call
c/o Ogonna Brown
Lewis Roca
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169
(702) 424-2622

4.    Oliver Hemmers        Expects to Call
c/o Ogonna Brown
Lewis Roca
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169
(702) 424-2622

5.    Simon Clark        May Call
c/o Michael Napoli
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4360

6.    Michael Griffin        May Call
c/o Bart Larsen
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 255-0098

7.    Debbie Griffin        May Call
c/o Bart Larsen
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 255-0098

8.    Tecumseh reserves the right to cross-examine any witness called by HASelect.

APPROVED AS TO FORM AND CONTENT:


*/s/ Bart Larsen, Esq.*
Attorney for Plaintiff

*/s/ Jared M. Sechrist, Esq.*
Attorney for Defendants

# EXHIBIT A

Plaintiff Haselect-Medical Receivables Litigation
Finance Fund International Sp's Trial Exhibit List

# EXHIBIT A

**HEARING DATE:   August 24, 2023**
**JUDGE: ABL**

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description of Exhibit | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | 1 | | Loan and Security Agreement 2-26-2019 | |
| | | 2 | | Infinity Capital Management UCC-1 Filed | |
| | | 3 | | HAS-FTM Sub-Advisory Agreement | |
| | | 4 | | Amendment 1 to Loan and Securities Agreement between HAS and Infinity - July 23 2019 | |
| | | 5 | | First Amended Loan and Security Agreement 8-30-2019 | |
| | | 6 | | HAS-FTM.Infinity.Second Amended Restated. Loan and Security Agmt.w. Promissory Note. exc.12.18.2019 | |
| | | 7 | | HAS-2 Draw Request | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 8 | | HAS-5 Draw Request | |
| | | 9 | | HAS-22 Draw Request | |
| | | 10 | | 20181121 Email Re_ Follow ups | |
| | | 11 | | 20181210 Email RE Blanket lien draft | |
| | | 12 | | 20181212 Email RE_ Blanket lien draft | |
| | | 13 | | 20190131 Email RE_ Sample Cash Draw Transaction & Support | |
| | | 14 | | 20190201 Email RE Sample Cash Draw Transaction & Support | |
| | | 15 | | 20190214 Email re loan FTM amounts | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 16 | | 20190214 Email Re_ Comments on Loan Agreement and Note | |
| | | 17 | | 20190226 Email RE_ Urgent Hedgeact update | |
| | | 18 | | 20190304 Email FW_ My Thoughts on Infinity - Simon | |
| | | 19 | | 20200217 Email RE_ Upcoming visit | |
| | | 20 | | 20200220 Email Re_ Infinity's 5 Focus Areas | |
| | | 21 | | 20200221 Email Re_ Infinity 2019 audit | |
| | | 22 | | 20200222 Email Movin' On | |
| | | 23 | | 20200301 Email re FTM HA Agreement | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 24 | | 20200301 Email Re FTM HA Agreement | |
| | | 25 | | 20200309 Email Re Touching Base | |
| | | 26 | | 20200324 Email Re Write-up for Infinity | |
| | | 27 | | 20200325 Email re sociopath | |
| | | 28 | | 20200326 Email Re Additional receivables information | |
| | | 29 | | 20200328 Email RE_ Notes from the call | |
| | | 30 | | 20200409 Email RE_ NDA and signature page | |
| | | 31 | | 20200413 Email RE_ NDA and signature page | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 32 | | 20200416 Email RE_ Infinity Agree | |
| | | 33 | | 20200416 Email RE_ NDA and signature page | |
| | | 34 | | 20200418 Email RE_ Updated proposal for Infinity | |
| | | 35 | | 20200424 Email RE_ Potential deal for Infinity | |
| | | 36 | | 20200507 Email RE_ Quick question | |
| | | 37 | | 20200521 Email Re_ The Deck | |
| | | 38 | | 20200530 Email re Notice of Default | |
| | | 39 | | 20200522 Email FW The Deck | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 40 | | 20200522 Email RE_ The Deck | |
| | | 41 | | 20200525 Email RE_ Agreement | |
| | | 42 | | 20200526 Email Further Information | |
| | | 43 | | 20200526 Email RE_ Further Information | |
| | | 44 | | 20200529 RE_ DD report | |
| | | 45 | | 20200529 Email RE_ entity_personally | |
| | | 46 | | 20200529 Email RE_ Proposed role of Infinity | |
| | | 47 | | 20200531 Email FW_ Tecumseh-Infinity Medical Receivables Fund, LP - PPM | |

| | | | | | |
|---|---|---|---|---|---|
| **EXHIBITS** | | | | | |
| | | 48 | | 20200601 Email re Types of receivables | |
| | | 49 | | 20200601 Email Re_ entity | |
| | | 50 | | 20200602 Email re Monthly Report with Spread | |
| | | 51 | | 20200602 RE_ introductory remarks | |
| | | 52 | | 20200603 My script for the webinar | |
| | | 53 | | 20200606 Email to Furkan Baran | |
| | | 54 | | - 20200608 HAselect-FTM Fund Update | |
| | | 55 | | 20200612 Email re Griffin's Request Denied | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 56 | | 20200617 Email re Analysis of HA receivable performance | |
| | | 57 | | 20200617 Email RE_ short agenda - How to | |
| | | 58 | | 20200618 Email RE_ TI fund and the fee | |
| | | 59 | | 20200618 Re_ TI fund and the fee (signed SAA) | |
| | | 60 | | 20200618 Email Re_ TI fund and the fee | |
| | | 61 | | 20200618 Sub-Advisory Agreement | |
| | | 62 | | 20200623 Email re Stamp Removal | |
| | | 63 | | 20200626 Email re Brief summary of batch 1 | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 64 | | 20200626 Email RE_ Purchase Order update | |
| | | 65 | | 20200709 Email re GPMicro License Agreement | |
| | | 66 | | 20200709 Email RE_ Bill of Sale | |
| | | 67 | | 20200711 Email Re_ Thinking outside the box | |
| | | 68 | | 20200712 Final re decision | |
| | | 69 | | 20200713 Email re Second PO for the Tecumseh-Infinity Fund | |
| | | 70 | | 20200730 Email to Elliot Orsillo re Infinity DD Report | |
| | | 71 | | 20200810 Email RE_ Some potential good news and update on housekeeping items for the BOA account | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 72 | | 20200810 RE_ Revised July Report | |
| | | 73 | | 20200811 Email re Purchase Order number 3 | |
| | | 74 | | 20200812 Email RE_ Investor portfolio data | |
| | | 75 | | 20200826 Email re Due Diligence Questions | |
| | | 76 | | 20200908 Email RE_ Open Balance for Batch 4 | |
| | | 77 | | 20200919 Email RE_ UCC | |
| | | 78 | | 20200925 Email RE_ Purchase Order 1-F-9-15 | |
| | | 79 | | 20200925 Email Re_ Wire | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 80 | | 20200928 Email re Conversation with Infinity | |
| | | 81 | | 20201001 Email Re BV Sales Receipt #1091 | |
| | | 82 | | 20201004 Email Re BV Sales Receipt 1095 | |
| | | 83 | | 20201007 Email RE_ Do you have a few minutes | |
| | | 84 | | 20201020 Email re NAV | |
| | | 85 | | 20201021 Email RE_ NAV | |
| | | 86 | | 20201022 Email Re_ Great news! | |
| | | 87 | | 20201029 Email RE_ Bank Transfer | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 88 | | 20201029 Email FW_ DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | |
| | | 89 | | 20201103 Email re Documents needed for DBA for Bank | |
| | | 90 | | 20201105 Email re Call with Anne and Oliver | |
| | | 91 | | 20201109 Email re 1st draft Infinity negotiation letter | |
| | | 92 | | 20201121 Email RE_ Proposed Deferred Compensation | |
| | | 93 | | 20201123 Email re Infinity Call Update | |
| | | 94 | | 20210122 Email re December Purchase Orders | |
| | | 95 | | 20210124 Email RE_ Infinity's FTM collateral | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 96 | | 20210205 Email RE_ Do you have time for a call | |
| | | 97 | | 20210225 Email RE_ 4th Q reconciliation | |
| | | 98 | | 20210305 Email RE_ Tecumseh - Finance Report October 2020 | |
| | | 99 | | 20210306 Email re A simple solution. - Simon | |
| | | 100 | | 20210511 Email Fwd_ In Kind Transfer of Three Bell Client Assets | |
| | | 101 | | 20210617 Email re Analysis of HA receivable performance | |
| | | 102 | | 20210621 Email RE_ Receivable review | |
| | | 103 | | 20210706 Email RE_ Loan Amount | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 104 | | 20210716 Email RE_ Any updates on the HAS negotiations | |
| | | 105 | | 20210910 Email re RX Portal on Solutions is working | |
| | | 106 | | 20210803 Email re Flyer preview | |
| | | 107 | | 20210804 Email RE_ Call today | |
| | | 108 | | 20210817 Email RE_ Open position report | |
| | | 109 | | 20211025 Email re Portal Copyright Changed | |
| | | 110 | | 20210825 Email re Amount outstanding from Infinity to Tecumseh | |
| | | 111 | | 20210826 Email RE_ Amount outstanding from Infinity to Tecumseh | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 112 | | 20210901 Email RE_ Call | |
| | | 113 | | 20210903 Email Funding Request - September #1 | |
| | | 114 | | 20210913 Email Re Name Replacements | |
| | | 115 | | 20210914 Email re Move Status | |
| | | 116 | | 20210916 Email RE_ Client Info Edition 29 | |
| | | 117 | | 20210923 Email Re Infinity Capital_  Tecumseh Sole Receivables | |
| | | 118 | | 20210923 Email re Updated Company Roster | |
| | | 119 | | 20210926 Email re Rx Portal | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 120 | | 20210927 Email FW_ Stacey Cole DOB 3_4_1972 | |
| | | 121 | | 20211006 Email re Corrections to Statements | |
| | | 122 | | 20211006 Email RE_ Amber Perez | |
| | | 123 | | 20211009 Email re Modified Template Files | |
| | | 124 | | 20211011 Email RE_ Lien Reduction_ Keith Smith | |
| | | 125 | | 20211012 Email re Tecumseh Termination | |
| | | 126 | | 20211014 Email Re_ Shayvon Chambliss | |
| | | 127 | | 20211203 Email re infinity health flyer | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 128 | | GoDaddy.com Emails re Forwarding | |
| | | 129 | | Tecumseh - Infinity Sub Advisory Agreement executed 6-18-20 | |
| | | 130 | | TI-FTM Co-Management Agreement | |
| | | 131 | | Tecumseh SEC Filing | |
| | | 132 | | 20220404 Tecumseh ADV Form | |
| | | 133 | | GAM et al. v. Meyer et al. - Case No. 2020-CH-04427 - Complaint | |
| | | 134 | | Combined Tecumseh Purchase Orders (A-K) | |
| | | 135 | | June 26, 2020 Assignment and Bill of Sale | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 136 | | July 23, 2020 Assignment and Bill of Sale | |
| | | 137 | | August 12, 2020 Assignment and Bill of Sale | |
| | | 138 | | September 10, 2020 Assignment and Bill of Sale | |
| | | 139 | | September 16, 2020 Assignment and Bill of Sale | |
| | | 140 | | September 30, 2020 Assignment and Bill of Sale | |
| | | 141 | | October 4, 2020 Assignment and Bill of Sale | |
| | | 142 | | NSB 8480 Statements (Mar 2019 - Dec 2020) | |
| | | 143 | | NSB 6375 Statements (Apr-Dec 2020) | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 144 | | NSB IHS Statement (Oct 2021) | |
| | | 145 | | BOA Account Statements | |
| | | 146 | | BOA Account Check Deposits | |
| | | 147 | | Full_MRLFI_Redemption | |
| | | 148 | | 20200530 HAS Default Notice | |
| | | 149 | | HSA Demand Letter | |
| | | 150 | | Patient Lien Example | |
| | | 151 | | Copy of TIFDumpWithIncome-Final - Landscape | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 152 | | 1-F Accounts with Payment Cleared Dates | |
| | | 153 | | 1-I Accounts with Payment Cleared Dates | |
| | | 154 | | 1-J Accounts with Payment Cleared Dates | |
| | | 155 | | J-2 Accounts with Payment Cleared Dates | |
| | | 156 | | 1-P Accounts with Payment Cleared Dates | |
| | | 157 | | 20210128 Email FW Tecumseh-Infinity 4th Qtr | |
| | | 158 | | S-1A Collections through 20210630 | |
| | | 159 | | S-1B Collections through 20210630 | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 160 | | S-1C Collections through 20210630 | |
| | | 161 | | S-1D Collections through 20210630 | |
| | | 162 | | S-1E Collections through 20210630 | |
| | | 163 | | S-1F Collections through 20210630 | |
| | | 164 | | S-1I Collections through 20210630 | |
| | | 165 | | S-1J Collections through 20210630 | |
| | | 166 | | S-1H Collections through 20210630 | |
| | | 167 | | J-2 Collections through 20210630 | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 168 | | S-1P Collections through 20210630 | |
| | | 169 | | Stat Diagnostic Contract | |
| | | 170 | | Stat Diagnostics Payment Example | |
| | | 171 | | Stat Diagnostics LOP Example (55236_690 - Thompson, Michael - Attorney Lien) | |
| | | 172 | | Preva Contract | |
| | | 173 | | Preva Payment Example | |
| | | 174 | | Preva LOP Example (140548_1511 - Pfeifer, Briana - Attorney Lien) | |
| | | 175 | | Viking Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 176 | | Viking Payment Example | |
| | | 177 | | Viking LOP Example (149533_2189 - Reyes, Marcelino - Attorney Lien) | |
| | | 178 | | South Atlanta MUA Center Contract | |
| | | 179 | | South Atlanta MUA LOP Example (143457_632- Welburn, James - Providers Patient Lien) | |
| | | 180 | | 20191114 HealthPlus Imaging Contract | |
| | | 181 | | 20191029 Oliver Email re HealthPlus | |
| | | 182 | | HAS-FTM Infinity Draw Request HAS-18 | |
| | | 183 | | 20210706 Mediation Agreement Signed by HPI and ICM | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 184 | | 20200529 Email re 506 Group Member Interest - Eric Branfman | |
| | | 185 | | 20200529 Email re 506 Group Member Interest | |
| | | 186 | | 20200529 Email re Tecumseh Medical Receivables Fund | |
| | | 187 | | 20200601 Email re 506 Group Investors (Medical Receivables Fund) | |
| | | 188 | | 20200601 Email re 506 Group Investors | |
| | | 189 | | 20200601 Email Re Tecumseh-Infinity Medical Receivables Fund | |
| | | 190 | | 20200621 Email Re Medical Receivables | |
| | | 191 | | 20210311 Em RE Financial Statements 2020 | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 192 | | Peachtree Ortho Contract | |
| | | 193 | | Independent Physical Therapy of Georgia dba Benchmark Contract | |
| | | 194 | | MD Pain Care Contract | |
| | | 195 | | NonSurgical Ortho Contract | |
| | | 196 | | Resurgens PC Contract | |
| | | 197 | | Contract Outpatient Imaging Contract | |
| | | 198 | | Peachtree Orthopedic at Perimeter Contract | |
| | | 199 | | Peachtree at Piedmont Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 200 | | Surgery Center of Athens Contract | |
| | | 201 | | Special Procedures at Summerlin Contract | |
| | | 202 | | Durango Outpatient Surgery Center Contract | |
| | | 203 | | North Fulton Medical Contract | |
| | | 204 | | Pain Management Contract | |
| | | 205 | | Pain Care Center of GA Contract | |
| | | 206 | | Safeway Driver Fitness Contract | |
| | | 207 | | Woodlands Specialty Hospital Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 208 | | Peak Ortho Contract | |
| | | 209 | | Arizona Pain Treatment Contract | |
| | | 210 | | Resurgens Ortho Contract | |
| | | 211 | | Georgia Spine & Ortho Contract | |
| | | 212 | | Hatesh Ranchod Contract | |
| | | 213 | | North Fulton Contract | |
| | | 214 | | Health Images South Denver Contract | |
| | | 215 | | Anesthesiology Consultants Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 216 | | Infinity Diagnostics LLC Contract | |
| | | 217 | | Buena Vista Contract | |
| | | 218 | | Georgia Eye Physicians Contract | |
| | | 219 | | Polaris Center Contract | |
| | | 220 | | Arizona Pain Treatment Centers Contract | |
| | | 221 | | Perimeter Outpatient Contract | |
| | | 222 | | Perimeter Ortho Contract | |
| | | 223 | | North Atlanta Surgical Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 224 | | Northside Hospital Contract | |
| | | 225 | | Assignment and Bill of sale - Buena Vista | |
| | | 226 | | The Physicians Spine & Rehab Contract | |
| | | 227 | | North Atlanta Surgery Center Contract | |
| | | 228 | | Georgia Pain & Wellness Contract | |
| | | 229 | | Georgia Pain & Spine Solutions Contract | |
| | | 230 | | Peachtree Neurosurgery Contract | |
| | | 231 | | Northside Hospital Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 232 | | The Physician's Atlanta Surgery Center Contract | |
| | | 233 | | Pain Consultants of Altanta Contract | |
| | | 234 | | Atlas Orth Contract | |
| | | 235 | | The Injury Specialists Contract | |
| | | 236 | | Regenerative Ortho & Spine Contract | |
| | | 237 | | Jeffrey Goldberg Contract | |
| | | 238 | | AHI Contract | |
| | | 239 | | Pharmacy Benefit Management Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 240 | | American Health Imaging Contract | |
| | | 241 | | Athens Orthopedics Clinic Contract | |
| | | 242 | | Atlanta Dermatology and Laser Surgery Contract | |
| | | 243 | | Center for Spine & Pain Medicine Contract | |
| | | 244 | | ColdCo Therapies Contract | |
| | | 245 | | Ensign Legal Support Services Contract | |
| | | 246 | | Joint Active Systems Contract | |
| | | 247 | | Legacy Brain Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 248 | | Parkaire Consultants Contract | |
| | | 249 | | Peachtree Ortho Contract | |
| | | 250 | | Polaris Spine & Neurosurgery Center Service Contract | |
| | | 251 | | Psychological Diagnostic Center Contract | |
| | | 252 | | Topple Diagnostics Contract | |
| | | 253 | | Tobin Contract | |
| | | 254 | | Evans Procedure Center Contract | |
| | | 255 | | Resurgens Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 256 | | Northwest Georgia Orthopaedic Surgery Center Contract | |
| | | 257 | | Orthopaedic Solutions Contract | |
| | | 258 | | Orthopedic South Surgical Partners Contract | |
| | | 259 | | Resurgens East Surgery Center Contract | |
| | | 260 | | Resurgens Fayette Surgery Center Contract | |
| | | 261 | | Resurgens Surgery Center Contract | |
| | | 262 | | Roswell Surgical Center Contract | |
| | | 263 | | Georgia Pain and Wellness Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 264 | | Georgia Spine Contract | |
| | | 265 | | Advanced Pain Contract | |
| | | 266 | | Eisenman Contract | |
| | | 267 | | Bethea Contract | |
| | | 268 | | Perimeter Contract | |
| | | 269 | | Carrolton Orthopedics Contract | |
| | | 270 | | Polaris Outpatient Contract | |
| | | 271 | | The Hand & Upper Extremity Center of GA Contract | |

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| | | 272 | | XL2XS Contract | |

# EXHIBIT B

# Defendant Tecumseh-Infinity Medical Receivables Fund, Lp's Trial Exhibit List

# EXHIBIT B

**Hearing Date:**

| EXHIBITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. HASelect v. Tecumseh | | BK 21-14486-abl Adv 21-01167-abl | | | | |
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exceptions | | | |
| | | # | Witness | | | Date | Comments | Working Exh # |
| | | A | A-1 | List of Disputed Receivables | | | Spreadsheets at ECF 201-1 | 551 |
| | | B | A-2 | List of Disputed Receivables -- Overlap | | | Spreadsheets at ECF  201-2 (21-14486) | 402 |
| | | C | A-3 | Sub-Advisory Agreement Tecumseh-Infinity Medical receivables Fund LP dated 6/18/2020 (TEC002976 - 002984) | | 6/18/2020 | Exhibit A to Dkt. 75 | 001 |
| | | D | A-4 | Tecumseh-Infinity MR Fund  List of Receivables for Series-1/Intake B (TEC002985 - 002987) | | | Exhibit B to Dkt. 75 | 002 |
| | | E | A-5 | Tecumseh-Infinity MR Fund - Analyed List of Receivables for Series 1/Intake F (Batch 6, 7 & 8) (TEC007067 - 007071) | | | Exh. A to ECF 197 | 033 |
| | | F | A-6 | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake I (Batch 12 A&B) (TEC007072 - 007087) | | | Exh. B to ECF 197 | 034 |
| | | G | A-7 | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake J (Batch 14-A) (TEC007088 - 007094) | | | Exh. C to ECF 197 | 035 |
| | | H | A-8 | Excerpts from Nevada State Bank Acct. 6375 -- Infinity Capital Management -- re 1-F, 1-I & 1-J Receivables | | | Exh. D to ECF 197 | 549 |
| | | I | A-9 | Tecumseh-Infinity MR Fund    List of Receivables for Series-1/Intake K (Batch DP-1 (TEC003110 - 003113)) | | | Exhibit K to Dkt. 75 | 015 |
| | | J | A-10 | 9/22/2020 Tecumseh Receivables Purchase Order PO#1-F-9-15 (TEC007271) | | 9/22/2020 | | 067 |
| | | K | A-11 | 10/12/2020 Tecumseh Receivables Purchase Order PO# 1-I-10-18 (TEC007281) | | 10/12/2020 | | 069 |
| | | L | A-12 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 13) PO# 1-I-10-18 (TEC007282 - 007301) | | | This Batch 13 | 070 |
| | | M | A-13 | 10/23/2020 Tecumseh Receivables Purchase Order PO# 1-J-10-19 (TEC007307) | | 10/23/2020 | How do these differ from 15, 33,34,35 | 072 |
| | | N | A-14 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-B) PO# 1-J-10-19 (TEC007309 - 007312) | | | This is batch 14-B | 074 |
| | | O | A-15 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-C) PO# 1-J-10-19 (TEC007313 - 007320) | | | This is batch 14-C | 075 |
| | | P | A-16 | 10/30/2020 Tecumseh Receivables Purchase Order PO# 1-K-10-20 (TEC007321) | | 10/30/2020 | | 076 |
| | | Q | A-17 | Reconciliation to Tecumseh's BofA Account Statements (TEC0003191 - 003287) | | | Exhibit F to Dkt. 92 Index #63 | 024 |
| | | R | A-18 | 10/31/2020 - 9/30/2021 Tecumseh-Infinity Medical Receivables Fund LP Bank of America Statements | | | | 552 |
| | | S | A-19 | 6/30/2020 - 9/30/2022 Tecumseh-Infinity Medical Receivables Fund, LP Northbrook Bank & Trust Co. Statements year ending 1991 (TEC003581 - 003657) | | 6/30/2020 - 9/30/2022 | Exhibit N to Dkt 131 | 031 |
| | | T | A-20 | BofA Account Tracing Analysis (TEC003658 - 003659) | | | Exhibit O to Dkt 131 Index #64 | 032 |
| | | U | A-21 | Email re FW: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | | 10/29/2020 | Exhibit 10 to 3/27/2023 Hemmers Depo - VOL I | 451 |
| | | V | A-22 | Email re [ENCRYPT] RE: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | | 11/4/2020 | Exhibit 38 to 3/28/2023 Pantelas Depo - VOL I | 487 |

Hearing Date:

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl | | | |
|---|---|---|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl | | | |
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exceptions | Date | Comments | Working Exh # |
| | | # | Witness | | | | | |
| | | W | A-23 | 6/25/2020 Email from Oliver Hemmers to C. Meyer & M. Belotz re Purchase Order Update (TEC003122 - 003123) | | 6/25/2020 | Exhibit J-M to Dkt. 7 | 017 |
| | | X | A-24 | 7/20/2020 Letter from Infinity to American Health Imaging re pre-authorization for patient MRI without Contrast (TEC0003187 - 003188) | | 7/20/2020 | Exhibit D to Dkt. 92 | 022 |
| | | Y | A-25 | 10/10/2020 Health Insurance Claim Form Benchmark Physical Therapy (TEC0003189 - 003190) | | 10/10/2020 | Exhibit E to Dkt. 92 | 023 |
| | | Z | B-26 | 10/20/2020 Email chain between Oliver Hemmers and Mike Belotz re NAV (TEC0003443 - 003446) | | 10/20/2020 | Exhibit H to Dkt. 92 | 026 |
| | | AA | B-27 | 2/17/2021 Order issued in Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003450 - 003454) | | 2/17/2021 | Exhibit J to Dkt 131 | 027 |
| | | BB | B-28 | Case Information Summary for Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003455 - 003474) | | | Exhibit K to Dkt 131 | 028 |
| | | CC | B-29 | 6/30/2020 - 10/29/2021 Infinity Capital Management Nevada State Bank statements Account No. ending 6375 (TEC007095 - 007160) | | 6/30/2020 - 10/29/2021 | | 036 |
| | | DD | B-30 | Investor Reports - Native Spreadsheets TEC003661B | | | | 550 |
| | | EE | B-31 | Investor Reports - Native Spreadsheets TEC003660 - 003661) | | | | 039 |
| | | FF | B-32 | 2020 Tax Filing | | | Without K-1 | 553 |
| | | GG | B-33 | 2021 Tax Filings (TEC003662 - 007066 (both 2020 and 2021) | | | TEC 004148 too larger for Imanage/ without K-1 | 040 |
| | | HH | B-34 | 2/26/2019 HASelect Original Loan and Security Agreement (TEC007167 - 007184) | | 2/25/2019 | Index #26 | 045 |
| | | II | B-35 | 12/18/2019 HASelect Second Amd & Rest Loan and Security Agreement (TEC007185 - 007199) | | 12/18/2019 | Exhibit 25 to Mike G/Debbie G Depos Index #25 (dup. at 194 removed) | 046 |
| | | JJ | B-36 | 9/6/2019 Email re wires (REV_00508184) (TEC007200) | | 9/6/2019 | Exhibit 46 to Mike G/Debbie G Depos Index #46 | 047 |
| | | KK | B-37 | 7/15/2021 Email re July reporting (REV_00002039) (TEC007201 - 007204) | | 7/15/2021 | | 048 |
| | | LL | B-38 | 6/25/2021 Email re June collection wires released (REV_00003245) *TEC007204 - 007207) | | 6/25/2021 | Index #49 | 049 |
| | | MM | B-39 | 10/29/2020 Email re Business Authorization & Cert (REV_00499718 – 00499719) (TEC007208 - 007210) | | 10/29/2020 | | 050 |
| | | NN | B-40 | 9/29/2021 Dkt. 47 Case No. 21-14486 Schedules (REV_00532605) (TEC007211 - 007225) | | 9/29/2021 | | 051 |
| | | OO | B-41 | 3/23/2021 Email re wire into account (REV_00504656) *TEC007226 - 007229) | | 3/23/2021 | | 052 |
| | | PP | B-42 | 12/23/2020 Patient Assignment (REV_00019347) (TEC007230 - 007233) | | 11/23/2020 | | 053 |
| | | QQ | B-43 | 1/17/2020 Business Associate Agreement (REV_00058230) (TEC007234 - 007240) | | 1/17/2020 | | 054 |
| | | RR | B-44 | 2/4/2021 Email re Funding Request (REV_00015212) (TEC007241 - 007243) | | 2/4/2021 | | 055 |
| | | SS | B-45 | 2/4/2021 Infinity Authorization (REV_0015213) (TEC007244) | | 2/4/2021 | | 056 |
| | | TT | B-46 | 2/26/2021 Health Insurance Claim Form – Shannon Galbreath (TEC007245 - 007249) | | 2/26/2021 | | 057 |

**Hearing Date:**

| | | Identification | Description | Offers Objections Rulings | | | |
|---|---|---|---|---|---|---|---|
| **EXHIBITS** | | **Case Title In re: INFINITY CAPITAL MANAGEMENT, INC.** | | **BK** 21-14486-abl | | | |
| | | HASelect v. Tecumseh | | Adv 21-01167-abl | | | |
| **Offered** | **Admitted** | #    Witness | **Description** | **Exceptions** | **Date** | Comments | Working Exh # |
| | | UU   B-47 | 3/22/2021 Payment to Provider (REV_00135414) (TEC007250 - 007251) | | 3/22/2021 | | 058 |
| | | VV   B-48 | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007252) | | 9/7/2021 | | 059 |
| | | WW   B-49 | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007253) | | 9/7/2021 | | 060 |
| | | XX   B-50 | 1/7/2015 Service Agreement/Contract (REV_00058232) (TEC007254 - 007258) | | 1/7/2015 | | 061 |
| | | YY   C51 | 4/16/2021 Invoice (REV_00502523) (TEC007259) | | 4/16/2021 | | 062 |
| | | ZZ   C-52 | 1/13/2021 Email re Infinity Report (REV_00512749) (TEC007260 - 007262) | | 1/13/2021 | | 063 |
| | | AAA   C-53 | 2/19/2021 Email re 4th Quarter Reconciliation (REV_00013191) (TEC007263 - 007265) | | 2/19/2021 | | 064 |
| | | BBB   C-54 | 7/15/2021 Email re July Funding Request #1 (REV_00134227 – 00134228) (TEC007266 - 007268) | | 7/15/2021 | | 065 |
| | | CCC   C-55 | 7/13/2021 Email re Funds Needed for Bank (REV_00513523 – 00513524) (TEC007269 - 007270) | | 7/13/2021 | | 066 |
| | | DDD   C-56 | 7/16/2021 Email from Jon Porter to Ann Pantelas re update on HAS negotiations (REV_00002032) (TEC007325 - 007326) | | 7/16/2021 | | 078 |
| | | EEE   C-57 | 6/15/2021 Email from Oliver Hemmers to Will Martin re reach out to Three Bell Capital (REV_00003975) *TEC007327) | | 6/15/2021 | Index #51 | 079 |
| | | FFF   C-58 | 11/4/2020 Email re Tecumseh's dba & Supporting Docs (REV_00499839 – 00499840) (TEC007328 - 007335) | | 11/4/2020 | | 080 |
| | | GGG   C-59 | 10/29/2020 Email re seeking funds (REV_00499724) (TEC007336 - 007338) | | 10/29/2020 | | 081 |
| | | HHH   C-60 | 9/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-17) (TEC007339 - 007343) | | 9/30/2020 | | 082 |
| | | III   C-61 | 10/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-26) (TEC007344 - 007349) | | 10/30/2020 | | 083 |
| | | JJJ   C-62 | 7/15/2021 Email from Oliver Hemmers to Anne Pantelas, and Igor Shleypak re July Reports (REV_00002052) (TEC007354 - 007356) | | 7/15/2021 | | 086 |
| | | KKK   C-63 | 4/8/2021 Infinity Health Insurance Form (REV_00008378) (TEC007357 - 007362) | | 4/8/2021 | | 087 |
| | | LLL   C-64 | 2/15/2021 Email from Renee Infinity Health to dMorley@swanklawgroup.com re payment to provider (REV_00013975) (TEC007363 - 007370) | | 2/15/2021 | | 088 |
| | | MMM   C-65 | 1/9/2021 Health Insurance Claim Form Sandra Harris (REV_00016608) (TEC007371 - 007376) | | 1/9/2021 | | 089 |
| | | NNN   C-66 | 1/6/2021 Health Insurance Claims Form (REV_00017218) (TEC007377 - 007379) | | 1/6/2021 | | 090 |
| | | OOO   C-67 | 11/5/2020 Contract with Provider (REV_00017220) (TEC007380 - 007382) | | 11/5/2020 | | 091 |
| | | PPP   C-68 | 12/14/2020 Email from Renee Infinity Health to Priscilla Espinosa re Request for Payment (REV_00020789) (TEC007383 - 007384) | | 12/14/2020 | | 092 |
| | | QQQ   C-69 | 11/30/2020 Infinity Authorization (REV_00022388) (TEC007385) | | 11/30/2020 | | 093 |

Hearing Date:

| Offered | Admitted | # | Witness | Description | Offers Objections Rulings Exceptions | Date | Comments | Working Exh # |
|---------|----------|------|---------|-------------|------|------|----------|---------------|
| **EXHIBITS** | | **Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC.** HASelect v. Tecumseh | | | **BK** 21-14486-abl **Adv** 21-01167-abl | | | |
| | | RRR | C-70 | 11/6/2020 Patient Assignment (REV_00022507) (TEC007386 - 007388) | | 11/6/2020 | | 094 |
| | | SSS | C-71 | 11/11/2020 Email from Miranda Pope to Felecia Infinity Health re Funding Request (REV_00024373) (TEC007389 - 007394) | | 11/11/2020 | | 095 |
| | | TTT | C-72 | 11/11/2020 Infinity's Authorization (REV_00024411) (TEC007395) | | 11/11/2020 | | 096 |
| | | UUU | C-73 | 11/2/2020 Email from Intake Infinity Health to Referral@theinjuryspecialists.com & support@theinjuryspecialists.com re Funding Request (REV_00025630) (TEC007396 - 007397) | | 11/2/2020 | | 097 |
| | | VVV | C-74 | 9/21/2020 Email from Felecia Infinity Health to Katie Serzynsk, Kevin Collins & Amber Daniel re Funding Request (REV_00030917) (TEC007398 - 007399) | | 9/21/2020 | | 098 |
| | | WWW | C-75 | 9/21/2020 Infinity Authorization (REV_00030918) (TEC007400) | | 9/21/2020 | | 099 |
| | | XXX | D-76 | 6/21/2020 Patient Assignment (REV_00039157) (TEC007401 - 007403) | | 6/21/2020 | | 100 |
| | | YYY | D-77 | 6/2/2020 Purchase & Sale Agreement – Preva (REV_00041139) (TEC007404 - 007410) | | 6/2/2020 | | 101 |
| | | ZZZ | D-78 | 3/17/2020 Infinity Service Agreement/Contract (REV_00046940) (TEC007411 - 007415) | | 3/17/2020 | | 102 |
| | | AAAA | D-79 | 9/20/2019 Purchase & Sale Agreement Cuevas (REV_00070068) (TEC007430 - 007435) | | 9/20/2019 | | 107 |
| | | BBBB | D-80 | 1/19/2021 Copy of Check #1627 (REV_00135227) (TEC007436 - 007439) | | 1/19/2021 | | 108 |
| | | CCCC | D-81 | 1/19/2021 Payment to Provider (REV_00135228) (TEC007440 - 007441) | | 1/19/2021 | | 109 |
| | | DDDD | D-82 | 12/22/2020 Copy of Check #1593 (REV_00136367) (TEC007442) | | 12/22/2020 | | 110 |
| | | EEEE | D-83 | 12/22/2020 Payment to Provider (REV_00136368) (TEC007443 - 007444) | | 12/22/2020 | | 111 |
| | | FFFF | D-84 | 3/17/2020 Infinity Service Agreement/Contract (REV_00365990) (TEC007445 - 007449) | | 3/17/2020 | | 112 |
| | | GGGG | D-85 | 3/22/2021 Email from Anne Infinity Health to Mike Belotz, Oliver Hemmers & Chad Meyer re Checking in (REV_00504660) (TEC007450 - 007451) | | 3/22/2021 | | 113 |
| | | HHHH | D-86 | 10/28/2021 Dkt. Case No. 21-14486 Amended Schedules (REV_00532606) (TEC007453 - 007459) | | 10/28/2021 | | 115 |
| | | IIII | D-87 | [DKT 35] Simon Henry Clark's Counterclaim and Third-Party Complaint(United States District Court for the Northern District of Illinois Easter Division – Case No. 22-cv-04269) (TEC007460 - 007504) | | | Exhibit 19 to Mike G/Debbie G Depos Index #19 | 116 |
| | | JJJJ | D-88 | September 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 6375 | | 9/30/2020 | Exhibit 22  to Dkt. 57 | 138 |
| | | KKKK | D-89 | September 30, 2020 Assignment and Bill of Sale for the 1-G Accounts | | 9/30/2020 | Exhibit 23  to Dkt. 57 | 139 |
| | | LLLL | D-90 | October 4, 2020 Assignment and Bill of Sale for the 1-H Accounts | | 10/4/2020 | Exhibit 25  to Dkt. 57 | 141 |
| | | MMMM | D-91 | October 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 | | 10/30/2020 | Exhibit 26  to Dkt. 57 | 142 |
| | | NNNN | D-92 | July 11, 2020 Email from Mike Belotz to Endre, et al. re Three Bell Capital | | 7/11/2020 | Exhibit 20 to Dkt. 126 | 171 |

Hearing Date:

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl | | |
|---|---|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl | | |
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exceptions | Date Comments | Working Exh # |
| | | #        Witness | | | | |
| | | OOOO    D-93 | August 17, 2021 Email from Bill@ftm-Investments to Mike Belotz and Ann Pantelas re Open Position Reports with Attached Collections Report | | 8/17/2021    Exhibit 24 to Dkt. 126 | 175 |
| | | PPPP    D-94 | Chadwick Meyer's Complaint for Declaratory, Monetary and Other Relief (In the Circuit Court of Cook County, Illinois, County Department, Cancery Division - Case No. 2019CH4290) | | 12/11/2019    Exhibit 21 to Mike G/Debbie G Depos Index #21* | 192 |
| | | QQQQ    D-95 | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC | | 3/11/2022    Exhibit 29 to Mike G/Debbie G Depos | 195 |
| | | RRRR    D-96 | Form ADV - Other-Than-Annual Amendment / Griffin Asset Management LLC | | 6/28/2022    Exhibit 66 to Mike G/Debbie G Depos Index #66 | 196 |
| | | SSSS    D-97 | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC | | 3/27/2023    Exhibit 31 to Mike G / Debbie G Depos | 197 |
| | | TTTT    D-98 | 10/17/2019 Email from Oliver Hemmers to Debbie Griffin & Endre Dobozy re Draw Request | | 10/17/2019 | 202 |
| | | UUUU    D-99 | 3/1/2020 email from Mike Belotz to Chad Meyer re FTM HA Agreement | | 3/1/2020    Exhibit 7 to 7/19/2023 Deposition of Michael Belotz | 210 |
| | | VVVV    D-100 | 3/9/2020 Email from Endre@ftm-investments.com to Chad Meyer re Touching Base | | 3/9/2020    Exhibit 9 to 7/19/2023 Deposition of Michael Belotz | 211 |
| | | WWWW    E-101 | 3/28/2020 Email from Bill@ftm-investmenets.com re Notes from the callcall | | 3/28/2020    Exhibit 11 to 7/19/2023 Deposition of Michael Belotz | 213 |
| | | XXXX    E-102 | 5/7/2020 Email from Endre@ftm-investments.com to Chad Meyer RE  Quick question | | 5/7/2020    Exhibit 17 to 7/19/2023 Deposition of Michael Belotz | 215 |
| | | YYYY    E-103 | 6/17/2020 Email from Anne Pantelas to Chad Meyer, Mike Belotz, Endre@ftm-investments.com, Bill@ftm-investments.com, Oliver Hemmers & Simon Clark re short agenda - How to | | 6/17/2020    Exhibit 31 to 7/19/2023 Deposition of Michael Belotz | 220 |
| | | ZZZZ    E-104 | 8/10/2020 Email from Bill@ftm-investments.com to Chad Meyer and Mike Belotz RE_ Revised July Report | | 8/12/2020    Exhibit 39 to 7/19/2023 Deposition of Michael Belotz | 224 |
| | | AAAAA    E-105 | 8/12/220 Email from Bill@ftm-investments.com to Mike Belotz, Chad Meyer and Li-Chiun Su RE_ Investor portfolio data | | 8/12/2020    Exhibit 40 to 7/19/2023 Deposition of Michael Belotz | 225 |
| | | BBBBB    E-106 | 6/29/2020 Email from Anne Pantelas to ImanIqbai-LAS VEGAS NV, Oliver Hemmers, Chad Meyer FW_ DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | | 8/10/2020    Exhibit 44 to 7/19/2023 Deposition of Michael Belotz | 226 |
| | | CCCCC    E-107 | 11/23/2020 Email from Endre@ftm-investments.com to Chad Meyer, Mike Belotz, Bill@ftm-investments.com and Brenda Dalzell re Infinity Call Update | | 11/23/2020    Exhibit 49 to 7/19/2023 Deposition of Michael Belotz | 228 |
| | | DDDDD    E-108 | 3/5/2021 Email from maristela@infinitycapital.com to Mike Belotz, bill@ftm-investments.com RE_ Tecumseh - Finance Report October 2020 | | 3/5/2021    Exhibit 54 to 7/19/2023 Deposition of Michael Belotz | 232 |
| | | EEEEE    E-109 | 10/12/2021 Email from Oliver Hemmers to Mike Belotz and Anne Pantelas re Tecumseh Termination | | 10/12/2021    Exhibit 67 to 7/19/2023 Deposition of Michael Belotz | 240 |
| | | FFFFF    E-110 | Signed TI-FTM Agreement dated 6/24/2020 | | 6/24/2020    Exhibit 100 to 7/19/2023 Deposition of Michael Belotz | 247 |
| | | GGGGG    E-111 | HASelect's Financial Statements and Independent Auditors' Report dated December 31, 2020 | | Exhibit 22 to Mike G/Debbie G Depos Index #22 | 256 |
| | | HHHHH    E-112 | 6/11/2020 Demand Letter from Attorney Michael L. Gesas to Anne Pantelas [INFINITY 001436-001455] | | Exhibit 55 to Mike G/Debbie G Depos Index #55 | 257 |

Hearing Date:

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exceptions | Date | Comments | Working Exh # |
|---|---|---|---|---|---|---|---|---|
| | | # | Witness | | | | | |
| | | IIIII | E-113 | Saul Ewing Anstein July 10, 2020, Letter w/o attachment, July 10, 2020 [Infinity 000967-000971] | | | Index #56 | 258 |
| | | JJJJJ | E-114 | Infinity Capital Management, Inc. Financial Statements – December 31, 2019 Infinity audit 12/31/2019 (2) (TEC000357) | | | Exhibit 11 to Mike G/Debbie G Depos Index #11 | 259 |
| | | KKKKK | E-115 | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, FEBRUARY 26, 2019 TO DECEMBER 31, 2019, AUDIT REPORT | | | Exhibit 57 to Mike G/Debbie G Depos Index #57 | 260 |
| | | LLLLL | E-116 | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2021, AUDIT REPORT | | 12/31/2022 | Exhibit 61 to Mike G/Debbie G Depos Index #61 | 261 |
| | | MMMMM | E-117 | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2022, AUDIT REPORT | | 12/31/2022 | Exhibit 62 to Mike G/Debbie G Depos Index #62 | 262 |
| | | NNNNN | E-118 | Proof of Claim No. 8 dated 12/22/2021 (Case No. 21-14486) – Creditor HASelect-Medical Receivables Litigation Finance Fund International SP [ECF 65] | | | Exhibit 18 to Mike G/Debbie G Depos Index #18 | 264 |
| | | OOOOO | E-119 | Griffin-ADV-2022-March-11 [E-mail dated 7/24/2023 from John Seem to MN re: | | | Index #29 | 268 |
| | | PPPPP | E-120 | Griffin-ADV-2022-June-28 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] | | 6/28/2022 | Exhibit No. 30 to Mike G/Debbie G Depos Index #30 | 269 |
| | | QQQQQ | E-121 | Griffin-ADV-2023-March-27 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] | | | Index #31 | 270 |
| | | RRRRR | E-122 | 5/30/2020 Email from Mike Griffin to Oliver Hemmers and Ann Pantelas with attached Notice of Default to Infinity [Production of | | | Index #32 [Production of documents in Ch 7 -Deposition (M4)] | 271 |
| | | SSSSS | E-123 | Notice of Default to Infinity dated 5/30/2020 | | | Index #33  [Production of documents in Ch 7 - Deposition (M4)] | 272 |
| | | TTTTT | E-124 | Griffin Asset Management LLC and HASELECT-FTM Medical Receivables Litigation Finance Fund SP, Complaint [Filed as Exhibit 5 to ECF NO. 126, 21-01167] | | | Index #52 | 276 |
| | | UUUUU | E-125 | Resignation Letter, Alternative Investment Specialist Ltd and FTM Ltd, Dated: June 7, 2020 | | | Index #58 | 278 |
| | | VVVVV | F-126 | 2/22/2020 Email from Simon Clark to Mark Young, et al. re Movin' On | | 2/22/2020 | Exhibit 20 to 7/18/2023 Clark Depo | 321 |
| | | WWWWW | F-127 | 11/21/2018 Email from Chad Meyer to Endre Meyer re Follow ups | | 11/21/2018 | Exhibit 2 to 7/17/2023 Meyer Depo | 348 |
| | | XXXXX | F-128 | 3/24/2020 Email from Endre to Chad Meyer and Mike Belotz re Write-up for Infinity | | 3/24/2020 | Exhibit 10 to 7/17/2023 Meyer Depo | 352 |
| | | YYYYY | F-129 | 4/9/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page | | 4/9/2020 | Exhibit 12 to 7/17/2023 Meyer Depo | 354 |
| | | ZZZZZ | F-130 | 4/14/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page | | 4/14/2020 | Exhibit 15 to 7/17/2023 Meyer Depo | 357 |
| | | AAAAA | F-131 | 4/18/2020 Email from Endre to Mike Belotz re Updated proposal for Infinity | | 4/18/2020 | Exhibit 16 to 7/17/2023 Meyer Depo | 358 |
| | | BBBBBB | F-132 | 6/8/2020 Email from Endre to Chad Meyer and Mike Belotz re HAselect-FTM Fund Update | | 6/8/2020 | Exhibit 27 to 7/17/2023 Meyer Depo | 364 |
| | | CCCCCC | F-133 | 8/10/2020 Email from bill@ftm-investments to Chad Meyer and Mike Belotz re Revised July Report | | 8/10/2020 | Exhibit 39 to 7/17/2023 Meyer Depo | 373 |

EXHIBITS

Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC.
HASelect v. Tecumseh

BK 21-14486-abl
Adv 21-01167-abl

Hearing Date:

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC.<br>HASelect v. Tecumseh | | BK 21-14486-abl<br>Adv 21-01167-abl | | | |
|---|---|---|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exceptions | | | |
| | | # | Witness | | | Date | Comments | Working Exh # |

| Offered | Admitted | # | Witness | Description | Offers/Objections/Rulings/Exceptions | Date | Comments | Working Exh # |
|---|---|---|---|---|---|---|---|---|
| | | DDDDDD | F-134 | 8/12/2020 Email from bill@ftm-investments to Mlke Belotz, Chad Meyer and Li-Chiun Su re Investor portfolio data | | 8/12/2020 | Exhibit 40 to 7/17/2023 Meyer Depo | 374 |
| | | EEEEEE | F-135 | 9/19/2020 Email from bill@ftm-investments to Chad Meyer and Oliver Hemmers re UCC? | | 9/19/2020 | Exhibit 41 to 7/17/2023 Meyer Depo | 375 |
| | | FFFFFF | F-136 | 9/28/2020 Email from Endre to Chad Meyer, Mike Belotz, bill@ftm-investments and Brenda Dalzell re Conversation with Infinity | | 9/28/2020 | Exhibit 42 to 7/17/2023 Meyer Depo | 376 |
| | | GGGGGG | F-137 | 2/25/2021 Email from Endre to Mike Belotz re 4th Q reconciliation | | 2/25/2021 | Exhibit 53 to 7/17/2023 Meyer Depo | 382 |
| | | HHHHHH | F-138 | 7/6/2021 Email from Oliver Hemmers to Jon Porter and Will Martin re Loan Amount | | 7/6/2021 | Exhibit 58 to 7/17/2023 Meyer Depo | 384 |
| | | IIIIII | F-139 | 7/16/201 Email from Anne Pantelas to Jon Porter re Any updates on the HAS negotiations? | | 7/16/2021 | Exhibit 59 to 7/17/2023 Meyer Depo | 385 |
| | | JJJJJJ | F-140 | Infinity Capital Management Inc. Balance Sheet | | 12/31/2020 | Exhibit 6 to 11/9/2021 Pantelas Rule 2004 Examination | 413 |
| | | KKKKKK | F-141 | 7/7/2021 Email from Oliver Hememrs to Hedgact re June 2021 Cash Application Reporting Inquiry | | 7/7/2021 | Exhibit 1 to 3/27/2023 Hemmers Depo - VOL I | 442 |
| | | LLLLLL | F-142 | 7/15/2021 Email from Oliver Hemmers to Info@HedgAct re Follow Up on 6/24 email \|\| Re: 2021 Updated Master Loan Agreement (MLA) Schedule of FTM Note Balances | | 7/15/2021 | Exhibit 7 to 3/27/2023 Hemmers Depo - VOL I | 448 |
| | | MMMMMM | F-143 | 6/25/2021 Email from Oliver Hemmers to Info@HedgAct re Wires Released \|\| Re: Please set up June collection wires today (6/25) \|\| Fwd: ShareFile Activity Notification \|\| $125,909.70 | | 6/25/2021 | Exhibit 8 to 3/27/2023 Hemmers Depo - VOL I | 449 |
| | | NNNNNN | F-144 | 3/23/2021 Email from Anne Infinity Health to Mike Belotz and Chad Meyer re Checking in | | 3/23/2021 | Exhibit 12 to 3/27/2023 Hemmers Depo - VOL I | 453 |
| | | OOOOOO | F-145 | Assignment of Benefits/Medical Lien and Security Agreement dated 12/23/2020 | | 12/23/2020 | Exhibit 13A to 3/27/2023 Hemmers Depo - VOL I | 454 |
| | | PPPPPP | F-146 | 2/4/2021 Email from Felicia Infinity Health to Miranda Pope re Physician Followup Treatment Request – Shannon Galbreath | | 2/4/2021 | Exhibit 13C to 3/27/2023 Hemmers Depo - VOL I | 456 |
| | | QQQQQQ | F-147 | 2/4/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopedics, PC re Scheduling (Shannon Galbreath) | | 2/4/2021 | Exhibit 13D to 3/27/2023 Hemmers Depo - VOL I | 457 |
| | | RRRRRR | F-148 | Health Insurance Clam Form dated 2/26/2021 – Shannon v. Galbreath | | 2/26/2021 | Exhibit 13E to 3/27/2023 Hemmers Depo - VOL I | 458 |
| | | SSSSSS | F-149 | 3/22/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopaedics PC re Carolina Arciniegas, Caprice Banks, Shannon Galbreath, Shirley McCarthy and Janell Washington | | 3/22/2021 | Exhibit 13F to 3/27/2023 Hemmers Depo - VOL I | 459 |
| | | TTTTTT | F-150 | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath | | 9/7/2021 | Exhibit 13G to 3/27/2023 Hemmers Depo - VOL I | 460 |
| | | UUUUUU | G-151 | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath | | 9/7/2021 | Exhibit 13H to 3/27/2023 Hemmers Depo - VOL I | 461 |
| | | VVVVVV | G-152 | 1/7/2015 Service Agreement/Contract between Non-Surgical Orthopaedics PC and The Center for Spine Procedures | | 1/7/2015 | Exhibit 13I to 3/27/2023 Hemmers Depo - VOL I | 462 |
| | | WWWWWW | G-153 | Invoice to Tecumseh-Infinity MRF for Acquisition Fee for AR purchases up to 04.16.21 | | 4/16/2021 | Exhibit 14 to 3/27/2023 Hemmers Depo - VOL I | 463 |
| | | XXXXXX | G-154 | June 2021 Deposit Summary Report - Tecumseh-Infinity Medical Receivables | | Jun-21 | Exhibit 15 to 3/27/2023 Hemmers Depo - VOL I | 464 |
| | | YYYYYY | G-155 | Deposit Summary Report - Tecumseh-Infinity Medical Receivables | | No date | Exhibit 16 to 3/27/2023 Hemmers Depo - VOL I | 465 |

**Hearing Date:**

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl | | | |
|---|---|---|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl | | | |
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exceptions | Date | Comments | Working Exh # |
| | | # | Witness | | | | |
| | | ZZZZZZZ | G-156 | Benchmark Physical Therapy Statement | | 3/19/2021 | Exhibit 17 to 3/27/2023 Hemmers Depo - VOL I | 466 |
| | | AAAAAAA | G-157 | The Physicians Spine & Rehabilitaton Specialists of Georgia Statement | | 3/19/2021 | Exhibit 18 to 3/27/2023 Hemmers Depo - VOL I | 467 |
| | | BBBBBBB | G-158 | 1/13/2021 Email from Oliver Hemmers to Info@HedgeAct re HedgeACT Fund || December 2020 Payments || Unresolved items | | 1/13/2021 | Exhibit 19 to 3/27/2023 Hemmers Depo - VOL I | 468 |
| | | CCCCCCC | G-159 | BofA Transaction Screenshot | | 8/6/2011 | Exhibit 20 to 3/27/2023 Hemmers Depo - VOL I | 469 |
| | | DDDDDDD | G-160 | 2/19/2021 Email from Oliver Hemmers to Mike Belotz re 4th Quarter Reconciliation | | 2/19/2021 | Exhibit 22 to 3/27/2023 Hemmers Depo - VOL I | 471 |
| | | EEEEEEE | G-161 | 7/15/2021 Email from bill@ftm-investments to Mike Belotz re July Funding Request #1 | | 7/15/2021 | Exhibit 23 to 3/27/2023 Hemmers Depo - VOL I | 472 |
| | | FFFFFFF | G-162 | 7/13/2021 Email from Oliver Hemmers to bill@ftm-investments re Funds needed for Bank | | 7/13/2021 | Exhibit 24 to 3/27/2023 Hemmers Depo - VOL I | 473 |
| | | GGGGGGG | G-163 | 6/15/2021 Email from Oliver Hemmers to Will Martin re Update | | 6/15/2021 | Exhibit 37 to 3/27/2023 Hemmers Depo - VOL I | 486 |
| | | HHHHHHH | G-164 | 10/29/2020 Email from Anne Pantelas to Chad Meyer re Bank Transfer | | 10/29/2020 | Exhibit 39 to 3/28/2023 Pantelas Depo - VOL I | 488 |
| | | IIIIIII | G-165 | 6/27/2019 Service Agreement/Contract between Center for Spine & Pain Medicine PC and Infinity Capital Management/Infinity Health Connections. | | 6/27/2019 | Exhibit 52 to 5/5/2023 Hemmers Depo - VOL. II | 491 |
| | | JJJJJJJ | G-166 | List of Receivables for Funding Draw HAS-22 | | No date | Exhibit 56 to 5/5/2023 Hemmers Depo - VOL. II | 495 |
| | | KKKKKKK | G-167 | 1/1/2018 - 12/31/2018 Income Statement - Infinity Capital Management, Inc. | | 1/1/2018 - 12/31/2018 | Exhibit 58 to 5/5/2023 Hemmers Depo - VOL. II | 497 |
| | | LLLLLLL | G-168 | 12/12/2018 Email from Oliver Hemmers to Chad Meyer re Blanket lien draft | | 12/12/2018 | Exhibit 59 to 5/5/2023 Hemmers Depo - VOL. II | 498 |
| | | MMMMMMM | G-169 | 6/15/2021 Email from Mike Belotz to Oliver Hemmers re Receivable data | | 6/15/2021 | Exhibit 72 to 5/10/2023 Pantelas Depo - VOL II | 511 |
| | | NNNNNNN | G-170 | Minutes of Conference call held on 4/28/2021 | | 4/28/2011 | Exhibit 75 to 5/10/2023 Pantelas Depo - VOL II | 514 |
| | | OOOOOOO | G-171 | Minutes of Conference call held on 5/26/2021 | | 5/26/2021 | Exhibit 76 to 5/10/2023 Pantelas Depo - VOL II | 515 |
| | | PPPPPPP | G-172 | Minutes of Conference call held on 6/9/2021 | | 6/9/2021 | Exhibit 77 to 5/10/2023 Pantelas Depo - VOL II | 516 |
| | | QQQQQQQ | G-173 | Balance Sheet - Tecumseh-Infinity- Accrual Basis as of 12/31/2021 | | 12/31/2021 | Exhibit 84 to 5/10/2023 Pantelas Depo - VOL II | 523 |
| | | RRRRRRR | G-174 | 6/12/2020 Email from Simon Clark to Oliver Hemmers and Anne Pantelas re Final decision | | 7/12/2020 | Exhibit 87 to 5/10/2023 Pantelas Depo - VOL II | 526 |
| | | SSSSSSS | G-175 | 8/10/2020 Email from Anne Pantelas to Mike Belotz and Oliver Hemmers re Some potential good news and update on housekeeping items for the BOA account | | 8/10/2020 | Exhibit 88 to 5/10/2023 Pantelas Depo - VOL II | 527 |
| | | TTTTTTT | H-176 | 5/15/2019 E-mail from Oliver Hemmers to Info@HedgeAct re Draw Request HAS-4 | | 5/15/2019 | | 537 |
| | | UUUUUUU | H-177 | Draw HAS-4 (REV  00489523) | | | | 528 |
| | | VVVVVVV | H-178 | 6/19/2019 E-mail from Oliver Hemmers to Info@HedgeAct, bill@ftm-investments & endre@ftm-investments re Draw Request HAS-5 | | 6/19/2019 | | 538 |
| | | WWWWWWW | H-179 | Draw HAS-5 (REV  00490066) | | | | 529 |
| | | XXXXXXX | H-180 | 7/17/2019 E-mail from Oliver Hemmers to Info@HedgeAct, endre@ftm-investments.com & Compliance re Draw Request HAS-6 | | 7/17/2019 | | 539 |
| | | YYYYYYY | H-181 | Draw HAS-6 (REV  00490706) | | | | 530 |
| | | ZZZZZZZ | H-182 | 8/20/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-9 | | 8/20/2019 | | 540 |
| | | AAAAAAAA | H-183 | Draw HAS-9 (REV  00491512) | | | | 531 |

**Hearing Date:**

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC.<br>HASelect v. Tecumseh | | BK 21-14486-abl<br>Adv 21-01167-abl | | | |
|---|---|---|---|---|---|---|---|
| Offered | Admitted | Identification<br>————————————<br>#        Witness | Description | Offers<br>Objections<br>Rulings<br>Exceptions | Date | Comments | Working Exh # |
| | | BBBBBBBB H-184 | 11/12/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-13 | | 11/12/2019 | | 541 |
| | | CCCCCCCC H-185 | Draw HAS-13 (REV  00492726) | | | | 534 |
| | | DDDDDDDD H-186 | 12/9/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-14 | | 12/9/2019 | | 542 |
| | | EEEEEEEE H-187 | Draw HAS-14 (REV  00493339) | | | | 535 |
| | | FFFFFFFF  H-188 | 11/5/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-15 | | 11/15/2019 | | 543 |
| | | GGGGGGGG H-189 | Draw HAS-15 (REV  00487540) | | | | 536 |
| | | HHHHHHHH H-190 | 4/27/2020 E-mail from Oliver Hemmers to Info@HedgeAct & Mike Griffin re Draw Request HAS-22 | | 4/27/2020 | | 545 |
| | | IIIIIIII     H-191 | Draw HAS-22 (REV  00495922) | | | | 544 |
| | | JJJJJJJJ    H-192 | TIFDumpWithIncome-Final -- BOA Sort | | | | 554 |
| | | KKKKKKK H-193 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake F (Batch 6, 7 & 8) PO#1-F-9-15 (TEC007272 - 007280) | | | | 555 |
| | | LLLLLLLL  H-194 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 12 A & B) PO# 1-I-10-18 (TEC007302 - 007306) | | | | 556 |
| | | MMMMMM<br>MM        H-195 | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-A) PO# 1-J-10-19 (TEC007308) | | | | 557 |