GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**ERRATA TO JOINT PRE-TRIAL STATEMENT** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, *et al.*,<br><br>Counter-Claimant<br>v.<br><br>TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP, *et al.*,<br><br>Counter-Defendants. | |

Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh"), by and through its counsel, the law firm of Garman Turner Gordon, LLP, hereby submits its errata to the Joint Pre-Trial Statement [ECF No. 266] (the "Joint Pre-Trial Statement"), filed on August 15, 2023.

The filing of this errata is necessary because Exhibit B to the Joint Pre-Trial Statement was erroneously submitted. The corrected exhibit is attached hereto.

Dated this 18th day of August 2023.

GARMAN TURNER GORDON LLP

By: /s/ Jared M. Sechrist
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

-and-

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# EXHIBIT B

# Defendant Tecumseh-Infinity Medical Receivables Fund, Lp's Trial Exhibit List

# EXHIBIT B

# DEFENDANT'S TRIAL
# EXHIBITS

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | | Description | Offers |
| | | | | | Objections |
| | | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | A-1 | | List of Disputed Receivables | |
| | | A-2 | | List of Disputed Receivables -- Overlap | |
| | | A-3 | | Sub-Advisory Agreement Tecumseh-Infinity Medical receivables Fund LP dated 6/18/2020 (TEC002976 - 002984) | |
| | | A-4 | | Tecumseh-Infinity MR Fund  List of Receivables for Series-1/Intake B (TEC002985 - 002987) | |
| | | A-5 | | Tecumseh-Infinity MR Fund - Analyed List of Receivables for Series 1/Intake F (Batch 6, 7 & 8) (TEC007067 - 007071) | |
| | | A-6 | | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake I (Batch 12 A&B) (TEC007072 - 007087) | |
| | | A-7 | | Tecumseh-Infinity MR Fund - Analyzed List of Receivables for Series 1/Intake J (Batch 14-A) (TEC007088 - 007094) | |
| | | A-8 | | Excerpts from Nevada State Bank Acct. 6375 -- Infinity Capital Management -- re 1-F, 1-I & 1-J Receivables | |
| | | A-9 | | Tecumseh-Infinity MR Fund    List of Receivables for Series-1/Intake K (Batch DP-1 (TEC003110 - 003113)) | |
| | | A-10 | | 9/22/2020 Tecumseh Receivables Purchase Order PO#1-F-9-15 (TEC007271) | |
| | | A-11 | | 10/12/2020 Tecumseh Receivables Purchase Order PO# 1-I-10-18 (TEC007281) | |
| | | A-12 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 13) PO# 1-I-10-18 (TEC007282 - 007301) | |
| | | A-13 | | 10/23/2020 Tecumseh Receivables Purchase Order PO# 1-J-10-19 (TEC007307) | |
| | | A-14 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-B) PO# 1-J-10-19 (TEC007309 - 007312) | |
| | | A-15 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-C) PO# 1-J-10-19 (TEC007313 - 007320) | |
| | | A-16 | | 10/30/2020 Tecumseh Receivables Purchase Order PO# 1-K-10-20 (TEC007321) | |
| | | A-17 | | Reconciliation to Tecumseh's BofA Account Statements (TEC0003191 - 003287) | |
| | | A-18 | | 10/31/2020 - 9/30/2021 Tecumseh-Infinity Medical Receivables Fund LP Bank of America Statements | |
| | | A-19 | | 6/30/2020 - 9/30/2022 Tecumseh-Infinity Medical Receivables Fund, LP Northbrook Bank & Trust Co. Statements account ending 1991 (TEC003581 - 003657) | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | A-20 | | BofA Account Tracing Analysis (TEC003658 - 003659) | |
| | | A-21 | | Email re FW: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | |
| | | A-22 | | Email re [ENCRYPT] RE: DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | |
| | | A-23 | | 6/25/2020 Email from Oliver Hemmers to C. Meyer & M. Belotz re Purchase Order Update (TEC003122 - 003123) | |
| | | A-24 | | 7/20/2020 Letter from Infinity to American Health Imaging re pre-authorization for patient MRI without Contrast (TEC0003187 - 003188) | |
| | | A-25 | | 10/10/2020 Health Insurance Claim Form Benchmark Physical Therapy (TEC0003189 - 003190) | |
| | | B-26 | | 10/20/2020 Email chain between Oliver Hemmers and Mike Belotz re NAV (TEC0003443 - 003446) | |
| | | B-27 | | 2/17/2021 Order issued in Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003450 - 003454) | |
| | | B-28 | | Case Information Summary for Circuit Court of Cook County, Illinois, Chancery Division Case No. 2020 CH 4427 Griffin Asset Management LLC et al. V. Chadwick Meyer, et al. (TEC003455 - 003474) | |
| | | B-29 | | 6/30/2020 - 10/29/2021 Infinity Capital Management Nevada State Bank statements Account No. ending 6375 (TEC007095 - 007160) | |
| | | B-30 | | Investor Reports - Native Spreadsheets TEC003661B | |
| | | B-31 | | Investor Reports - Native Spreadsheets (TEC003660 - 003661) | |
| | | B-32 | | 2020 Tax Filing | |
| | | B-33 | | 2021 Tax Filings (TEC003662 - 007066 (both 2020 and 2021) | |
| | | B-34 | | 2/26/2019 HASelect Original Loan and Security Agreement (TEC007167 - 007184) | |
| | | B-35 | | 12/18/2019 HASelect Second Amd & Rest Loan and Security Agreement (TEC007185 - 007199) | |
| | | B-36 | | 9/6/2019 Email re wires (REV_00508184) (TEC007200) | |
| | | B-37 | | 7/15/2021 Email re July reporting (REV_00002039) (TEC007201 - 007203) | |
| | | B-38 | | 6/25/2021 Email re June collection wires released (REV_00003245) *TEC007204 - 007207) | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | B-39 | | 10/29/2020 Email re Business Authorization & Cert (REV_00499718 – 00499719) (TEC007208 - 007210) | |
| | | B-40 | | 9/29/2021 Dkt. 47 Case No. 21-14486 Schedules (REV_00532605) (TEC007211 - 007225) | |
| | | B-41 | | 3/23/2021 Email re wire into account (REV_00504656) *TEC007226 - 007229) | |
| | | B-42 | | 12/23/2020 Patient Assignment (REV_00019347) (TEC007230 - 007233) | |
| | | B-43 | | 1/17/2020 Business Associate Agreement (REV_00058230) (TEC007234 - 007240) | |
| | | B-44 | | 2/4/2021 Email re Funding Request (REV_00015212) (TEC007241 - 007243) | |
| | | B-45 | | 2/4/2021 Infinity Authorization (REV_0015213) (TEC007244) | |
| | | B-46 | | 2/26/2021 Health Insurance Claim Form – Shannon Galbreath (TEC007245 - 007249) | |
| | | B-47 | | 3/22/2021 Payment to Provider (REV_00135414) (TEC007250 - 007251) | |
| | | B-48 | | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007252) | |
| | | B-49 | | 9/7/2021 Email re Request for Payment (REV_00000254) (TEC007253) | |
| | | B-50 | | 1/7/2015 Service Agreement/Contract (REV_00058232) (TEC007254 - 007258) | |
| | | C51 | | 4/16/2021 Invoice (REV_00502523) (TEC007259) | |
| | | C-52 | | 1/13/2021 Email re Infinity Report (REV_00512749) (TEC007260 - 007262) | |
| | | C-53 | | 2/19/2021 Email re 4th Quarter Reconciliation (REV_00013191) (TEC007263 - 007265) | |
| | | C-54 | | 7/15/2021 Email re July Funding Request #1 (REV_00134227 – 00134228) (TEC007266 - 007268) | |
| | | C-55 | | 7/13/2021 Email re Funds Needed for Bank (REV_00513523 – 00513524) (TEC007269 - 007270) | |
| | | C-56 | | 7/16/2021 Email from Jon Porter to Ann Pantelas re update on HAS negotiations (REV_00002032) (TEC007325 - 007326) | |
| | | C-57 | | 6/15/2021 Email from Oliver Hemmers to Will Martin re reach out to Three Bell Capital (REV_00003975) *TEC007327) | |
| | | C-58 | | 11/4/2020 Email re Tecumseh's dba & Supporting Docs (REV_00499839 – 00499840) (TEC007328 - 007335) | |
| | | C-59 | | 10/29/2020 Email re seeking funds (REV_00499724) (TEC007336 - 007338) | |
| | | C-60 | | 9/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-17) (TEC007339 - 007343) | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| Offered | Admitted | HASelect v. Tecumseh | | Adv 21-01167-abl |
| | | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | C-61 | | 10/30/2020 Nevada State Bank Statement Tecumseh Wire from NAV (21-01167-57-26) (TEC007344 - 007349) | |
| | | C-62 | | 7/15/2021 Email from Oliver Hemmers to Anne Pantelas, and Igor Shleypak re July Reports (REV_00002052) (TEC007354 - 007356) | |
| | | C-63 | | 4/8/2021 Infinity Health Insurance Form (REV_00008378) (TEC007357 - 007362) | |
| | | C-64 | | 2/15/2021 Email from Renee Infinity Health to dMorley@swanklawgroup.com re payment to provider (REV_00013975) (TEC007363 - 007370) | |
| | | C-65 | | 1/9/2021 Health Insurance Claim Form Sandra Harris (REV_00016608) (TEC007371 - 007376) | |
| | | C-66 | | 1/6/2021 Health Insurance Claims Form (REV_00017218) (TEC007377 - 007379) | |
| | | C-67 | | 11/5/2020 Contract with Provider (REV_00017220) (TEC007380 - 007382) | |
| | | C-68 | | 12/14/2020 Email from Renee Infinity Health to Priscilla Espinosa re Request for Payment (REV_00020789) (TEC007383 - 007384) | |
| | | C-69 | | 11/30/2020 Infinity Authorization (REV_00022388) (TEC007385) | |
| | | C-70 | | 11/6/2020 Patient Assignment (REV_00022507) (TEC007386 - 007388) | |
| | | C-71 | | 11/11/2020 Email from Miranda Pope to Felecia Infinity Health re Funding Request (REV_00024373) (TEC007389 - 007394) | |
| | | C-72 | | 11/11/2020 Infinity's Authorization (REV_00024411) (TEC007395) | |
| | | C-73 | | 11/2/2020 Email from Intake Infinity Health to Referral@theinjuryspecialists.com & support@theinjuryspecialists.com re Funding Request (REV_00025630) (TEC007396 - 007397) | |
| | | C-74 | | 9/21/2020 Email from Felecia Infinity Health to Katie Serzynsk, Kevin Collins & Amber Daniel re Funding Request (REV_00030917) (TEC007398 - 007399) | |
| | | C-75 | | 9/21/2020 Infinity Authorization (REV_00030918) (TEC007400) | |
| | | D-76 | | 6/21/2020 Patient Assignment (REV_00039157) (TEC007401 - 007403) | |
| | | D-77 | | 6/2/2020 Purchase & Sale Agreement – Preva (REV_00041139) (TEC007404 - 007410) | |
| | | D-78 | | 3/17/2020 Infinity Service Agreement/Contract (REV_00046940) (TEC007411 - 007415) | |
| | | D-79 | | 9/20/2019 Purchase & Sale Agreement Cuevas (REV_00070068) (TEC007430 - 007435) | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | D-80 | | 1/19/2021 Copy of Check #1627 (REV_00135227) (TEC007436 - 007439) | |
| | | D-81 | | 1/19/2021 Payment to Provider (REV_00135228) (TEC007440 - 007441) | |
| | | D-82 | | 12/22/2020 Copy of Check #1593 (REV_00136367) (TEC007442) | |
| | | D-83 | | 12/22/2020 Payment to Provider (REV_00136368) (TEC007443 - 007444) | |
| | | D-84 | | 3/17/2020 Infinity Service Agreement/Contract (REV_00365990) (TEC007445 - 007449) | |
| | | D-85 | | 3/22/2021 Email from Anne Infinity Health to Mike Belotz, Oliver Hemmers & Chad Meyer re Checking in (REV_00504660) (TEC007450 - 007451) | |
| | | D-86 | | 10/28/2021 Dkt. Case No. 21-14486 Amended Schedules (REV_00532606) (TEC007453 - 007459) | |
| | | D-87 | | [DKT 35] Simon Henry Clark's Counterclaim and Third-Party Complaint(United States District Court for the Northern District of Illinois Easter Division – Case No. 22-cv-04269) (TEC007460 - 007504) | |
| | | D-88 | | September 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 6375 | |
| | | D-89 | | September 30, 2020 Assignment and Bill of Sale for the 1-G Accounts | |
| | | D-90 | | October 4, 2020 Assignment and Bill of Sale for the 1-H Accounts | |
| | | D-91 | | October 30, 2020 Monthly Account Statement for Infinity's Nevada State Bank account ending in 8420 | |
| | | D-92 | | July 11, 2020 Email from Mike Belotz to Endre, et al. re Three Bell Capital | |
| | | D-93 | | August 17, 2021 Email from Bill@ftm-Investments to Mike Belotz and Ann Pantelas re Open Position Reports with Attached Collections Report | |
| | | D-94 | | Chadwick Meyer's Complaint for Declaratory, Monetary and Other Relief (In the Circuit Court of Cook County, Illlinois, County Department, Cancery Division - Case No. 2019CHI4290) | |
| | | D-95 | | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC | |
| | | D-96 | | Form ADV - Other-Than-Annual Amendment / Griffin Asset Management LLC | |
| | | D-97 | | Form ADV - Annual Amendment - All Sections / Griffin Asset Management LLC | |
| | | D-98 | | 10/17/2019 Email from Oliver Hemmers to Debbie Griffin & Endre Dobozy re Draw Request | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| Offered | Admitted | HASelect v. Tecumseh | | Adv 21-01167-abl |
| | | Identification | Description | Offers |
| | | _____ | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | D-99 | | 3/1/2020 email from Mike Belotz to Chad Meyer re FTM HA Agreement | |
| | | D-100 | | 3/9/2020 Email from Endre@ftm-investments.com to Chad Meyer re Touching Base | |
| | | E-101 | | 3/28/2020 Email from Bill@ftm-investmenets.com re Notes from the callcall | |
| | | E-102 | | 5/7/2020 Email from Endre@ftm-investments.com to Chad Meyer RE_ Quick question | |
| | | E-103 | | 6/17/2020 Email from Anne Pantelas to Chad Meyer, Mike Belotz, Endre@ftm-investments.com, Bill@ftm-investments.com, Oliver Hemmers & Simon Clark re short agenda - How to | |
| | | E-104 | | 8/10/2020 Email from Bill@ftm-investments.com to Chad Meyer and Mike Belotz RE_ Revised July Report | |
| | | E-105 | | 8/12/220 Email from Bill@ftm-investments.com to Mike Belotz, Chad Meyer and Li-Chiun Su RE_ Investor portfolio data | |
| | | E-106 | | 6/29/2020 Email from Anne Pantelas to ImanIqbai-LAS VEGAS NV, Oliver Hemmers, Chad Meyer FW_ DBA of Infinity Health Connections to Bank of America Account - named Tecumseh-Infinity Medical Receivables Fund | |
| | | E-107 | | 11/23/2020 Email from Endre@ftm-investments.com to Chad Meyer, Mike Belotz, Bill@ftm-investments.com and Brenda Dalzell re Infinity Call Update | |
| | | E-108 | | 3/5/2021 Email from maristela@infinitycapital.com to Mike Belotz, bill@ftm-investments.com RE_ Tecumseh - Finance Report October 2020 | |
| | | E-109 | | 10/12/2021 Email from Oliver Hemmers to Mike Belotz and Anne Pantelas re Tecumseh Termination | |
| | | E-110 | | Signed TI-FTM Agreement dated 6/24/2020 | |
| | | E-111 | | HASelect's Financial Statements and Independent Auditors' Report dated December 31, 2020 | |
| | | E-112 | | 6/11/2020 Demand Letter from Attorney Michael L. Gesas to Anne Pantelas [INFINITY 001436-001455] | |
| | | E-113 | | Saul Ewing Anstein July 10, 2020, Letter w/o attachment, July 10, 2020 [Infinity 000967-000971] | |
| | | E-114 | | Infinity Capital Management, Inc. Financial Statements – December 31, 2019 Infinity audit 12/31/2019 (2) (TEC000357) | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| Offered | Admitted | HASelect v. Tecumseh | | Adv 21-01167-abl |
| | | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | E-115 | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, FEBRUARY 26, 2019 TO DECEMBER 31, 2019, AUDIT REPORT | |
| | | E-116 | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2021, AUDIT REPORT | |
| | | E-117 | | HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, DECEMBER 31, 2022, AUDIT REPORT | |
| | | E-118 | | Proof of Claim No. 8 dated 12/22/2021 (Case No. 21-14486) – Creditor HASelect-Medical Receivables Litigation Finance Fund International SP [ECF 65] | |
| | | E-119 | | Griffin-ADV-2022-March-11 [E-mail dated 7/24/2023 from John Seem to MN re: | |
| | | E-120 | | Griffin-ADV-2022-June-28 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] | |
| | | E-121 | | Griffin-ADV-2023-March-27 [E-mail dated 7/24/2023 from John Seem to Mike Napoli re: Griffin's form ADV: email #2] | |
| | | E-122 | | 5/30/2020 Email from Mike Griffin to Oliver Hemmers and Ann Pantelas with attached Notice of Default to Infinity [Production of | |
| | | E-123 | | Notice of Default to Infinity dated 5/30/2020 | |
| | | E-124 | | Griffin Asset Management LLC and HASELECT-FTM Medical Receivables Litigation Finance Fund SP, Complaint [Filed as Exhibit 5 to ECF NO. 126, 21-01167] | |
| | | E-125 | | Resignation Letter, Alternative Investment Specialist Ltd and FTM Ltd, Dated: June 7, 2020 | |
| | | F-126 | | 2/22/2020 Email from Simon Clark to Mark Young, et al. re Movin' On | |
| | | F-127 | | 11/21/2018 Email from Chad Meyer to Endre Meyer re Follow ups | |
| | | F-128 | | 3/24/2020 Email from Endre to Chad Meyer and Mike Belotz re Write-up for Infinity | |
| | | F-129 | | 4/9/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page | |
| | | F-130 | | 4/14/2020 Email from Endre to Mike Belotz and Chad Meyer re NDA and signature page | |
| | | F-131 | | 4/18/2020 Email from Endre to Mike Belotz re Updated proposal for Infinity | |
| | | F-132 | | 6/8/2020 Email from Endre to Chad Meyer and Mike Belotz re HAselect-FTM Fund Update | |

## DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title  In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | _____ | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | F-133 | | 8/10/2020 Email from bill@ftm-investments to Chad Meyer and Mike Belotz re Revised July Report | |
| | | F-134 | | 8/12/2020 Email from bill@ftm-investments to MIke Belotz, Chad Meyer and Li-Chiun Su re Investor portfolio data | |
| | | F-135 | | 9/19/2020 Email from bill@ftm-investments to Chad Meyer and Oliver Hemmers re UCC? | |
| | | F-136 | | 9/28/2020 Email from Endre to Chad Meyer, Mike Belotz, bill@ftm-investments and Brenda Dalzell re Conversation with Infinity | |
| | | F-137 | | 2/25/2021 Email from Endre to Mike Belotz re 4th Q reconciliation | |
| | | F-138 | | 7/6/2021 Email from Oliver Hemmers to Jon Porter and Will Martin re Loan Amount | |
| | | F-139 | | 7/16/201 Email from Anne Pantelas to Jon Porter re Any updates on the HAS negotiations? | |
| | | F-140 | | Infinity Capital Management Inc. Balance Sheet | |
| | | F-141 | | 7/7/2021 Email from Oliver Hememrs to Hedgact re June 2021 Cash Application Reporting Inquiry | |
| | | F-142 | | 7/15/2021 Email from Oliver Hemmers to Info@HedgAct re Follow Up on 6/24 email \|\| Re: 2021 Updated Master Loan Agreement (MLA) Schedule of FTM Note Balances | |
| | | F-143 | | 6/25/2021 Email from Oliver Hemmers to Info@HedgeAct re Wires Released \|\| Re: Please set up June collection wires today (6/25) \|\| Fwd: ShareFile Activity Notification \|\| $125,909.70 | |
| | | F-144 | | 3/23/2021 Email from Anne Infinity Health to Mike Belotz and Chad Meyer re Checking in | |
| | | F-145 | | Assignment of Benefits/Medical Lien and Security Agreement dated 12/23/2020 | |
| | | F-146 | | 2/4/2021 Email from Felicia Infinity Health to Miranda Pope re Physician Followup Treatment Request – Shannon Galbreath | |
| | | F-147 | | 2/4/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopedics, PC re Scheduling (Shannon Galbreath) | |
| | | F-148 | | Health Insurance Clam Form dated 2/26/2021 – Shannon v. Galbreath | |
| | | F-149 | | 3/22/2021 Ltr from Michelle Newcomb at Infinity Health Connections to Non-Surgical Orthopaedics PC re Carolina Arciniegas, Caprice Banks, Shannon Galbreath, Shirley McCarthy and Janell Washington | |
| | | F-150 | | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | G-151 | | 9/7/2021 Email from Felicia Infinity Health to Summer Bressoud re Shannon Galbreath | |
| | | G-152 | | 1/7/2015 Service Agreement/Contract between Non-Surgical Orthopaedics PC and The Center for Spine Procedures | |
| | | G-153 | | Invoice to Tecumseh-Infinity MRF for Acquisition Fee for AR purchases up to 04.16.21 | |
| | | G-154 | | June 2021 Deposit Summary Report - Tecumseh-Infinity Medical Receivables | |
| | | G-155 | | Deposit Summary Report - Tecumseh-Infinity Medical Receivables | |
| | | G-156 | | Benchmark Physical Therapy Statement | |
| | | G-157 | | The Physicians Spine & Rehabilitaton Specialists of Georgia Statement | |
| | | G-158 | | 1/13/2021 Email from Oliver Hemmers to Info@HedgeAct re HedgeACT Fund || December 2020 Payments || Unresolved items | |
| | | G-159 | | BofA Transaction Screenshot | |
| | | G-160 | | 2/19/2021 Email from Oliver Hemmers to Mike Belotz re 4th Quarter Reconciliation | |
| | | G-161 | | 7/15/2021 Email from bill@ftm-investments to Mike Belotz re July Funding Request #1 | |
| | | G-162 | | 7/13/2021 Email from Oliver Hemmers to bill@ftm-investments re Funds needed for Bank | |
| | | G-163 | | 6/15/2021 Email from Oliver Hemmers to Will Martin re Update | |
| | | G-164 | | 10/29/2020 Email from Anne Pantelas to Chad Meyer re Bank Transfer | |
| | | G-165 | | 6/27/2019 Service Agreement/Contract between Center for Spine & Pain Medicine PC and Infinity Capital Management/Infinity Health Connections. | |
| | | G-166 | | List of Receivables for Funding Draw HAS-22 | |
| | | G-167 | | 1/1/2018 - 12/31/2018 Income Statement - Infinity Capital Management, Inc. | |
| | | G-168 | | 12/12/2018 Email from Oliver Hemmers to Chad Meyer re Blanket lien draft | |
| | | G-169 | | 6/15/2021 Email from Mike Belotz to Oliver Hemmers re Receivable data | |
| | | G-170 | | Minutes of Conference call held on 4/28/2021 | |
| | | G-171 | | Minutes of Conference call held on 5/26/2021 | |
| | | G-172 | | Minutes of Conference call held on 6/9/2021 | |
| | | G-173 | | Balance Sheet - Tecumseh-Infinity- Accrual Basis as of 12/31/2021 | |
| | | G-174 | | 6/12/2020 Email from Simon Clark to Oliver Hemmers and Anne Pantelas re Final decision | |

# DEFENDANT'S TRIAL EXHIBITS

| EXHIBITS | | Case Title In re: INFINITY CAPITAL MANAGEMENT, INC. | | BK 21-14486-abl |
|---|---|---|---|---|
| | | HASelect v. Tecumseh | | Adv 21-01167-abl |
| Offered | Admitted | Identification | Description | Offers |
| | | | | Objections |
| | | | | Rulings |
| | | # | Witness | | Exceptions |
| | | G-175 | | 8/10/2020 Email from Anne Pantelas to Mike Belotz and Oliver Hemmers re Some potential good news and update on housekeeping items for the BOA account | |
| | | H-176 | | 5/15/2019 E-mail from Oliver Hemmers to Info@HedgeAct re Draw Request HAS-4 | |
| | | H-177 | | Draw HAS-4 (REV_00489523) | |
| | | H-178 | | 6/19/2019 E-mail from Oliver Hemmers to Info@HedgeAct, bill@ftm-investments & endre@ftm-investments re Draw Request HAS-5 | |
| | | H-179 | | Draw HAS-5 (REV_00490066) | |
| | | H-180 | | 7/17/2019 E-mail from Oliver Hemmers to Info@HedgeAct, endre@ftm-investments.com & Compliance re Draw Request HAS-6 | |
| | | H-181 | | Draw HAS-6 (REV_00490706) | |
| | | H-182 | | 8/20/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-9 | |
| | | H-183 | | Draw HAS-9 (REV_00491512) | |
| | | H-184 | | 11/12/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-13 | |
| | | H-185 | | Draw HAS-13 (REV_00492726) | |
| | | H-186 | | 12/9/2019 E-mail from Oliver Hemmers to Info@HedgeAct & Simon Clark re Draw Request HAS-14 | |
| | | H-187 | | Draw HAS-14 (REV_00493339) | |
| | | H-188 | | 11/5/2019 E-mail from Oliver Hemmers to Debbie Griffin & Simon Clark re Draw Request HAS-15 | |
| | | H-189 | | Draw HAS-15 (REV_00487540) | |
| | | H-190 | | 4/27/2020 E-mail from Oliver Hemmers to Info@HedgeAct & Mike Griffin re Draw Request HAS-22 | |
| | | H-191 | | Draw HAS-22 (REV_00495922) | |
| | | H-192 | | TIFDumpWithIncome-Final -- BOA Sort | |
| | | H-193 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake F (Batch 6, 7 & 8) PO#1-F-9-15 (TEC007272 - 007280) | |
| | | H-194 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake I (Batch 12 A & B) PO# 1-I-10-18 (TEC007302 - 007306) | |
| | | H-195 | | Tecumseh – Infinity MR Fund - List of Receivables for Series-1/Intake J (Batch 14-A) PO# 1-J-10-19 (TEC007308) | |
| | | H-196 | | Email from Mike Belotz re December Purchase Orders (TEC000369 - 000374) | |