

Mary A. Schott
Clerk of Court

Entered on Docket
September 11, 2023

NVB 5003–1 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

INFINITY CAPITAL MANAGEMENT, INC. ,
                          Debtor(s)

BK–21–14486–abl
CHAPTER 7

Adversary Proceeding: 21–01167–abl

HASELECT–MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP, et al,
                          Plaintiff(s)

vs

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP, et al,
                          Defendant(s)

NOTICE AND ORDER
AUTHORIZING DESTRUCTION OF
EXHIBITS

Hearing Date:    08/24/2023
Hearing Time:    9:30 am

**NOTICE IS GIVEN** that, pursuant to LR 5003(b)(5), if the exhibits received in this case regarding Trial regarding HASELECT–MEDICAL RECEIVABLES LITIGATION V. TECUMSEH–INFINITY ET AL are not withdrawn twenty–one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Exhibits marked for identification or admitted into evidence during proceeding: 23–006–ABL

Noticed to:
BART K. LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

MICHAEL D. NAPOLI
AKERMAN LLP
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

JARED M. SECHRIST
GARMAN TURNER GORDON
7251 AMIGO DR, STE 210
LAS VEGAS, NV 89119

###