United States Bankruptcy Court

District of Nevada

HASELECT-MEDICAL RECEIVABLES LITIGATION,

    Plaintiff                                                             Adv. Proc. No. 21-01167-abl

TECUMSEH-INFINITY MEDICAL RECEIVABLES FU,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: pdf985 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | MICHAEL D. NAPOLI, AKERMAN LLP, 2001 ROSS AVENUE, SUITE 3600, DALLAS, TX 75201-2938 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Sep 11 2023 23:55:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Sep 11 2023 23:55:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Sep 11 2023 23:54:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Sep 11 2023 23:55:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Sep 11 2023 23:55:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Sep 11 2023 23:55:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Sep 11 2023 23:55:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0978-2                        User: admin                              Page 2 of 3
Date Rcvd: Sep 11, 2023                     Form ID: pdf985                          Total Noticed: 8

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ARIEL E. STERN | on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ariel.stern@akerman.com, akermanlas@akerman.com |
| BART K. LARSEN | on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| BART K. LARSEN | on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| BART K. LARSEN | on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| CLARISSE L. CRISOSTOMO | on behalf of Interested Party ROBERT E. ATKINSON bknotices@nv-lawfirm.com |
| GABRIELLE A. HAMM | on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ghamm@nvfirm.com, ecf@nvfirm.com |
| GABRIELLE A. HAMM | on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ghamm@nvfirm.com, ecf@nvfirm.com |
| GABRIELLE A. HAMM | on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ghamm@nvfirm.com, ecf@nvfirm.com |
| GERALD M GORDON | on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ggordon@gtg.legal, bknotices@gtg.legal |
| GERALD M GORDON | on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP ggordon@gtg.legal, bknotices@gtg.legal |
| JARED M. SECHRIST | on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal |
| JARED M. SECHRIST | on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal |
| JARED M. SECHRIST | on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal |
| MICHAEL D. NAPOLI | on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP michael.napoli@akerman.com, cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com |
| MICHAEL D. NAPOLI | on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP michael.napoli@akerman.com, cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com |
| WILLIAM M. NOALL | |

District/off: 0978-2            User: admin            Page 3 of 3

Date Rcvd: Sep 11, 2023            Form ID: pdf985            Total Noticed: 8

on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL

on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL

on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

TOTAL: 18



_____
Mary A. Schott
Clerk of Court

Entered on Docket
September 11, 2023

NVB 5003–1 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

INFINITY CAPITAL MANAGEMENT, INC. ,
                              Debtor(s)
_____

HASELECT–MEDICAL RECEIVABLES
LITIGATION FINANCE FUND
INTERNATIONAL SP, et al,
                              Plaintiff(s)

vs

TECUMSEH–INFINITY MEDICAL
RECEIVABLES FUND, LP, et al,
                              Defendant(s)
_____

BK–21–14486–abl
CHAPTER 7

Adversary Proceeding: 21–01167–abl

NOTICE AND ORDER
AUTHORIZING DESTRUCTION OF
EXHIBITS

Hearing Date:    08/24/2023
Hearing Time:    9:30 am

**NOTICE IS GIVEN** that, pursuant to LR 5003(b)(5), if the exhibits received in this case regarding Trial regarding HASELECT–MEDICAL RECEIVABLES LITIGATION V. TECUMSEH–INFINITY ET AL are not withdrawn twenty–one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Exhibits marked for identification or admitted into evidence during proceeding: 23–006–ABL

Noticed to:
BART K. LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

MICHAEL D. NAPOLI
AKERMAN LLP
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

JARED M. SECHRIST
GARMAN TURNER GORDON
7251 AMIGO DR, STE 210
LAS VEGAS, NV 89119

###