| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**DECLARATION OF JARED M. SECHRIST, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>Counter-Defendants. | Hearing Date: May 14, 2024<br>Time: 10:00 A.M. |

**DECLARATION OF JARED M. SECHRIST, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP**

I, Jared M. Sechrist, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1. I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude.

2. I am fully competent to make this Declaration, and all of the facts set forth herein are based on my personal knowledge and are true and correct.

3. I am an attorney in the law firm of Garman Turner Gordon LLP ("GTG"), counsel for Defendant/Counter-defendant Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh" and "Defendant"). I make this declaration in support of the *Motion to Withdraw as Counsel for Defendant/Counter-Defendant Tecumseh–Infinity Medical Receivable Fund, LP* [ECF No. 293] I have personal knowledge of the facts set forth herein, and if called upon to testify as to the content of this Declaration, I could and would do so.

4. On or about December 8, 2021, GTG was retained by Tecumseh in connection with above-captioned case.

5. As set forth in the retention letter agreement ("Agreement") between Defendant and GTG, the scope of GTG's employment was to provide legal counsel "… in association with Akerman LLP, Tecumseh-Infinity Medical Receivables Fund, LP, C/O Tecumseh Alternatives, LLC ("you," "your," or the "Client") in the Chapter 7 proceedings regarding Infinity Capital Management, Inc. dba Infinity Health Connections being Case No. 21-14486-abl pending before the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Case")".

6. Since the conclusion of the trial, GTG's relationship with Tecumseh has deteriorated, including Tecumseh's failure to pay GTG's outstanding invoices.

/ / /

/ / /

/ / /

/ / /

/ / /

1    7. GTG's relationship with Tecumseh is no longer a functional attorney/client relationship.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true to the best of my knowledge and belief.

DATED this 9th day of April 2024.

                                                                                              */s/ Jared M. Sechrist*
                                                                                              JARED M. SECHRIST

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000