| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF HEARING REGARDING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>Counter-Defendants. | Hearing Date: May 14, 2024<br>Time: 10:00 A.M. |

### NOTICE OF HEARING REGARDING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP

**NOTICE IS GIVEN** that a *Motion to Withdraw as Counsel for Defendant/Counter-Defendant Tecumseh–Infinity Medical Receivable Fund, LP* ("Motion") was filed on April 9, 2024, by Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh") by and through counsel. [ECF 293] The Motion respectfully requests for the Court grant Garman Turner Gordon LLP leave to withdraw as counsel for Tecumseh–Infinity Medical Receivable Fund, LP in this case.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). Pursuant to Local Rule 7056, "an opposing party has twenty-one (21) days after service of the moving party's points and authorities to file and serve a memorandum of points and authorities in opposition to the motion."

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on May 14, 2024, at 10:00 a.m. Parties are permitted to appear telephonically by dialing (669) 254-5252; meeting ID 161 110 6049; passcode 154251#.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/ . Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 9th day of April 2024.

                    GARMAN TURNER GORDON LLP

                    By: /s/ Jared M. Sechrist
                        GERALD M. GORDON, ESQ.
                        JARED M. SECHRIST, ESQ.
                        7251 Amigo St., Suite 210
                        Las Vegas, Nevada 89119

                        MICHAEL D. NAPOLI, ESQ. (Pro hac vice)
                        AKERMAN LLP
                        2001 Ross Avenue, Suite 3600
                        Dallas, Texas 75201

                        ARIEL E. STERN, ESQ.
                        Nevada Bar No. 8276
                        AKERMAN LLP
                        1635 Village Center Circle, Suite 200
                        Las Vegas, Nevada 89134

                        *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*