| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>    Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>    Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>    Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF WITHDRAWAL OF [293] MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>    Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>    Counter-Defendants. | |

**NOTICE OF WITHDRAWAL OF [293] MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-DEFENDANT TECUMSEH–INFINITY MEDICAL RECEIVABLE FUND, LP**

Garman Turner Gordon LLP, attorneys for Defendant/Counter-Defendant Tecumseh–Infinity Medical Receivable Fund, LP, hereby withdraws the *Motion to Withdraw as Counsel for Defendant/Counter-Defendant Tecumseh–Infinity Medical Receivable Fund, LP* [ECF No. 293]

Dated this 10th day of April 2024.

GARMAN TURNER GORDON LLP

By: */s/ Jared M. Sechrist*
GERALD M. GORDON, ESQ.
JARED M. SECHRIST, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

MICHAEL D. NAPOLI, ESQ. (*Pro hac vice*)
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*