GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>Defendant. | Adversary Case No. 21-01167-abl<br><br>**NOTICE OF WITHDRAWAL** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>Counter-Claimant,<br><br>v.<br><br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>Counter-Defendants. | |

**TO: ALL INTERESTED PARTIES**

**NOTICE IS GIVEN** that attorneys Gerald M. Gordon, Esq. and Jared Sechrist, Esq. of Garman Turner Gordon LLP, hereby withdraw as counsel of record for Tecumseh–Infinity Medical Receivable Fund, LP, in the above-captioned bankruptcy case.

The undersigned certifies Tecumseh–Infinity Medical Receivable Fund, LP's consent to undersigned counsels' withdrawal.

| | |
|---|---|
| Dated this 10th day of April 2024. | Dated this 10th day of April 2024. |
| GARMAN TURNER GORDON LLP | |
| /s/ Jared Sechrist<br>GERALD M. GORDON, ESQ.<br>JARED SECHRIST, ESQ,<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | Approved By: _____<br>CHAD MEYER<br><br>Title: *Principal of Tecumseh Alternatives, LLC Advisor to Tecumseh-Infinity Medical Receivable Fund, LP* |